OFFICE OF THE COUNTY COUNSEL
COUNTY OF ORANGE

## DECLARATION OF PAUL JEFFREY ERNST

I, Paul Jeffrey Ernst, declare as follows:

1.     I have personal knowledge of the matters set forth in this Declaration, and if called upon to testify as to the accuracy of its contents, I could and would do so competently. I have been employed with Orange County Public Works for approximately 8 years, and have held the position of Senior Civil Engineer during that entire time.

2.     The Water Resources Development Act 1986 (Public Law 99-662) authorized construction of the Santa Ana River Mainstem Project ("Project"). The Project was to provide urban flood protection to the more than three million affected residents of Orange, Riverside and San Bernardino Counties. The Seven Oaks Dam is a critical feature of the Project. The Orange County Flood Control District, San Bernardino Flood Control District and the Riverside County Flood Control and Water Conservation District (collectively the "Flood Control Districts") are legal owners and operators of the Seven Oaks Dam.

3.     On December 14, 1989, the Flood Control Districts entered into a Local Cooperation Agreement ("LCA") with the U.S. Army Corps of Engineers ("Corps") to define project obligations among the parties and cost sharing for the various features including Seven Oaks Dam. (A true and correct copy of the LCA is attached hereto as Exhibit "1".)

4.     As part of the LCA, responsibility for "operating, repairing, maintaining, replacing, and rehabilitating" the respective features of the Project, including the Seven Oaks Dam, was transferred to the respective Flood Control District(s). LCA, §II.B. Moreover, the Flood Control Districts became responsible for the "costs for operating, maintaining and rehabilitating mitigation lands" under the Project. *Id.*, § II.L.

5.     On May 11, 1993, the Flood Control Districts entered into the "Agreement Among Orange County Flood Control District, Riverside County Flood Control and Water Conservation District, and San Bernardino County Flood Control District," as amended June 17, 1997 ("1997 Agreement"), to provide for maintenance, operation, rehabilitation, and development of elements of the Project, including Seven Oaks Dam. (A true and correct copy of the 1997 Agreement is attached hereto as Exhibit "2".)

-1-

DECLARATION OF JEFF ERNST

OFFICE OF THE COUNTY COUNSEL
COUNTY OF ORANGE

1    6.    In accordance with the LCA, the 1997 Agreement, and applicable regulations,

2 the Flood Control Districts operate the Seven Oaks Dam in accordance with the Corps' Water

3 Control Manual. (A true and correct copy of the Water Control Manual is attached hereto as

4 Exhibit "3".)  The Water Control Manual specifies that the Flood Control Districts are

5 responsible for the operation and maintenance of the Seven Oaks Dam, and that the Corps is

6 responsible for providing flood control regulations but that the Flood Control Districts are

7 "jointly responsible for the regulation of Seven Oaks Dam." Water Control Manual, ¶¶ 1-05,

8 1-06. The Seven Oaks Dam was "constructed for the purpose of providing flood control

9 protection to portions of San Bernardino, Riverside, and Orange Counties, California." *Id.*, ¶ 2-

10 02. Moreover, the flood control plan associated with Seven Oaks Dam "is designed to work in

11 conjunction with the flood control plan of Prado Dam[.]" *Id.*

12    I declare under penalty of perjury under the laws of the State of California that the

13 foregoing is true and correct and that this declaration was executed this _9th_ day of January,

14 2018, in _Santa Ana_, California.

                                                  _____

                                                  Paul Jeffrey Ernst
                                  Orange County Flood Control District

DECLARATION OF JEFF ERNST