# Exhibit 2

Agreement No. D93-035

Amended _____, 1997

*Fully Executed*

# AGREEMENT

## AMONG

### ORANGE COUNTY FLOOD CONTROL DISTRICT,

### RIVERSIDE COUNTY FLOOD CONTROL AND WATER CONSERVATION DISTRICT

### AND

### SAN BERNARDINO COUNTY FLOOD CONTROL DISTRICT

AMENDED _____, 1997

That certain AGREEMENT dated May 11, 1993, entered into by the Orange County Flood Control District, the Riverside County Flood Control and Water Conservation District and the San Bernardino County Flood Control District (hereinafter referred to as "ORANGE", "RIVERSIDE", and "SAN BERNARDINO" respectively or collectively as SPONSORS") which provided for the operation, maintenance, rehabilitation, development, lease, if applicable, sale or other disposition of property rights, as identified in Exhibit A attached hereto and by reference made a part hereof, (hereinafter referred to as "PROPERTY") acquired for the Seven Oaks Dam feature (hereinafter referred to as "DAM") of the Santa Ana River Mainstem Project (hereinafter referred to as "PROJECT") is hereby amended in its entirety as follows:

WHEREAS, PL 99-662 authorized the PROJECT as defined in U. S. Army Corps of Engineers, Los Angeles District, (hereinafter referred to as "CORPS"), Phase II General Design Memorandum, Draft, April, 1988; and,

WHEREAS, PL 99-662 specifies that the cost of the PROJECT shall be shared by the Government and non-Federal interests; and,

WHEREAS, ORANGE, RIVERSIDE AND SAN BERNARDINO on December 14, 1989, entered into a Local Cooperation Agreement (hereinafter referred to as "LCA") with

Exhibit 2           2-1

Agreement No. D93-035

Amended _____, 1997

the Department of the Army to serve as the non-Federal interests for the PROJECT; and,

WHEREAS, PL 99-662 and the LCA specify that the SPONSORS shall be responsible for providing land, easements, rights-of-way, relocations and disposal sites (hereinafter referred to as "LERRDS") for the PROJECT; and,

WHEREAS, SPONSORS entered into Agreement No. 88-198 and Agreement No. D89-204 to acquire LERRDS for the DAM and to arrange for the financing and accounting of LERRDS costs; and,

WHEREAS, SPONSORS have financed acquisition of, and have interest in, the PROPERTY in accordance with the cost share for LERRDS - ORANGE at 87.70%, RIVERSIDE at 5.27%, and SAN BERNARDINO at 7.03%; and,

WHEREAS, ORANGE, SAN BERNARDINO and RIVERSIDE adopted Resolutions on November 28, 1989, December 11, 1989, and December 12, 1989, respectively authorizing the use of the Federal 1988 Final Supplemental Environmental Impact Statement (hereinafter referred to as "1988 FSEIS") for the PROJECT as meeting the purposes of the California Environmental Quality Act; and

WHEREAS, the CORPS and SPONSORS have prepared a plan for management of property acquired for the preservation of Eriastrum, an endangered species, in accordance with the 1988 FSEIS and the LCA, Article II, Paragraph K (hereinafter referred to as "PLAN"); and,

WHEREAS, in accordance with Article II, Paragraph L of the LCA, the SPONSORS are responsible for the costs to operate, maintain and rehabilitate property acquired for preservation of Eriastrum, to be cost shared in the same percentage as LERRDS responsibility for the DAM; and,

WHEREAS, SPONSORS desire to further clarify responsibilities and procedures for the operation, maintenance, rehabilitation, development, lease,

Exhibit 2         2-2

Agreement No. D93-035

Amended _____, 1997

sale or other disposition of the PROPERTY, and for improvements and maintenance of a DAM Information Center.

THEREFORE, the SPONSORS hereby agree to the following:

A. General Responsibilities

A.1  The SPONSORS acknowledge that their respective interests and cost share in the PROPERTY are as follows: ORANGE at 87.70% interest, RIVERSIDE at 5.27% interest and SAN BERNARDINO at 7.03% interest.

