Exhibit 3



**US Army Corps of Engineers®**

# WATER CONTROL MANUAL

## SEVEN OAKS DAM & RESERVOIR
## SANTA ANA RIVER, SAN BERNARDINO COUNTY, CALIFORNIA



**September 2003**

Exhibit 3                                           3-1

**Seven Oaks Dam**
**Santa Ana River Basin, California**
**September 2003**

**Pertinent Data**

| | | |
|---|---|---|
| Construction Completed | | September 1999 |
| Stream System | | Santa Ana River |
| Drainage Area | sq. mi. | 177 |
| **Dam** | | |
| Type | | Earth and Rock Fill |
| Height above Original Streambed | feet | 550 |
| Crest Length | feet | 2,760 |
| Design Freeboard | feet | 5.3 |
| **Reservoir** | | |
| Elevation | | |
| Streambed | feet, NGVD | 2,060 |
| Debris Pool | feet, NGVD | 2,200* |
| Top of Flood Control | feet, NGVD | 2,580 |
| Top of Spillway | feet, NGVD | 2,580 |
| Top of Dam | feet, NGVD | 2,610 |
| Area - (Based on year 1999 survey) | | |
| Debris Pool | acres | 79.2 |
| Top of Flood Control | acres | 801.6 |
| Top of Spillway | acres | 801.6 |
| Top of Dam | acres | 1,066.8 |
| Capacity - (Based on year 1999 survey) | | |
| Debris Pool | acre-feet | 3,127.66 |
| Top of Flood Control | acre-feet | 147,969.67 |
| Top of Spillway | acre-feet | 147,969.67 |
| Top of Dam | acre-feet | 174,609.23 |
| **Spillway** | | |
| Type | | Trapezoidal Rockcut w/ Concrete Sill |
| Total Width | feet | 500 |
| **Outlet Works - Multi-level Intake Structure (MLS)** | | |
| Controlled Outlet Gates | | |
| Regulating Outlet (RO) Gate type | | Vertical Lift |
| Number and size | | 2 - 5'W x 8.5'H |
| Emergency RO Gate type | | Vertical Lift |
| Number and size | | 2 - 5'W x 8.5'H |
| Low Flow (LF) Gate type | | Vertical Lift |
| Number and size | | 1 - 2'W x 3.5'H |
| Emergency LF Gate type | | Vertical Lift |
| Number and size | | 1 - 2'W x 3.5'H |
| Conduits | | |
| Pressure Conduit | | 1 - 7'W x 13.5'H / 18' Diameter |
| Conduit Length | feet | 60 / 875 |
| Horseshoe Section | | 1 - 23'W x 18'H |
| Conduit Length | feet | 45 |
| Downstream of RO Gates | | 1 - 24'W x 10'H / 18'W x 9'H |
| Conduit Length | feet | 120 / 540 |
| Exit Channel | | |
| Channel Length | feet | 220 |
| High Level Intake Elevation | feet, NGVD | 2,265 |
| Diversion Intake Elevation | feet, NGVD | 2,100 |
| **Outlet Works - Minimum Discharge Line (MDL)** | | |
| Controlled Outlet Valves | | |
| Minimum Discharge Line (MDL) Gate type | | Cone / Ball Valves |
| Number and size | | 1 - 24" Ball Valve |
| Number and size | | 1 - 14" Cone Valve |
| Number and size | | 1 - 8" Cone Valve |
| Minimum Discharge Line Extension (MDLE) Gate type | | Ball Valve |
| Number and size | | 1 - 24" Ball Valve |
| **Reservoir Design Flood (General Storm)** | | |
| Total Volume (4-day) | acre-feet | 115,000 |
| Peak Inflow | ft³/s | 85,000 |
| Peak Outflow | ft³/s | 7,000 |
| Peak Water Surface Elevation | feet, NGVD | 2,580 |
| **Probable Maximum Flood (General Storm)** | | |
| Total Volume | acre-feet | 326,000 |
| Peak Inflow | ft³/s | 185,000 |
| Peak Outflow | ft³/s | 180,000 |
| Peak Water Surface Elevation | feet, NGVD | 2,604.7 |

---

* Debris pool elevation at start of project life. It will be adjusted gradually to elevation 2,300 feet, NGVD as sediment deposition occurs throughout the life of the project.

Exhibit 3                                                                 3-2

# WATER CONTROL MANUAL

## SEVEN OAKS DAM AND RESERVOIR
## SANTA ANA RIVER, CALIFORNIA

### U.S. ARMY CORPS OF ENGINEERS
### LOS ANGELES DISTRICT

### SEPTEMBER 2003

**Prepared by:**

### U.S. ARMY CORPS OF ENGINEERS
### LOS ANGELES DISTRICT

**Reservoir Regulation Section**
**CESPL-ED-HR**

Exhibit 3



Aerial Photograph of Seven Oaks Dam and Reservoir

Exhibit 3                                                                    3-4

PREFACE

Seven Oaks Dam was constructed by the U.S. Army Corps of Engineers, which was completed in September 1999. The ownership of this project was turned over to the San Bernardino, Orange, and Riverside counties in October 2002.

About mid-way through the construction of the Seven Oaks Dam flood control project, the U.S. Fish and Wildlife Service listed the San Bernardino Kangaroo Rat (SBKR), which occupies the Santa Ana River downstream of the dam, in the Federal endangered species list. The listing prompted formal consultation with the U.S. Fish and Wildlife Service, in order to evaluate the possible effects of the dam's design and flood control operation plan on the SBKR and their habitat. During this time, the Interim Plan entitled " Seven Oaks Dam Interim Water Control Plan Prior to and During the Section 7 Consultation Period," was implemented, which was approved by the Corps' South Pacific Division in May 1999, and finalized in January 2000. Since Section 7 of the Federal Endangered Species Act prohibits the operation of the dam for its intended purpose of flood control during the consultation period, the Interim Plan's objectives were limited to dam safety and meeting the downstream water users' release requirements; however, due to the limited physical release capabilities of the dam, substantial incidental flood control benefits were still achieved during flood events.

The formal consultation with USFWS started in January 1998 and was concluded in the fall of 2002. In December 2002, the biological opinion was completed allowing official acceptance of the design document's water control plan as the final operation plan for Seven Oaks Dam, on the condition that the operation of the dam also include operation for sustaining the endangered species habitat. A discussion about "environmental operations" is included in section 7-05.h. A copy of the biological opinion has been included as part of this document as Exhibit J.

**Exhibit 3**

The San Bernardino County Flood Control District has the primary responsibility for the physical operation of the dam and the Orange County Public Facilities and Resources Department (OCPF&RD) will be mainly responsible for its regulation. The San Bernardino Flood Control District dam tenders reports to and receives instructions from the OCPF&RD water control managers. This manual was written to also reflect this arrangement.  If a different working arrangement occurs at a later time, this document will be revised as necessary.

**Exhibit 3**                                                                                          3-6

## NOTICE TO USERS OF THIS MANUAL

Regulations specify that this Water Control Manual be published to loose-leaf form; and only those sections, or parts thereof, requiring changes will be revised and printed. Therefore, this copy should be preserved in good condition so that inserts can be made in order to keep the manual current.

## EMERGENCY REGULATION ASSISTANCE PROCEDURES

In the event that unusual conditions arise, contact can be made by telephone to the U.S. Army Corps of Engineers, Los Angeles District Office, Reservoir Regulations Section at (213) 452-3623. During non-flood periods the contact can be made during regular business hours (0730 - 1600 Monday through Friday), during flood-events the office is staffed 24 hours a day, 7 days a week.

**Exhibit 3**                                                     3-7

WATER CONTROL MANUAL

SEVEN OAKS DAM AND RESERVOIR
SANTA ANA RIVER, SAN BERNARDINO COUNTY, CALIFORNIA

### TABLE OF CONTENTS                                        Page

PERTINENT DATA............................................................................ Inside Front Cover
TITLE PAGE ................................................................................................... i
AERIAL PHOTO............................................................................................ iii
NOTICE TO USERS OF THIS MANUAL........................................................ v
EMERGENCY REGULATION ASSISTANCE PROCEDURES.......................v
LIST OF TABLES ........................................................................................ xiii
LIST OF PHOTOGRAPHS ........................................................................... xiii
LIST OF PLATES ......................................................................................... xiv
LIST OF FIGURES ........................................................................................ xv
LIST OF EXHIBITS...................................................................................... xvi
LIST OF ABBREVIATIONS ....................................................................... xvii
I - INTRODUCTION.................................................................................... 1-1
   1-01   Authorization ........................................................................... 1-1
   1-02   Purpose and Scope ................................................................... 1-1
   1-03   Related Manuals and Reports ................................................... 1-3
   1-04   Project Owner ........................................................................... 1-3
         a. San Bernardino County Public Works and
            Flood Control District (SBCPWFCD)................................... 1-3
         b. Riverside County Flood Control District (RCFCD) .............. 1-3
         c. Orange County Public Facilities and Resource
            Department (OCPF&RD) ..................................................... 1-3
   1-05   Operating Agencies.................................................................. 1-3
   1-06   Regulating Agencies ................................................................ 1-4
         a. Corps of Engineers (COE) .................................................. 1-4
         b. U.S. Fish and Wildlife Service (USFWS) ........................... 1-4
         c. California State Department of Fish and Game (CSDFG)..... 1-4
         d. Southern California Edison (SCE)........................................ 1-4
         e. California State Department of Water Resources (DSOD)..... 1-5
         f. Local Water Conservation Agencies and Water Users Group .............. 1-5
II - DESCRIPTION OF PROJECT................................................................ 2-1
   2-01   Location .................................................................................. 2-1
   2-02   Purpose................................................................................... 2-1
   2-03   Physical Components............................................................... 2-1
         a. Embankment ....................................................................... 2-1
         b. Outlet Works...................................................................... 2-3
            (1) Intake Structure .............................................................. 2-3
               i. Main Level Intake Structure (MLS) ........................... 2-4
               ii. Multilevel Withdrawal Structure (MWS)................... 2-5

Exhibit 3                                                          3-8

iii. Wet Well Sluice Gate ............................................................. 2-5
(2) Gate Area.............................................................................. 2-6
    i. Regulating Outlet Gates (RO) Gates) ................................ 2-6
    ii. Low Flow Gate (LF Gate) .................................................. 2-7
    iii. Minimum Discharge Line (MDL) ...................................... 2-7
    iv. Upstream Outlet Tunnel Fill Line (Recharge Line)............. 2-8
(3) Upstream Outlet Pressure Conduit, Mid-Tunnel
    Gate Passages (RO and LF Conduits)................................... 2-9
(4) Downstream Conduit............................................................ 2-9
(5) Access Structure .................................................................. 2-9
(6) Energy Dissipator .............................................................. 2-10
(7) Valve Structure.................................................................. 2-11
(8) Minimum Discharge Line Extension (MDLE) .................... 2-11
(9) Hydraulic Instrumentation.................................................. 2-12
    i. Operational Hydraulic Instrumentation ............................ 2-12
    ii. Prototype Testing Instrumentation .................................. 2-14
    c. Spillway................................................................................ 2-14
    d. Reservoir .............................................................................. 2-15
2-04    Related Control Facilities ........................................................... 2-16
2-05    Real Estate Acquisition .............................................................. 2-17
2-06    Public Facilities ......................................................................... 2-17
III - HISTORY OF PROJECT ..................................................................... 3-1
3-01    Authorization ............................................................................... 3-1
3-02    Planning and Design .................................................................... 3-1
3-03    Construction ................................................................................. 3-3
3-04    Related Projects ........................................................................... 3-3
    a. Spreading Facilities Downstream of Seven Oaks Dam ........... 3-4
3-05    Future Projects ............................................................................. 3-5
3-06    Modifications to Regulations ....................................................... 3-6
3-07    Principal Regulation Problems ..................................................... 3-6
    a. Improper Seating of the Outlet Gates........................................ 3-7
    b. Outlet Gate Latches................................................................... 3-8
    c. No Gate Indicator for the Hydraulic Sluice Gate ..................... 3-9
    d. Limited Release Capability at Elevations below the Stoplogs ... 3-9
    e. Cavitation with the 12-inch RO Recharge Line ...................... 3-10
IV - WATERSHED CHARACTERISTICS
4-01    General Characteristic .................................................................. 4-1
4-02    Topography ................................................................................... 4-1
4-03    Geology and Soils ........................................................................ 4-2
    a. Seismicity .................................................................................. 4-3
4-04    Sediment ...................................................................................... 4-3
4-05    Climate ......................................................................................... 4-4
    a. Temperature ............................................................................... 4-4
    b. Precipitation .............................................................................. 4-4
    c. Snow........................................................................................... 4-4
    d. Evaporation ............................................................................... 4-5

viii

Exhibit 3

e.  Wind ................................................................................... 4-5
4-06   Storms and Floods ...................................................................... 4-6
       a.  Storms ............................................................................. 4-6
           (1) Winter Storms ............................................................. 4-6
           (2) Local Storms ............................................................... 4-6
           (3) Summer Storms ........................................................... 4-6
       b.  Floods ............................................................................. 4-6
           (1) Storm and Flood of January 1862 .................................. 4-7
           (2) Storms and Floods of January 1916 ............................... 4-7
           (3) Storms and Floods of February 1927 ............................. 4-8
           (4) Storm and Flood of 27 February - 3 March 1938 ........... 4-8
           (5) Storm and Flood of January 1943 .................................. 4-9
           (6) Storm and Flood March 1943 ....................................... 4-10
           (7) Storms and Floods of January 1969 ............................. 4-10
           (8) Storms and Floods of February 1969 ............................ 4-11
           (9) Storm and Flood of February 1978 ............................... 4-11
           (10) Storm and Flood of March 1978 ................................. 4-11
           (11) Storms and Floods of February 1980 .......................... 4-12
           (12) Storms and Floods of February - March 1983 ............. 4-12
           (13) Storms and Floods of January - February 1993 .......... 4-13
4-07   Runoff Characteristics ............................................................. 4-13
4-08   Water Quality .......................................................................... 4-14
4-09   Channel and Floodway Characteristics ...................................... 4-14
       a.  Santa Ana River between Seven Oaks Dam and Prado Dam ............. 4-15
           (1) Seven Oaks Dam Site to Lytle-Warm Creek Confluence ............. 4-15
           (2) Lytle-Warm Creek Confluence .................................... 4-16
           (3) Lytle-Warm Creek Confluence to Prado Dam ............... 4-17
       b.  Lower Santa Ana River (Prado Dam to Pacific Ocean) ...................... 4-18
4-10   Upstream Structures .................................................................. 4-18
4-11   Downstream Structures ............................................................. 4-19
       a.  From Seven Oaks Dam to Prado Dam ................................. 4-19
           (1) San Antonio Dam ...................................................... 4-19
           (2) Mill Creek ................................................................ 4-20
           (3) Oak Street Drain ....................................................... 4-21
       b.  Lower Santa Ana River from Prado Dam to the Pacific Ocean ......... 4-22
           (1) Prado Dam ............................................................... 4-22
           (2) Carbon Canyon Dam .................................................. 4-23
           (3) Other Improvements .................................................. 4-24
           (4) Santiago Creek ......................................................... 4-24
               i.  Villa Park Dam ..................................................... 4-24
               ii. Santiago Dam (Irvine Lake) .................................. 4-24
               iii. Other Improvements ........................................... 4-25
4-12   Economic Data ......................................................................... 4-25
       a.  Population ....................................................................... 4-25
       b.  Agriculture ..................................................................... 4-26
       c.  Industry ......................................................................... 4-26

ix

**Exhibit 3**

**3-10**

d. Damage-Discharge Curves ............................................................. 4-26
V - DATA COLLECTION AND COMMUNICATION ................................................ 5-1
5-01    Hydrometeorological Stations .................................................... 5-1
        a. Facilities ................................................................... 5-1
           (1) At Seven Oaks Dam ...................................................... 5-1
           (2) SBCPWFCD Facilities Within and Near
               Seven Oaks Watershed .................................................. 5-2
           (3) Corps Facilities Within and Near Seven Oaks Watershed .............. 5-3
           (4) U.S. Geological Survey (USGS) Geostationary
               Operational Environmental Satellite (GOES) Stations ................ 5-3
        b. Reporting ................................................................... 5-4
           (1) Manual ................................................................. 5-4
           (2) ALERT .................................................................. 5-4
           (3) LATS ................................................................... 5-4
           (4) GOES ................................................................... 5-5
           (5) Weather Data .......................................................... 5-5
        c. Maintenance ................................................................ 5-5
5-02    Sediment Stations ............................................................. 5-6
        a. Facilities ................................................................. 5-6
        b. Reporting .................................................................. 5-6
        c. Maintenance ................................................................ 5-6
5-03    Water Quality Monitoring ...................................................... 5-6
        a. Facilities - USGS Basic Fixed Site Network ................................ 5-8
        b. Reporting .................................................................. 5-9
        c. Maintenance ............................................................... 5-10
5-04    Recording Hydrologic Data .................................................... 5-10
5-05    Communication Network ........................................................ 5-11
5-06    Communication with Project ................................................... 5-11
        a. Communication Between Water Control Mangers and
           Seven Oaks Dam Project Operators ......................................... 5-11
        b. Communication Between Seven Oaks Dam Water Control
           Managers and the U.S. Army Corps of Engineers ........................... 5-11
        c. Communication Between Seven Oaks Dam
           Water Control Mangers and Others ......................................... 5-12
        d. Communication Between Seven Oaks Dam
           Project Operators and Others ............................................. 5-12
5-07    Project Reporting Instructions ............................................... 5-13
5-08    Warnings ..................................................................... 5-14
VI - HYDROLOGIC FORECASTS ..................................................................... 6-1
6-01    General ....................................................................... 6-1
        a. Role of the Project Owners ................................................ 6-1
        b. Role of the Corps of Engineers ........................................... 6-1
        c. Role of Other Agencies .................................................... 6-1
6-02    Flood Conditions Forecasts .................................................... 6-1
6-03    Conservation Purpose Forecasts ................................................ 6-2
6-04    Long Range Forecasts .......................................................... 6-2

x

Exhibit 3                                                                    3-11

6-05   Drought Forecasts .................................................................. 6-2
VII - WATER CONTROL PLAN ..................................................... 7-1
7-01   General Objectives................................................................. 7-1
7-02   Operation Constraints ........................................................... 7-1
       a. Improper Seating of Outlet Gates .................................. 7-1
       b. Hydraulic Sluice Gate – Observed Drift........................ 7-1
       c. Outflow Limited to Leakage at Stoplogs ...................... 7-2
7-03   Overall Plan for Water Control .............................................. 7-2
7-04   Standing Instructions to Project Operator.............................. 7-2
7-05   Water Control Plan ............................................................... 7-3
       a. Sediment Pool ............................................................ 7-3
       b. Debris Pool................................................................. 7-4
       c. The Intermediate Pool................................................. 7-5
       d. Main Trash Rack Pool (El. 2265 to 2299 feet, NGVD)......... 7-5
       e. Flood Control Pool (El. 2300 to 2580 feet, NGVD) ............. 7-6
       f. Spillway Surcharge (El 2580 to 2604 feet, NGVD)............... 7-7
       g. Initial Reservoir Filling Plan....................................... 7-7
       h. Seven Oaks Dam Environmental Operation ................... 7-8
       i. Prototype-Testing Program and Instrumentation.............. 7-9
7-06   Other Operational Requirements ........................................... 7-9
       a. Adjustment of the Debris Pool ..................................... 7-9
       b. Procedures for Avoiding Cavitation at the 12-inch Recharge Line
          (Filling Line)............................................................... 7-10
       c. Operating the Sluice Gate ........................................... 7-12
       d. Dewatering the Main Tunnel ....................................... 7-13
       e. Dewatering the Downstream MDL Conduit ................... 7-14
       f. Procedures for Installing and Removing the Bulkhead Gate
          for the Upstream Main Conduit .................................... 7-15
       g. Procedures for Installing and Removing the Bulkhead Gate
          for the Upstream Conduit of the MDL .......................... 7-18
          (1) Installing the MWS Bulkhead ................................. 7-18
          (2) Removing the MWS Bulkhead ................................. 7-19
       h. Operational Hydraulic Instrumentation ........................ 7-19
       i. Channel Observation Teams......................................... 7-20
7-07   Recreation ............................................................................ 7-20
7-08   Water Quality........................................................................ 7-20
7-09   Fish and Wildlife................................................................... 7-20
7-10   Water Supply ........................................................................ 7-21
7-11   Hydroelectric Power ............................................................. 7-21
7-12   Navigation............................................................................. 7-21
7-13   Drought Contingency Plan..................................................... 7-21
7-14   Emergency Action Plan ......................................................... 7-21
7-15   Deviation from Normal Regulation ........................................ 7-21
       a. Emergency Deviations ................................................. 7-22
       b. Planned Deviations ..................................................... 7-23
7-16   Rate of Release Change ......................................................... 7-23

Exhibit 3                                                              3-12

7-17    Minimum and Maximum Gate Openings ................................................. 7-23
VIII - EFFECT OF WATER CONTROL PLAN ............................................... 8-1
8-01    General......................................................................................... 8-1
8-02    Flood Control ............................................................................... 8-1
        a.  Reservoir Design Flood (RDF) ................................................ 8-1
        b.  Probable Maximum Flood ....................................................... 8-2
8-03    Recreation ................................................................................... 8-3
8-04    Water Quality ............................................................................... 8-3
8-05    Fish and Wildlife........................................................................... 8-5
8-06    Water Supply ............................................................................... 8-6
8-07    Hydroelectric Power ...................................................................... 8-9
8-08    Navigation ................................................................................... 8-10
8-09    Downstream Water Users ............................................................... 8-10
8-10    Drought Contingency Plan.............................................................. 8-10
8-11    Flood Emergency Action Plan ........................................................ 8-11
8-12    Flood Frequency ........................................................................... 8-11
        a.  Peak Inflow and Outflow Probabilities .................................... 8-11
        b.  Filling Frequency ................................................................. 8-11
8-13    Other Studies................................................................................ 8-11
        a.  Additional Conservation Measures/Proposed
            Compensation Plan ............................................................... 8-11
        b.  Water Conservation Study ..................................................... 8-12
        c.  Prototype Testing Program ..................................................... 8-12
IX - WATER CONTROL MANAGEMENT ..................................................... 9-1
9-01    Responsibilities and Organization ................................................... 9-1
        a.  Corps of Engineers................................................................ 9-1
        b.  Other Federal Agencies.......................................................... 9-2
        c.  Project Owners ..................................................................... 9-2
            (1) Orange County Public Facilities and Resource
                Department (OCPF&RD) .................................................. 9-3
            (2) San Bernardino County Public Works and
                Flood Control District (SBPWCFCD)............................... 9-3
            (3) Riverside County Flood Control District (RCFCD) ........... 9-3
        d.  Private Organizations............................................................ 9-3
9-02    Interagency Coordination ............................................................... 9-4
        a.  Local Press and Corps of Engineers Bulletins .......................... 9-4
        b.  National Weather Service (NWS)............................................ 9-4
        c.  U.S. Geological Survey (USGS).............................................. 9-4
        d.  U.S. Fish and Wildlife Service ............................................... 9-5
9-03    Interagency Agreements ................................................................. 9-5
9-04    Commissions, River Authorities, Compacts, and Committees.............. 9-6
        a.  Santa Ana River Watermaster.................................................. 9-6
        b.  Multi-Species Habitat Management Plan Steering Committee ...... 9-6
9-05    Reports ........................................................................................ 9-7
        a.  Daily Reservoir Report .......................................................... 9-7
        b.  Annual Water Control Management Reports ............................. 9-8

Exhibit 3                                                                          3-13

c. Current Flood Situation ........................................................................ 9-8
d. Annual Flood Damages Report .............................................................. 9-8
e. Notes on Sedimentation Activities ......................................................... 9-8
f. Annual Water Quality Management Report ........................................... 9-8

Exhibit 3                                                              3-14

## LIST OF TABLES AND FIGURE

| No. | Title | Page |
|-----|-------|------|
| 1-1 | Related Manuals, Reports, and References | 1-6 |
| 2-1 | Operational Instrumentation Facilities | |
| | Seven Oaks Dam Outlet Works | 2-13 |
| 4-1 | Evaporation within the Santa Ana River Basin | 4-27 |
| 5-1 | Hydrologic Instrumentation at Seven Oaks Dam | 5-15 |
| 5-2 | LATS Streamgages Pertinent to Seven Oaks Dam | 5-16 |
| 5-3 | LATS Rain Gages Pertinent to Seven Oaks Dam | 5-17 |
| 5-4 | Other Active Rain Gages Pertinent to Seven Oaks Dam | 5-17 |
| 7-1 | Maximum Permissible Rate of Release Change | 7-24 |
| 7-2 | Minimum and Maximum Gate Openings | 7-24 |

| Fig. No. | | |
|----------|--|--|
| 9-01 | Chain of Command for Reservoir Operations | |
| | of Local Sponsors | 9-11 |

## LIST OF PHOTOGRAPHS

| Photo | | |
|-------|--|--|
| 2-1 | Embankment Construction | |
| 2-2 | Looking Upstream from Top of Intake Tower towards | |
| | Government Canyon Ridge | |
| 2-3 | Intake Tower - MLS (on left) and MWS (on right) | |
| 2-4 | RO and LF Gates - Hydraulic Cylinders Inside the | |
| | Gate Chamber | |
| 2-5 | Upstream Outlet Tunnel Fill Line (Recharge Line) | |
| 2-6 | Looking Downstream at the Plunge Pool from Top of | |
| | Embankment | |
| 2-7 | Piezometer Pressure Transmitters within Gate Chamber | |
| 2-8 | Looking Upstream During Spillway Excavation | |
| 3-1 | Upstream View of SBVWCD Diversion Structure | |
| 3-2 | Downstream View of SBVWCD Diversion Structure | |