A.2  Title to the PROPERTY is vested in SAN BERNARDINO at the time of acquisition; except that RIVERSIDE and ORANGE have conservation easement rights over portions of the PROPERTY owned in fee by SAN BERNARDINO, that are designated for preservation of Eriastrum, as identified in Exhibit A, by Footnote 3. Upon agreement among the SPONSORS' Chief or Flood Control Engineers, SAN BERNARDINO shall convey to ORANGE and/or RIVERSIDE title to all or portions of the PROPERTY as identified in Exhibit A, by Footnote 4, to facilitate financing the PROJECT, and/or development, leasing, sale, or other disposition of that property. SPONSORS shall retain their equitable interests and cost share in the PROPERTY, as noted in Paragraph A.1 above.

A.3  Agreements or contracts for the development, leasing, sale or other disposition of the PROPERTY, or studies associated with any of the above, shall be approved in accordance with procedures authorized by the SPONSORS' respective Boards of Supervisors.

A.4  Except as provided for in Paragraph A.5 below, SAN BERNARDINO shall be responsible for the management, maintenance and security of the PROPERTY until such time as the PROPERTY is no longer required for the PROJECT, as agreed to by the SPONSORS, based on written information and data provided by the CORPS. SAN BERNARDINO may assign a portion of these responsibilities to another party or

Exhibit 2    2-3

Agreement No. D93-035

Amended _____, 1997

parties, upon written agreement among the respective Chief or Flood Control Engineers of the SPONSORS and in accordance with the LCA.

A.5   SAN BERNARDINO shall monitor construction of the DAM and the CORPS' contractor's use of the PROPERTY for construction purposes, until the CORPS completes DAM construction and returns the PROPERTY to SAN BERNARDINO. Thereafter, on behalf of the SPONSORS, SAN BERNARDINO shall assume possession, release temporary easements, and continue management of those portions of the PROPERTY in which the SPONSORS retain an interest.

A.6   SAN BERNARDINO, in consultation with and approval by ORANGE's and RIVERSIDE's respective Chief Engineers, shall take such actions as necessary to acquire and/or preserve water and other rights arising from or related to the PROPERTY or DAM operation purposes; and make improvements to, and provide maintenance services for, the DAM Information Center.

A.7   By April 1st of each year, the SPONSORS shall submit, in writing to each other, their respective proposed budgets (for support services as described in this amended AGREEMENT) for the next fiscal year (July 1 through June 30). Said proposed budgets shall be tentatively approved by the SPONSORS' respective Chief or Flood Control Engineers. Each SPONSORS' cost share for the proposed support services, shall be included in the SPONSORS' respective annual budgets. Upon approval of said budgets by the SPONSORS' respective Boards of Supervisors, the SPONSORS shall implement services for the next fiscal year. If proposed support services budgets, or any of them, are not approved, in whole or part, the SPONSORS' respective Chief or Flood Control Engineers shall notify each other accordingly, to modify or discontinue applicable services within 90 days.

B.   Preservation Lands

B.1   SAN BERNARDINO shall have the lead responsibility for management

Exhibit 2                               2-4

Agreement No. D93-035

Amended _____, 1997

of those portions of the PROPERTY acquired for preservation of Eriastrum (hereinafter referred to as PRESERVATION LANDS), as delineated in the PLAN.

B.2  Based on the PLAN, SAN BERNARDINO shall prepare an annual implementation plan which shall be submitted to the Chief Engineers of ORANGE and RIVERSIDE, and the CORPS, for approval. The annual implementation plan's budget shall be included in the annual support services budgets in accordance with Paragraph A.7 above.

B.3  Based on the annual approved implementation plan and budget, referred to in B.2 above, the SPONSORS, or others as specified in the implementation plan, shall conduct management activities as set forth therein.

C.  Development of Property

C.1  ORANGE shall have the lead responsibility to conduct studies and prepare appropriate documents for potential development, leasing, sale or other disposition of portions of the PROPERTY as identified in Exhibit A, by Footnote 4.

C.2  SAN BERNARDINO and RIVERSIDE shall provide support to ORANGE, which shall include, but not be limited to, staff and Architect-Engineer services, as deemed necessary, and agreed to by the respective Chief or Flood Control Engineers of the SPONSORS and when applicable, the SPONSORS' respective Boards of Supervisors.

D.  Payment for Costs and Receipt of Revenue

D.1  SPONSORS shall pay their respective share of costs for maintenance, operation, rehabilitation, development, lease, sale or other disposition of the PROPERTY based on the cost share for SPONSORS' interest in PROPERTY, as set forth in paragraph A.1, above.