Exhibit 3                                                3-15

LIST OF PLATES

| Plate | Title |
|---|---|
| 2-01 | Project Location |
| 2-02 | Seven Oaks Dam - General Plan |
| 2-03 | Seven Oaks Dam – Embankment Sections |
| 2-04 | Seven Oaks Dam - Embankment Section II |
| 2-05 | Outlet Works Diversion Tunnel – General Plan and Profile |
| 2-05A | Seven Oaks Dam Outlet Works – System Layout Diagram |
| 2-06 | Intake Structure - General Plan and Elevations |
| 2-07 | Intake Structure – MWS Details |
| 2-08 | Outlet Works Diversion Tunnel – 6' x 6' Sluice Gate |
| 2-09 | Outlet Works Diversion Tunnel- Gate Chamber Plan |
| 2-09A | RO and Low Flow Gate Structure – Gate Room Plan |
| 2-10 | Outlet Works Diversion Tunnel – Gate Chamber, Longitudinal Section |
| 2-11 | Outlet Works – RO Gates |
| 2-12 | Outlet Works – Low Flow Gate |
| 2-13 | Outlet Works Diversion Tunnel – Minimum Discharge System Layout |
| 2-14 | Outlet Works Diversion Tunnel – Minimum Discharge System Details |
| 2-15 | Outlet Works Diversion Tunnel – Tunnel Profile |
| 2-16 | Outlet Works Diversion Tunnel – U/S Conduit Details |
| 2-17 | Outlet Works Diversion Tunnel – D/S Conduit Details |
| 2-18 | Outlet Works Diversion Tunnel – D/S Portal and D/S Access Sturctures Profile and Sections |
| 2-19 | Outlet Works Diversion Tunnel – Exit Channel, Plan and Profile |
| 2-20 | Outlet Works Diversion Tunnel – Plunge Pool Apron |
| 2-21 | Outlet Works Diversion Tunnel – Plunge Pool Apron II |
| 2-22 | Outlet Works Diversion Tunnel – Exit Channel and Plunge Pool Plan |
| 2-23 | Outlet Works Diversion Tunnel – Valve Structure Plans |
| 2-24 | Outlet Works Diversion Tunnel – Instrumentation Layout |
| 2-25 | Spillway Plan, Profile and Sections |
| 2-26 | Reservoir Filling Frequency Inundation Map |
| 2-27 | Area and Capacity Curves – Based on 1999 Survey |
| 3-01 | SBVWCD Spreading Basins Downstream of Seven Oaks Dam |
| 4-01 | Earthquake Epicenter and Fault Location |
| 4-02 | Isohyets - Mean Season Precipitation 1870 - 1967 |
| 4-03 | Isohyets - Maximum 24-Hr Precipitation, Storm of January 21-24, 1943 |
| 4-04 | Isohyets - Maximum 3-Hr Precipitation, Thunderstorms of March 3-4, 1943 |
| 4-05 | Upper Santa Ana River – Seven Oaks Dam to Prado Dam |
| 4-05a | Channel Configurations – Seven Oaks Dam to Prado Dam |
| 4-05b | Upper Santa Ana River – Upstream of Seven Oaks Dam |
| 4-06 | Downstream Channel Capacities and Configurations - Prado to Pacific Ocean |
| 4-07A | Damage vs. Discharge 2002 Dollars – Seven Oaks Dam in Conjunction w/ Prado |
| 4-07B | Damage vs. Discharge 2099 Dollars – Seven Oaks Dam in Conjunction w/ Prado |
| 5-01 | Gaging Stations in Seven Oaks Basin |

xv

**Exhibit 3**                                                    **3-16**

5-02    USGS Water Quality Monitoring Stations
7-01    Water Control Plan (Revised October 2002)
7-01a   Seven Oaks Dam Storage Allocation Diagram
7-02    Gate Operating Requirements
7-03    High Level Intake - RO Gate Rating Curves
7-04    High Level Intake - Low Flow Gate Rating Curves
7-05    Multi-Level Withdrawal System - Low Flow Gate Rating Curves
7-06    Minimum Discharge Line Rating Curves - 14-inch and 8-inch Cone Valves
7-07    Spillway Rating Curve
8-01    SPF Inflow and Outflow Hydrographs - Future Conditions
8-01a   RDF Inflow and Outflow Hydrographs - Future Conditions
8-02    PMF Routing - Using New PMP Criteria, Phase II GDM Spillway Rating
8-03    Discharge Frequency Curves at Seven Oaks Dam - Present Conditions
8-04    Seven Oaks Dam Filling Frequency Curve - Present and Future Conditions

Exhibit 3

3-17

## LIST OF EXHIBITS

Exhibits

| A | Standing Instructions to the Project Operator for Water Control |
| B | Seven Oaks Dam Area-Capacity Tables |
| C | Supplementary Pertinent Data of Surrounding Projects |
| D | Interagency Agreements |
| E | Procedures for Bleeding Piezometer Lines |
| F | Prototype Testing Program and Instrumentation |
| G | Guidance on the Preparation of Deviations from Approved Water Control Plans (CESPD R 1110-2-8) |
| H | Nofications List Maintained by the Los Angeles District, Corps of Engineers, Reservoir Regulation Section |
| I | Seven Oaks Dam Initial Filling Plan, dated December 2000 |
| J | Seven Oaks Dam Biological Opinion, dated December 2002 |
| K | District Certification for Approval of the Water Control Manual |

**Exhibit 3**                                                    **3-18**

## LIST OF ABBREVIATIONS

| | |
|---|---|
| ac-ft | acre-feet |
| cfs | cubic feet per second |
| COE | Corps of Engineers |
| DOMSAT | Domestic Satellite |
| DSS | Data Storage System |
| EM | Engineering Manual |
| EOC | Emergency Operations Center of the U.S. Army Corps of Engineer (Constructions-Operations Division) |
| ER | Engineering Regulation |
| ERDC-WES | U.S. Army Engineering Research and Development Center |
| ETL | Engineering Technical Letter |
| ft | feet |
| GDM | General Design Memorandum |
| GOES | Geostationary Observational Environmental Satellite |
| HECDSS | Hydrologic Engineering Center Data Storage System |
| LAD | Los Angeles District |
| LATS | Los Angeles Telemetry System |
| LOU | Letter of Understanding |
| Manning's n | Manning's Roughness Coefficient |
| MOA | Memorandum of Agreement |
| OCPF&RD | Orange County Public Facilities and Resources Department (also known as Orange County Flood Control District) |
| OCWD | Orange County Water District |
| NGVD | National Geodetic Vertical Datum |
| NOAA | National Oceanic and Atmospheric Administration |
| NWS | National Weather Service |
| PMF | Probable Maximum Flood |
| PMP | Probable Maximum Precipitation |
| QPF | Quantitative Precipitation Forecast |
| RCFC&WCD | Riverside County Flood Control District and Water Conservation District |
| ROC | Reservoir Operation Center (LAD Engineering Division) |
| SAR | Santa Ana River |
| SARI | Santa Ana River Interceptor |
| SAWPA | Santa Ana Watershed Project Authority |
| SBCPW&FCD | San Bernardino County Public Works & Flood Control District (also known as San Bernardino County Flood Control District) |
| SPD | South Pacific Division |
| SPL | Corps of Engineers, Los Angeles District |
| SPF | Standard Project Flood |
| sq mi | square mile |
| TDS | Total Dissolved Solids |
| USACE | U.S. Army Corps of Engineers |

## Exhibit 3

3-19

| USFWS | U.S. Fish and Wildlife Service |
| USGS | U.S. Geological Survey |
| WCDS | Water Control Data System |
| WSE | Water Surface Elevation |
| WSPA | Woolly Star Preserve Area Steering Committee |

viii

Exhibit 3                                                    3-20

# I. INTRODUCTION

Exhibit 3

# I - INTRODUCTION

**1-01    Authorization**.  This water control manual was prepared in compliance with the following authorities and directives:

Engineering Regulation (ER) 1110-2-240:  Engineering and Design, Water Control Management, dated 8 October 1982.

Engineering Regulation (ER) 1110-2-241:  Engineering and Design, Use of Storage For Flood Control and Navigation at Non-Corps Projects, dated May 1990.

Engineering Manual (EM) 1110-2-3600:  Engineering and Design, Management of Water Control Systems, dated 30 November 1987.

Engineering Regulation (ER) 1110-2-8156:  Engineering and Design, Preparation of Water Control Manuals, dated 31 August 1995.

Code of Federal Regulations, Title 33, Part 208.11, subparagraph d-4, entitled, "Water Control Plan and Manual".

The District Certification leading to approval of this manual is included in Exhibit K.

**1-02    Purpose and Scope**.  The purpose of this manual is to provide the regulating policy for Seven Oaks Dam.  This document also furnishes current information about the dam and reservoir and a description of the organizations responsible for collecting data and regulating the reservoir. This manual contains: (1) a brief description of the project and its history, (2) a description of the watershed characteristics, (3) a description of the data collection and communications network, (4) details of the reservoir regulation schedule, (5) a description of the U.S. Army Corps of Engineers, Los Angeles District's (SPL) organization, and (6) a description of the project owners'

**Exhibit 3**                                                                                    **3-22**

organizations, namely, the San Bernardino County Public Works and Flood Control District (SBCPW&FCD), the Orange County Public Facilities & Resource Department (OCPF&RD), and the Riverside County Flood Control District (RCFC&WCD). The project owners have joint ownership, regulation, and operation, and maintenance responsibilities for the project.

Issues that are directly or indirectly affected by the operation of Seven Oaks Dam are discussed in this water control manual. They include: (1) flood control, (2) dam safety, (3) mitigation of impacts to downstream water users, (4) environmental concerns and (5) the prototype testing program. Topics that are relevant to the operation of the dam under the plan contained in this manual are also discussed. They include (1) operational constraints, and (2) deviations from the approved water control plan.

The foregoing paragraphs set forth only the purposes and issues that are addressed in this Water Control Manual, in accordance with the regulations cited in paragraph 1-01 above. The U.S. Army Corps of Engineers does not intend the Water Control Manual to be used for any other purpose. As stated in paragraph 8-06 of this manual, "The Water Control Plan does not include regulation for water supply purposes." Any references in the manual to water supply, water conservation, or water rights should not be construed or used to imply any particular understanding or interpretation of water rights issues. This manual makes no determination of any water rights. This manual does not imply or intend to imply any rights by any agency or other party to water released through Seven Oaks Dam and the manual should not be applied for such purpose. This manual should not be construed or interpreted in any determination of prior or future water rights by any agency or other party and should not be applied in any adjudication of such water rights by any agency or other party. The U.S. Army Corps of Engineers does not endorse any use of the manual for any purpose beyond the purposes authorized in accordance with ER 1110-2-240, as stated in this section.

1-2

**Exhibit 3**                                                            **3-23**

**1-03    Related Manuals and Reports**.  Manuals and reports relevant to Seven Oaks Dam, Seven Oaks Reservoir, the drainage areas above and below Seven Oaks Dam, and significant hydraulic structures within these drainage areas are listed in Table 1-1. Copies of these reports are available in the Corps of Engineers, Los Angeles District (SPL) office in downtown Los Angeles.

**1-04    Project Owner**.  Seven Oaks Dam was built by the Corps of Engineers for the purpose of flood control.  Its ownership has been turned over to the local sponsors of the project, namely, San Bernardino, Riverside, and Orange Counties. These three counties are represented by their flood control agencies, as follows:

    **a.  San Bernardino County Public Works and Flood Control District (SBCPWFCD).**  SBCPWFCD is responsible for providing public works including flood control and related services throughout San Bernardino County, California and its incorporated areas.

    **b. Riverside County Flood Control  and Water Conservation District (RCFC&WCD).**   RCFC&WCD is responsible for the protection of people and property from flooding throughout Riverside County, California.

    **c.  Orange County Public Facilities and Resource Department (OCPFRD**).  OCPFRD is responsible in providing, operating, and maintaining public facilities, and regional resources for the enjoyment, mobility, and protection of the people of Orange County, California.

**1-05    Operating Agencies**.  The counties of San Bernardino, Orange, and Riverside are responsible for the operation and maintenance of the project.  The operation, maintenance, repair, replacement, rehabilitation (OMRRR) and inspections of the dam and appurtenances, reservoir, and related facilities are to be performed in accordance with regulations and directions prescribed by the Secretary of the Army.

**Exhibit 3**                                                                                                 **3-24**

**1-06    Regulating Agencies**. The counties of San Bernardino, Orange, and Riverside will be jointly responsible for the regulation of Seven Oaks Dam. These counties are represented by their flood control agencies as listed in Section 1-04. As project regulators, the local sponsors are required to regulate the project in accordance with the Water Control Plan, which is contained in this manual. This regulation includes coordinating water control management efforts with the Corps of Engineers, and other federal, state and local agencies that are affected by impoundments within the reservoir or releases from Seven Oaks Dam. These agencies include, but are not limited to the following:

   **a. Corps of Engineers (COE).** The COE was responsible for the design and construction of Seven Oaks Dam. Seven Oaks Dam falls under the jurisdiction of Section 7 of the Flood Control Act of 1944. Under Section 7 the COE is charged with the responsibility of prescribing regulations for the use of storage allocated for flood control at all reservoirs constructed wholly or in part with Federal funds. The COE is responsible for providing the flood control regulations and has the authority for final approval. During real-time operations, any deviation from the approved plan must be authorized by the COE.

   **b. U.S. Fish and Wildlife Service (USFWS).** USFWS is responsible for the conservation, protection and enhancement of fish, wildlife, and their habitats within the Santa Ana River Basin.

   **c. California State Department of Fish and Game (CSDFG).** CSDFG has regulatory responsibility for fishing and hunting activities as well as for protecting habitat and fauna within the Santa Ana River Basin.

   **d. Southern California Edison (SCE).** SCE is one of the largest electric utilities in the United States and the largest subsidiary of Edison International. SCE provides electrical power to private homes, communities, cities, and businesses in Central and Southern California. SCE's power distribution network includes the Santa

**Exhibit 3**                                                      **3-25**

Ana River Hydroelectric System, the operation of which affects small inflows into Seven Oaks Dam.

**e. California State Department of Water Resources Division of Safety of Dams (DSOD)**.  DSOD was created by the California State Legislature in 1929 to provide supervision over non-federal dams in the State.  DSOD has jurisdiction over all matters related to dam safety after the project is turned over and accepted by the local sponsors.

**f. Local Water Conservation Agencies and Water Users Groups.**  The Bear Valley Mutual Water Company, San Bernardino Valley Water Conservation District, and the Northfork Water Company, along with other agencies, have immediate surface diversion water use downstream of the dam.  The other agencies include the following: 1) Lugonia Water Company, 2) East Valley Water District, 3) Edwards Canal Company, 4) Redlands Water Company, 5) Crafton Water Company, 6) San Bernardino Valley Municipal Water District, 7) City of Redlands, 8) City of Highlands, 9) City of San Bernardino, 10) Arnott Citrus & Poultry, 11) Western Municipal Water District of Riverside County, and 12) numerous citrus growers and shareholders within the San Bernardino Valley.

**Exhibit 3**

**Table 1-1.  Seven Oaks Dam Water Control Manual Related Manuals,
Reports and References**

| No. | Title | Date |
|-----|-------|------|
| 1 | Review Report on the Santa Ana River Mainstem, including Santiago Creek and Oak Street Drain | February 1976 |
| 2 | Phase I General Design Memorandum on the Santa Ana River Mainstem, including Santiago Creek | January 1982 |
| 3 | Upper Santa Ana River Flood Storage Alternative study, Supplement to Phase I GDM on the Santa Ana River Mainstem, including Santiago Creek | April 1989 |
| 4 | Phase II GDM on the Santa Ana River Mainstem, including Santiago Creek, Volume 4, Mill Creek Levee | August 1988 |
| 5 | Phase II GDM on the Santa Ana River Mainstem, including Santiago Creek, Volume 5, Oak Street Drain | August 1988 |
| 6 | Phase II GDM on the Santa Ana River Mainstem, including Santiago Creek, Volume 7, Hydrology | August 1988 |
| 7 | Phase II GDM on the Santa Ana River Mainstem, including Santiago Creek, Volume 9, Economics & Public Comment & Response | August 1988 |
| 8 | Water Control Manual for Carbon Canyon Dam & Reservoir, Santa Ana River, California | December 1990 |
| 9 | Water Control Manual for San Antonio Dam & Reservoir, Santa Ana River, California | May 1991 |
| 10 | Feature Design - Seven Oaks Dam, Floodway Delineation | August 1991 |
| 11 | Feature Design - Lower Santa Ana River, Interior Flood Control | December 1991 |
| 12 | Feature Design - Seven Oaks Dam Outlet Works | July 1991 |
| 13 | Feature Design - Lower Santa Ana River, Construction Materials | June 1991 |
| 14 | Basis for Design – San Timoteo Creek | May 1994 |
| 15 | Feature Design - Seven Oaks Dam, Embankment and Spillway | February 1993 |
| 16 | Feature Design Memorandum No.2 Seven Oaks Dam Floodway Delineation (Including 500 Year and Seven Oaks Dam Failure Floodplains) | August 1991 |
| 17 | Water Control Manual for Prado Dam & Reservoir Santa Ana River, California | September 1994 |
| 18 | Santa Ana River, Seven Oaks and Prado Dams Probable Maximum Flood Update | August 2001 |
| 19 | Final Biological Assessment Seven Oaks Dam, Santa Ana River Mainstem Project, San Bernardino County, California | August 2000 |
| | | |

**Exhibit 3**                    3-27

# II. DESCRIPTION OF PROJECT

Exhibit 3

## II - DESCRIPTION OF PROJECT

**2-01   Location**.  Seven Oaks Dam is located at a narrowing of the Upper Santa Ana Canyon about 1 mile upstream from the canyon mouth, and is 8 miles northeast of the city of Redlands in San Bernardino County, California. The geographic coordinates of the dam are 34°07'04" North Latitude and 117°05'52" West Longitude.  Plate 2-01 shows the general location of the dam.

**2-02   Purpose**.  Seven Oaks Dam serves as a principal regulating structure located on the upper Santa Ana River.  It was constructed for the purpose of providing flood control protection to portions of San Bernardino, Riverside, and Orange Counties, California.  It has a design storage capacity of 147,970 acre-feet at the spillway crest elevation of 2,580 feet, NGVD, of which 32,000 acre-feet is allocated for 100 years of estimated sediment accumulation.  Its flood control plan is designed to work in conjunction with the flood control plan of Prado Dam, a Corps owned project, located 36.7 miles downstream on the Santa Ana River within the Lower Santa Ana Canyon.

**2-03   Physical Components**.  The Seven Oaks Dam project consists of an embankment, outlet works (multi-level intake structure, high level intake structure, minimum discharge line, gate chamber, outlet tunnel and exit channel, and plunge pool), spillway, and reservoir.  General plans for these specific features are shown on Plate 2-02.  The following paragraphs provide a brief description of specific components of the project.

    **a.   Embankment**.  The embankment is a zoned earth-and-rock-fill dam with a maximum height of 550 feet above the pre-existing streambed at the dam axis and 650 feet above the lowest foundation bedrock contact.  The dam crest is 40-feet wide, 2,760-feet long and has a minimum crest elevation of 2,610 feet, NGVD.  The dam crest incorporates a 3-foot maximum camber in anticipation of crest settlement.  The upstream slope of the dam is 1V on 2.2H, and the downstream slope is 1V on 1.8H, except where the slopes were made locally steeper to 1V:1.5H for the access roads

2-1

**Exhibit 3**

**3-29**

across the embankment faces.  The alignment of the embankment arches upstream to
provide suitable abutment contacts to bedrock while optimizing the embankment
geometry at the dam site.



**Photo 2-1.  Embankment Construction**

The embankment section is designed to produce a conservatively safe dam
while utilizing the materials available at the site (Photo 2-1).  The impervious central
core extends from bedrock to within 10 feet of the crest of the dam.  The top width of
the core is 16 feet and the base width is approximately one-third of the maximum
hydrostatic head.  Upstream of the core is a filter zone of minus 2-inch well-graded
cohesionless alluvium to seal internal creaks which develop due to differential
settlement.  The upstream shell consists of free-draining minus 12-inch alluvial
materials processed from the downstream pervious borrow area, with an outer layer of
oversized stones.  The downstream transition zone consists of unprocessed rock
excavated from the spillway and Government Canyon Ridge (photo 2-2), with an outer
layer of oversized stones from the pervious borrow area.  Embankment zoning

Exhibit 3                                                              3-30

provides resistance to concentrated leaks by placing high strength and erosion resistant materials at the outer shells. Embankment sections and details are shown on Plates 2-03 and 2-04.



**Photo 2-2. Looking Upstream from Top of Intake Tower towards Government Canyon Ridge**

    **b. Outlet Works**. The outlet works is located in the left abutment (looking downstream) and includes the following features: intake structure, upstream outlet tunnel, mid-tunnel gate control chamber with emergency and service slide gates, downstream outlet tunnel and exit channel, access structure, plunge pool, valve structure, minimum discharge line (MDL), and MDL extension line (MDLE). The general plan and profile of the outlet works are shown on Plate 2-05. Plate 2-05A shows the plan view of the system layout of the entire outlet works.

    **(1) Intake Structure**. The inclined concrete intake structure is approximately 200 feet high and consists of a high-level intake on the left side (looking downstream) and a multilevel intake on the right side. Other components of the intake structure are: 1) access bridge, 2) high-level intake and trash structure, 3)

Exhibit 3                                                      3-31

main wet well, 4) maintenance bulkhead gate, 5) aggregate sluice gate, 6) multilevel withdrawal system (MWS), 7) MWS trashracks, 8) MWS intake ports, 9) MWS stoplogs, 10) MWS stoplog lifting beam, 11) aggregate access passage, 12) maintenance bulkhead gate, 13) accelerograph chamber, 14) regulating outlet (RO) air vent, 15) minimum discharge line (MDL) air vent, 16) wet well inspection beam, 17) MDL bulkhead gate, and 18) anchorage system. Details of the intake structure are shown on Plate 2-06.

       i. **Main Level Intake Structure (MLS)**. Also known as the high level intake structure, the MLS is a tower with a 36-foot inside diameter wet well and is designed for passing flows at high reservoir pool elevations during the initial life of the project. Flows enter the wet well through a trash structure at the top of the tower. As the expected sediment deposition in the forebay rises to elevation 2265 feet, NGVD, the multilevel withdrawal intake structure (MWS) will no longer be functional and the MLS will be used for all discharges. The MLS is shown on Photo 2-3.



**Photo 2-3. Intake Tower - MLS (on left) and MWS (on right)**

2-4

Exhibit 3                                        3-32

**ii. Multilevel Withdrawal System (MWS)**. The MWS consists of a wetwell with multiple levels of ports (as shown on Photo 2-3) to pass flows at low elevations and avoid dead storage prior to the expected sediment deposition reaching elevation 2265 feet, NGVD. There are 18 pairs of MWS ports and each port measures 27 inches in diameter. The port pairs are spaced vertically at 10-foot intervals starting at centerline elevation 2104.24 feet, NGVD. Over the life of the project, the ports will be blocked with stoplogs (stoplogged) as the sediment deposition level rises in order to minimize the amount of sediment entering the outlet works. The design documents recommend stoplogging the ports that are within 20 feet to 30 feet of the current sedimentation level. The stoplogs are designed to be removable, thus providing the capability of dewatering the sediment pool after each flood season. Prior to the flood season of 2000, the first two rows of ports were stoplogged. The invert of the next row of ports is at elevation 2120.24 feet, NGVD, so the initial sediment pool is about 20 feet deep. A 6-foot x 6-foot rectangular passage controlled by a sluice gate connects the MLS wet well and the MWS wet well at their invert elevations (see Plate 2-07).

**iii. Wet Well Sluice Gate**. The wet well sluice gate is located in the multilevel withdrawal system wet well at the entrance to the 6'x6' passage that leads to the main wet well. The sluice gate was incorporated into the design of the outlet works to minimize the amount of sediment entering the main tunnel. The steel MDL pipeline was designed to carry the majority of sediment laden flows, thus preserving the invert of the main tunnel. When the MDL is being used and releases from the main outlet gates (LF and RO gates) are not necessary, water is prevented from entering the main tunnel by the sluice gate. The sluice gate is to be open when the pool is below the high level intake (El 2265 feet, NGVD) and the required discharges are greater than 90 cfs. It is intended to be either fully closed or fully opened and it not designed for throttling. Section 7-06.b. outlines the procedures for operating the sluice gate prior to and after the use of the main tunnel for releases. Plate 2-08 shows the details of the sluice gate. (**Note:** *The sluice gate is operated only when no more than 2.5 feet of head differential exists between the MWS and MLS*

**Exhibit 3**                                                                                    **3-33**

*wet wells. Piezometer readings in each wet well are used to determine when the required head differential is achieved to operate the sluice gate, see Section 7-06.a.)*

(2) **Gate Area**. The gate area consists of a 50-foot diameter concrete gate chamber dome and the gate passages beneath it. This area is located in the bedrock of the abutment about 1,117 feet downstream of the intake. The main components in the gate area are: (1) RO passages, (2) main RO gates, (3) emergency RO gates, (4) low-flow trashracks, (5) low-flow passage, (6) low-flow main gate, (7) low-flow emergency gate, (8) MDL ball valve, (9) upstream outlet tunnel fill line, (10) airshaft, (11) airshaft access door, (12) 10-ton bridge crane, (13) 5-ton monorail hoist, (14) hydraulic power unit, (15) motor control center, and (16) drainage system. The gate chamber is shown in detail on Plates 2-09 to 2-10. Components relevant to water control operation are described as follows:

i. **Regulating Outlet Gates (RO Gates)**. Flows from the main pressure conduit are regulated by the RO gates and/or the low flow gate. Each of the two hydraulically operated service RO slide gates each control a gate passage that measures 5 feet wide by 8.5-feet high. Upstream of each service RO gate is an identical emergency RO gate that controls the same passage. The minimum gate opening for the service RO gates is 9 inches (0.75 ft) in order to eliminate the possibility of vibration damage due to shifting control at the gate lip caused by high velocities at low openings. Conversely, a maximum gate opening of 6.8 feet (roughly 80 percent opening) is required in order to maintain control at the gate and to minimize the possibility of pressurizing the downstream passage and causing cavitation damage to the concrete. A single service RO gate can pass approximately 58 percent of the 8,000 cfs design discharge with reservoir surface at elevation 2580 feet, NGVD at the maximum gate opening of 80 percent. The service RO gates are used for discharges ranging between 500 cfs to 8,000 cfs. The emergency RO gates are intended to either be fully open or completely closed. Plates 2-09A and 2-11 show the details of the RO gates.