D.2a  Commencing with the quarter following approval of this Agreement, SPONSORS shall prepare a quarterly accounting of expenditures and

Exhibit 2                                                                      2-5

Agreement No. D93-035

Amended_____, 1997

revenues relating to the responsibilities set forth herein above. Expenditures and revenues associated with the PRESERVATION LANDS, expenditures and revenues associated with the development, leasing, sale or other disposition of portions of the PROPERTY as identified in Exhibit A, Footnote 4, and expenditures for improvements to and maintenance of the DAM Information Center, shall be accounted for on a separate basis.

    D.2b  Within 45 days after the end of each quarter, accounting reports from RIVERSIDE and SAN BERNARDINO shall be sent to the Orange County Auditor-Controller/EMA Accounting (hereinafter referred to as "AUDITOR"). Such accounting reports are subject to review and audit by the AUDITOR or by agents thereof.

    D.3  Proceeds from the sale, lease or other disposition of the PROPERTY, or portions thereof, shall be collected and deposited in a restricted fund by the AUDITOR. Monies in this fund shall be invested by ORANGE's County Treasurer in accordance with procedures established by ORANGE. Interest earned on the monies in this fund shall be retained by the fund. Proceeds in this fund, including interest earned, shall be credited or paid (if there is no unpaid balance), to SPONSORS by the AUDITOR in proportion to the cost sharing percentages for LERRDS for the DAM.

    D.4  Within 45 days of receipt of, and based on the quarterly accounting reports described in paragraph D.2, above, the AUDITOR shall: a) prepare a summary accounting report of costs and revenues; and b) forward quarterly payment request(s) and/or revenue disbursement(s), as may be applicable, to SPONSORS.

    D.5  SPONSORS shall pay their respective share of costs within 45 days of the date of the quarterly request for payment from the AUDITOR as

Exhibit 2  2-6

Agreement No. D93-035

Amended_____, 1997

described in paragraph D.4 above. Interest shall be computed by the AUDITOR at the commingled interest rate earned by ORANGE's County Treasurer for the period of any unpaid balance.

    D.6  Any dispute among SPONSORS regarding payment of costs, receipt of revenue, or disposition of PROPERTY shall be based on procedures set forth in Article VII, Paragraphs A3 through 5 of the LCA.

    D.7  The terms and provisions of this AGREEMENT shall be binding upon and inure to the benefit of the parties hereto and their successors and assigns.

    D.8  If any part of this AGREEMENT is held, determined or adjudicated to be illegal, void or unenforceable by a court of competent jurisdiction, the remainder of this AGREEMENT shall be given effect to the fullest extent reasonably possible.

This AGREEMENT may be executed in counterpart and shall become effective upon execution by all the SPONSORS hereto.

Exhibit 2　　　2-7

Agreement No. D93-035

Amended _____, 1997

IN WITNESS WHEREOF, the SPONSORS hereto have caused this AGREEMENT to be executed as of the day and year indicated below.

DATE: JUL 29 1997

RIVERSIDE COUNTY FLOOD CONTROL AND WATER CONSERVATION DISTRICT

BY: _____
Chairman, Flood Control and Water Conservation District
JOHN F. TAVAGLIONE

*Facsimile Signature affixed by Clerk per Sec. 25103 Gov. Code*

APPROVED AS TO FORM:

BY: _____
Peter H. Lyons, Special Counsel

ATTEST:
GERALD A. MALONEY, Clerk of the Board

By: _____
Deputy

(Seal)

Exhibit 2   8   2-8

Agreement No. D93-035

Amended June 17, 1997

SAN BERNARDINO COUNTY FLOOD
CONTROL DISTRICT

DATE: JUN 17 1997

BY: *Jerry Eaves*
Chairman, Board of Supervisors
of the San Bernardino County
Flood Control District

SIGNED AND CERTIFIED THAT A COPY OF
THIS AGREEMENT HAS BEEN DELIVERED
TO THE CHAIRMAN OF THE BOARD

DATE: JUN 17 1997

BY: *Regina D. Moore*
Earlene Sproat
Clerk of the Board of Supervisors of
San Bernardino County, California

Secretary of the San Bernardino
County Flood Control District

APPROVED AS TO LEGAL FORM:

BY: _____
County Counsel

Exhibit 2                                                    2-9

Agreement No. D93-035

Amended _____, 1997

ORANGE COUNTY FLOOD CONTROL DISTRICT

DATE: FEB 2 5 1997

BY: *William G. Steiner*
Chairman, Board of Supervisors

SIGNED AND CERTIFIED THAT A COPY OF THIS AGREEMENT HAS BEEN DELIVERED TO THE CHAIRMAN OF THE BOARD

ATTEST

DATE: FEB 2 5 1997

BY: *Alvin Davidson, Deputy*
Darlene J. Bloom
Clerk of the Board of Supervisors
of the Orange County Flood Control
District, Orange County, California

APPROVED AS TO FORM:

LAURENCE M. WATSON,
COUNTY COUNSEL
Orange County, California

BY: *Daniel P. Torres*
Daniel P. Torres, Deputy

ER:deb

Exhibit 2    2-10

AMENDED

Exhibit A

## SEVEN OAKS DAM

### Acquisition Summary

(1) IB - Impervious Borrow  
    PB - Previous Borrow  
    Mit (Rip) - Riparian Mitigation  
    Mit (s5) - Section 5 Mitigation  
    Mit (FF) - Filaree Flat Mitigation  
    Mit (E) - Eriastrum Mitigation

(2) F - Fee  
    RE - Road Easement  
    TE - Temporary Construction Easement  
    CE - Conservation Easement  
    E - Other Easement

(3) Conservation easement deeds are in the name of Orange County Flood Control District (OCFCD) and Riverside County Flood Control and Water Conservation District (RCFC&WCD).

(4) May be subject to title transfer and agreements among San Bernardino County Flood Control District, OCFCD and/or RCFC&WCD, as necessary for financing the Santa Ana River Mainstem Project and/or development, lease, sale or other disposition of parcel.

| Map Reference Parcel Number | Assessor Parcel Number | Size (acres) | Purpose (1) | Interest Being Acquired (2) |
|---|---|---|---|---|
| Preservation Lands (Mitigation Land for Eriastrum) | | | | |
| 1501 | 168-311-04 | 58.801 | Mit (E) | CE (3) |
| 1501 | 168-311-05 | ↑ | Mit (E) | CE (3) |
| 1501 | 297-071-05 | ↑ | Mit (E) | CE (3) |
| 1501 | 297-071-06 | ↑ | Mit (E) | CE (3) |
| 1501 | 297-071-07 | ↑ | Mit (E) | CE (3) |
| 1501 | 297-081-01 | ↑ | Mit (E) | CE (3) |
| 1501 | 297-081-03 | ↑ | Mit (E) | CE (3) |
| 1502 | 297-071-04 | 49.607 | Mit (E) | CE |
| 1502 | 297-071-08 | ↑ | Mit (E) | CE |
| 1502 | 297-071-09 | ↑ | Mit (E) | CE |
| 1502 | 297-071-17 | ↑ | Mit (E) | CE |
| 1502 | 297-081-02 | ↑ | Mit (E) | CE |
| 1701 | 291-161-04 | 39.425 | Mit (E) | CE |
| 1702 | 291-161-02 | 39.787 | Mit (E) | CE (3) |
| 1702 | 291-161-08 | ↑ | Mit (E) | CE (3) |
| 1702 | 291-161-10 | ↑ | Mit (E) | CE (3) |
| 1801 | 291-201-14 | 4.665 | Mit (E) | CE (3) |
| 1802 | 291-201-13 | 14.355 | Mit (E) | F |
| 1802 | 291-201-15 | ↑ | Mit (E) | F |