2-6

Exhibit 3



**Photo 2-4. RO and LF Gates - Hydraulic Cylinders Inside the Gate Chamber**

        **ii.  Low Flow Gate (LF Gate)**.  The service low flow gate is a
hydraulically operated slide gate controlling a passage that measures 2 feet wide by
3.5 feet high.  The service low flow gate is designed to eliminate the need to operate
the service RO gates at less than their required minimum opening of 9 inches (0.75 ft).
In addition, the service low flow gate provides flexibility in gate operation since it can
be used with the MDL for release during low flows.  An identical low flow emergency
gate is located in the same passage immediately upstream of the service low flow gate.
The minimum gate opening for the service low flow gate is 6 inches, and its maximum
opening is limited to 3.0 feet.  The reasons for the minimum and maximum gate
openings are the same as those given for the RO gates above.  The low flow gate is
intended to discharge flows ranging from 90 cfs to 500 cfs.  Plates 2-09A and 2-12
show the details of the low flow gate.

        **iii.  Minimum Discharge Line (MDL)**.  The MDL is used for
small discharge rates.  The pipe component of the minimum discharge line is a 3-foot-
diameter steel pressure pipe originating at the invert of the MWS wet well.  The MDL

**Exhibit 3**                                                              **3-35**

is regulated by two, fixed cone valves (an 8-inch and a 14-inch) housed in a valve structure located at the downstream end of the MDL on the left side (looking downstream) of the exit chute. The MDL passes discharges up to a maximum of 90 cfs. A 24-inch-diameter ball valve is provided in the mid-tunnel gate chamber to provide emergency closure and to dewater the downstream portion of the conduit prior to inspection and/or maintenance. Refer to section 7-06.d. for procedures to dewater the MDL conduit downstream of the ball valve. Plates 2-09A, 2-13 and 2-14 show the layout and details of the MDL conduit.

         **iv.** **Upstream Outlet Tunnel Fill Line (Recharge Line).** This is a 12-inch diameter steel pipe between the MDL and the upstream outlet tunnel. The line is opened and closed with a 12-inch diameter manual butterfly valve, which is located within the upstream portion of the gate chamber (Photo 2-5). The fill line is used to fill the upstream tunnel and the main intake wet well in order to balance the head between the MWS and MLS for sluice gate operation (refer to Section 7-06.b. for operating the sluice gate). The Fill Line is also used to equalize pressure for the maintenance bulkhead gate installation. Plate 2-09A shows the recharge line.



**Photo 2-5.  Upstream Outlet Tunnel Fill Line**

2-8

Exhibit 3                              3-36

(3) **Upstream Outlet Pressure Conduit, Mid-Tunnel Gate Passages (RO and LF Conduits)**.  The tunnel conduit upstream of the gates is designed for an internal hydrostatic pressure due to an SPF event at El. 2575.  The conduit transitions from a 7-foot-wide by 13.5-foot-high section at the intake tower to an 18-foot-diameter section over a length of 60 feet.  The 18-foot-diameter circular portion has a total length of 875 feet.  The conduit then transitions to an 18-foot-high by 23-foot-wide modified horseshoe section over 45 feet to the upstream ends of the splitter piers that separate the RO and low flow gate passages.  At the maximum design discharge of 8,000 cfs, the average velocity in the 18-foot-diameter conduit is 31.4 feet per second.  The absolute roughness value used for the design was 0.0005 feet.  The two 5.5-foot-wide splitter piers divide the flow symmetrically into two 8.5-foot-high by 5-foot wide RO passages on the outsides and one 3.5-foot high by 2-foot wide low flow passage in the center over a length of 38.5 feet.  Conventional one on three elliptical curves were used for the roof and inner side curves on the entrances to the gate passages.  These curves form the pier end curves.  The service RO gates are 34.5 feet downstream of the upstream end of the piers.  The main outlet tunnel profile is shown on Plate 2-15.  The upstream outlet conduit features are shown on Plate 2-16.

(4) **Downstream Conduit**.  Downstream of the RO gates, the main tunnel conduit transitions from a 24-foot-wide by 10-foot-high channel to an 18-foot-wide 9-foot-high channel over a length of 120 feet.  From this point the 18-foot-wide by 9-foot-high downstream conduit extends 540 feet.  At station 28+60, the roof of the downstream conduit ends and the exit channel continues to station 30+80 where it terminates and the flow passes though baffle blocks before dropping into the plunge pool energy dissipator.  Details of the downstream outlet conduit and exit channel are shown on Plates 2-17 to 2-19.

(5) **Access Structure**.  The concrete access structure is located above the downstream outlet tunnel at the tunnel portal.  This structure is 22-feet wide by 30-feet long, and 10.5-feet high, and serves as the entrance to the gate chamber via the access way.  It also houses the intake and filters for the gate chamber ventilation

2-9

**Exhibit 3**

**3-37**

system; project power distribution panel boards; a remote control cabinet for remote operation of the RO gates, the LF gates, the MDL cone valves, and the MDLE ball valve; electric incinerating toilet, and other electrical control and communication items. The entrance door may be opened up to 8 feet wide to install or remove large items if necessary. The access structure is shown on Plate 2-18.

(6) **Energy Dissipator**. The energy dissipator consists of 1) a plunge pool apron located immediately downstream of the exit channel (Plate 2-19), and 2) a preformed plunge pool located immediately downstream of the plunge pool apron. The exit channel ends with an 8.7 foot vertical drop to the top of the plunge pool apron. From this point the 105 foot wide plunge pool apron slopes downwards on a 1V on 3H slope in the direction of flow. It is designed to prevent the undercutting of the outlet channel. A vertical wall at the toe of the apron extends from elevation 1,990 feet, NGVD to 1,980 feet, NGVD to prevent the undermining of the apron from return flows (see Plate 2-21). The preformed plunge pool was designed based on a maximum discharge of 8,000 cfs. It is composed of a roughly hemispherical excavation partially lined with 5-foot to 6-foot diameter rock protection. The rock protection covers the bottom and sideslopes of the plunge pool and extends from the apron downstream for about 100 feet. The protection has a blanket thickness of 10 to 12 feet from elevation 1986 feet, NGVD to 1974 feet, NGVD. Downstream of the rock protection, the preformed plunge pool runs for approximately 250 feet on a 1V to 10H slope, then daylights with the natural river channel. The left and right bank of the plunge pool between elevations 2,000 and 2,020 feet, NGVD are lined with a 4-foot thick layer of 1-foot to 3-foot diameter riprap stone from the apron top to the point of daylight with the natural river. The plunge pool apron and the plunge pool are shown on Plates 2-20 to 2-22.

Exhibit 3

3-38



**Photo 2-6. Looking Downstream at the Plunge Pool from Top of Embankment**

(7) **Valve Structure**. The concrete valve structure is located on the left (looking downstream) side of the end of the downstream exit channel. It is 20-feet wide by 23-feet long and houses the two MDL cone valves. The interior of the valve structure can be accessed by a steel stairway on the exterior of the building or by a roof hatch. The valve structure is shown on Plate 2-23.

(8) **Minimum Discharge Line Extension (MDLE)**. The MDLE extends the MDL from the retaining wall next to the valve structure to the MDL energy dissipation structure which is located downstream of the plunge pool. The components of the MDLE are: (1) MDLE extension pipeline, (2) MDLE 24-inch ball valve (3) MDLE orifices, and (4) MDLE dissipation structure. The MDLE allows flows to be diverted around the plunge pool. The 24-inch ball valve will either be fully open or fully closed, and cannot be operated like the cone valves for setting desired controlled releases. The MDLE ball valve shall not be operated for flood control.

**Exhibit 3**                                      3-39

**(9) Hydraulic Instrumentation**. Two systems of hydraulic instrumentation are installed at Seven Oaks Dam, namely: 1) operational instrumentation and 2) prototype testing instrumentation. The operational instrumentation system provides information that is used in real-time operation, while the prototype testing instrumentation system is used to collect information for a testing program developed to monitor and evaluate the hydraulic performance of the outlet works, and at the same time, verify the parameters used in its design. Both instrumentation systems consist of a combination of pressure transducers and piezometers. The pressure transducers measure pressure fluctuations with flush-mounted electronic pressure transmitters. The pressure transducers are installed in steel mounting boxes embedded flush with the concrete surface of the outlet conduit. The piezometers, which are connected to a manifold located in the gate chamber, measure piezometric head. The piezometer taps are installed in steel mounting plates embedded flush with the mass concrete of the outlet works. In some locations the shape of the piezometer mounting plate matches the shape of the curved concrete surface. The taps are connected to the piezometer manifold with ½-inch conduits.

During testing of the outlet releases, the transmitters for the prototype testing would be connected to a portable processing unit that is brought to the site by the Corps Research and Development Center (ERD-WES) personnel, the operational instrumentation transmitters connecting to the digital display panels in the valve structure and also relayed to the displays on the remote control cabinet (RCC) in the access structure for real-time operation. The layout for both operational and testing instrumentation system is shown on Plate 2-24.

**i. Operational Hydraulic Instrumentation**. The operational hydraulic instrumentation consists of eight piezometers connected to pressure transducers, and two of the pressure transducers are connected directly to the MDL immediately upstream of the cone valves. The piezometers measure the piezometric head in the forebay, the main wet well, the MWS wet well, and in the main conduit upstream of the RO and the low flow gates. The pressure transducers measure

2-12

Exhibit 3                                                    3-40

hydrostatic pressure immediately upstream of both cone valves in the MDL. As stated in the previous paragraph, readings obtained by the pressure transducers are transmitted to a digital display panel located in the gate chamber and in the remote control cabinet located in the access structure. Pressure transducer readings can be obtained from readouts in the valve structure and also in the remote control cabinet in the access structure. The operational instruments are listed on Table 2-1.

**Table 2-1. Operational Instrumentation Facilities
Seven Oaks Dam Outlet Works**

| Instrument Number | Type of Instrument * | Location | Station | Elevation (Tap Inlets) | Elevation (Instrumentation) |
|---|---|---|---|---|---|
| O-1 | Z | Forebay, Outside Face of Tower | 11+47 | 2260 | 2099.1 |
| O-2 | Z | | 11+32.5 | 2190 | 2097.2 |
| O-3 | Z | | 11+05 | 2120 | 2099.1 |
| O-4 | Z | Main Wet Well | 11+15 | 2120 | 2097.2 |
| O-5 | Z | MWS Wet Well | 11+16 | 2120 | 2097.2 |
| O-6 | Z | ROG 1 | 21+87.0 | 2083.4 | 2099.1 |
| O-7 | Z | LF 1 | 21+82.5 | 2078.4 | 2097.2 |
| O-8 | Z | ROG 2 | 21+87.0 | 2083.4 | 2099.1 |
| O-9 | PT | @ 8-inch Valve | - | 2048.4 | 2048.4 |
| O-10 | PT | @ 14-inch-Valve | - | 2048.4 | 2048.4 |
| * Z denotes piezometers. PT denotes pressure transducers. | | | | | |

The piezometer pressure transmitters are located in the gate chamber and installed in two rows (Photo 2-7), the first row at elevation 2097.2 feet, NGVD, and the second row at elevation 2099.1 feet, NGVD. These are the reference elevations of transmitters. Each transmitter is connected to the operational piezometer manifold by heavy Tygon tubing. The transmitter converts water pressure from the piezometer into digital data which is relayed by an electrical circuit to the electronic display panel. When a piezometer tap is not submerged, the digital display panel shows the reference elevation of the pressure transmitter for that particular piezometer. Once a piezometer tap is submerged during flood events, the digital display panel reads the measured piezometric head at that point in outlet works where the piezometer tap is located.

**Exhibit 3**                                                                 **3-41**

The fluctuation of the water level above and below a piezometer tap location could trap air in the piezometer line. Pockets of air will cause an error in the pressure reading and must be bled from the line prior to taking the initial piezometer reading. This procedure is called "Bleeding the Piezometer Lines" and is described in Exhibit E.



**Photo 2-7. Piezometer Pressure Transmitters within Gate Chamber**

   **ii. Prototype Testing Instrumentation**. The second system of instrumentation is used in the prototype testing program developed and conducted by the Corps' Waterways Experiment Station personnel. This instrumentation will allow the evaluation of the hydraulic performance of Seven Oaks Dam and to verify the parameters used in its design. The prototype testing instrumentation measures peizometric head, pressure fluctuations, air demand, and gate vibration in key locations of the outlet works structure. The layout of the prototype testing instrumentation is also shown on Plate 2-24. Exhibit F contains details of the prototype hydraulic instrumentation and the testing program.

  **c. Spillway**. The spillway is 500-feet wide and 1,400-feet long, excavated into rock in a natural saddle on the east side of the dam. The trapezoidal spillway is

**Exhibit 3**           **3-42**

unlined except for a 10-foot-wide by 10-foot-deep concrete control sill constructed transverse to the flow located 1,040 feet from the downstream end along the centerline. The sill is recessed across the spillway invert and extends up each side slope to elevation 2,610 feet, NGVD. The sill provides a control surface and a defense against degradation of the spillway invert in the event of spillway flow. The top of control sill across the invert is at elevation 2,580 feet, NGVD with an upstream approach channel adverse slope of 0.025 and a downstream channel slope of 0.02. The peak water surface elevation during a Probable Maximum Flood (PMF) event is estimated at elevation 2,604.7 feet, NGVD, which would produce a surcharge depth of 24.7feet. Plate 2-25 shows the spillway plan, profile and sections.



**Photo 2-8. Looking Upstream During Spillway Excavation**

**d. Reservoir.** The top of dam elevation of 2610 feet, NGVD was derived from routing the spillway design flood with the starting water surface elevation set at 50% of the flood control pool (EL 2604.4 feet, NGVD), plus 5 feet of freeboard. The calculated wave runup and wind setup were 3.6 feet, and 0.03 feet, respectively. The maximum fetch calculated for determining the wave runup was 1.10 miles long, resulting from a 72 mph wind of 15-minute duration. Based on the latest data (1999 survey), at the top of dam elevation of 2,610 feet, NGVD, the reservoir has a

Exhibit 3                                                            3-43

calculated area of approximately 1,066 acres and a gross capacity of approximately
174,609 acre-feet. Up to the spillway crest elevation of 2,580 feet, NGVD, the
reservoir covers an area of approximately 801 acres, and has a calculated gross
capacity of approximately 147,970 acre-feet. The gross capacity is the total reservoir
storage capacity including the storage capacity allocated for sediment accumulation
throughout the life of the project. The 100-year sediment allowance volume is
approximately 32,000 acre-feet, which was determined based on data obtained from
geomorphically similar areas within the San Gabriel Mountains. Plate 2-26 shows the
Seven Oaks Dam reservoir, and Plate 2-27 shows the area and capacity curves
computed based on the latest survey (1999). The latest storage capacity and area
tables are included as part of Exhibit B.

**2-04    Related Control Facilities**. Big Bear Dam is the only existing structure that
could affect flood flows in the Seven Oaks watershed. Big Bear Lake is a water
conservation reservoir, owned by the Big Bear Municipal Water District. The lake has
a drainage area of about 38 square miles and has storage of about 8,600 acre-feet
between the top of the conservation pool and the top of the dam.

During times of low flow (generally the summer months), inflow and baseflow
into the Seven Oaks reservoir can also be affected by the existing hydropower
facilities located in the vicinity of the dam and reservoir. These facilities, which are
owned and operated by Southern California Edison, include a system of flumes and
hydropower plants, an access road, and transmission lines. At Edison Power House
Number 1, the Santa Ana River flows upstream of Seven Oaks Dam are diverted into a
new 42" dia. pressurized steel pipe buried 4 feet beneath the streambed upstream of
the dam. At the dam, this flume line runs through the left abutment at elevation 2314
inside an existing Edison tunnel and daylights out downstream of the dam's
embankment. Flows diverted through this pipeline bypass the dam and discharge at
Edison Power House Number 3. When Southern California Edison does not divert
water through this flume upstream of the dam, the flow is then received by the Seven
Oaks reservoir. The diversion capacity of this flume is about 120 cfs.

**Exhibit 3**                                                        **3-44**

**2-05** <u>**Real Estate Acquisition**</u>.  Approximately 2,736 acres of private land and 982 acres of Government lands were acquired for the overall project.  The reservoir covers approximately 800 acres nearly all within the San Bernardino National Forest.  A perpetual flowage easement that covers the reservoir and the area downstream of the spillway was acquired.  It encumbers approximately 953 total acres, 892 of which are Government land owned by the U.S. Forest Service, and the balance of 61 acres are in three private ownerships.  The approximate elevation at which the lands are owned in fee is 2599.3 feet, NGVD.  The approximate taking line is at elevation 2603.9 feet, NGVD.  All necessary lands for the flood control reservoir were acquired by a special use permit from the Forest Service without any transfer of accountability. The reservoir boundary is shown on Plate 2-26.

**2-06** <u>**Public Facilities**</u>.  Currently studies on recreational development at Seven Oaks Dam are not considered.  This position is consistent with the U.S. Forest Service's Land and Resource Management plan.  In the future, if there are any changes in the design operation and maintenance, especially in the even t of a water conservation pool being developed behind the dam, a re-evaluation of National Forest Management objectives within the project area will be undertaken.

The existing recreation setting of Seen Oaks is a relatively pristine natural area located within the San Bernardino National Forest.  Recreational use of the canyon in the past has been low to moderate due to its restricted access.  The site offers opportunities for hunting, fishing hiking, picnicking, backpacking and equestrian uses. The USFS recreation opportunities that will be compatible with the proposed design of an earth and rock filled dam with a seasonally operated debris pool.  USFS prefers development with no hard structures such as picnic facilities and restrooms.  The USFS plan emphasizes an ideal "natural" or "wilderness" recreation, accessible by foot traffic only.  This bare minimum accessible trail will lead the public to hiking, fishing, and camping opportunities.

2-17

**Exhibit 3**                                                                                  **3-45**

# III.  HISTORY OF PROJECT

Exhibit 3                                                    3-46

### III - HISTORY OF PROJECT

**3-01    Authorization**.  Authorization for Seven Oaks Dam construction is contained in the Water Resources Development Act of 1986, 99th Congress, 2nd Session, P.L. 99-662.  The authorization of the overall Santa Ana River Mainstem flood control project is contained in the report of the Chief of Engineers for the Santa Ana River Mainstem, including Santiago Creek, California, dated January 15, 1982.  Except for the Mentone Dam feature of the project, the Secretary was authorized to plan, design and construct a flood control storage dam on the upper Santa Ana River.  The authorization language in the PL 99-662 is as follows:

> *"The project for flood control, Santa Ana River Mainstem, including Santiago Creek, California:  Report of the Chief of Engineers, dated January 15, 1982, at a total cost of $1,090,000,000, with an estimated first Federal cost of $809,000,000 and an estimated first non-Federal cost of $281,000,000, except that in lieu of the Mentone Dam feature of section 903(b) of this Act, the Secretary is authorized to plan, design, and construct a flood control storage dam on the upper Santa Ana River."*

**3-02    Planning and Design**.  The Santa Ana River Phase I GDM submitted to Congress in September 1980 recommended in addition to other flood control features, the construction of a flood control dam (Mentone Dam), on the Santa Ana River.  Mentone Dam was to be located just northwest of the City of Mentone and north of the City of Redlands, California.  The estimated cost for Mentone Dam was $530,032,000 (October 1985 price levels).  Due to considerable opposition to the dam based on project effects to existing water recharge facilities in the region, and esthetic considerations, the Assistant Secretary of the Army (Civil Works) recommended the authorization of the Santa Ana River Mainstem Project with the exception of Mentone Dam.

Congress directed the Corps to study alternatives to the previously proposed Mentone Dam under Section 1304 of the 1984 Supplemental Appropriations Bill.  In accordance with further directives, the study was focused on upstream flood storage

3-1

**Exhibit 3**                                **3-47**

alternatives. Local interests also favored a study of upstream flood storage alternatives.

The Upper Santa Ana River Flood Storage Alternative Study, Supplement to Phase I GDM on the Santa Ana River Mainstem including Santiago Creek was completed in December 1985. The Upper Santa Ana River Dam, which was later renamed to Seven Oaks Dam, became the recommended alternative to Mentone Dam and was subsequently authorized. The recommended plan consisted of a dam in the Santa Ana River Canyon about 4 miles upstream from the previously proposed Mentone damsite and about 8 miles northeast of the City of Redlands.

The proposed design of the dam consisted of an earth-and-rock-fill structure with a height of about 550 feet above the existing streambed, crest width of 40 feet, crest length of about 3,000 feet, and the crest elevation at 2,610 feet, NGVD. The proposed upstream and downstream slopes were 1V on 2H. Based on the document entitled "Phase II GDM on the Santa Ana River Mainstem including Santiago Creek, Volume 7, Hydrology", dated August 1988, the storage allocations for the reservoir behind Seven Oaks Dam below spillway crest are as follows: 1) a flood control storage of 113,600 acre-feet and 2) a 100-year sediment storage of 32,000 acre-feet. A detached spillway was proposed, to be located about 1,700 feet east of the dam, with a trapezoidal cross section, a base width of 500 feet and side slopes averaging 1V on 1H. The spillway would be unlined except for a concrete control sill across the invert at the crest.

The Seven Oaks Dam flood control project was designed to help control flooding on the Lower Santa Ana River below Prado Dam by reducing peak inflows into Prado Reservoir during large flood events. In addition, the project was designed to provide flood control protection on the Santa Ana River between Seven Oaks Dam and Prado Dam.

Exhibit 3                                                    3-48

**3-03   Construction**. Construction of Seven Oaks Dam began in 1989. The
embankment, outlet works and appurtenant structures were constructed under seven
different construction contracts. The first three construction contracts involved site
explorations, investigations and test fills of the foundation of the dam and at
Government Canyon Ridge. The work from these contracts began in 1989 and
completed in 1991. In 1992, the first substantial construction of permanent features
began with the excavation and construction of the concrete lining for the outlet works
tunnel and gate chamber. This work completed in July 1994. The embankment
construction started in May 1994, and the dam topped out in June 1999. The overall
embankment and outlet works construction were completed in November 1999. The
last contract to construct the Minimum Discharge Line Extension was completed in
March 2002. The project was turned over to the Local Sponsors for operation and
maintenance in October 2002.

**3-04   Related Projects**. Two major flood control dams are located in the Santa Ana
River Basin, downstream of Seven Oaks Dam. These structures are Prado Dam and
San Antonio Dam, both of which were built and are operated by the Corps of
Engineers. Other existing flood control improvements, including those on
Cucamonga, Deer, Lytle, and Cajon Creeks, have been constructed by the Corps of
Engineers and local interests. These improvements include channelization, debris
basins, storm drains, levees, stone and wire-mesh fencing, and stone walls along the
banks of stream channels. The principal existing water conservation improvements
within the Santa Ana River Basin are spreading grounds and reservoirs. The more
than 100 water conservation and recreation reservoirs within the basin have storage
capacities ranging in volume from less than 4 to about 182,000 acre-feet in the case of
Lake Mathews. Although most of the existing water-conservation improvements
affect the regimen of the lesser floodflows, major floodflows are not appreciably
affected. Lake Elsinore, the terminus for the San Jacinto River, has considerable
potential influence on flood runoff, especially if its water surface elevation is low at
the beginning of a storm. Lake Elsinore has a dead storage capacity of about 130,000
acre-feet. When full, Lake Elsinore overflows into Temescal Wash, which joins the

**Exhibit 3**                                                    **3-49**

Santa Ana River just upstream of Prado Dam.  Plate 2-01 shows location of all related projects.

    **a.  <u>Spreading Facilities Downstream of Seven Oaks Dam</u>**.  Currently, San Bernardino Valley Water Conservation District (SBVWCD) operates groundwater recharge facilities, downstream of Seven Oaks Dam.  The existing recharge basins and additional basins currently under construction are located at a borrow pit formerly used for Seven oaks Dam construction located west of Greenspot Road and north of the Santa Ana River.  Some of the outflows from the Seven Oaks Dam outlet works are diverted at the SBVWCD diversion structure, located just downstream of the *USGS Santa Ana River near Mentone* stream gage (see Photos 3-1 and 3-2).  From the diversion structure, the water flows through an underground box culvert, which is 10 feet wide by 9 feet high.  The underground box culvert connects to a rectangular concrete channel, called a "sandbox," 400 feet downstream of the diversion structure.  The purpose of the "sandbox" is to filter out excess sand carried in with streamflow.  From the "sandbox", the water then continues to an unlined trapezoidal canal, flowing 2,300 feet to the west, crossing under Greenspot Road.  The Parshall Flume, which is located at Greenspot Road, measures the flow as it continues west before finally entering the recharge basins at the borrow pit.  At the present time, the Conservation District has 15 existing surface recharge basins, and additional recharge basins are now being constructed within the borrow pit.  The SBVWCD groundwater recharge basins are shown on Plate 3-01.