Exhibit 2    2-11

| Map Reference Parcel Number | Assessor Parcel Number | Size (acres) | Purpose (1) | Interest Being Acquired (2) |
|---|---|---|---|---|
| Preservation Lands (Mitigation Land for Eriastrum) Continued ||||||
| 1803 | 291-201-01 | 61.344 | Mit (E) | CE (3) |
| 1803 | 291-201-18 | ↑ | Mit (E) | CE (3) |
| 1804 | 291-191-23 | ↑ | Mit (E) | CE (3) |
| 1804 | 291-191-24 | ↑ | Mit (E) | CE (3) |
| 1804 | 291-191-25 | ↑ | Mit (E) | CE (3) |
| 1804 | 291-191-28 | ↑ | Mit (E) | CE (3) |
| 1804 | 291-192-01 | ↑ | Mit (E) | CE (3) |
| 1804 | 291-192-02 | ↑ | Mit (E) | CE (3) |
| 1804 | 291-192-05 | ↑ | Mit (E) | CE (3) |
| 1804 | 291-192-06 | ↑ | Mit (E) | CE (3) |
| 1804 | 291-192-09 | ↑ | Mit (E) | CE (3) |
| 1804 | 291-192-10 | ↑ | Mit (E) | CE (3) |
| 1804 | 291-192-11 | ↑ | Mit (E) | CE (3) |
| 1804 | 291-193-01 | ↑ | Mit (E) | CE (3) |
| 1804 | 291-194-08 | ↑ | Mit (E) | CE (3) |
| 1804 | 291-194-11 | ↑ | Mit (E) | CE (3) |
| 1804 | 291-194-12 | ↑ | Mit (E) | CE (3) |
| 1804 | 291-194-13 | ↑ | Mit (E) | CE (3) |
| 1804 | 291-194-14 | ↑ | Mit (E) | CE (3) |
| 1804 | 291-194-15 | ↑ | Mit (E) | CE (3) |
| 1804 | 291-194-16 | ↑ | Mit (E) | CE (3) |
| 1804 | 291-194-17 | ↑ | Mit (E) | CE (3) |
| 1804 | 291-195-10 | ↑ | Mit (E) | CE (3) |
| 1804 | 291-195-11 | ↑ | Mit (E) | CE (3) |
| 1804 | 291-196-01 | ↑ | Mit (E) | CE (3) |
| 1804 | 291-196-04 | ↑ | Mit (E) | CE (3) |
| 1804 | 291-197-01 | ↑ | Mit (E) | CE (3) |
| 1804 | 291-198-01 | ↑ | Mit (E) | CE (3) |
| 1804 | 291-198-02 | ↑ | Mit (E) | CE (3) |
| 1804 | 291-198-03 | ↑ | Mit (E) | CE (3) |
| 1804 | 291-199-09 | ↑ | Mit (E) | CE (3) |
| 1805 | 291-195-09 | 1.362 | Mit (E) | CE (3) |
| 1805 | 291-191-04 | ↑ | Mit (E) | CE |
| 1805 | 291-191-05 | ↑ | Mit (E) | CE |
| 1805 | 291-191-18 | ↑ | Mit (E) | CE |
| 1805 | 291-191-19 | ↑ | Mit (E) | CE |
| 1805 | 291-191-26 | ↑ | Mit (E) | CE |
| 1805 | 291-191-27 | ↑ | Mit (E) | CE |
| 1805 | 291-192-03 | ↑ | Mit (E) | CE |
| 1805 | 291-192-04 | ↑ | Mit (E) | CE |
| 1805 | 291-192-07 | ↑ | Mit (E) | CE |
| 1805 | 291-192-08 | ↑ | Mit (E) | CE |
| 1805 | 291-196-02 | ↑ | Mit (E) | CE |
| 1805 | 291-196-03 | ↑ | Mit (E) | CE |
| 1805 | 291-198-04 | ↑ | Mit (E) | CE |
| ~~1901~~ | ~~291-141-08~~ | ~~39.090~~ | ~~Mit (E)~~ | ~~CE~~ * |
| ~~2001~~ | ~~291-181-17~~ | ~~10.841~~ | ~~Mit (E)~~ | ~~F~~ * |
| 2002 | 291-181-01 | ~~74.199~~** 59.73** | Mit (E) | CE (3) |

* Deleted, replaced by Parcels 3, 4, 2501.2
** 14.4 acres deleted, replaced by Parcel 1802

Exhibit 2                                                                                      2-12

| Map Reference Parcel Number | Assessor Parcel Number | Size (acres) | Purpose (1) | Interest Being Acquired (2) |
|---|---|---|---|---|
| Preservation Lands (Mitigation Land for Eriastrum) Continued ||||||
| 2003 | 291-181-08 | 39.179 | Mit (E) | F * |
| 2201.1 | 167-011-11 | 128.00 | Mit (E) | F * |
| 2202.1 | 290-271-03 | 20.700 | Mit (E) | F * |
| 2004 | 291-181-16 | 0.459 | Mit (E) | F |
| 2101 | 291-171-09 | 59.502 | Mit (E) | CE (3) |
| 2102 | 291-172-01 | 39.570 | Mit (E) | CE (3) |
| 2501.1 | 167-011-01 | 64.004 | Mit (E) | F |
| 2501.2 | 290-251-01 | 165.736 | Mit (E) | F * |
|  | 167-011-15 |  |  |  |
| 3 | 291-172-01 | 35.540 | Mit (E) | CE (3) * |
| 4 | 291-092-01 to 06 | 59.830 | Mit (E) | CE (3) * |
|  | 291-092-09 to 14 |  |  |  |
|  | 299-103-02 |  |  |  |