**Exhibit 3**



**Photo 3-1.  Upstream View of SBVWCD Diversion Structure**



**Photo 3-2.  Downstream View of SBVWCD Diversion Structure**

**3-05    Future Projects**. Prado Dam, another major Corps' flood control dam on the Santa Ana River Basin is scheduled to be modified in the near future.  This modification project, which is intended to increase the dam's storage and outlet capacity, is scheduled for completion within three years after the start of construction. The existing Prado Dam will undergo five construction stages, consisting of the

3-5

Exhibit 3                                                    3-51

following:  1) excavation/backfill for the installation of the new outlet conduit; 2) construction of the new intake structure; 3) partial excavation and restoration of the dam's embankment back to the current top of dam elevation of 566 feet, NGVD; 4) and the final raising of the embankment to the new height of 594.4 feet, NGVD. During the fifth stage, the existing spillway will also be raised from the current elevation of 543 feet, NGVD to 563 feet, NGVD.  Detailed information concerning the Prado Dam modification features can be found in Design Memorandum No. 1, entitled Phase II GDM on the Santa Ana River Mainstem including Santiago Creek, Volume 2 - Prado Dam, dated August 1988.

**3-06**   **Modifications to Regulations**.  The original design operation plan for Seven Oaks Dam is contained a document entitled Phase II GDM – Santa Ana River Mainstem, including Santiago Creek, Volume 7- Hydrology, dated August 1988. However, the inclusion of a new species on the Federal endangered species list, namely, the San Bernardino Kangaroo Rat, in addition to the already listed Slender Horned Spine Flower and the Santa Ana Woolly Star, required the Corps of Engineers to enter into a Section 7 Consultation with the U.S. Fish and Wildlife Service. Because these endangered species co-exist in the floodplain of the Santa Ana River downstream of Seven Oaks Dam, the design document plan was evaluated for impacts.  It was concluded during the Section 7 consultation that the water control plan specified in the design document could be implemented with provisions added to allow flexibility to make releases in order to support environmental mitigation and enhancement activities in the downstream channel.  The flood control operations include operation in coordination with Prado Dam, which is located downstream of Seven Oaks Dam; Seven Oaks Dam, dam safety considerations; mitigating for project impacts to downstream water users; as well as, environmental mitigation.

**3-07**   **Principal Regulation Problems**.  Since the completion and the initial operation of Seven Oaks Dam, several operational problems have been identified. Most of these problems are mechanical in nature and involve slight design modifications. Repair work to correct these mechanical problems have been

Exhibit 3                                                                                    3-52

completed.  Other problems are minor and do not require physical modifications.
However, since they pose minor operational constraints, procedures have been
developed to circumvent them. These constraints and the developed procedures are
described in Chapter 7 of this manual.  All the observed problems are discussed in
detail in the following paragraphs:

a. **Improper Seating of the Outlet Gates**.  A storm on February 12, 2000
required the building of a debris pool for the first time since the completion of Seven
Oaks Dam.  Since significant inflow was anticipated prior to the actual storm event,
the sluice gate was opened after the low flow and RO gates were closed. This was
done in order to fill the main tunnel, thus making the dam ready for larger releases if
necessary.  As inflow filled the approach channel and began spilling over the stop logs
into both conduits, the 8-inch and 14-inch valves were both closed in order stop all
releases and build the debris pool.  As the main wet well began to fill, the dam tenders
reported severe leakage from the sides of RO gate Number 2, (the service gate on the
right side looking downstream).  Later on during the same event, the dam tenders
reported hearing a loud bang. After this sound was heard, the leakage diminished
considerably.

An investigation into this incident found that the gate had slid on the invert
babbitt seal and sheared off a thin skin of the babbitt metal which was lodged between
the gate and gate frame slot.  The inspection concluded that the gates were not fully
seated onto the gate frame during initial watering up of the upstream tunnel. As water
enters the tunnel, the lack of seating causes leakage on the sides of the gates, as
observed by the dam tender during this incident. The gates will initially resist the
pressure acting on them with the static friction forces between the gate lips and the
invert babbit seal resulting from their own weight and the pressure of the hydraulic
cylinders.  Eventually the increasing hydrostatic pressure on the gates overcame the
friction forces, causing the gates to slam against the downstream gate slot, thus
causing the loud bang and the shearing of the babbit seal metal.  This inspection
resulted in a recommendation that during watering up of the upstream tunnel, the

**Exhibit 3**                                                    **3-53**

control gates should be raised slightly to allow the pressure upstream of the gate to seat the gate onto the gate frame seal.

   **b. <u>Outlet Gate Latches</u>.** As a mechanical safety feature, each hydraulic slide gate at Seven Oaks Dam was designed with a latch mechanism to hold them while they are in a fully open position without drifting downward. The latch mechanism consists of a latch pin, latch arms, and a long bolt (main RO gates only) that supports the weight of the gate when it is fully open, and prevents it from drifting downward due to its own weight when the hydraulic pressure bleeds off. For the main RO gates, the latch arms are closed to hold the pin that is connected to the gate stem by a long bolt. The bolt is the weakest link for the main RO gates. As the gate rises to fully open, the pin also rises through the latch arms. The latch arms are open when the gate is moving and closes when the gate is stopped. The end of the pin has a mushroom-shaped head, which prevents the pin from slipping back through the latch arms when they are closed.

   When the gate is initially fully open, the head of the pin remains above the closed latch arms and does not rest on them; therefore, when closing the gate by pushing the "LOWER" button at the control panel, the latch arms would open and the head of the pin lowers with the gate. However, if the gate were kept fully open for a long period of time, the hydraulic pressure would bleed out, which would cause the head of the pin to fully rest on the closed latch arms, and in turn, fully support the weight of the gate. Pushing the "LOWER" button under this condition would not allow the latch arms to readily open due to the weight of the gate, and the hydraulic pressure would still force the gate to lower, causing the latch arms to fail.

   The design problem stated above was initially discussed by the contractor in December 1999, after a broken bolt for the latch pin had been repaired following a testing of the gates. In February 2001, retrofit work was initiated to equip each gate with a proximity switch sensor to indicate when the latch arm is open or closed. The hydraulic controls were redesigned to include an automatic two-second delay from the

Exhibit 3

time the "LOWER" button is pushed to activation of hydraulic pressure to move the gate. This feature would allow time for the latch arms to open. In addition, the electrical controls were redesigned to prevent the gate from lowering if the proximity switch sensor does not indicate the latch arms are open. The gate controls were also redesigned to automatically make the gate go up for a few seconds when the "LOWER" button is pushed before allowing the gates to go down from the full open position. This feature would further prevent any possibility of damaging the latch mechanism from lowering the gate. The latch control system was redesigned, and the retrofit completed in 2002. Testing of the completed modifications was conducted on 24 June 2002. Minor problems were observed with the synchronization of the indicator light illumination when the "LOWER" button was pushed. The problems were corrected and the system retested and officially accepted on 25 June 2002. The updated as-builts and equipment operation and maintenance manuals were submitted in September 2002.

     **c.  No Gate Indicator for the Hydraulic Sluice Gate.**  The sluice gate will be operated either fully open or fully closed under a balanced head or to a 2.5 feet maximum head differential using a portable hydraulic operator. The design did not include a gate position indicator due to susceptibility to damage from weather or potential vandalism. Visual inspection of the gate position is not possible during real-time operation. Therefore, actual position of the sluice gate is not readily available to the dam tenders. Although dam tenders are required to record and report the position of the sluice gate during each gate change, the possibility of moving the sluice gate without recording it, especially during maintenance, exists. In addition, during construction, the contractor had reported that during its initial operation, the sluice had gate drifted down when left in an open position for an extended period of time; however, this condition has not recurred to date. Currently, the only available means of verifying the position of the sluice gate is through actual operation of the gate.

     **d.  Limited Release Capability at Elevations below the Stoplogs.**  Over the design life of the project, stoplogs are placed, as necessary, along the upstream face of

**Exhibit 3**                                                     **3-55**

the multilevel withdrawal system (MWS) wetwell of the intake structure in order to minimize the amount of sediment entering the outlet works. The elevation range between the current reservoir invert and the crest of the stoplogs is defined as the sediment pool in the water control plan. Currently, the first two rows of ports have been stoplogged, and the invert elevation, which is the invert for the next row of ports, is at 2120.24 feet, NGVD. Within this elevation range, the dam is operated mainly to minimize impacts to downstream water users. However, since the dam is not equipped with any other release mechanism when the water level is within this range, releases within the sediment pool will be limited to the amount of leakage through the stoplogs.

     **e. <u>Cavitation within the 12-inch RO Recharge Line (Filling Line)</u>.** During the 8-10 November 2002 storm operation, the Seven Oaks Dam project operators noticed excessive noise, indicative of cavitation, coming from the 12-inch diameter filling line while the flow was being diverted to the RO tunnel from the MDL. The noise was described as sounding like pebbles bouncing rapidly within the pipe, and the intensity of the noise increased as the butterfly valve opening increased. The noise was first detected at elevation 2130 feet, NGVD, and as the water surface elevation rose, so did the noise levels. At elevation 2160, the noise became unbearable. It is suspected that the noise might be due to the trapped air pockets downstream of the valve due to lack of an air release valve. Currently, a permanent fix for cavitation is under development, but in the mean time, operational procedures, as provided in Section 7-06.b., have been developed to address this problem.

Exhibit 3

# IV.  WATERSHED CHARACTERISTICS

Exhibit 3                                                                3-57

## IV - WATERSHED CHARACTERISTICS

**4-01**    **General Characteristics**.  The Santa Ana River Basin drains approximately 2,450 square miles, excluding an area of 32 square miles tributary to Baldwin Lake and 10 square miles tributary to Perris Reservoir.  Of the total basin, 2,255 square miles of the drainage area is upstream from Prado Dam, which in addition to Seven Oaks Dam is the other major flood control structure on the Santa Ana River. Approximately 23 percent of the entire basin is within the San Gabriel and San Bernardino Mountains; about 9 percent is in the San Jacinto Mountains; and 5 percent is within the Santa Ana Mountains.  Most of the remaining area is in the valleys formed by the broad alluvial fan along the base of these mountains.  The upper Santa Ana River drainage area above Seven Oaks Dam is approximately 177 square miles, excluding the 32 square miles tributary to Baldwin Lake, and has its headwaters in the San Bernardino Mountains.  The Santa Ana River basin is shown on Plate 2-01.

**4-02**    **Topography**.  The damsite and reservoir area is within the steep-walled Santa Ana River Canyon along the southern margin of the San Bernardino Mountains.  The elevation of the canyon floor at the damsite is approximately 2,060 feet, NGVD.  The gradient of the canyon floor averages about 3 percent.  Elevations of the ridgetops outlining the canyon range from about 3,500 feet directly above the damsite on the left (east) abutment, to almost 4,000 feet on the western flank of the canyon.  The canyon walls at the right (west) abutment are very steep 1V on 0.6H just above the canyon floor and then flatten to 1V on 2H at higher elevations.  The "ridge and swale" topography at the left abutment has more uniform slopes of about 1V on 1.5H. Several "hanging valleys," probably created by the rapid uplift of the San Bernardino Mountains and equally rapid down-cutting by the Santa Ana River, can be identified near the site.

The headwaters of the Seven Oaks Dam watershed lie within the rugged San Bernardino Mountains.  Elevations vary from 10,664 feet, NGVD, at Anderson Peak and 11,502 feet, NGVD at San Gorgonio Peak to 2,060 feet, NGVD at the damsite,

4-1

Exhibit 3                                                                                 3-58

which is approximately 1 mile upstream from the canyon mouth. Generally trending southwesterly, the 27 miles of river upstream of the damsite has an average gradient of 300 feet per mile. Some smaller tributaries originating in the high mountains have gradients that exceed 1,900 feet per mile. Bear Creek, the principal tributary within the Seven Oaks canyon area, drains 55 square miles and possesses an average gradient of approximately 460 feet per mile. Well-developed growths of fir and pine occur above elevations of about 5,000 feet, NGVD. Many steep slopes within the watershed are covered with a moderate to dense growth of chaparral and sage scrub. Lower slopes carry a heavy cover of grasses and forbs. The drainage area above the dam is expected to remain largely undeveloped during the project life. The project location and topography are shown on Plate 2-02.

**4-03   Geology and Soils**. The entire Santa Ana River basin is underlain by a basement complex of crystalline metamorphic and igneous rocks, which only appear on the surface in the mountainous parts of the area. In the foothills and valleys, the basement complex is overlain by a series of sandstones and shales. Unconsolidated alluvial deposits range in depth from a few feet at the base of the mountains to more than 1,000 feet on the cones and in the valleys. The existence of several precipitous mountain ranges along the upper boundaries of the area indicates that the area has been subjected to extensive folding and faulting. The soils in the mountains, which are derived mainly from metamorphic and igneous rocks, are shallow and stony. On the lower slopes of the mountains and in the foothills, the soils are mainly loams and sandy loams, ranging from less than 1 foot to 6 feet in depth. In the valleys, where the soils are usually more than 6 feet deep, the surface soils range from light, sandy alluvium to fine loams and silty clays with heavier subsoils.

The Santa Ana River basin lies in a seismically active area and has several faults within its boundaries as shown on Plate 4-01. The San Andreas Fault zone, which is the best recognized, is also the one with the potential for the most severe earthquake. Other fault zones within the basin include: the San Jacinto fault zone; the

4-2

Exhibit 3                                  3-59

Banning fault; the Sierra Madre-Cucamonga fault zone; the Whittier fault; the Chino fault; the Elsinore Agua Caliente fault zone; and the Newport-Inglewood fault zone.

a. **Seismicity**. Seven Oaks Dam is located in a seismically active area and is designed to withstand an earthquake magnitude measuring 8+ on the Richter scale, occurring on the nearby San Andreas Fault. Numerous other active faults exist within a 50-mile radius of the dam, capable of generating an earthquake magnitude of 7 or 7.5 on the Richter scale. Two smaller active faults, were mapped within the footprint of the embankment. Other faults, believed to be inactive, were also mapped within the dam's footprint. Displacement in bedrock due to seismic events was conservatively estimated at 4 feet for design purposes. The displacements are assumed to occur in subsidiary faults and shear zones at the damsite in response to forces from the design earthquake on the San Andreas Fault. The faults underneath the dam are not expected to move independently. Predicted earthquake motions will subject the dam to peak horizontal accelerations of 0.7g and a bracketed duration at 0.5g of 40 to 50 seconds.

**4-04**  **Sediment**. Bed material in the Santa Ana River varies from a cobble bed, with material between two and four inches in diameter, along the upper reaches of the river to fine and medium sands along lower reaches. The Santa Ana River is generally considered a sand bed stream with sediment having a mean diameter of 0.5 mm. The median size of the bed material varies from 0.2mm to 0.8mm with an average gradation coefficient of 2.

Historically the river was braided in the upper portion of the basin and meandering along the lower portion. The riverbed and banks are highly erodible and over time the channel has wandered over significant portions of the floodplain. As the Santa Ana River basin has developed, the lower portion of the channel has been improved and controlled to its present location. However, the inherent instability of the river periodically manifests itself in the form of severe scour and bank erosion at various locations. The upper portion has been left in its natural condition.

**Exhibit 3**                                              **3-60**

The volume of sediment to be distributed in the Seven Oaks Reservoir was determined to be 32,000 acre-feet. This volume represents the amount of sediment that would be trapped in the reservoir after 100 years of service. At least three monumented sediment index ranges have been established within the reservoir areas of Seven Oaks Dam. These sediment ranges are used to indicate the need for updated topographic mapping of the reservoir area. Up-to-date topography is essential to accurate computations of reservoir storage, which in turn is used in the calculation of reservoir inflows. The most recent area-capacity relation for Seven Oaks Dam is based on the survey of 1999 and is presented on Plate 2-27. The area-capacity tables are shown in Exhibit B.

**4-05    Climate.** In general, the Santa Ana River Basin has a mild climate with warm, dry summers and cool, wet winters. Both temperature and precipitation vary considerably with distance from the ocean, elevation, and topography.

    **a. Temperature.** At the city of Corona, about 26 miles from the ocean and 710 feet above sea level, the average temperature is about 63°F, with extremes of 22°F and 118°F recorded. At Squirrel Inn, located in the San Bernardino Mountains at elevation of 5,700 feet, NGVD, the average temperature is about 53°F, with extremes of 0°F and 97°F recorded.

    **b. Precipitation.** Precipitation increases with elevation. The 97-year mean seasonal precipitation for the Santa Ana River basin, which averages about 20 inches, varies from 10 inches south of the city of Riverside to about 45 inches in the higher mountain areas. Nearly all precipitation occurs during the months of December through March. Rainless periods of several months during the summer are common. Plate 4-02 (reproduced from the Santa Ana River Mainstem Phase II GDM, Volume 7) shows the mean annual precipitation over the Santa Ana River basin.

    **c. Snow.** Snow in southern California is relatively uncommon at elevations below 6,000 feet, but occurs frequently at the higher elevations, and often remains on

Exhibit 3

the ground for many weeks during the winter and spring at elevations above 7,000 to 8,000 feet. Snowmelt is normally not a major hydrologic factor in terms of contributing to runoff in the Santa Ana River basin; but, on occasion, the runoff from a warm, heavy rainstorm that has followed a cold storm that had dropped over the Santa Ana River basin down to 2,000 or 3,000 feet can be significantly augmented by melting snow.

**d. Evaporation**. No formal studies of evaporation have been made in the Seven Oaks watershed. Currently, this project is not operated for water conservation; therefore, evaporation is not a major consideration for the Seven Oaks Dam water control plan. However, pan evaporation data have been collected for three stations located within the Santa Ana River Basin, as shown on Table 4-1. The mean monthly evaporation ranges from less than 1 inch in winter to about 8 inches in the summer in higher forested elevations, to about 2 to 3 inches in winter and 9 to 11 inches in summer in lower elevations. On days of very strong, dry Santa Ana winds, evaporation can be greater than one inch in 24 hours.

**e. Wind**. The prevailing wind in the Seven Oaks Watershed is the sea breeze. This gentle onshore wind is normally strongest during late spring and summer afternoons, with speeds in the Santa Ana River basin typically ranging from 10 to 15 miles per hour.

The Santa Ana is a dry desert wind that blows from out of the northeast, most frequently during late fall and winter. The characteristic low humidities and strong gusts of Santa Ana winds usually create very high fire hazards, but can also be instrumental in drying a saturated watershed, thus reducing the flood hazard from later events. Santa Ana winds are often especially strong below Cajon Pass in the corridor from Devore to Fontana, where extreme gusts of more than 100 mph have been recorded. They can also be very strong in the vicinity of Prado Dam and downstream through the Santa Ana River Canyon and into northeast Orange County.

Exhibit 3                                                          3-62

Rainstorm-related winds are the next most common type in southern
California. Winds from the southeast ahead of an approaching storm average 20 to 30
mph, with occasional gusts to more than 40 mph. West to northwest winds behind
storms can sometimes exceed 35 mph, with higher gusts.

**4-06    Storms and Floods**.

    **a. Storms**.

       **(1) Winter Storms**. General winter storms usually occur from
December through March. They originate over the Pacific Ocean as a result of the
interaction between polar Pacific and tropical Pacific air masses and move eastward
over the basin. These storms, which often last for several days, reflect orographic
influences and are accompanied by widespread precipitation in the form of rain and, at
higher elevations, some snow. The isohyets for the mean seasonal precipitation are
shown on Plate 4-02.

       **(2) Local Storms**. Local storms can occur at any time of the year,
either during general storms or as isolated phenomena. Those occurring in the winter
are generally associated with frontal systems. These storms cover comparatively
small areas, but result in high-intensity precipitation for durations of up to 6 hours.

       **(3) Summer Storms**. General summer storms in this area are usually
associated with tropical cyclones and occur very infrequently. They are known to
have occurred in the late summer and early fall months, but have not resulted in any
major floods during the period of record.

    **b. Floods**. Although historical reference to flood conditions in the general
region date back to about 1769, little information is available regarding the magnitude
of floods occurring prior to 1850. Historical references indicate that (from 1769 to
1850) medium-to-large floods occurred in 1825, 1833, 1840, and 1850. Some

Exhibit 3

available quantitative data indicates that, from 1850 to 1897, medium-to-large winter floods occurred in 1859, 1862, 1867, 1876, 1884, 1886, 1889, and 1894. Recorded data from 1897 to the present indicate that medium-to-large winter floods occurred in 1903, 1920, 1914, 1916, 1921, 1922, 1927, 1938, 1943, 1965, 1966, 1969, 1978, 1980, 1983, and 1993. Following the historical floods of the 1800's and early 1900's, considerable changes have occurred in the drainage basin. Runoff characteristics of the majority of the valley areas have been changed by urbanization and agriculture. The mountain areas have remained relatively unchanged, although several small reservoirs, detention dams, and debris basins have been constructed at the canyon mouths. In the event that a large, historical storm occurred under present-day conditions, mountain runoff would be similar to that which occurred in the past since these small structures would have little effect on major floods on the mainstem of the Santa Ana River. Valley runoff would be considerably higher in both peak and volume because of increase in impervious cover due to development and channelization of flows. Additional information on the following storms and floods is given in the Review Report, Phase I General Design Memorandum (GDM), and the Phase I GDM Supplement.

(1) **Storm and Flood of January 1862.** An extreme flood event occurred in January 1862. Although very little data concerning the storm are available, it was possible to determine the flood characteristics that led to the peak discharge of January 22, 1862. According to historical accounts, nearly continuous rainfall began on December 24, 1861. An interrupted series of cold storms out of the north brought heavy snow to low elevations in the mountains. The storm track then changed, and a series of warm storms from east of Hawaii brought very heavy tropical rain to southern California. The combination of this rain, now falling on saturated ground, and massive snowmelt led to a flood with estimated peak discharge of 317,000 cfs at Riverside Narrows.

(2) **Storms and Floods of January 1916.** Two heavy storm series hit southern California in January 1916. The 14-19 January storm dropped southward

Exhibit 3                                                                    3-64

along the coast, bringing deep snowfalls to the mountains and foothills. The second series dropped southward over water, then moved onshore with very heavy warm rain that melted the previously fallen snow. Heavy flooding resulted on 27-28 January. The peak discharge on the Santa Ana River near Prado Dam area was estimated at 45,000 cfs with a 24-hour maximum volume of 67,200 acre-feet. The direct and indirect flood damages resulting from this storm were estimated (1949 price levels) at $2,500,000 in Orange County and $5,080,000, in San Bernardino and Riverside Counties. These estimates according to the latest 2002 price levels were $41,250,000 for Orange County, and $83,820,000 for San Bernardino and Riverside Counties.

(3) **Storms and Floods of February 1927.** A series of heavy storms moved into southern California from the west during mid-February 1927, resulting in moderate flooding on the Santa Ana River and elsewhere throughout the coastal basins. The peak discharge on the Santa Ana River near Prado Dam area was estimated at 18,000 cfs with a maximum 24-hour maximum volume of 30,300 acre-feet. The direct and indirect damages resulting from this storm were estimated (1949 price levels) at $438,000 in Orange County and $594,000 in San Bernardino and Orange Counties. These estimates according to the latest 2002 price levels were $4,421,000 for Orange County, and $6,136,000 for San Bernardino and Riverside Counties.

(4) **Storm and Flood of 27 February - 3 March 1938**. The storm of February 27 - March 3, 1938 was and still is the most destructive of record since 1862 on the Santa Ana River and many other streams in Southern California. Its occurrence played a major role in the justification of many flood control structures including Prado Dam, a Corps owned and operated dam on the lower Santa Ana River. The storm developed out of a series of low-latitude north Pacific disturbances, bringing several bands of intense rainfall to southern California during a 5-day period of 27 February – 3 March. Several mountain stations in southern California reported precipitation equaling or exceeding 30 inches during the 5 days. Within the Santa Ana River basin, total rainfall ranged from 5 inches near Perris to 27 inches at Big Bear

4-8

Exhibit 3                                3-65

Lake Dam. The heaviest rain fell on 2 March between 0000 to 1900 hours, during which Camp Baldy at the northwest edge of the basin reported nearly 8 inches in 6 hours and more than 12 inches in 12 hours.

At the beginning of the storm, there was snow on the ground at elevations above 6,000 feet. The snow cover at points of observation was not materially depleted at the end of the storm, indicating that snow melt probably did not contribute appreciably to the flood runoff. Although accumulated seasonal precipitation at the beginning of the storm was about normal, greater than normal precipitation occurred during the month of February preceding the storm, conditioning the ground for runoff. The resulting low precipitation-loss rates, along with the unusually large precipitation volume and high intensities, caused very high rates of runoff, especially in the mountains and foothills. The result was a peak flow estimated at 100,000 cfs on the Santa Ana River through the Santa Ana Canyon. The direct and indirect damages resulting from this storm were estimated (1949 price levels) at $6,826,000 in Orange County and $13,460,000 in San Bernardino and Riverside Counties. These estimates according to the latest 2002 price levels were $87,100,000 for Orange County, and $171,750,000 for San Bernardino and Riverside Counties.

(5) **Storm and Flood of January 1943**. The storm of 21-24 January 1943, which in many respects is the most severe storm of record in southern California, resulted when a series of warm Pacific cyclones moving generally eastward from the area north of Hawaii combined with an intense, cold storm moving down the west coast of North America from British Columbia. The deep, low pressure center that consequently developed over Northern California and Oregon generated unusually strong southerly and southwesterly winds over southern California and produced heavy precipitation over much of the area. Exceptionally large rainfall amounts fell in the mountain areas because of the powerful orographic uplift of these strong winds. Continuous precipitation, which included two periods of very high intense rainfall occurred from about noon on 21 January into the morning of 23 January. Two cold fronts, the first of which occurred about midnight on 21

Exhibit 3                                                                     3-66

January, and the second, about midnight on 22 January, caused this precipitation. Rainfall tapered off on 23 and 24 January, although certain mountain stations continued to receive substantial precipitation during these two days. Total rainfall recorded for the storm in the study area ranged from about 4.3 inches at Riverside to 29.7 inches at Glenn Ranch in the San Gabriel Mountains. The isohyets for the 21-24 January storm showing the maximum 24-hour precipitation are shown on Plate 4-03.