* Replaces Parcels 1901, 2001, 2003, 2201.1, 2202.1

| Map Reference Parcel Number | Assessor Parcel Number | Size (acres) | Purpose (1) | Interest Being Acquired (2) |
|---|---|---|---|---|
| Other Mitigation Lands* ||||||
| 301 | 297-041-07 | 11.497 | Mit (Rip) | F * |
| 302 | 297-041-06 | 1.731 | Mit (Rip) | F * |
| 302.4 | 297-041-06 | 3.875 | Mit (s5) | F |
| 201.1 | 297-041-09 | 20.857 | Mit (s5) | F |
| 401 | 297-191-01 | 513.406 | Mit (s5) | F |
| 401 | 297-201-02 | ↑ | Mit (s5) | F |
| 501 | 297-201-03 | 103.419 | Mit (s5) | F |
| 2301 | 305-021-21 | 137.516 | Mit (FF) | F |

* Parcels 301, 302, 302.4, 801, deleted and replaced by direct payment to USACE for riparian habitat management

| Map Reference Parcel Number | Assessor Parcel Number | Size (acres) | Purpose (1) | Interest Being Acquired (2) |
|---|---|---|---|---|
| Construction Sites/Haul Roads/Borrow Sites ||||||
| 201 | 297-041-02 | 125.078 | Dam | F |
| 201 | 297-041-03 | ↑ | Dam | F |
| 201 | 297-041-06 | ↑ | Dam | F |
| 201 | 297-041-09 | ↑ | Dam | F |
| 301.1 | 297-041-07 | 1.551 | PB (Road) | E |
| 301.2 | 297-041-07 | 1.254 | PB (Road) | E |
| 301.3 | 297-041-07 | 3.109 | PB (Road) | E |
| 301.4 | 297-041-07 | 0.705 | PB (Road) | TE |
| 302.1 | 297-041-06 | 1.751 | Road | E |
| 302.2 | 297-041-06 | 0.550 | Road | TE |
| 302.3 | 297-041-06 | 1.526 | Road | TE |

Exhibit 2                    2-13

| Map Reference Parcel Number | Assessor Parcel Number | Size (acres) | Purpose (1) | Interest Being Acquired (2) |
|---|---|---|---|---|
| Construction Sites/Haul Roads/Borrow Sites (Continued) |