(6) **Storm and Flood March 1943**. The local storm that occurred between 2200 hours on 3 March and 0100 hours on 4 March 1943 resulted in short-period precipitation of near-record breaking magnitude for the southern California coastal region. The storm developed out of a moderate general storm, beginning over the southern part of Los Angeles and moving northeast toward the San Gabriel Mountains at about 7 miles an hour. Because automatic precipitation gages were in operation, the aerial distribution of precipitation was well defined. The highest observed intensities were at the Sierra Madre-Carter precipitation station located in Sierra Madre, where maximum 15-, 30-, and 60- minute intensities of 5.5, 3.6, and 2.7 inches an hour, respectively, were recorded. Runoff was moderately heavy from the local areas where high precipitation intensities occurred. However, as the thunderstorm did not extend appreciably into the Santa Ana River basin, no runoff of consequence was recorded there. The isohyets for the 3-4 March storm showing the maximum 3-hour precipitation are shown on Plate 4-04.

(7) **Storms and Floods of January 1969**. A series of storms that began on 18 January and continued through 27 January was caused by a strong flow into southern California of very warm, moist air originating over the tropical Pacific Ocean south and east of Hawaii. The series of storms was interrupted by a brief ridge of high pressure that moved through the area on 22 and 23 January and caused a short break in the rainfall. Except for this lull on January 22 and 23, heavy precipitation occurred during most of 18 – 26 January period. An intense downpour occurred on 25 January. Nine-day totals ranged from 10 to 20 inches in the lowlands and from 25 to more than 50 inches in the mountain areas of southern California. In the Santa Ana

Exhibit 3                                                3-67

River basin, total amounts for Lytle Creek Ranger Station and Big Bear Lake were 42.68 and 35.52 inches, respectively. A streamgage at Santa Ana River near Mentone measured a peak 1-hour average discharge of 15,300 cfs, which was recorded on 25 January.

(8) **Storms and Floods of February 1969**. The storm series that occurred in late February 1969 climaxed more than a month of extremely heavy, recurring rainfall in southern California. The storms occurred as a number of Pacific cyclones traveled southward off the west coast of the United States and then curved inland across California carrying copious quantities of moisture. Several cold fronts and other disturbances that moved across southern California from 22 February through 24 February dropped moderately heavy amounts of precipitation. Early on 25 February a strong cold front moved slowly southeastward across southern California; the front was accompanied by strong low-level winds that, when lifted by the mountains, resulted in great quantities of orographic precipitation. As a result, rainfall was generally heavy everywhere and particularly heavy in the mountains. A total storm amount of 10.03 inches was recorded at Idyllwild Ranger Station in the Santa Ana River Basin area.

(9) **Storm and Flood of February 1978.** After several moderately heavy storms during January and early February 1978, one low-latitude Pacific storm developed west of southern California and moved into the area during the night of 9-10 February. After a day of heavy rain in the San Gabriel and San Bernardino Mountains on 9 February, a major cloudburst struck portions of coastal southern California during the early hours of 10 February, with brief intensities exceeding 3 inches per hour. The very heaviest rain fell in Los Angeles County, but several stations in the Santa Ana River basin reported intense rainfall between 0200 and 0400 hours on 10 February, including 1-hour amounts of 1.2 inches at Running Springs and 0.89 inches at Prado Dam.

(10) **Storm and Flood of March 1978.** In a pattern very similar to that of exactly 40 years earlier, a series of low-latitude Pacific storms moved into southern

4-11

**Exhibit 3**                                              **3-68**

California at the end of February and beginning of March 1978.  There were four
major occurrences of rainfall during the storm period: 28 February, 1 March, 4 March,
and 5 March.  Total rainfall from 27 February through 6 March ranged from less than
5 inches in the Riverside-Corona area to 22-24 inches in the San Bernardino
Mountains and more 28 inches in the San Gabriel Mountains.  The heaviest sustained
rain fell during the morning of 1 March and again during the mid-day of 4 March.
With the ground highly saturated from the already very wet winter, runoff from these
storms was very high, especially in terms of low volumes.  At Prado reservoir, the
inflow during the storm period was recorded at a maximum rate of 34,700 cfs.

(11) **Storms and Floods of February 1980**.  The floods of February
1980 resulted from a series of low latitude Pacific storms that moved into southern
California from out of the west.  The heavy bursts of rain occurred on 14, 16, and 19
February.  Rainfall intensities of 1 inch in one hour were observed in some of the
upper areas of the Santa Ana River Basin.  The water surface elevation for lake
Elsinore reached 1265.7 feet and spilled down Temescal Creek into Prado reservoir,
where the 1-hour average inflow was recorded at a maximum rate of 36,000 cfs on 17
February.

(12) **Storms and Floods of February - March 1983**.  During the
winter of 1982-1983, a series of low-latitude Pacific storms moved into southern
California from the west from late November through February.  These storms were
the result of atmospheric flow patterns associated with the strongest El Nino condition
since at least 1891.  The rains climaxed between 25 February and 2 March 1983,
during which a storm reminiscent of those of 5 to 45 years earlier moved into Southern
California at the end of February and the first of March 1983.  Up to 20 inches fell in
the Lytle Creek area, and several cells of intense local precipitation were observed in
the upper and lower Santa Ana River basin, including 1.72 inches in 1 hour in the City
of Santa Ana.  This and other local Orange County rainfall events with durations
between 30 minutes and 6 hours experienced during the period have recurrence
intervals of up to 100 years.  One Los Angeles County cloudburst of 2 inches in 5

4-12

**Exhibit 3**                                                                 **3-69**

minutes (Bel Air Hotel, 1 March 1983) was more than 4 times the 100-year rainfall for that duration at that station. The rainfall through late February had saturated the ground everywhere, resulting in very favorable runoff conditions when the storm of 1-2 March dropped the highest volume of warm rain over the Santa Ana River Basin. Flow discharges in the lower Santa Ana River were 6,500 cfs just below Prado Dam; 11,000 cfs at E Street; and 26,200 cfs at the Metropolitan Water District crossing. Discharges of 4,000 cfs were observed at Lytle Creek near Fontana.

(13) **Storms and Floods of January – February 1993**. From 6 January to 28 February 1993, a series of storms produced 20 to 40 inches of rain over much of southern California coastal and mountain areas and more than 52 inches at some stations in the San Bernardino Mountains. These storms, which coincided with a reappearance of weak "El Nino" conditions in the tropical regions of the Pacific Ocean, were driven by a regional atmospheric low-pressure system off the coast of northern California and Oregon. The first major streamflows occurred on 6-7 January, as a result of heavy rainfall on a fairly substantial snowpack that had accumulated in December 1992. The recurrence intervals of flows in the Santa Ana River Basin were about 25 to 50 years. The rain continued, and a second major runoff peak occurred late on 16 January as the low pressure system moved slightly south before moving to the east on 18 January. A nearly identical storm pattern developed in early February as a stationary atmospheric low-pressure system off the Oregon coast again generated storms. Major storms and resultant runoff peaks occurred on 8 February, and 18-19 February. Although the peak streamflows were only in the 25- to 50-year recurrence interval range, significant local flooding occurred because of saturated conditions in the watershed due to the January storms.

**4-07   Runoff Characteristics**. Streamflow, which is perennial in the canyons of the Santa Ana River and in the headwaters of most of its tributaries, is generally ephemeral in most valley segments. Streamflow increases rapidly in response to effective precipitation. High-intensity precipitation, in combination with the effects of steep gradients and possible denudation by wildfire may result in intense sediment-

4-13

Exhibit 3                                3-70

laden floods, with some debris load in the form of shrubs and trees. Deposition of
sediment occurs in the stream channels as they flow from the canyon mouths onto the
lower-sloped valley floor surface. The urbanization that is taking place in the valley
areas of the Santa Ana River Basin tends to make the basin more responsive to
rainfall. Hence, the same rainfall occurring over an urbanized segment of the basin
will result in higher peak discharges, with a shorter time to the peak and a greater
volume than had it occurred over a natural basin without urbanization.

**4-08**    **Water Quality**. The quality of surface water and groundwater varies
considerably throughout the Santa Ana River basin. Generally, the surface waters
flowing out of the rugged and undeveloped mountains to the valley floors are of
excellent quality. These waters recharge the groundwater in these areas; consequently,
groundwater in these areas is also excellent. As one progresses downstream, however,
water quality in these areas progressively deteriorates due in large part to heavy water
use and waste disposal practices, and to the relatively poor quality of some of the
imported water in the general area.

**4-09**    **Channel and Floodway Characteristics**. The Santa Ana River downstream
of Seven Oaks Dam is divided into two major divisions, namely, 1) the reach that
extends from Seven Oaks Dam to Prado Dam, and 2) the lower Santa Ana River,
which extends from Prado Dam to the Pacific Ocean. The reach from   Seven Oaks
Dam to Prado Dam is further divided into three subreaches, namely 1) from Seven
Oaks Dam to the upstream end of the Lytle-Warm Creek confluence, 2) the Lytle-
Warm Creek confluence area from just upstream of the East Twin Creek confluence to
the Lytle-Warm Creek confluence, and 3) from the downstream end of the Lytle-
Warm Creek confluence to Prado Dam. While the lower Santa Ana River is mostly
improved, the reach between Seven Oaks Dam and Prado Dam is largely unimproved,
with the exception of Lytle-Warm Creek confluence, the Riverside levees, and the
Norco Bluffs bank protection.

4-14

Exhibit 3                                                          3-71

a. **Santa Ana River between Seven Oaks Dam and Prado Dam.**  Since much of the channel in this reach is unimproved, it is subject to constant change in dimensions, and therefore it is difficult to define its capacities.  In 1991, however, a channel floodway delineation was performed by the Corps of Engineers under the Santa Ana River Mainstem Project to determine the magnitude of flows that would be generated by the operation of Seven Oaks Dam during a 100-year event and a 500-year event.  From this study, it was found that the discharges resulting from the 100-year event would be fully contained within the delineated channel floodway, except for a few breakouts at reaches immediately downstream of Seven Oaks Dam.  Plate 4-05 is a map showing the reaches of the Santa Ana River between Prado Dam and Seven Oaks Dam.  Plate 4-05a shows the 100-year discharge within these reaches that can be contained within the channel.

(1) **Seven Oaks Dam Site to Lytle-Warm Creek Confluence**.  This subreach is about 12.7 miles long and extends from the Seven Oaks Dam site to the upstream end of the Lytle-Warm Creek confluence project.  Throughout the subreach, channel slopes are fairly steep and bed material is generally coarse.  Starting from the outlet of Seven Oaks Dam, the river in this area has a dimensionless invert slope of about 0.028.  At the upper Santa Ana Canyon, the river is natural, and the representative width for the 100-year floodplain varies from 200 to 550 feet, with 350 feet being the average.  The Mill Creek confluence with the Santa Ana River occurs just downstream of the upper Santa Ana Canyon mouth.  The dimensionless invert slope of the Santa Ana River low flow channel increases to 0.022 at the upstream end of the wash.  The wash narrows downs and enters the upper Santa Ana Canyon about 6.7 miles upstream from the downstream end of the wash.  Approximately 8.3 miles downstream from the beginning of this reach, the river becomes part of a broad wash.  This wash is up to 5,000 feet wide and is bounded by high ground on the north side and by well-defined high banks on the south side.  The confluence of City Creeks with the Santa Ana River is approximately 8 miles downstream from the damsite.  Located between these two streams are major gravel mining operations in the right (north) overbank.  The low flow channel of the river runs along the southern side of the wash,

4-15

**Exhibit 3**                                                                                       **3-72**

and the low flow channels of Plunge and City Creeks run along the north side of the wash. The invert slope of the Santa Ana River low flow channel varies from about 0.022 from the upstream end of the wash and 0.017 at the downstream end of the wash. Towards the downstream end of this subreach, the channel consists of a soft bottom channel with uncompacted earthen berms on both banks. The channel is about 1,800 feet wide with an invert slope of about 0.006.

There are three major areas where the 100-year discharge breaks out or expands out into the overbanks. The first area, progressing upstream, is just upstream of the AT&SF Railroad Bridge. In this reach, approximately 1,200 cfs of the peak 100-year Santa Ana River floodflows (33,000 cfs) breaks out into the right (north) overbank. The initial breakout flows are diverted away from the river by an elevated bridge approach embankment. The flows then spread out; eventually overtop the same railroad; and re-enter the river after being intercepted by East Twin Creek. The second breakout area upstream is approximately between the state Route 30 and Orange Street crossings. Floodflows for the 100-year event exceed channel capacity just downstream of Orange Street and break out into the right (north) overbank. These escaping floodflows then proceed to inundate a large active sand and gravel mining operation. For this stretch of river, the effective conveyance of the 100-year flood was primarily restricted to the immediate channel area. The last upstream breakout area occurs in the right (north) overbank reach roughly bounded by the Church Street extension and an area just downstream of where the wash enters the upper Santa Ana Canyon. Within this approximate four-mile reach, the 100-year flood overtops the existing low flow channel banks and breaks out into a "semi-alluvial fan" type overbank area.

(2) **Lytle -Warm Creek Confluence**. This subreach extends from just upstream of the East Twin Creek confluence to the downstream side of the Lytle-Warm Creek confluence. This area encompasses approximately 2 miles of the long subreach of the Santa Ana River. The average dimensionless channel slope through this reach is 0.005. Within this subreach, the Los Angeles District Corps of Engineers

4-16

Exhibit 3                                        3-73

has built substantial channel improvements to confine flows and protect ten bridges. Key improvement features within this subreach include:

- A grouted-stone stabilizer 700 feet wide
- Two trapezoidal sections of earth-bottom channel with stone revetted side slopes. The channel width varies from 484 feet to 700 feet along the lower and upper channels. Both lower and upper channels are approximately 22 feet deep and have side slope of 1H:1V.
- A reinforced concrete drop structure with an approximately 9-foot drop.
- A 20-35 foot deep concrete rectangular section channel that varies in topwidth from 440 feet to 650 feet.
- Thirteen rows of energy-dissipating concrete blocks

The 100-year discharge through this section ranges from 52,000 cfs to 140,000 cfs, and it would be fully contained within the floodway, if not within the improved channel.

(3) **Lytle-Warm Creek Confluence to Prado Dam**. This subreach extends from 1,000 feet downstream of the Mt. Vernon Avenue Bridge (at the Lytle-Warm Creek confluence), to 0.6 miles above River Road at the upstream end of the Prado Dam Flood Control Basin. It is about 22 miles long and the channel bottom throughout the subreach is generally sandy with some finer and coarser material present. In general, the associated 100-year floodplain varies in width from 700 to 7,000 feet with 2,500 feet being a representative average. The 100-year discharge within this subreach ranges from 140,000 cfs to 166,000 cfs, all of which would be contained within the delineated floodway. In the lower third of the subreach, however, much of the overbank has either been leveed or contains agricultural improvements. The dimensionless channel slopes range from 0.003 to 0.006 with an average of 0.004. The channel width in the project reach varies from 200 to 1,300 feet. Typically, through the Riverside Narrows area just upstream of River Road, the low flow channel winds back and forth between canyon slopes with the overall river

channel usually staying 150 feet in width or less. In the remaining two-thirds of this subreach just upstream of Prado Dam basin, the overbank areas are basically unimproved and support fairly dense natural vegetation.

**b. Lower Santa Ana River (Prado Dam to Pacific Ocean)**. The lower Santa Ana River, which extends from Prado Dam downstream to the Pacific Ocean, is approximately 30.5 miles in length. The upstream 2.5 miles are located in Riverside County, and the remaining 28 miles are within the Orange County limits. From Prado Dam the river winds through the narrow and relatively undeveloped lower Santa Ana Canyon for a distance of about 10 miles before it turns southwest at approximately Weir Canyon Road into the alluvial plain of the metropolitan area of northern Orange County. The Santa Ana River Mainstem flood control project also includes major improvements in the lower Santa Ana River. Within the lower Santa Ana River Canyon the project includes intermittent levee and bank protection, along with land acquisition. From downstream of the Weir Canyon Road crossing to the Pacific Ocean, the channel improvement project includes widening, deepening and reconstruction of the channel to carry project design flows ranging from 38,000 cfs to 47,000 cfs. Plate 4-06 is a schematic diagram of the lower Santa Ana River channel, showing its capacities and configurations.

**4-10   Upstream Structures**. Plate 4-05b shows a map of the upstream area and the inundation boundary within the reservoir. It currently remains undeveloped, therefore, no structures that would affect flood flows into the reservoir. Big Bear Dam is the only existing structure that would have any effect on the flood flows upstream of Seven Oaks Dam. Big Bear Lake is a water conservation reservoir, owned by the Big Bear Municipal Water District. Big Bear Lake has a drainage area of about 38 square miles and has surcharge storage of about 8,600 acre-feet between the top of the conservation pool and the top of the dam. Additional information about Big Bear Lake can be found in Exhibit C.

Exhibit 3                                                    3-75

**4-11    Downstream Structures**.

a. **From Seven Oaks Dam to Prado Dam**.  Two major flood-control dams are located in the Santa Ana River Basin, downstream of Seven Oaks Dam.  These structures are Prado Dam and San Antonio Dam, both of which were built by the Corps of Engineers.  Other existing flood control improvements, including those on Cucamonga, Deer, Lytle, and Cajon Creeks, were constructed by the Corps of Engineers and local interests.  These improvements include channelization, debris basins, storms drains, levees, stone and wire-mesh fencing, and stone walls along the banks of stream channels.  The principal existing water conservation improvements are spreading grounds and reservoirs.  The more than 100 water conservation and recreation reservoirs within the basin have storage capacities ranging in volume from less than 4 to about 182,000 acre-feet in the case of Lake Mathews.  Although most of the existing water-conservation improvements affect the regimen of the lesser floodflows, major floodflows are not appreciably affected.  Lake Elsinore, the terminus for the San Jacinto River, has considerable influence on flood runoff, especially if its water surface elevation is low at the beginning of a storm.  Lake Elsinore has a dead storage capacity of about 130,000 acre-feet.  When full, Lake Elsinore overflows into Temescal Wash, which joins the Santa Ana River just upstream of Prado Dam.

(1) **San Antonio Dam**.  San Antonio Dam is a flood control and water conservation project constructed, operated and maintained by the U.S. Army Corps of Engineers, Los Angeles District.  The construction of the dam was completed in May 1956.  San Antonio Dam is located approximately 30 miles east of Los Angeles in the Santa Ana River Basin.  The dam is situated on San Antonio Creek about 10.5 miles upstream from its confluence with Chino Creek, which is tributary to Santa Ana River within the Prado Dam reservoir.  Releases from San Antonio Dam range from 80 cfs to 5,000 cfs.  As the water surface elevation of the reservoir approaches the spillway, releases are increased to an average of 7,500 cfs, not exceeding 8,000 cfs.  Flood releases from the dam along with all local runoff downstream of the dam flow into

4-19

Exhibit 3

Prado Dam reservoir.  More information about Prado Dam can be found within the latest Prado Dam and Reservoir Water Control Manual, dated September 1994.

      **(2) Mill Creek**.  Prior to recent improvements, the  existing flood control structure in the Mill Creek drainage area was a levee system comprised of levee embankments and masonry walls.  The main levee structure is a 13,600 feet compacted earthfill embankment built by the Corps of Engineers in 1960.  The levees integrated two stone masonry floodwalls constructed immediately after the heavy flooding in 1938, by local interests with Work Progress Administration (WPA) funds.  About 2,000 feet of masonry walls tie into the upstream end of the Corps' levee, and about 2,400 feet of guide levees to control low flows.  These structures are protected by rock and wire revetments.  The lower 1,800 feet of the Corps' levee is ungrouted stone revetment, with the remaining upstream length being protected by grouted stone revetment, which was built by the Corps.  This levee system, however, was insufficient to contain flows of less than design capacity, which resulted in overtopping of the levee, and transport and deposition of large amounts of sediment on the levee slopes.

    The improvements made to the original project assured conveyance of the standard project flood.  This will contain the design discharge of 33,000 cfs, provide for long-term aggradation, degradation trends, and control local scour and deposition.  The following are the improvements made to the original Mill Creek Levee project:

    (a) Raising the top of the existing levee between station 70+00 and 88+70, the downstream end of the project, and station 88+70.  The levee was raised 4 feet at station 70+00 and taper to a 0 height increase at station 88+70.

    (b) Grouting the riprap levee face between station 70+00 and 88+70

    (c) Extending the existing levee toe an average of 7.5 feet between stations 70+00 and 129+33.33, an average of 8.5 feet between stations 130+72 and 155+00

**Exhibit 3**        **3-77**

and an average of 10 feet between stations 155+00 and 196+25.37 the upstream end of the project.

(d) Constructing a vertical floodwall, average height of 6 feet, on top of the levee from stations 70+00 to 130+20 and from stations 130+72 to 196+25.37.

(e) Restoring a 100-foot strip of streambed vegetation, adjacent to the levee to within 7 to 10 feet of the top of the levee. This strip will be maintained after each flood event.

Further details about the Mill Creek Levee project improvements can be found within the Phase II GDM, Volume 4, Mill Creek Levee.

(3) **Oak Street Drain**. Within the Oak Street Drain watershed, two debris basins were constructed by the Riverside County Flood Control and Water District (RCFCWD). Mabey Canyon and Oak Street debris basins were completed in late 1973 and 1979, respectively. Together, these basins control debris emanating from Kroonen, Hagador, Tin Mine, and Mabey Canyons. Mabey Canyon debris basin was designed to provide debris storage of 108 acre-feet with a spillway capable of passing 3,100 cfs. Oak Street basin was designed to provide 253 acre-feet of debris storage with a spillway capable of passing 7,700 cfs. Other structures affecting runoff are Mangular Border Drain (downstream of Mabey Canyon debris basin), and Main Street Drain. Main Street Drain discharges flow into Oak Street Drain approximately 1,500 feet upstream of the confluence with Temescal Wash. Prior to recent improvements, the existing Oak Street Drain channel from the debris basin to the confluence with Temescal Wash was a well-defined channel that had been partly improved by the Riverside County Flood Control District. The channel had pipe and wire fencing for streambank protection in the upstream reach, a concrete channel within the City of Corona, and a trapezoidal earth channel in the lowlands downstream from the Atchison Topeka and Santa Fe (AT&SF) railroad bridge. The gradient of the stream varied from 0.030 at the upstream reach just below the debris basin to 0.001 at

Exhibit 3                                                3-78

the outlet into Temescal Wash Channel. As the stream gradient decreased, the existing channel top width increased form 18 feet below the debris basin to about 90 feet at the outlet into Temescal Wash.

Following the latest improvements to this project, the Oak Street Drain channel can now convey the 100-year flood design discharge varying from 4,300 cfs at the debris basin to 8,000 cfs at the Temescal Wash confluence. The features of the improvements included the following:

(a) An entrenched rectangular channel 3-1/2 miles in length from the debris basin spillway to a point 500 feet downstream from the railroad bridge

(b) A leveed channel 1/2 mile in length in the lowland next to the water treatment ponds at the downstream outlet.

Further details about the improvements to the Oak Street Drain project are discussed within the Phase II GDM, Volume 5, Oak Street Drain.

### b. <u>Lower Santa Ana River from Prado Dam to the Pacific Ocean</u>.

(1) <u>**Prado Dam**</u>. Prado Dam is a flood control and water conservation project constructed, operated, and maintained by the U.S. Army Corps of Engineers, Los Angeles District. Construction of the project was completed in April 1941. The project is located at the upper end of the Lower Santa Ana River Canyon, which is a natural constriction controlling 2,255 square miles of the 2,450 square mile Santa Ana River watershed. The dam is located on the Santa Ana River approximately 30.5 miles upstream of the Pacific Ocean. The dam embankment is located in Riverside County, California approximately 2 miles west of the City of Corona. Portions of the reservoir are in both Riverside and San Bernardino Counties. Authorization of the project construction is contained in the Flood Control Act of June 22, 1936 (PL 745-738).

4-22

**Exhibit 3**                                            **3-79**

Prado Dam provides flood control and water conservation storage for Orange County, California. It is the downstream reservoir element of the Santa Ana River flood control system. The purpose of the project is to collect runoff from the uncontrolled drainage areas upstream along with releases from other storage facilities. All water conservation releases made are coordinated with the Orange County Water District and are based upon the capacity of their groundwater recharge facilities and agreements with other agencies. When making flood control releases, releases are gradually increased to match inflow up to 5,000 cfs. If flood forecasting indicates that half or more of the reservoir storage may be used during a flood event, flood control releases will be increased up to 9,200 cfs. Inflows exceeding reservoir releases are stored behind the dam. Plans are underway to improve Prado Dam itself by increasing its storage and release capacities. These improvements will enable the dam to take full advantage of the improved channel capacity downstream and will greatly increase the level of flood protection it provides to the communities of Orange County in the Santa Ana River floodplain.

    **(2) <u>Carbon Canyon Dam</u>**. Carbon Canyon Dam, completed by the Corps in 1961, is located on the Carbon Canyon Creek in the Chino Hills about 4 miles east of the city of Brea. It is currently operated and maintained by Los Angeles District of the Corps of Engineers. The drainage area controlled by the dam is 19.3 square miles. The reservoir release schedule allows a maximum average outflow of 1,000 cfs. The downstream channel is concrete lined for one mile at which point it becomes an improved earth channel, which diverts flows into the OCPF&RD's Miller Stilling Basin located a distance of 3.5 miles downstream from Carbon Canyon Dam.

The outflow from the retarding basin flows through the Carbon Creek Diversion Channel into the Santa Ana River between Lincoln Avenue and Glassell Street. Waters entering the Miller Basin Complex are normally diverted to the Santa Ana River via the Carbon Creek Diversion Channel. Under extreme conditions, flows will be split between the Carbon Creek Diversion Channel and Carbon Canyon Creek

**Exhibit 3**                                      **3-80**

which flows into Coyote Creek and then into the San Gabriel River. Refer to Exhibit C of this manual and the Carbon Canyon Dam Water Control Manual for additional information.

(3) **Other Improvements**. Other existing flood control improvements were constructed by local interests. These improvements include channelization, storm drains, levees, rip-rap and concrete side slope protection, and drop structures. The principle existing water conservation improvements are spreading grounds, recharge basins, and Irvine Lake (i.e., Santiago Dam).