| Map Reference Parcel Number | Assessor Parcel Number | Size (acres) | Purpose (1) | Interest Being Acquired (2) |
|---|---|---|---|---|
| 701 | 297-021-01 | 6.546 | Road | RE |
| 702 | 297-021-12 | 13.162 | Road | RE |
| 702.1 | 297-021.12 | 0.602 | Road | TE |
| 702.2 | 297-021-12 | 0.401 | Road | TE |
| 702.3 | 297-021-12 | 0.403 | Road | TE |
| 703 | 297-011-16 | 0.334 | Road | RE |
| 704 | 297-021-02 | 0.032 | Road | RE |
| 705 | 297-021-11 | 0.234 | Road | RE |
| 801.1 | 297-061-15 | 26.920 | Road | TE |
| 801.1 | 297-101-21 | ↑ | Road | TE |
| 903 | 297-061-19 | 156.586 | IB/Road | F (4) |
| 903 | 297-091-08 | ↑ | IB/Road | F (4) |
| 903 | 297-091-12 | ↑ | IB/Road | F (4) |
| 903 | 297-101-23 | ↑ | IB/Road | F (4) |
| 904 | 297-101-23 | 79.460 | IB/Road | F (4) |
| 905 | 297-091-05 | 253.481 | IB/Road | F (4) |
| 905 | 297-091-06 | ↑ | IB/Road | F (4) |
| 905 | 297-101-27 | ↑ | IB/Road | F (4) |
| 905 | 297-141-10 | ↑ | IB/Road | F (4) |
| 905 | 297-101-28 | ↑ | IB/Road | F (4) |
| 905 | 297-091-07 | ↑ | IB/Road | F (4) |
| 905 | 297-141-11 | ↑ | IB/Road | F (4) |
| 905 | 297-141-33 | ↑ | IB/Road | F (4) |
| 906 | 297-091-12 | 2.865 | IB/Road | F (4) |
| 907 | 297-091-06 | 13.554 | IB/Road | F (4) |
| 907.1 | 297-091-06 | 33.842 | IB/Road | F (4) |
| 907.1 | 297-091-07 | ↑ | I/B Road | F (4) |
| 1103 | 302-071-05 | 1,043.276 | IB | F (4) |
| 1103 | 302-071-04 | ↑ | IB | F (4) |
| 1103 | 297-181-01 | ↑ | IB | F (4) |
| 1103 | 302-101-01 | ↑ | IB | F (4) |
| 1103 | 302-091-11 | ↑ | IB | F (4) |
| 1103 | 302-082-07 | ↑ | IB | F (4) |
| 1104 | 297-101-08 | 0.037 | IB | F (4) |
| 1104 | 297-101-09 | ↑ | IB | F (4) |
| 1104 | 297-101-12 | ↑ | IB | F (4) |
| 1105 | 297-101-16 | 77.864 | IB | F (4) |
| 1105 | 297-101-24 | ↑ | IB | F (4) |
| 1105 | 297-101-25 | ↑ | IB | F (4) |
| 1105 | 297-101-26 | ↑ | IB | F (4) |
| 1105 | 297-101-30 | ↑ | IB | F (4) |
| 1106 | 297-101-26 | 0.115 | IB | F (4) |
| 1107 | 297-101-30 | 0.139 | IB | F (4) |
| 1202 | 297-061-10 | 12.764 | Road | TE |
| 1202 | 297-061-12 | ↑ | Road | TE |
| 1202 | 297-061-11 | ↑ | Road | TE |
| 1202 | 297-061-08 | ↑ | Road | TE |
| 1202.1 | 297-061-08 | 4.843 | PB | TE |
| 1203 | 297-061-16 | 1.000 | Admin. Bldg. | F |
| 1203.1 | 297-061-16 | 1.365 | Road | RE |
| 1203.1 | 297-101-22 | ↑ | Road | RE |

Exhibit 2                                            2-14

| Map Reference Parcel Number | Assessor Parcel Number | Size (acres) | Purpose (1) | Interest Being Acquired (2) |
|---|---|---|---|---|
| Construction Sites/Haul Roads/Borrow Sites (Continued) ||||| 
| 1203.1 | 297-201-03 | ↑ | Road | RE |
| 1203.2 | 297-061-16 | 24.630 | Road | TE |
| 1203.2 | 297-101-22 | ↑ | Road | TE |
| 1204 | 297-061-01 | 11.877 | PB (Road) | TE |
| 1204.1 | 297-061-01 | 12.568 | PB | TE |
| 1401 | 297-051-06 | 198.598 | PB | TE |
| 1401 | 297-051-05 | ↑ | PB | TE |
| 1401 | 297-051-02 | ↑ | PB | TE |
| 1201 | 297-061-03 | 31.326 | PB | TE |
| 1401 | 297-051-01 | ↑ | PB | TE |
| 1401 | 297-051-09 | ↑ | PB | TE |
| 1401 | 297-051-10 | ↑ | PB | TE |
| 1401 | 297-051-07 | ↑ | PB | TE |
| 1401 | 297-051-08 | ↑ | PB | TE |
| 1403 | 297-051-14 | 9.025 | PB | TE |
| 1404 | 297-051-13 | 4.846 | Road | TE |
| 1405 | 297-051-11 | 20.204 | PB | TE |
| 1502.1 | 297-071-08 | 111.705 | PB | TE |
| 1502.1 | 297-071-02 | ↑ | PB | TE |
| 1502.1 | 297-071-14 | ↑ | PB | TE |
| 1502.1 | 168-311-06 | ↑ | PB | TE |
| 1502.1 | 297-071-15 | ↑ | PB | TE |
| 1503 | 297-071-13 | 4.969 | PB | TE |
| 1504 | 297-071-11 | 4.868 | PB | TE |
| 1504 | 297-071-12 | ↑ | PB | TE |