(4) **Santiago Creek**. Santiago Creek is a tributary which joins the Lower Santa Ana River from the east approximately 20 miles downstream of Prado Dam. Facilities on Santiago Creek include Villa Park Dam and Santiago Dam.

i. **Villa Park Dam**. Villa park Dam is located approximately 2 miles upstream of the Santiago Gravel Pits (i.e., Blue Diamond and Bond Pits) in the foothills of the Santa Ana Mountains. It has a drainage area of 83.4 square-miles including the 63.1 square-mile Santiago Dam drainage. Villa Park Dam was constructed by the Orange County Flood Control District in 1963. The Orange County Public Facilities and Resources Department (OCPF&RD), which assumed the administrative and operation obligations of the Flood Control District, currently maintains and operates the facility. Villa Park Dam is operated as a multipurpose reservoir with varying seasonal storages for both flood control and water conservation. Dam releases are scheduled according to the water surface elevations of both the Villa Park Dam and the uncontrolled Santiago Reservoir. The maximum scheduled release from Villa Park Dam is 6,000 cfs. The flood control and conservation storage allocations are scheduled on a seasonal basis. Refer to the Villa Park Dam Operation manual (an OCPF&RD document) for additional information.

ii. **Santiago Dam (Irvine Lake)**. Santiago Dam, located 3.2 miles upstream from Villa Park Dam, is a water conservation reservoir constructed by

**Exhibit 3**                                                    **3-81**

the Irvine Company in 1933. Its uncontrolled flood releases flow into Villa Park Dam. It has a drainage area of 63.2 square miles. The total storage capacity is 25,000 acre-feet.

iii. **Other Improvements**. The Santiago Creek channel has been improved over the years by local interests. During the 1930's, masonry walls were constructed from the Santa Ana Freeway crossing upstream through Hart Park. Within Hark Park, the channel bottom has been paved for use as a parking lot. Rip-rap has been placed along the west bank of the creek upstream from Chapman Avenue for the protection of adjacent homes. Downstream from Prospect Avenue, concrete side-slope-protection was placed to protect homes that were damaged by flooding in 1969. On Handy Creek, a concrete channel runs from just downstream of Orange Park Boulevard to its confluence with Santiago Creek. Large gravel pits (Blue Diamond and Bond Pits), downstream from Villa Park Dam, can act as reservoirs for floodwater. During minor floods, flows are completely contained within the pits and never reach the downstream channel. However, during major floods, water will fill the pits and overflow into the downstream channel.

**4-12    Economic Data**. In 2001, an economic study for the Seven Oaks Dam project was performed, where the methodology of the study was based on the current ER 1104-2-100 and ER 110-2-8156 regulations and is detailed throughout the following text. Backup data is on file with the Corps of Engineers, Los Angeles District. The compilation of demographic data was collected for the area within the watershed and the downstream area. The evaluation of flood damages was based on a 100-year project life using an interest rate of 5 7/8%. Flood damages were based on October 2002 price level reflecting damages prevented from the operation of Seven Oaks and Prado Dams.

a. **Population**. The California Department of Finance shows that the populations of San Bernardino, Riverside and Orange Counties as 1,833,000, 1,705,500, and 2,978,800, respectively in 2003. These figures when compared to the

4-25

Exhibit 3                                                3-82

U.S. Census populations taken in 1990 reflect increases of 29 percent in San Bernardino County, 46 percent in Riverside County and 24 percent in Orange County. Population projections from the Economic Research Department of the Southern California Association of Government (SCAG) indicate continuous increase of the population within the area, with the greater percentages to occur in San Bernardino and Riverside Counties. This is due to the fact that developable lands in Orange County are running out at a rapid rate due to the current level of urbanization. Since San Bernardino and Riverside Counties have extensive undeveloped acreage, accelerated urban growth is projected to extend inland from the now well-developed coastal areas of Orange County.

     **b. Agriculture**. Land use for agriculture within the Santa Ana River floodplain amounts to a total of approximately 7,500 acres. Total agricultural acreage is projected to decrease in the area downstream of Prado Dam due to the intensity of the urbanization of the area. Agricultural crops produced in the area include wheat, barley, cotton, hay strawberries, citrus and variety of vegetables. Dairy farming exists mainly upstream of Prado Dam.

     **c. Industry**. Commercial and Industrial developments in the Santa Ana River floodplain was estimated to cover approximately 17,000 acres and mostly concentrated below Prado Dam in the lower reach of the Santa Ana River. Industry data for the Year 2000 collected by the California Department of Finance indicate that the labor force in San Bernardino and Riverside Counties totaled to approximately 1,549,200 and the labor force in Orange County totaled to approximately 1,496,100. Total labor force for the three counties was widely distributed between manufacturing, trade, government, finance and services. Construction and public utilities, and transportation related industries make up a small portion of this labor force.

     **d. Damage-Discharge Curves**. The damage discharge curves were derived using the expected annual flood damages program (HEC-EAD) models developed for two Corps studies. These studies were performed in 2001 and are documented in the

report "The Limited Economic Re-evaluation Report for Santa Ana River Basin, California, dated April 1998, and also in a study performed by the LA District's Corps of Engineers Economics Section using HEC-EAD, entitled, Canyon Lands Economic Analysis. These analyses were recently updated to reflect 2002 and 2099 dollars. The damage discharge curves for 2002 and 2099 dollars are shown on Plates 4-07A and 4-07B, respectively.

**Table 4-1. Evaporation within the Santa Ana River Basin**

| Month | Monthly Evaporation (inches) | | |
|---|---|---|---|
| | (712301) Prado Dam (40 year mean) | (747300) Riverside Citrus Exp. Sta. (54 year mean) | (060700) Beaumont Pumping Plant (21 year mean) |
| Oct | 5.67 | 5.24 | 5.79 |
| Nov | 4.21 | 3.62 | 3.54 |
| Dec | 3.39 | 2.68 | 3.11 |
| Jan | 3.42 | 2.83 | 3.15 |
| Feb | 3.50 | 3.23 | 3.43 |
| Mar | 4.72 | 4.57 | 4.41 |
| Apr | 6.14 | 5.79 | 5.31 |
| May | 7.68 | 7.05 | 6.61 |
| Jun | 8.62 | 8.19 | 8.39 |
| Jul | 10.71 | 9.88 | 10.67 |
| Aug | 10.00 | 9.25 | 10.08 |
| Sep | 7.91 | 7.05 | 8.11 |

Note: Each evaporation station consists of a Weather Bureau Class A Pan. Readings are adjusted for observed rainfall to yield net evaporation. Reservoir evaporation may be estimated by multiplying measured pan evaporation by a pan coefficient ranging from 0.6 to 0.8.

| Location of Evaporation Stations | | | | |
|---|---|---|---|---|
| CA DWR No. | Latitude | Longitude | Elev (ft) | Period of Record |
| 712301 | 33°53'30" | 117°38'03" | 565 | 7/30-6/69 |
| 747300 | 33°58'00" | 117°20'05" | 1,015 | 1/25-6/78 |
| 060700 | 33°58'50" | 117°57'35" | 3,045 | 1/55-9/75 |

Exhibit 3                3-84

# V.  DATA COLLECTION AND COMMUNICATION NETWORKS

Exhibit 3                                    3-85

## V - DATA COLLECTION AND COMMUNICATION NETWORK

**5-01    Hydrometeorological Stations**.

**a. Facilities**.  The Corps of Engineers, Los Angeles District (SPL) and San Bernardino County Public Works and Flood Control District (SBCPW&FCD), and U.S. Geological Survey (USGS) each maintain and collect data from precipitation, streamflow, and reservoir water level gages located throughout the Seven Oaks watershed, at the dam, and in adjacent areas.  Most of the gages are equipped with radio telemetry that provides water control managers with real-time information about watershed conditions and the status of Seven Oaks Dam.  The telemetry networks and all of these gaging stations are described in detail below.

**(1) At Seven Oaks Dam.**  Hydrologic facilities that provide both useful and necessary information for operation of the dam consist of a reservoir level monitoring system, data logger, Automatic Local Evaluation in Real-Time (ALERT) transmitter, SPL Los Angeles Telemetry System (LATS) transmitter, and reservoir level staff gages.  Table 5-1 provides a summary of the hydrologic instrumentation currently existing at Seven Oaks Dam.  The instrumentation at the dam includes a Design Analysis Model H-350/355 pressure transducer/data logger, which is used to measure the reservoir pool elevation and record information on a linear flash card.  A computer equipped with a standard PCMCIA card reader can read data stored on the flash card.  A design Analysis Model H-500-XL, receiving the reservoir pool elevation from the H-350/355, operates the High Sierra Electronics ALERT radio.  The LAD WCDU personnel and personnel from Design Analysis provided training to the San Bernardino County project operators, on site, for better understanding of the water surface measuring, data logging and telemetry features of the equipment.

A 4-inch conduit connects the instrument house to a series of orifice line termination points (pull boxes installed during construction) along the embankment. Six orifice lines have been installed inside the 4-inch conduit to connect the pressure

5-1

**Exhibit 3**                    **3-86**

transducer (H-350) to termination points on the upstream face of the embankment. The lowest termination point, and therefore, the lowest water level that can be sensed, is currently elevation 2120 feet, NGVD. The other termination points are located at elevations 2150, 2180, 2220, 2260, and 2300 feet, NGVD. As sediment deposition occurs over the life of the project, the lower orifice lines buried by sediment will be abandoned and orifice lines connected to higher termination points will be utilized. *[Note: It is the responsibility of the local sponsor to switch to higher orifice lines as needed to ensure that the orifice lines in use are always above the sediment level].* In the instrument house, the orifice lines connect to a multi-port valve (Design Analysis H-390) that allows the H-350 pressure transducer to monitor up to 4 orifice lines at a time.

Besides logging the reservoir water level data on a flash card, output from the H-350/355 is fed into a SBCPW&FCD ALERT transmitter and into a SPL LATS remote telemetry unit (RTU) for radio transmission. This configuration provides two redundant sources of real-time data from the dam. The ALERT and LATS transmitters are co-located with the H-350/355 inside the instrument house on top of the dam.

Staff gages are located on the upstream face of the dam from elevation 2105 to 2610 feet, NGVD. The staff gages are positioned such that from elevation 2105 to 2300, the gages can be read by the dam tender from the service area behind the intake structure; from elevation 2305 to 2400, the gages can be read from top of dam at station 23+00; and from elevation 2405 to 2610, the gages can be read from the instrument house. A staff gage is also installed on the concrete intake structure from elevation 2264 to elevation 2301.

### (2) SBCPW&FCD Facilities Within and Near Seven Oaks Watershed. San Bernardino County Public Works and Flood Control District (SBCPW&FCD) maintains a network of precipitation gages throughout the county. Precipitation data is collected from seven stations within the Seven Oaks Dam

Exhibit 3                                                                      3-87

drainage area as shown on Plate 5-01. Table 5-4 provides a listing of these gages. The gage located at Manzanita Flat is co-located with the Corps of Engineers LATS stations. The precipitation gage located at Manzanita Flat is equipped with both ALERT and LATS transmitters that can provide real-time precipitation data to the Seven Oaks Dam water control managers. The Heart Bar station is located close to the Corps gaging station of the same name. The precipitation gages located at Big Bear Dam and Camp Angelus stations are operated in conjunction with the NWS.

(3) **Corps Facilities Within and Near Seven Oaks Watershed.** The Corps of Engineers, Los Angeles District maintains hydrometeorological gaging stations within and near the Seven Oaks Dam basin that are part of LATS, as shown on Plate 5-01. Covering the Seven Oaks Dam drainage area, these LATS stations consist of rain gages at Heart Bar, Converse Fire Station, Big Bear Ranger Station and Manzanita Flat and one other COE operated stream gage upstream of the dam at the Southern California Edison bridge crossing (Table 5-2). These gages collect and transmit real-time data using on-site remote terminal units (RTU).

(4) **US Geological Survey (USGS) Stations.** The USGS operates, maintains, and publishes data for two Santa Ana River stream gages located below the dam. These gages are equipped with GOES satellite telemetry Data Collection Platforms (DCP). Station 11051499 Santa Ana River near Mentone (River Only) measures flow in the main channel and Station 11051502 is a supplemental gage which measures flow diverted from the main channel about 250 feet upstream of Station 11051499. Station 11051499 is also equipped with a SPL LATS RTU which reports real-time stage and precipitation. The diverted water passes through the existing percolation basins, which are maintained by the San Bernardino Valley Water Conservation District.

**Exhibit 3**                                                    **3-88**

b. **Reporting**.

(1) **Manual**.  The dam tender observes water surface elevations, piezometer readings, and gate settings and logs them on a form similar to the one shown on Figure 5-01.  These readings are reported to the water control managers via radio or telephone.  During the non-flood season (April 15 through November 15), these readings may be taken as often as once a week, on a designated day.  During the flood season (November 15 through April 15), they are taken daily Monday through Friday.  During flood operations, they are taken as often as the water control managers deem necessary.

(2) **ALERT**.  ALERT is a real-time flood warning system operated by local county agencies in cooperation with the National Weather Service.  ALERT stations use line-of-sight radio to transmit real-time rainfall and water level data to agencies equipped with reception equipment.  ALERT stations report at least once or twice a day during all conditions but report much more frequently in response to storm or runoff events.  During an event, ALERT stations automatically sends reports after a threshold value is measured by the gage.  The threshold criteria for event reporting from the ALERT stations is established by San Bernardino County Public Works and Flood Control District for the gages that are part of the San Bernardino County system.  In the case of the station at Seven Oaks Dam, the threshold criteria is set based upon agreement with the Seven Oaks Dam water control managers, depending upon real-time operational requirements at the dam and for data collection.

(3) **LATS**.  LATS is a radio telemetry system operated and maintained by the Corps of Engineers, Los Angeles District.  LATS stations operate in three modes:  self-time reports, event reporting, and polled.  For the Los Angeles District's projects, the general criteria for reporting is every 0.04-inch of ran for rain gages or $\pm0.25$ for reservoir and stream level gages.  Stations may be programmed to report more frequently or following smaller changes in elevation.  The information collected through LATS is transmitted by a line-of-sight radio contained in the RTU to a

5-4

Exhibit 3                    3-89

repeating station. The Keller Peak repeating station is used by the Seven Oaks basin gages except for the Converse and Santa Ana River at Mentone stations that use the Pleasants Peak repeater. The repeater relays the data to the Corps' Water Control Data System by microwave link. Any LATS gage can be polled (interrogated) by the LAD's Reservoir Operation Center (ROC) personnel for data at any time via the LATS Central Computer. All telemetry data collected by the Corps' LATS system is stored in databases and made available on the Internet at the Los Angeles District Reservoir Regulation Section Web Site (www.spl.usace.army.mil). In addition, this data is converted to the ALERT message format and sent to the Orange County Public Facilities and Resources Department for inclusion in their ALERT database.

(4) **GOES**. The GOES data collection system is satellite telemetry system that supports federal, state and local agencies. GOES Data Collection Platforms (DCPs) transmit stream levels and other data to satellites operated by the National Oceanic and Atmospheric Administration. The satellites relay the data to agencies equipped with either a DOMSAT or Direct Readout Ground Station. The stream levels for both USGS stream gages located below Seven Oaks Dam are collected at fifteen-minute intervals and transmitted every four-hours by GOES DCPs. The data is available to the public via the USGS web site (http://waterdata.usgs.gov/ca/nwis/rt).

(5) **Weather Data**. The National Weather Service (NWS) provides an array of weather data, including Quantitative Precipitation Forecasts, short and long-range forecasts, precipitation totals, watches and warnings, and severe weather statements. Weather information is provided in forecasted and real-time formats, which can be accessed on their web site.

c. **Maintenance**. All of the three Local Sponsors are responsible for the maintenance of all gages and/or telemetry radio or microwave equipment, with the exception of the of the LATS equipment, which is maintained by the Corps of Engineers, Los Angeles District.

**Exhibit 3**                                                                 **3-90**

**5-02**    **Sediment Stations**.

    **a. Facilities**. The USGS maintains two sediment stations on the Santa Ana River. One is at E Street near San Bernardino (USGS #11059300) and the other is at 5th Street in Santa Ana (USGS #11078000). The periodic sediment stations use U.S. Depth Integrating Samplers, which accumulate a water-sediment sample as the sampler is lowered to the streambed and raised to the surface at a uniform rate.

    **b. Reporting**. The USGS collects, compiles, and publishes sediment data on an annual basis in the publication: Water Resources Data for California.

    **c. Maintenance**. The USGS has maintenance responsibilities with respect to sediment stations.

**5-03**    **Water Quality Monitoring**. The local sponsors perform water quality monitoring in the reservoir as part of their operation and maintenance responsibilities. Details of monitoring responsibilities are provided in the Seven Oaks Dam Operations and Maintenance Manual, Volume I, Part II, Chapter 4, entitled "Environmental Commitments and mitigation". The U.S. Fish and Wildlife Service, the Santa Ana Watershed Project Authority (SAWPA), the California Regional Water Control Board, and local water agencies monitor the various aspects of water quality in the Santa Ana River basin.

    In 1991, the U.S. Geological Survey began a full-scale National Water-Quality Assessment (NAWQA) Program. The goals of the NAWQA Program are to: 1) Describe current water quality conditions for a large part of the Nation's freshwater stream and aquifers (water-bearing sediments and rocks); 2) Describe how water quality is changing over time; and, 3) Improve understanding of the primary human factors affecting water quality. The Santa Ana Basin is one of several NAWQA study units that began in 1997. The Santa Ana NAWQA study unit covers an area of about 2,700 square miles in parts of Orange, San Bernardino, Riverside, and Los Angeles

**Exhibit 3**    **3-91**

Counties.  The study unit is home to more than 4 million people who not only rely on water resources that originate within the basin, but also on water imported form northern California and the Colorado River.

Other agencies studying the water quality within the Santa Ana Basin include, but not limited to, the following:

- California Air Resources Board
- California Department of Fish and Game
- California Regional Water Quality Control Board, Santa Ana
- California Department of Water Resources
- Chino Basin Water Master
- City of Corona City of Lake Elsinore, Lake Operations
- City of Riverside, Department of Public Works
- City of San Bernardino
- Eastern Municipal Water District
- Inland Empire Utilities Agency (IEUA)
- Lake Arrowhead Community Services District
- Metropolitan Water District
- Orange County Water District
- Riverside Highland Water Company
- Riverside Water Quality Control Plant
- San Bernardino Valley Municipal Water District
- San Bernardino Valley Water Conservation District
- Santa Ana Watershed Project Authority (SAWPA)
- Southern California Coastal Water Research Project

In general, the quality of surface and ground water in the Santa Ana Basin becomes progressively poorer as water moves along hydraulic flow paths.  The highest quality water is typically associated with tributaries flowing from surrounding mountains and ground water recharged by these streams.  Water quality is altered by a

5-7

**Exhibit 3**                                                           **3-92**

number of factors including consumptive use, importation of water high in dissolved solids, runoff from urban and agricultural areas, and the recycling of water within the basin.

    **a. Facilities - USGS Basic Fixed Site Network**.    In 1999 the Santa Ana NAWQA study team began a three-year intensive investigation of water quality conditions along the Santa Ana River and its tributaries.  Water quality measurements are obtained at 7 locations, of which 5 are "basic-fixed sites" (BFS) and 2 are "intensive-fixed sites" (IFS).  Five of the sites are located in the Inland Santa Ana Basin, and 2 are located in the Coastal Santa Ana Basin.  No fixed sites are planned for the San Jacinto Basin due to the lack of surface-water flow during most of the year. The USGS currently monitors discharge at 5 sites.  The Basic-Fixed sites network is shown on Plate 5-02, and the following are photos showing these sites where samples are taken.

5-8

Exhibit 3

3-93



South Fork Santa Ana River



Santa Ana River near Mentone



Warm Creek near San Bernardino



Santa Ana River at MWD



Cucamonga Creek near Mira Loma



Santa Ana River below Prado Dam



Santa Ana River SPRD Div below Imperial Highway

Basic-fixed and intensive-fixed sites are sampled for the analysis of major irons, nutrients, dissolved organic carbon, suspended organic carbon, and suspended sediment. At the IFS sites, the samples will also be analyzed for volatile organic compounds and pesticides. A continuous record for discharge, specific conductance, and water temperature will be measured at all sites. Field measurements will be taken at the time of water quality sampling for specific conductance, pH, dissolved oxygen, and alkalinity.

b. **Reporting**. The river basin and aquifer summary reports prepared by NAWQA as part of the NAWQA program is entitled, "Water Quality in Santa Ana

Exhibit 3                                3-94

Basin." A new report is generated for every assessment that has been completed for water quality. There are currently 51 assessments for water quality. With every report generated, there are also summary reports that are part of the USGS Circular series of publications, which are posted on the USGS web site. The water quality reports may also be ordered free of charge upon request. The USGS data is also published each water year in Water Resources Data for California.

Outside of USGS, other agencies that collect water quality data publish annual summaries of their findings. Data collected by the DWR and the CRWQCB, are published annually on microfilm by the State of California Water Data Information System (WDIS).

c. **Maintenance**. The USGS has maintenance responsibility for the water quality station within the Santa Ana basin.

**5-04   Recording Hydrologic Data**. Each agency maintains records of its own data. Water surface and gate settings are observed by the project operators at the dam and recorded on a form such as the one shown on Figure 5-01. These observations are reported to the water control managers in the office either by telephone or radio. During flood events, the project operators report by radio or telephone, as often as is required by the water control managers. There is one ALERT station, located at Manzanita Flat, as shown on Plate 5-01, that records data at the same time that they are being sent via ALERT transmitters from the station site to the water control managers in the office. Rainfall data from SBCPW&FCD precipitation gages are published on their web site (www.co.san-bernardino.ca.us/trnsprtn/pwg) or can be requested through written correspondence.

The Corps of Engineers LATS telemetry data (i.e. precipitation, water surface, and river stage) collected for the Seven Oaks Dam basin can also be viewed on the Corps of Engineers, Los Angeles District Reservoir Regulation Section web site (www.spl.usace.army.mil).

Exhibit 3                                                                3-95

Rainfall data at Big Bear Dam and Camp Angelus are published in the U.S. Weather Service's monthly publication entitled "Climatological Data" and annually on CD-ROM (hydrodata).

Daily flows at the downstream gaging station, "Santa Ana River near Mentone: are published annually in the "Water Resources Data California" and on the Hydrodata CD-ROM from Hydrosphere, Inc.

**5-05    Communication Network**. The Seven Oaks Dam water control managers' project operating center communicates with its project operators via either telephone or the San Bernardino County radio system. Project operators at Seven Oaks Dam also retain the capability to communicate with the Corps' Reservoir Operation Center using the Corps of Engineers' radio system.

**5-06    Communication with Project**.

**a. Communication Between Water Control Managers and Seven Oaks Dam Project Operators**. Communication between the Seven Oaks Dam water control managers and the project operators is accomplished via telephone or radio. In the event that all communications between the water control managers and the project operators are interrupted, a set of "Standing Instructions to the Project Operator for Water Control" have been compiled and included as part of this manual (See Exhibit A). A copy of this Water Control Manual should also be kept at Seven Oaks Dam.

**b. Communication Between Seven Oaks Dam Water Control Managers and the Corps of Engineers**. Seven Oaks Dam was designed to be operated in conjunction with Prado Dam to provide flood protection to the areas along the lower Santa Ana River. Since the operation of Seven Oaks Dam will affect the operation of Prado Dam, the Seven Oaks Dam water control managers must notify the Corps of Engineers, Los Angeles District, Reservoir Operation Center (ROC), of any changes

5-11

**Exhibit 3**                                                   **3-96**

in releases from Seven Oaks Dam that is beyond releases made for downstream water users.  The ROC can also be reached for regulation consultation, if necessary, via telephone or by radio using the Corps of Engineers' radio system.  The radio call sign for contacting the Reservoir Operation Center on the Corps of Engineers' radio system is "WUK 4ROC".

**c.  Communication Between Seven Oaks Dam Water Control Managers and Others**.  The Seven Oaks Dam water control managers are responsible for making telephone notifications to various in-house sections, county agencies, city authorities, private party stakeholders, or any entity with a legitimate need for the information, when any operations at Seven Oaks Dam may impact people or property.  The Seven Oaks Dam water control managers shall maintain this list of notifications similar to the list included in Exhibit H, and shall update the points of contacts and phone numbers as needed, and at least annually.  The water control managers shall maintain a record of all notifications made and store the records for the life of the project.  All notifications must be made prior to making any adjustments that will impact the surroundings of the project.  The notifications list should also include the U.S. Army Engineer Research and Development Center, Waterways Experiment Station (WES).  WES requires notifications, as early in advance as possible, when target testing elevations will be achieved in the reservoir.  This will provide an opportunity for WES to collect data for the prototype testing program to evaluate the performance of the outlet works during flood operations.

**d.  Communication Between Seven Oaks Dam Project Operators and Others**.  No routine communication is required between the Seven Oaks Dam project operators and other agencies.  However, the Seven Oaks Dam water control managers and the project operators may agree that the project operators will make some of the notifications discussed above under the heading "Communication Between Seven Oaks Dam Water Control Managers and Others".  If there is no such agreement, the responsibility remains with the water control managers.  The project operators will maintain a record of all notifications made and furnish it to the water control

**Exhibit 3**                                                                    **3-97**

managers, who shall maintain the comprehensive records of all notifications made and shall store them for the life of the project.

**5-07**     **Project Reporting Instructions**.  The Seven Oaks Dam project operators observe water surface elevation and gate settings and report them to the Seven Oaks Dam water control managers via telephone or radio.  Currently, there is no precipitation gage at the dam itself, other than the one located downstream of the dam.  The data from this precipitation gage is available for real-time operation via telemetry.  If an operation, such as, a change in discharge is required by the water control managers, the project operator will perform the operation and then report back to the water control managers to confirm that the operation has been completed.  This confirmation will also be accompanied by a new gate setting and water surface elevation report.  Any gate operation, for whatever reason, must be reported to the water control managers prior to the operation.  No gate operation will be performed without the permission of the water control managers.

During the non-flood season (16 April through 14 November) the standard reservoir observation will be performed at least once a week.  During the flood season (15 November through 15 April) this will be performed at least once a day during the project operators' normal work-week.  At any time of the day or year, if, based upon meteorologic or hydrologic forecasts, the water control managers expect significant inflow into the reservoir, they shall request the presence of a project operator.  A project operator is required to be present at the dam, furnish reports, and perform operations any time the water control managers request it.  During flood events, the project operators perform the above described observations and operations and reports them by radio or telephone to the water control managers, as often as the water control managers require it.  All reports called in by the project operators should be documented on a reservoir operation report form similar to the one shown on Figure 5-01, and the records kept by the OCPF&RD water control managers.

Exhibit 3                                        3-98

At the end of the water year (1 October to 30 November), the OCPF&RD water control managers are required to provide a compilation of all data collected during the water year, in a form of a report to the Corps of Engineers, Los Angeles District, Reservoir Regulation Section (SPL). The date(s) of the significant event(s), the water surface elevation(s), and inflow and outflow data must be provided in the report. In addition, some discussion should be provided to describe any problems that may have been encountered during the implementation of the water control plan, any coordination between agencies, and necessary notifications that have been made during the event(s). Information provided will be included as part of the Corps' annual water control management report that discusses the regulation of Corps owned and Section 7 reservoirs, including Seven Oaks Dam.

**5-08    Warnings**. The responsibility for issuing all weather watches and warnings and all flood flash flood watches and warnings rests with the National Weather Service. Local, state, county and city emergency management official are responsible for issuing any public warnings regarding unusual overflows, evacuations, unsafe roads or bridges, toxic spills, etc. The OCPF&RD water control managers will be required to make notifications to local authorities when critical water surface elevations are reached, and critical release rates are initiated. Notification requirements for coordinating releases with the Corps of Engineers, Reservoir Operation Center (ROC) are described in section 5-06.b. Notification requirements for operations that impact people or property are described in Section 5-06.c. In the event of a dam break, the water control managers should refer to the Emergency Action and Notification Subplan notebook for Seven Oaks Dam. This subplan must be available at the Storm Operation Center. Copies are also located in the ROC and the LAD's Emergency Operations Center (EOC), at the Corp of Engineers, Los Angeles District office.

Exhibit 3                                                    3-99

**Table 5-1**

**Hydrologic Instrumentation at Seven Oaks Dam**

| Parameter | Gage Type | Report Mode | Stored Record | Comments |
|---|---|---|---|---|
| WATER SURFACE ELEVATION | Staff Boards at Dam | Visual Inspection | Flood Control Basin Operation Report SPL 19 or Equivalent | |
| | Design Analysis H-350 Combination Pressure Transducer/Data Logger * | Data Logger | Flash Card | Bubbler System with Multiple Orifice Lines |
| | | ALERT Telemetry | County ALERT Reception Systems | |
| | | LATS Telemetry | Corps Telemetry Database | |
| DOWNSTREAM GAGE HEIGHT | Pressure Transducer | LATS and GOES Telemetry | USGS Records | USGS Gage 11051500 USGS Gage 11051502** USGS Gage 11051499** |
| | | Visual Inspection | Corps Telemetry Database | |
| PRECIPITATION | Novalynx Tipping Bucket | LATS Telemetry and Data Logger | Corps Telemetry Database San Bernardino County Records | Precipitation gage is co-located with downstream stream gage |

*Equipped with GOES DCP

**Equipped with GOES DCP

5-15

Exhibit 3

Table 5-2
Streamgages Pertinent to Seven Oaks Dam

| | Location | Drainage Area* (mi²) | Latitude | Longitude | Elev (ft) | Period of Record | Remarks |
|---|---|---|---|---|---|---|---|
| 1 | Santa Ana River Near Mentone, CA #11051500** USGS (LATS) RTU 57 | 210 | 34-06-30 | 117-05-59 | 1,950 | 07/1896-pr | In San Bernardino County, on right bank near mouth of canyon, 1.6 mi. u/s from Mill Cr, 3.2 mi. NE of Mentone, 16 mi d/s from Big Bear L. |
| 2 | Santa Ana River above Seven Oaks Dam Corps of Engineers (LATS) RTU 85 | 161 | 34-08-33 | 117-04-08 | 2,550 | 10/1997-pr | Located on right bridge abutment of the S. Cal. Edison bridge crossing, just u/s of Alder Cr. confluence |

See plate 5-01 for locations.

*Drainage area includes 38 sq. mi. non-contributing area from Baldwin Lake.

**Is a combination of two USGS gages #11051499 and #11051502 that monitor the downstream flow. Both of these gages are equipped with GOES DCPs.

5-16

Exhibit 3

3-101

Table 5-3
COE LATS Rain Gages Pertinent to Seven Oaks Dam

| No. | Location | RTU ID | Latitude | Longitude | Elevation (ft) | Period of Record |
|-----|----------|--------|----------|-----------|----------------|------------------|
| 1 | Big Bear Lake Ranger Station | 84 | 34-16-58 | 116-54-07 | 6,940 | 11/1995-pr |
| 2 | Manzanita Flat | 82 | 34-09-36 | 117-02-47 | 3,920 | 11/1995-pr |
| 3 | Heart Bar | 83 | 34-09-31 | 116-46-56 | 6,690 | 11/1995-pr |
| 4 | Converse Fire Station | 25 | 34-11-38 | 116-54-49 | 5,600 | 1/1992-pr |
| 5 | Santa Ana R. nr Mentone | 57 | 34-06-30 | 117-05-59 | 1,950 | 07/1896-pr |

See plate 5-01 for locations.

Table 5-4
SBCFCD Active Rain Gages Pertinent to Seven Oaks Dam

| No. | Location | SBFCD Station ID | ALERT ID | Latitude | Longitude | Elevation (ft) | Period of Record (WY) |
|-----|----------|------------------|----------|----------|-----------|----------------|-----------------------|
| 1 | Big Bear Community Svcs. Dist. | 6091A | - | 34-15-41 | 116-50-39 | 6,800 | 1950-pr |
| 2 | Big Bear Hospital | 6363 | - | 34-14-46 | 116-53-09 | 6,800 | 1981-pr |
| 3 | Big Bear Dam | 6032 | - | 34-14-29 | 116-58-31 | 6,815 | 1884-pr |
| 4 | Camp Angelus | 3260 | - | 34-09-00 | 116-59-02 | 5,780 | 1967-pr |
| 5 | Santa Ana Powerhouse #3 | 3162 | - | 34-06-28 | 117-05-56 | 1,950 | 1922-pr |
| 6 | Manzanita Flat | 3002 | 2833 | 34-09-36 | 117-02-47 | 3,920 | 11/1995-pr |
| 7 | Heart Bar | 3259 | - | 34-09-31 | 116-46-56 | 6,690 | 11/1966-pr |
| 8 | Fawnskin | 6334 | - | 34-16-01 | 116-57-10 | 6,280 | 1974-pr |

See plate 5-01 for locations.
SBCFCD - San Bernardino County Public Works and Flood Control
COE - Corps of Engineers

5-17

Exhibit 3                3-102

# VI. HYDROLOGIC FORECASTS

Exhibit 3                                    3-103

## VI - HYDROLOGIC FORECASTS

**6-01** **General**.

**a.** **Role of the Project Owners**.  OCPFRD, SBCPWFCD, and the RCFCD do not prepare formal published hydrologic forecasts for Seven Oaks Dam.

**b.** **Role of the Corps of Engineers**.  The Corps of Engineers does not prepare formal published hydrologic forecasts for Seven Oaks Dam, or any other Section 7 or Corps of Engineers, Los Angeles District operated projects.

**c.** **Role of Other Agencies**.  Real-Time weather and flood runoff forecasts for the southern California region are issued by the NWS.  Historical precipitation and stream flow data are available from OCPFRD, NWS, USGS, and San Bernardino County Water Resources Division.  These data, while not of use in real-time operation, are important to studies of historical storms and floods that aid in the development and refinement of manual and computerized rainfall-runoff forecast models.

**6-02** **Flood Condition Forecasts**.  For the current approved water control plan for Seven Oaks Dam, forecasts of flood hydrographs are not required.  However, routine evaluation of precipitation, resulting inflow, and forecast precipitation, provides valuable information for use in subjective evaluations of flood situations.  Using such information, the project operator can evaluate if an ongoing flood will increase or decrease over the next 24 hours.

The Corps of Engineers uses forecasting methods to determine the inflow to Prado Dam, located downstream of Seven Oaks Dam on the lower Santa Ana River. The QPF/API algorithm is used to determine flood volume inflows.  A Recession Limb Inflow Forecasting model is used to predict the recession limb of the inflow hydrograph.  Details and procedure outlines for these forecasts methods are found in

Exhibit 3                                                                                3-104

the Corps of Engineers Los Angeles District's current Prado Dam Water Control Manual.

More recently, the LA District has been developing a Santa Ana River watershed model through the Corps Water Management System (CWMS). The CWMS control and visualization interface (CAVI) consists of various hydrologic modeling programs and access to real-time data. Forecast alternatives are modeled through the CWMS CAVI, generating inflow, water surface elevation, and outflow information, which can be used to make reservoir regulation decisions. Currently, the CWMS model for the Santa Ana River watershed is in its testing and development stage.

**6-03** **Conservation Purpose Forecasts**. The current approved water control plan does not include, or preclude, water conservation. The plan may be modified in the future to accommodate water conservation, but in the mean time, forecasts for water conservation are not prepared.

**6-04** **Long Range Forecasts**. Long-range forecasts are not currently made for Seven Oaks Dam.

**6-05** **Drought Forecasts**. Currently, drought forecasts are not made at Seven Oaks Dam and reservoir.

Exhibit 3                                                   3-105

# VII.  WATER CONTROL PLAN

Exhibit 3

## VII - WATER CONTROL PLAN

**7-01    General Objectives**.  The overall objectives of the Seven Oaks Dam Water Control Plan are 1) to provide flood control on the lower Santa Ana River below Prado Dam by reducing peak inflow and volume into Prado reservoir, and to communities between Seven Oaks and Prado, 2) to mitigate for project impacts upon downstream water users, 3) to support downstream environmental mitigation and enhancement and 4) to support the prototype testing program.

**7-02    Operation Constraints**.  There are no major constraints on the operation of Seven Oaks Dam under the Water Control Plan.  Mechanical problems and other minor deficiencies have been observed since the completion of the dam and during its initial operation. These observed problems and their repairs are discussed in detail in Section 3-07.  Minor operation constraints that have developed as a result of these problems are discussed as follows:

   **a. Improper Seating of Outlet Gates**.  As discussed in Section 3-07.a., the low flow and RO gates need hydrostatic pressure upstream of the gates to seat properly against the frame seals for tight closure.  As water initially enters the main tunnel, severe leakage will develop around the sides of the unseated gates.  Once the pressure that develops from water filling the tunnel upstream exceeds the friction between the gate and invert seal, the gate can suddenly slip downstream along the invert babbit seal and slam against the gate frame. This results in a loud bang and could cause damage to the gate system.  In order to prevent the gates from slamming against the frame during filling of the main tunnel, the gates need to be raised slightly to allow the upstream hydrostatic pressure to properly seat the gate onto the gate frame.  This step to properly seat the outlet gates is part of the procedure to water up the tunnel prior to the operation of the sluice gate (Section 7-06.c).

   **b. Hydraulic Sluice Gate - Observed Drift**.  The sluice gate was designed to be in either a fully opened or fully closed position.  Its installation therefore did not include

7-1

Exhibit 3                                              3-107

a gate indicator. It was reported during initial operation that the gate had drifted downward from a fully open position after an extended period of time. However, this drift problem has not recurred. Without a gate indicator, it will be difficult to determine the extent of any future drift if this problem recurs. Periodic monitoring, through actual operation of the gate, is necessary to ensure that the gate is open to pass flows into the main wet well. Visual inspection of the gate position is not possible during real-time operation.

     **c.** **Outflow Limited to Leakage at Stoplogs.** As part of the design for sedimentation allowance, stop logs will be placed along the upstream face of the multilevel withdrawal system wet well at the intake structure in order to minimize the amount of sediment from entering the outlet works. The elevation range between the current reservoir invert to the top of the stop logs is called the "Sediment Pool". When the water surface elevation drops to within the sediment pool the outflow from the dam becomes limited to leakage through the stoplogs. At the time the project was turned over from the Corps of Engineers to the project sponsors, six stop logs were installed, blocking the lowest two rows of intake ports. The top of the installed stop log is currently at elevation 2120.24 feet, NGVD.

     **d.** **Gate Chamber Fill Line Cavitation Noise.** The fill line at Seven Oaks Dam was operated in November and December 2002. The first time was with a reservoir level of elevation 2160 feet and the second was at elevation 2131 feet. In both cases, the operators observed excessive noise with the opening and operation of the fill line valve. The operators also observed that the noise moved downstream along the fill line as the valve was opened. After a period of about 3 to 4 hours while filling the upstream (RO) conduit, the noise subsided and then became unnoticeable. After preliminary evaluation, the Corps identified the problem as cavitation. Currently, an interim procedure for operation of the fill line must be followed until the Corps completes the analysis of the problem and provide further recommendation. The interim operation procedure for the fill line is provided in section 7-06.b.

Exhibit 3

**7-03**   **Overall Plan for Water Control**.  The primary objective of the Seven Oaks Dam Water Control Plan is flood control.  There are elements in the flood control plan that addresses the needs of downstream water users.  These mitigation features are contained in the debris pool portion of the operation plan.  When conditions warrant, the plan also allows for the adjustment of releases above the debris pool supporting downstream environmental mitigation and enhancement plans, and the prototype-testing program.  The details of the overall Water Control Plan are provided in section 7-05.

**7-04**   **Standing Instructions to Project Operator**.  Exhibit A contains the standing instructions to the project operator for regulation of Seven Oaks Dam and Reservoir.  During periods of normal communications, the dam operators will receive operating instructions from the water control managers.  In the event that communication with the water control managers is interrupted, the dam operators should follow the standing instructions.  The numerical gate settings provided are based on gate rating curves as shown on Plates 7-02 to 7-06.

**7-05**   **Water Control Plan**.  The Water Control Plan contained in this document was based on the flood control operation plan contained in the report entitled Phase II GDM on the Santa Ana River Mainstem including Santiago Creek, Volume 1- Seven Oaks Dam, dated August 1988, as augmented, to allow the modification of releases at water surface elevation ranges above the debris pool in order to operate for downstream environmental mitigation and enhancement plans when conditions warrant.  In addition, when the opportunity exists, the regulation plan also allows minor modifications for the performance of the prototype-testing program.  The Water Control plan is illustrated on Plate 7-01 and is described in detail as follows:

   **a. Sediment Pool**.  At the beginning of each flood season, stop logs will be added, as necessary, to block the lower inlet ports of the multilevel withdrawal system (MWS) wet well.  This wet well leads to the minimum discharge line (MDL).  The stop logs will be added as necessary to block the ports to a point about 20 to 30 feet above the active sediment level.  This is done to prevent sediment from entering the intake structure

**Exhibit 3**                                                                    **3-109**

and either blocking or damaging the MDL. The stop logs will form a "dead pool" and no operation will be possible, other than leakage through the stop logs when the water surface elevation is within the sediment pool. Additional stop logs may be installed during the flood season if sediment accumulation is greater than expected. During the initial years of operation, stop logs had been installed to block the bottom two rows of intake ports at the MWS, making the invert elevation for the open row of ports to be at 2120.24 feet, NGVD. As sediment accumulates and more stop logs are added, the Sediment Pool will shift upward. The current elevation of the top of the sediment pool is shown also in Plate 7-01.

While the water surface is within the Sediment pool, outflow passes through the MDL. During the dry months, the minimum discharge extension line (MDLE) would be used to bypass the plunge pool. The MDLE is controlled by a 24-inch ball valve. This ball valve should not be used to regulate flows and must be either in a fully opened or fully closed position. Beginning 1 October of each year, release from the dam within the sediment pool will be limited to a maximum of 3 cfs in order to allow the formation of the debris pool. Since this release rate can only be made through the MDL, the sluice gate is kept in a closed position in order to prevent sediment from entering the main tunnel.

**b. Debris Pool**. At the beginning of the project life, the design documents call for a debris pool up to elevation 2200 feet, NGVD. Throughout the project life, the allotted storage for sediment accumulation will be filled, and a new top of debris pool elevation will be established. Towards the end of the project life, sediments will have accumulated up to the final invert elevation of the reservoir, which is 2265 feet, NGVD. The final top of debris pool elevation at the end of the project life will be the top of the trash rack structure elevation, which is at 2300 feet, NGVD. The adjustment of the debris pool during the project life is described in Section 7-06.a of this manual. Water stored within the debris pool is not available for environmental mitigation and enhancement plans.

7-4

Exhibit 3

3-110

As stated in the previous section, releases from the dam are reduced to a maximum of 3 cfs in order to form the debris pool starting 1 October of each year. This rate is to continue until the water surface elevation reaches the top of the debris pool elevation. During the first major storm of the year, if the water surface is expected to exceed the top elevation of the debris pool, preparation for releases through the main tunnel shall be made. This would entail equalizing the pressure between the main wet well and the MDL wet well, opening the sluice gate, and seating the RO and low flow gates. Procedures to perform these steps are outlined in Section 7-06.c. titled "Operating the Sluice Gate". Once opened, the sluice gate may remain open through the remainder of the flood season.

The debris pool is held until the end of the flood season, when it is drained on a schedule established in cooperation with the downstream water agencies during the development of the Phase II GDM. During the month of June, releases will equal inflow plus 10 cfs, and during the months of July and August, releases will equal inflow plus 20 cfs. The process of determining the proper release rate to drain the debris pool will involve trial and error, as the gates and valve settings will need to be constantly adjusted to release the calculated value. Also, these adjustments may be needed on a regular basis to accommodate varying inflow rates. By 1 September, the debris pool shall be completely drained, using higher than calculated release rates, if needed.

   c. **The Intermediate Pool**. The intermediate pool elevations occur between the current top of the debris pool and the sill of the main intake, which is at elevation 2265 feet, NGVD. The Intermediate Pool is that portion of the flood control pool that lies below the sill of the main intake. The releases within this range should match inflow up to the maximum release capability of the project. The combined release capability of the low flow gate and the MDL in this range is approximately 400 to 500 cfs. Section 7-16 outlines the permissible rates of release change when increasing or decreasing outflow. If hydrologic conditions warrant (i.e., no forecasts indicating significant rainfall), releases can be modified/delayed in order to support operations for environmental mitigation and enhancement as discussed in section 7-05h.

**Exhibit 3**                                                    **3-111**

**d. Main Trash Rack Pool (El. 2265 to 2299 feet, NGVD).** The trash racks protecting the main intake are located between elevations 2265 and 2292.5 feet, NGVD. Within this range, releases are based only on the rising and falling pool elevations at Seven Oaks Dam. During the pool rising stages, releases, if required, will be cut back to a release that is considered to be the maximum safe rate through the MDL when the water surface elevation is between elevations 2265 and 2299 feet, NGVD. The reason for this is to avoid drawing floating debris into the trash racks and possibly rendering the main outlets inoperative. The 2299 elevation allows for sufficient submergence of the trash rack to avoid vortex formation. The maximum safe release rate, when the pool is rising, will be determined by project operating experience but is theoretically on the order of 50 cfs. During falling stages, releases will be made in accordance with the project design schedule as shown on Plate 7-01. These are theoretical maximum safe rates ranging up to 2000 cfs. If project experience indicates that floating debris is less of a problem than anticipated, the falling pool release rates may be increased. Conversely, if operational experience indicates that floating debris is more of a problem than anticipated then falling pool rates may be decreased. Section 7-16 outlines the permissible rates of release change when increasing or decreasing outflow. If hydrologic conditions warrant, releases can be modified/delayed in order to support operations for environmental mitigation and enhancement.

**e. Flood Control Pool (El 2299 to 2580 feet, NGVD).** This is the pool between elevations 2299 feet, NGVD and the spillway crest at elevation 2580 feet, NGVD. Within the flood control pool, release rates from Seven Oaks Dam are based on concurrent conditions at Prado Dam. During flood events, Seven Oaks Dam will store water destined for Prado Dam as long as the reservoir pool at Prado reservoir is rising, and the pool at Seven Oaks Dam is not approaching the spillway. Once the reservoir water surface elevation at Prado Dam reaches its peak and starts to recede, Seven Oaks Dam releases will be made based upon the Seven Oaks Dam pool elevation, ranging from a minimum of 2,000 cfs at elevation 2299 feet, NGVD up to the maximum rate of 7,000 cfs at elevation 2580 feet, NGVD. Plate 7-01 contains the Water Control Diagram, which identifies the release schedule within this elevation range. Section 7-16 outlines

**Exhibit 3**

**3-112**

the permissible rates of release change when increasing or decreasing outflow. It is important to note that within most of this range, the intake structure deck at elevation 2302 feet, NGVD, which is where the sluice gate control is located, will be submerged. If hydrologic conditions warrant, releases can be modified/delayed in order to support operations for environmental mitigation and enhancement.

    **f.  Spillway Surcharge (El 2580 to 2604 feet, NGVD).**  Above elevation 2580 feet, NGVD there are uncontrolled releases over the spillway occur. During rising stages when uncontrolled releases are less than 7,000 cfs, releases from the outlet works will be adjusted so that the total project release (combination of spillway and outlet works releases) equals 7,000 cfs. When uncontrolled releases are greater than 7,000 cfs, no outlet works releases will be made. The spillway rating curve is shown on Plate 7-07. The maximum spillway design discharge is 180,000 cfs at elevation 2604.4 feet, NGVD, a surcharge depth of 24.4 feet. During falling stages, the outlet works gates can be adjusted to attempt to maintain the maximum spillway release rate resulting during the event, so as to assure the quickest evacuation of the remaining surcharge volume in anticipation of another significant flood.

    **g.  Initial Reservoir Filling Plan.**  The Initial Reservoir Filling Plan is contained in a document entitled, "Initial Reservoir Filling Plan Seven Oaks Dam, San Bernardino County, California", dated July 2002. This plan presents a guide for surveillance of the Seven Oaks Dam project during periods of reservoir filling. It outlines inspection procedures, procedures for identifying warning signs of distress, actions to be taken, and data to be collected and analyzed. Visual inspections are required as new maximum reservoir water surface elevations or "critical elevations" are achieved. Geotechnical monitoring is then required to confirm the integrity of the embankment and the performance of the system of seepage monitors and controls. If these "critical elevations", which are determined prior to the start of each flood season, will be exceeded, the water control managers shall notify the personnel responsible for performing inspections as specified in the Initial Reservoir Filling Plan. A copy of the Initial Reservoir Filling Plan is included in this manual as Exhibit I.

**Exhibit 3**                                                                 **3-113**

**h. Seven Oaks Dam Environmental Regulation**. The construction, operation, and maintenance of Seven Oaks Dam required the determination of and mitigation/enhancement for environmental impacts including those to endangered species. Due to limited knowledge of the habitat needs of endangered species downstream of the dam, and concerns related to what are the best measures to ensure survival of endangered species, Section 7 (of the Endangered Species Act) consultation with the USFWS resulted in a proposed array of alternative mitigation and enhancement measures. Therefore, operation of the dam includes mechanical movement of sediment deposited behind the dam to the downstream channel, physical measures in the downstream channel to generate periodic flooding of the overbank floodplain to mimic the pre-dam hydrologic processes (scour and deposition) upon which the endangered species are dependent, and monitoring of the ecological health of the endangered species.

A multi-agency steering committee such as the Woolly Star Preserve Area (WSPA) Steering Committee will use adaptive management techniques to annually determine and define for the project operator an environmental regulation to be followed should sufficient flood runoff occur. An example of this regulation may be that the pool within the reservoir will be held longer so that additional head will be available for releases greater than what is schedule in the water control plan. The WSPA, the Local Sponsors, and the U.S. Army Corps of Engineers will meet annually to adjust the environmental regulation plan as necessary. For instance, water might be retained during and immediately after a storm event for a period of several days, or a few weeks, while temporary diversion dikes are constructed downstream. Then, when the water is released, the temporary diversion dikes would direct flows onto specific areas of the WSPA or other target areas. Water may be stored behind the dam for a slightly longer period and, or at a higher elevation than would otherwise be required for flood control, to accomplish these mitigation aspects of the overall operation.

**i. Prototype-Testing Program and Instrumentation**. Because of the high head and complicated design of the structure, a model study was conducted at the U.S. Army

Exhibit 3

Engineer Waterways Experiment Station (ERDC-WES) to evaluate the hydraulic design
be measuring dynamic hydrostatic pressures in the outlet structure. In this study, zones
of potential cavitation and air demand at the mid-tunnel were determined. At the same
time, the adequacy of the intake tower, the outlet plunge pool, and the exit channel design
was also evaluated, extent of scour and the need for protection downstream of the
structure, and the discharge characteristics of the regulation outlet (RO) gates with
various operating scenarios were determined from the model. As a result of this model
study, a prototype testing program was developed.

Under the Water Control Plan, a prototype-testing program will be implemented,
to gather data and verify actual performance of the outlet works with design parameters
derived from the model study, once during a low reservoir condition as early in the
project life as practical, and once during a high reservoir condition. The water control
managers need to inform the Los Angeles District, Reservoir Regulation Section, so that
coordination can be made with the Corps' Portland District Office in Portland, Oregon, in
advance, every time that the opportunity for testing is expected to exist. The water
control managers must maintain WES POC's and telephone numbers each year prior to
the start of the flood season. Exhibit F contains the details about the testing program and
the instrumentation installed at the dam. A layout of the prototype hydraulic
instrumentation is also on Plate 2-24.

**7-06    Other Operational Requirements**. The following are Seven Oaks Dam
operational design criteria that need to be followed in the implementation of the Water
Control plan in order to assure that the dam's safety is not jeopardized:

a. **Adjustment of the Debris Pool.** The debris pool was designed to
accommodate estimated sediment accumulation, without the need for removal, through
the 100-year service life of the project. According to the original design documents, the
initial debris pool upper boundary is at elevation 2200 feet, NGVD, and the ultimate top
elevation is at 2300 feet, NGVD. The design documents also show the initial debris pool
to have a total storage volume of 2,968 acre-feet, and the ultimate debris pool to have a

7-9

**Exhibit 3**                                                  **3-115**

total storage volume of 839 acre-feet. During the life of the project, as the reservoir sediment level rises, stoplogs will be installed about 20 to 30 feet above the active invert. This will raise the elevation of the lower boundary of the debris pool. As a result, the top of the debris pool needs to be adjusted to maintain a storage volume between 839 and 2968 acre-feet until it reaches the ultimate elevation of 2300 feet, NGVD. At a minimum, the current top of debris pool elevation shall be adjusted whenever it is suspected that the current debris pool storage is reduced to near the ultimate storage value of 839 acre-feet. A reservoir survey should be conducted and the upper debris pool boundary shall be set to an elevation where the new debris pool storage will be approximately equal to the initial storage (2,968 acre-feet). Beyond the minimum, the debris pool may be adjusted as often as is desired by the water control managers in consultation with the Corps of Engineers, but shall in no case be less than 800 acre-feet nor exceed 3,000 acre-feet.

**b.  Procedures for Avoiding Cavitation at the 12-inch Recharge Line (Filling Line)**. As mentioned in section 7-02.d., a problem with noise in association with cavitation was discovered at the 12-inch recharge line when the water surface elevation within the MWS wet-well exceeded elevation 2130 feet, NGVD. An interim procedure, until the Corps completes the analysis of the problem and provides further recommendation, shall be followed to temporarily relieve this problem. The procedures are as follows:

1.  Monitor the head in the MDL using either of the cone valve piezometers with all flows shut off.

2.  As soon as there is sufficient head in the MDL for the filling line to operate (approximately 2095-2100 feet, NGVD), open the filling line to pressurize the upstream portion of the main tunnel. When the RO gates are sufficiently submerged, seat the RO and LF service gates by opening them one at a time to 0.1 ft for a few seconds then closing them.

7-10

Exhibit 3                                    3-116

3. Leave the filling line open for the remainder of the flood season. Keep the service gates closed for the remainder of the flood season except when making releases when the pool is above 2130 feet, NGVD. The pool inside the main wet well should match the pool inside the MWS wet well fairly well even with the sluice gate closed. This should maintain sufficient back-pressure to avoid or minimize cavitation in the filling line. Releases from the cone valves will need to be adjusted in coordination with the downstream water users to compensate for leakage through the service gates.

4. When the MWS wet well water surface elevation is below elevation 2130, the sluice gate should be closed to avoid having sediment and floating debris enter the main tunnel.

5. When the MWS wet well water surface elevation is above 2130, the sluice gate should be open so that the outlet works will be capable of passing releases greater than 90 cfs. [Note: As a precaution, prior to opening the sluice gate, ensure that the heads between the MWS wet well and the main wet well are balanced. Refer to section 7-06.c.4.]

6. When emptying the debris pool after a flood event, as the pool drops below 2130, NGVD, make sure that the main gates are closed before closing the sluice gate. This will assure that there is sufficient pressure to seat the gates.

7. If cavitation in the fill line becomes significant even with the fill line valve open, the fill line valve should then be closed. If fill line valve is closed, it should be reopened as part of step 6, after closing the main gates and before closing the sluice gate. The dam tenders should keep detailed notes of any cavitation that occurs in the filling line, including the start times, stop times, readings from all the piezometers and a qualitative description of the cavitation (i.e., minor, severe, etc.). These notes should be entered into the operations report form (Figure 5-01) and also reported to the water control managers.

7-11

Exhibit 3                                3-117

c.  **Operating the Sluice Gate**.  The procedure for operating the sluice gate can
be found within the Seven Oaks Dam Operation, Maintenance Repair, Replacement &
Rehabilitation (OMRR&R) Manual, Appendix C (Standard Operating Procedures), and
also summarized within this section.  The wet well sluice gate is located in the multi-level
withdrawal system wet well at the entrance to a 6'x6' conduit that leads to the main wet
well (Plate 2-08).  During periods of low flow, the MDL is used to pass flows and the
sluice gate is normally closed to prevent flow and damaging sediment from entering into
the main wet well and the main tunnel.  As inflow increases and the water surface
elevation rises, the RO and LF gates in the main tunnel are needed to discharge at rates
higher than the MDL alone can pass.  In order to use the main tunnel when the water
surface elevation is lower than 2265 feet, NGVD, the sluice gate needs to be opened.
Prior to opening the sluice gate, however, a head differential of no more than 2.5 feet
between the MWS wet well and the main wet well should exist[1].  If the 12-inch Recharge
Line (filling line) has been closed, and the tunnel is dry, the following outlined
procedures must be followed for operating the sluice gate prior to and after the use of the
main tunnel for releases (as project experience is gained, this procedure shall be
modified, if necessary):

1.  Verify that the RO and LF gates are in a closed position.  Cut off MDL
    releases using either the two cone valves located in the valve structure,
    or the 24-inch MDL ball valve located in the gate chamber.  Normally
    the cone valves will be used as the ball valve is for emergency shut off
    only.

2.  As soon as there is sufficient head in the MDL for the filling line to
    operate (approximately 2095-2100 feet, NGVD), open the filling line
    to pressurize the upstream portion of the main tunnel.  When the RO
    gates are sufficiently submerged (approximately 2109.1 feet, NGVD),

---

[1]   When balancing the head below elevation 2120 ft, NGVD, piezometers located just upstream of the
MDL valves and the main tunnel outlet gates can be used to determine when the required head differential
is achieved prior to operating the sluice gate, as described.  Piezometers located within the main wet well
and the MWS wet well can read the head differential starting at elevation 2120 ft, NGVD.

Exhibit 3                                3-118

seat the RO and LF service gates by opening them one at a time to 0.1
ft for a few seconds then closing them.

3. Allow the tunnel to fill completely and let the water surface elevation
within the main wet well build in order to balance the head with the
MWS wet well.

4. The dam tenders are able to determine water surface elevations within
the main wet well and the MWS wet well through the digital readout
of the transducers that sense the pressure in the piezometer tubes
located just upstream of the MDL valves and the main tunnel outlet
gates. *[Notes: 1) All gates must be closed in order to obtain proper
digital readouts from the transducers that sense pressure from the
piezometer tubes; 2) the piezometer lines need to be bled of air in
order to obtain an accurate reading. Refer to Exhibit E for
instructions on bleeding piezometer lines; 3) Refer to Table 2-1 for
determining which operational piezometer can be used for taking
readings.]*

5. Upon achieving a balanced head where the water surface differential
does not exceed 2.5 feet between the main tunnel wet well and the
MWS wet well, open the sluice gate completely.

6. The LF and/or the RO gates can now be used for discharging higher
flows. The rate of release change restrictions and the minimum and
maximum allowable gate opening restrictions described in sections
7-16 and 7-17 should be followed.

d. **Dewatering the Main Tunnel**. At the end of the flood season when it is
expected that the RO and LF gates will no longer be needed, the sluice gate should be
closed and the main tunnel drained. The following procedures shall be followed:

1. Close the MDL valves.

2. Close the RO and LF gates.

3. Close the sluice gate.

4. Close the filling line valve.

7-13

Exhibit 3                                                    3-119

5. Open the LF or RO to drain the remaining water in the tunnel, at a rate that is as close as possible to the required release rate until the tunnel is drained.

6. Open the MDL valves to the required release rate.

There is a 12-inch diameter RO air vent pipe that serves as the vacuum breaker if the main tunnel is dewatered while the bulkhead is in place. The air vent pipe extends from the RO gate to the top of the intake structure. The air intake contains a float to prevent debris from plugging the air pipe when the intake structure is inundated. No operation is required for the air vent pipe function.

   e. **Dewatering the Downstream MDL Conduit**. For maintenance, inspection and emergency purposes, dewatering of the MDL conduit downstream of the ball valve is accomplished as follows:

1. Shut off flow in the MDL using the two cone valves located in the valve structure.

2. Close the ball valve located in the gate chamber.

3. Open the two cone valves in the valve structure to dewater the downstream end of the MDL.

Note: A combination vacuum breaker/air release valve is located downstream of the ball valve to provide relief during emptying or filling of the downstream MDL conduit. The siphon breakers function automatically, allowing air to enter the MDL during closure of the ball valve to prevent collapse of the MDL pipe.

The 4-inch diameter embedded air vent pipe serves as the vacuum breaker if the MDL is dewatered while the MDL bulkhead is in place. The MDL air vent pipe extends from the upstream portion of the 3-foot diameter MDL pipe, and connects with the RO air pipe just below the top of the intake structure. No operation is required for the air vent pipe function.

7-14

**Exhibit 3**

**3-120**

**f. Procedures for Installing and Removing the Bulkhead Gate for the Upstream Main Conduit**. Outlet bulkhead guide slots are located in the wet well at the entrance to the main conduit. When not in use, a bulkhead is stored inside the storage slot on the intake structure. The bulkhead provides the capability to seal and drain the main tunnel to allow inspection or maintenance activities in the portion of the main tunnel upstream of the RO gates. The bulkhead is lowered into or raised from the bulkhead guide slots using a truck mounted mobile crane positioned on the deck of the intake structure. A balanced head condition must exist on either side of the bulkhead gate when installing or removing the bulkhead gate. The elevation of the deck of the intake structure is at 2302 feet NGVD, which is the highest water surface elevation at which the bulkhead can be installed or removed. The bulkhead has been designed to withstand a maximum of 202 feet of head behind the reservoir, however, if the bulkhead is in place and there is a possibility of the water surface exceeding elevation 2302, it should be removed immediately. If installation of the bulkhead gate is not possible, then the emergency gates (ROG3, ROG4, and LF2) can be lowered in order to inspect the service gates.

The following are steps to be followed for installing the RO maintenance bulkhead. Reference must be made to the Seven Oaks Dam Operation, Maintenance Repair, Replacement & Rehabilitation (OMRR&R) Manual, Appendix C-2, for detailed installation procedures.

1. If the sluice gate is open, close it in preparation for dewatering the main tunnel, as outlined in section 7-06.d.
2. If the reservoir water surface elevation is below elevation 2265 feet, NGVD, allow the main conduit to drain by opening either the RO or LF gates. If the reservoir water surface elevation is above elevation 2265 feet, NGVD, close the RO and LF gates to create a still water condition.
3. Once the conduit is empty or a still water condition exists, lower the bulkhead into the wet well using a truck mounted mobile crane positioned on the deck of the intake structure.

**Exhibit 3**

**3-121**

If there is water in the upstream conduit, drain the upstream portion of the tunnel.  In order to do this, first check the vent line to make sure it is clear and then gradually open the RO and/or LF gates.

Once inspection or maintenance is complete and the bulkhead needs to be removed.  The following are steps, depending on the conditions of the reservoir and the main wet well, to be followed for installing the RO maintenance bulkhead.  Reference must be made to the Seven Oaks Dam Operation, Maintenance Repair, Replacement & Rehabilitation (OMRR&R) Manual, Appendix C-2, for detailed removal procedures:

Condition A – No Water in the Main Wet Well

1.  If the main wet well is dry, remove the bulkhead using a truck mounted mobile crane positioned on the deck of the main intake structure.

Condition B – Water in the Main Wet Well – Pool above 2265 feet NGVD

1.  If there is water in the main wet well close RO and LF gates.  Make sure the sluice gate is open.
2.  Cut off MDL releases using the cone valves located in the valve structure.
3.  Fill the upstream tunnel using the 12-inch filling line (Refer to section 7-06.b.)
4.  Pressure between the main wet well and the conduit downstream of the bulkhead gate will be equal when there is no more flow through the filling line and/or when the piezometer in the main wet well reads the same as the piezometer just upstream of the gates.  The dam tenders are able to obtain readouts for these piezometers which are located at the gate chamber and at the control house downstream of the outlet tunnel.

Exhibit 3                                                    3-122

5. When pressure is equal between the main wet well and the conduit downstream of the bulkhead gate, remove the bulkhead gate using a truck mounted mobile crane positioned on the deck of the intake structure.

Condition C -- Water in the Main Wet Well - Pool below elevation 2265

There are two scenarios where this condition could occur: 1) The main wet well was initially drained but leakage has partially filled it, and 2) The main wet well water surface elevation has fallen below 2265 while the bulkhead has been in place. If the difference in elevation between the main wet well and the MWS wet well is less than 2.5 feet, then the sluice gate can be opened and the procedures for Condition B can be followed. If the difference is greater than 2.5 feet, then two further scenarios can occur: 1) the water surface in the main wet well is higher than in the MWS wet well and 2) the water surface in the main wet well is lower than in the MWS wet well.

It is possible, but unlikely that the water surface in the main wet well will be more than 2.5 feet higher than the water surface in the MWS. This scenario can be avoided if the valves in the MDL are closed and or the sluice gate is opened if the reservoir pool falls below 2265 feet, NGVD while the bulkhead is in place. If for some reason this scenario does occur, there is no direct way to balance the water surfaces in the main wet well and the MWS. The valves in the MDL should be closed and then water control managers will have to wait until leakage through the aggregate access bulkhead, the sluice gate and the bulkhead gate equalize the two water surfaces. If this doesn't work then other possible solutions would be: 1) to pump water out of the main wet well until the water surfaces come within 2.5 feet of each other and 2) use the filling line to fill the main tunnel, close the filling line valve, then pump additional water into the air vent line to increase the pressure in the upstream tunnel to match the main wet well. Then the bulkhead gate could be removed.

A more likely scenario would be that the water surface in the main wet well is more than 2.5 feet lower than that of the MWS. This could happen if the reservoir pool is

7-17

Exhibit 3                    3-123

below elevation 2265 and significant amounts of water leak from the sluice gate and the aggregate access bulkhead into the main wet well.  In this case the following procedure should be used:

1. Close the MDL valves and the LF and RO service gates.
2. Open the filling line valve.
3. Carefully monitor the piezometers that measure the water surface elevation in the main tunnel (O-6, O-7, and O-8).  Close the filling line valve when the head in the tunnel matches the water surface in the main wet well.
4. Use a truck mounted crane to remove the bulkhead gate.

**g. Procedures for Installing and Removing the Bulkhead Gate for the Upstream Conduit of the MDL.**  The procedure for installing and removing the MDL bulkhead gate can be found within the Seven Oaks Dam Operation, Maintenance Repair, Replacement & Rehabilitation (OMRR&R) Manual, Appendix C-3, and also summarized within this section.  Bulkhead guide slots are located in the MWS wet well at the entrance to MDL conduit in order to allow inspection and maintenance of the upstream portion of the MDL conduit.  Since the elevation of the deck of the MWS is at 2276 feet NGVD, this is the highest water surface elevation at which the bulkhead can be installed or removed.  The bulkhead has been designed to withstand a maximum 202 feet of head behind the reservoir should the water surface start to rise after it is in place.  If there is a possibility of the water surface rising to elevation 2276 feet NGVD while the bulkhead is in place, it should be removed immediately.  Additional information regarding the bulkhead is provided within the Seven Oaks Dam Operation and Maintenance Manual, dated August 2002.

**1) Installing the MDL Bulkhead**.  When installing the bulkhead, a dry or still water condition must exist.  If there is water in the reservoir a still water condition can be achieved by closing the cone valves controlling the MDL and by closing the RO and LF gates controlling the main conduit.  Note that the sluice gate must be open while

7-18

Exhibit 3                                                    3-124

the MWS bulkhead is in place. If the sluice gate is not open it will not be possible to balance head between the two wet wells with the MDL out of service. If head between the wet wells cannot be balanced, then the sluice gate cannot be opened and the filling line cannot be used to balance heads upstream and downstream of the bulkhead. If these heads cannot be balanced, then it will not be possible to remove the bulkhead. Refer to Section 7-06.c. for procedures to open the sluice gate. Once a still water condition has been achieved and the sluice gate is open, the bulkhead can be installed in its guides just above the intake and can be lowered by a truck mounted crane positioned on the intake structure deck. The MDL can then be drained by opening one or more of the cone valves. A 3-inch-diameter vent line connects to the MDL conduit just downstream of the bulkhead for air to enter when emptying the MDL conduit.

          **2) Removing the MDL Bulkhead**. In order to remove the MWS bulkhead, a balanced head condition must exist upstream and downstream of the bulkhead. This is achieved by watering up the MDL, and connecting it hydraulically with the MWS wet well. In order to do this, first the cone valves controlling the MDL and the LF and RO gates controlling the main conduit are closed. Then the butterfly valve controlling the 12-inch filling line is opened. When flow through the filling line ceases a balanced head condition will exist. A 3-inch-diameter vent line connects to the MDL conduit just downstream of the bulkhead to allow air to escape when filling the MDL conduit. If, for some reason it is not possible to water up the MDL with the filling line it can also be watered up by pumping water in through the air vent. If hydraulic communication cannot be achieved between the MWS wet well and the MDL, piezometers O-5, O-9 and O-10 can be used to determine when a balanced head condition has been achieved. Once a balanced head condition has been achieved, the bulkhead can be raised by a truck mounted crane positioned on the intake structure deck.

       **h. Operational Hydraulic Instrumentation**. Table 2-1 and Plate 2-24 individually list and show, respectively, the operational hydraulic instruments, their locations, types, intake elevations, and elevations of the pressure transducers. These piezometers and pressure transducers can be utilized to verify reservoir water surface

Exhibit 3                                    3-125

elevation, head differential between the wet well and the MWS wet well, check for trash blockage, among other uses.  If the tap for a piezometer dries out between readings, air will enter the line and the piezometer will have to be "bled" before the next reading can be taken.  Exhibit E contains the procedures for bleeding piezometer lines.

 **i.  Channel Observation**.  Prior to making significant releases, the Seven Oaks Dam water control managers will notify the San Bernardino and Riverside Flood Control Districts.  Each respective flood control districts will assign channel observers at their discretion.  The downstream flood control districts will be asked to report any downstream problem areas, the available channel capacities, and other observed information that is vital to the operation of Seven Oaks Dam.

**7-07** **Recreation**.  The Water Control Plan does not include regulation of the dam for recreational purposes.

**7-08** **Water Quality**.  The Water Control Plan does not include operation for water quality.  During emergencies, however, the water control manager can operate Seven Oaks Dam to contain pollution spills either in or dilute spills downstream of Seven Oaks Dam and reservoir.  The local sponsors perform water quality monitoring in the reservoir as part of their operation and maintenance responsibilities.  Details of this monitoring may be found in the Seven Oaks Dam Operations and Maintenance Manual.  The U.S. Fish and Wildlife Service, the Santa Ana Watershed Project Authority (SAWPA), the California Regional Water Control Board, and local water agencies monitor the various aspects of water quality in the Santa Ana River basin.

**7-09** **Fish and Wildlife**.  The Water Control Plan includes provisions to allow operation above the debris pool for environmental mitigation and enhancement, specifically for the listed species downstream.  The water used for this purpose would come from the flood flows stored in the intermediate, main trash rack, and the flood control pools.   Details of this operation are contained in section 7-05h.

7-20

**Exhibit 3**       **3-126**

**7-10**  __Water Supply__. The operational objectives of the Seven Oaks Dam Water
Control Plan include flood control, dam safety, mitigating for impacts to downstream
water users and environmental mitigation and enhancement. Water supply is not an
operational objective of the Seven Oaks Dam Water Control Plan. Details of how the
water control plan mitigates impacts to downstream water users may be found in section
7-05.b.

**7-11**  __Hydroelectric Power__. Seven Oaks Dam is not operated for the generation of
hydroelectric power.

**7-12**  __Navigation__. There is no navigation possible at Seven Oaks Dam reservoir or on
the Santa Ana River.

**7-13**  __Drought Contingency Plans__. Seven Oaks Dam is a Section 7 project. It does
not require a Drought Contingency Plan.

**7-14**  __Emergency Action Plans__. The Emergency Action Plan for Seven Oaks Dam is
contained in a document entitled "Emergency Action Plan for Seven Oaks Dam, San
Bernardino County, California", dated June 2001. The scenarios developed include a dam
breach and spillway flow conditions. Flood inundation maps downstream of Seven Oaks
Dam are included in the document. The plan also covers identification of impending and
existing emergencies, notification of other parties about impending or existing
emergencies, emergency operations and repairs, and post earthquake response
procedures. Copies of this plan are maintained in the OCPF&RD Storm Operation
Center and also in the Corps of Engineers, Reservoir Regulation Section, Reservoir
Operation Center.

**7-15**  __Deviation from Normal Regulation.__ Deviations from the approved Water
Control Plan contained in this manual may be necessary at times because every possible
circumstance cannot be anticipated by the plan. Deviations from the approved water
control plan are allowed under some circumstances to address unforeseen and unique

Exhibit 3                                                          3-127

circumstances. They are not intended as a means for identifying or initiating new opportunities to re-operate or reallocate storage in response to new and changing public needs.

Because of the often competing goals and complex interactions of interested groups and agencies, even seemingly inconsequential deviations from an approved plan can lead to unforeseen environmental and legal complications. Therefore, except during emergencies, all deviations from this Water Control Plan require prior approval from the U.S. Army Corps of Engineers' South Pacific Division office in San Francisco, California (SPD). Requests for Deviations from the approved Water Control Plan will be submitted to SPD through the U.S. Army Corps of Engineers Los Angeles District office (SPL). The SPD regulation "Guidance on the Preparation of Deviations from Approved Water Control Plans" (CESPD R 1110-2-8) dated 12 September 2002 provides guidance for preparing deviation requests, and outlines a minimum set of considerations that need to be addressed when requesting a deviation from the approved plan contained in this manual. Exhibit G contains a copy of CESPD R 1110-2-8. This guidance defines two forms of deviations, namely, emergency deviations and planned deviations. These two types of deviations are summarized below.

a. **Emergency Deviations**. An emergency deviation from the approved Water Control Plan is one that is required due to an emergency situation. An emergency situation is defined in CESPD R 1110-2-8 as a situation in which there is a potential for injury, loss of life, threat to the project, or other serious hazards; but furthermore, also demanding immediate action, such that time constraints render impractical notification to the Corps. Depending upon the need for immediate action, an emergency situation could include: drowning and other accidents, assistance to local authorities responding to an emergency (e.g., police and fire departments), failure of operations facilities, chemical spills, treatment plant failures, and other temporary pollution or water quality problems. Since water control actions necessary to abate the problem are to be taken immediately, emergency deviations do not require prior approval from SPD. However even in an emergency situation, the Corps needs to be notified of the action as soon as possible, and

7-22

Exhibit 3

3-128

the notification shall comply with all the applicable requirements as outlined in CESPD R
1110-2-8 (Exhibit G). Notifications shall be made by the Seven Oaks Dam water control
managers to the SPL Reservoir Regulation Section, which will in turn notify SPD.

    **b. Planned Deviations**. Planned deviations cover all other deviations not
addressed by an emergency deviation. Planned deviations require prior approval from
the Corps' Division Office. Deviation requests are to be made by the project owner
through the SPL Reservoir Regulation Section. Costs incurred by the Corps of Engineers
associated with the processing of a deviation request are the responsibility of the local
sponsors. Information and analysis required in a deviation request package are outlined
SPD R 1110-2-8 (Exhibit G).

**7-16   Rate of Release Change.** The maximum permissible rate of change in the release
rate depends upon the magnitude of the current release. When increasing or decreasing
the release, consideration shall be given to the possibility of downstream impacts such as
structural damage to downstream improvements, levee or bank sloughing due to rapid
bank de-watering and public safety. Furthermore, the water control managers, or project
operators, prior to any significant changes in releases, must notify other government
agencies, and affected parties (refer to sample notifications list in Exhibit H). Table 7-1
outlines the recommended maximum permissible rate based on SPL experience with
similar projects having unimproved downstream channels. Note that conditions in the
downstream channel (erosion, overbank flow, etc.) may require a slower rate of change of
release. The project operators and/or channel observation teams may be directed by the
water control managers to observe the effects of increased flows upon downstream
channel conditions in order to determine if any adjustments are necessary in the rate at
which releases are changed.

**7-17   Minimum and Maximum Gate Openings**. The minimum and maximum gate
openings for both the RO and LF gates are shown on Table 7-2 below. A minimum gate
opening is required to avoid gate vibration. Small gate openings coupled with high
velocities can result in a water surface that remains close to the bottom surface of the gate

7-23

Exhibit 3                                    3-129

lip.  This flat water surface can intermittently contact the bottom of the gate lip causing the point of control to shift rapidly, resulting in vibration and damage to the gate.  A maximum gate opening is required in order to minimize the possibility of pressurizing the downstream gate passage and losing control at the gates.  If the downstream passage pressurizes it could result in zones of low pressure and interference with the aeration of the gate discharges.  This would increase the risk of cavitation damage.

#### Table 7-1.  Maximum Permissible Rate of Release Change at Seven Oaks Dam

| Discharge (cfs) | To Increase Flow (cfs/hour) | To Decrease Flow (cfs/hour) |
|---|---|---|
| 0 – 200 | NO RESTRICTION | NO RESTRICTION |
| UP TO 500 | 250 | 250 |
| 500 - 4,000 | 500 | 500 |
| 4,000 - 8,000 | 1000 | 1000 |

#### Table 7-2.  Minimum and Maximum Gate Openings Seven Oaks Dam

| Gate Type | Minimum Gate Opening (ft) | Maximum Gate Opening (ft) |
|---|---|---|
| Main Regulation Outlet (RO) | 0.75 | 6.8 |
| Low Flow (LF) | 0.5 | 2.8 |

Exhibit 3