Seven Oaks Dam
Operation and Maintenance Manual

# SPONSORS' AGREEMENT FOR

# OPERATION AND MANTENANCE

Exhibit 3                                    3-351

# Agreement D99-199

### for

## Operation and Maintenance
## of the Seven Oaks Dam

### by and among

## The Orange County
## Flood Control District

### and

## The San Bernardino County
## Flood Control District

### and

## The Riverside County Flood Control
## and Water Conservation District

### August 2002

**Project: Operation and Maintenance of the
Seven Oaks Dam**

**No. D99-199**

## TABLE OF CONTENTS

**PARAGRAPHS**                                                    **PAGE NO.**

A.  Purpose                                                          2

B.  Effective Date/Term                                             2

C.  Definitions                                                     3

D.  Turnover                                                         4

E.  Cost-Share                                                      6

F.  Sponsors' Responsibilities                                     6

    1.  Joint Responsibilities                  6

    2.  Orange Responsibilities                 12

    3.  San Bernardino Responsibilities         13

    4.  Riverside Responsibilities              14

G.  Property Taxes                                                 14

H.  Other Tasks and Services                                       14

I.  Estimated Annual Budges(s)                                     14

J.  Audits                                                         15

K.  Inspections by the Government                                  15

L.  Notices                                                        15

M.  Workers' Compensation and Liability Insurance                  16

N.  indemnification                                                16

O.  Disputes                                                       19

P.  Termination                                                    20

Q.  Successors and Assigns                                         21

R.  Waiver and Interpretation                                      21

S.  Waiver of Rights                                               21

T.  Severability                                                   21

U.  Attorney Fees/Costs                                            22

V.  Governing Law and Venue                                        22

W.  Confidentiality                                                22

X.  Authority                                                      22

Y.  Amendments                                                     22

Z.  Entire Agreement                                               22

    Signature Pages                             23

Exhibits:

    A. Location Map

    B. Estimated Annual Operation and Maintenance Budget

    C. Budget for Woolly Star Mitigation

Project: Operation and Maintenance of the Seven Oaks Dam                    Agreement No. D99-199

1                                          **AGREEMENT**

2          This agreement ("AGREEMENT") is made and entered into this _____ day of _____,

3   2002,

4          BY and AMONG

5                                The Orange County Flood Control District,
                                 hereinafter referred to as "ORANGE",

6          AND

7                                The San Bernardino County Flood Control District, hereinafter referred to as
8          AND                   "SAN BERNARDINO",

9                                The Riverside County Flood Control and Water Conservation District,
                                 hereinafter referred to as "RIVERSIDE".
10

11         ORANGE, SAN BERNARDINO, and RIVERSIDE are referred to collectively as the "SPONSORS".

12                                          **RECITALS**

13         **WHEREAS**, in the Water Resources Development Act of 1986, P. L. 99-662, the Congress of the United

14  States authorized construction of certain flood control improvements on the Santa Ana River, including Santiago

15  Creek, California, (hereinafter referred to as the "PROJECT"); and

16         **WHEREAS**, effective December 14, 1989, a Local Cooperation Agreement ("LCA") was entered into by the

17  Department of the Army ("GOVERNMENT") and the SPONSORS, for construction of the Project, including Seven

18  Oaks Dam ("DAM"); and

19         **WHEREAS,** the DAM is located in San Bernardino County and is depicted on Exhibit A, ("LOCATION MAP"),

20  which is incorporated as though fully set forth herein; and

21         **WHEREAS,** Articles II. B. and VIII of the LCA, establish the SPONSORS' cost-share responsibilities for the

22  operation, maintenance and rehabilitation of the DAM ("O&M"), including mitigation lands and borrow areas

23  purchased for the construction of the DAM, once the DAM has been completed and responsibility for O&M has been

24  turned over to the SPONSORS by the Government ("TURNOVER"); and

25         **WHEREAS,** SPONSORS entered into Agreement No. D93-035 which clarifies responsibilities and

26  procedures for the operation, maintenance, management, rehabilitation, development, lease, sale or other disposition

1

Project: Operation and Maintenance of the Seven Oaks Dam                                    Agreement No. D99-199

1   of property rights acquired for the dam; and

2       **WHEREAS,** the Government has scheduled the TURNOVER of the DAM to SPONSORS in August 2002;

3   and

4       **WHEREAS,** it is understood that water conservation at the DAM is the subject of a separate study and any

5   facilities, quantities of storage, and/or changes in operation, and the cost sharing for water conservation, if

6   implemented, shall be addressed in a separate agreement; and

7       **WHEREAS,** the SPONSORS hereto have the authority and capability to furnish the cooperation hereinafter

8   set forth and are willing to participate in the cost-sharing O&M responsibilities for the DAM, in accordance with the

9   terms of this AGREEMENT.

10              **NOW, THEREFORE, THE SPONSORS MUTUALLY AGREE AS FOLLOWS:**

11      **A.    PURPOSE**

12          The purpose of this AGREEMENT is to prescribe the methodology for implementing the

13  responsibilities including the procedures for budgeting and tracking costs among the SPONSORS for the O&M of the

14  DAM as specified in the LCA and in accordance with the approved O&M Manual provided by GOVERNMENT.

15      **B.    EFFECTIVE DATE/TERM**

16          1.    The term of this AGREEMENT shall become effective upon the signature date of the last of

17              the SPONSORS to sign this AGREEMENT and shall, upon mutual agreement of all

18              SPONSORS, remain in effect until further notice, subject to Subparagraph B. 2. below or

19              unless terminated in accordance with Paragraph P (TERMINATION), below.

20          2.    SPONSORS agree to review this AGREEMENT every three (3) years, or earlier as

21              described below, to determine what, if any, changes or modifications should be made to this

22              AGREEMENT, as follows:

23              a.    In the event that the SPONSORS' respective Chief Engineers representing the

24                  respective SPONSORS ("CHIEF ENGINEERS") agree that no changes or

25                  modifications are necessary, the AGREEMENT shall remain in effect, with no further

26                  action required by the SPONSORS' respective Boards' of Supervisors; however

                                        2

b.      In the event that one (1) or more CHIEF ENGINEER(S) requests changes to this AGREEMENT, the SPONSORS' CHIEF ENGINEERS or respective Board of Supervisors representative agree to meet within thirty (30) calendar days of the mailing of written notice, to determine the extent of the changes required, and to prepare the amendment(s) accordingly.

c.      Amendments prepared shall be in accordance with Paragraph Y (AMENDMENTS), below, and must be approved by the SPONSORS' respective Boards of Supervisors.

## C.    DEFINITIONS

For the purposes of this AGREEMENT, the following definitions shall apply:

1.      The term "GOVERNMENT" shall mean the Department of the Army.

2.      The term "PROJECT" shall mean construction of certain flood control improvements on the Santa Ana River, including Santiago Creek.

3.      The term "LCA" shall mean the Local Cooperation Agreement between the GOVERNMENT and the SPONSORS, effective December 14, 1989, for construction of the Project.

4.      The term "DAM" shall mean the Seven Oaks Dam, reservoir area and appurtenances, along with mitigation lands, U. S. Forest Services lands, the impervious borrow areas, and other lands purchased in fee or permanent easement for the construction of the DAM, as identified in Exhibit A, attached hereto.

5.      The term "GDM" shall mean the General Design Memorandum, and in the context used herein, refers specifically to the Phase II of the Document dated August 1988, which specifies the general requirements for mitigation and enhancement lands and structural improvements.

6.      The term "SEVEN OAKS TRIAD" shall mean the Ad Hoc committee formed by representatives of the Government, the State of California, Department of Water Resources

3

Exhibit 3

- Division of Safety of Dams (DSOD), and the SPONSORS who have the responsibility to provide direction on, monitor the construction of, and operate and maintain the DAM.

7.    The term "O&M" shall mean the operation, maintenance, repair, replacement and rehabilitation activities for the DAM.

8.    The term "TURNOVER" shall mean the time when GOVERNMENT determines the DAM is complete and turns completed DAM over to SPONSORS, who shall accept the DAM and its O&M responsibility in accordance with LCA, Article II, Paragraph B and Article VIII.

9.    The term "APPROVED DAM OPERATION SCHEDULE" shall mean the Water Control Plan prepared by GOVERNMENT.

10.    The term "ANNUAL BUDGET" shall mean the budget, prepared annually by the SPONSORS (based upon SPONSORS' fiscal year) for the DAM's O&M activities. SPONSORS' fiscal year shall be defined as the period beginning July 1 and ending June 30.

11.    The term "DISPUTE(S)" shall mean a determination that the SPONSORS have failed to agree on action(s) in a timely manner, as required by the SPONSORS under this AGREEMENT, or with respect to this AGREEMENT.

12.    The term "CHIEF ENGINEER(S)" shall mean the respective Chief or Flood Control Engineer for ORANGE, SAN BERNARDINO or RIVERSIDE.

13.    The term "COST SHARE" shall mean the SPONSORS' sharing of expenses for DAM's O&M activities, as defined in Articles II. B. and VIII. of the LCA.

D.    **TURNOVER**

TURNOVER of DAM O&M responsibilities to SPONSORS is expected to occur when the following requirements, as well as requirements stated in the LCA and GDM, and those outlined through the Seven Oaks Triad, have occurred. GOVERNMENT will inform SPONSORS of the requirements for mitigation of impacts to the San Bernardino Kangaroo Rat and other new endangered species pending GOVERNMENT's consultations with the U.S. Fish and Wildlife Service:

4

S:\SARP\Aram Eftekhari\SOD O&M Agreement Final Draft 0802 CC Review.doc                    Rev. 0802

Exhibit 3                                        3-357

Project: Operation and Maintenance of the Seven Oaks Dam                                    Agreement No. D99-199

1.    1.    Notification in writing by the GOVERNMENT that the DAM and all appurtenances have been
2.          completed, as well as all lands and mitigation areas required for O&M are made available to
3.          SPONSORS (If not already in SPONSORS' possession). Written notification of such action
4.          shall provide for SPONSORS' concurrence that the DAM has been completed and ready for
5.          TURNOVER.

6.    2.    Verification in writing from DSOD, that DSOD's requirements have been fulfilled.   (Note:
7.          DSOD certification can only occur after the DAM has been turned over to SPONSORS.)

8.    3.    DAM's O&M Manual, has been completed and provided to SPONSORS by GOVERNMENT.

9.    4.    GOVERNMENT's construction contractor has completed the "Punch List" of items or their
10.         disposition identified in GOVERNMENT's turn-over letter.

11.   5.    As-Built drawings, including one set full size mylars, one set half size mylars, one set full
12.         size bluelines, three sets half size bluelines and electronic files of the As-Built drawings on
13.         CD-ROM disks have been completed and provided to SPONSORS by GOVERNMENT.

14.   6.    Foundation Report, Embankment Criteria and Performance Reports have been completed
15.         and provided to SPONSORS by GOVERNMENT.

16.   7.    Assignment of SPONSORS as agents for GOVERMENT, for matters concerning certain
17.         rights-of-way or lands under the jurisdiction of the U.S. Forest Service, as described in the
18.         Memorandum of Understanding between the Chief, United States Department of Agriculture
19.         Forest Service and GOVERNMENT, regarding construction and O&M of the DAM.

20.   8.    A Water Control Plan which contains the "APPROVED DAM OPERATIONS SCHEDULE"
21.         has been completed and provided to SPONSORS by GOVERNMENT.

22.   9.    Emergency Action Plan (EAP) which prescribes the monitoring, reporting, remediation,
23.         notification, evacuation and recovery procedures for imminent or actual failure conditions
24.         due to flood flows at the DAM, has been completed and provided to SPONSORS by
25.         GOVERNMENT.

26.

Exhibit 3                                                    3-358

Project: Operation and Maintenance of the Seven Oaks Dam                    Agreement No. D99-199

E.    **COST SHARE**

1.    SPONSORS acknowledge that their respective annual COST SHARE for O&M of the DAM

as established in the LCA, are as follows:

a.    ORANGE -87.70%

b.    SAN BERNARDINO - 7.03%

c.    RIVERSIDE - 5.27%

2.    SPONSORS further acknowledge that portions of their respective COST SHARE

responsibilities are subject to the payment conditions outlined in, Subparagraph F.1. k.,

below.

F.    **SPONSORS' RESPONSIBILITIES**

1.    SPONSORS' shall jointly be responsible for:

a.    Operating and maintaining the DAM, adhering to the O&M Manual and The Water

Control Plan. Physical operation of DAM is assigned to ORANGE and SAN

BERNARDINO.

b.    Implementing a Maintenance Management System or equivalent.

c.    Employing operation and maintenance staff including dam tenders.

d.    Employing security services as needed, to monitor and resolve potential trespassing

violations and to secure area from potential acts of vandalism.

e.    In accordance with the DAM's O&M Manual, performing the activities including but

not limited to: Survey and reading of all operation instruments including settlement

monuments, inclinometers, piezometers, tunnel pressure transducers, intake load

cells, joint meters, tunnel strain meters, strong motion (seismic) instrumentation,

reservoir index range lines monuments, and tunnel alignment surveys; as well as

monitor water quality, exercise the gates, perform debris removal, including access

road debris removal and maintenance.

6

Project: Operation and Maintenance of the Seven Oaks Dam                    Agreement No. D99-199

f.    Maintaining lands that were purchased by SPONSORS in fee or permanent easement, and lands transferred to GOVERNMENT for DAM construction and operation and maintenance, as identified in Exhibit A, unless such lands/sites are properly disposed of through sale or otherwise.

i.    Performing mitigation land management tasks, including but not limited to the following:

1)    Implement, and account separately for GOVERNMENT credit purposes, for tasks defined in the Santa Ana River "Woolly Star" (Eriastrum densifulium ssp. Sanctorum) Management Plan, dated November 1993, or as updated, including but not limited to:

(a) Monitoring for exotic species, encroachments, and dumping of debris.

(b) Removing exotic species and dumping of alien soils and other material.

(c) Installing and maintaining human intrusion controls, and patrolling the site.

(d) Acquiring and managing contracts for studies, (e.g. population and habitat monitoring, habitat renewal and population expansion).

2)    Determine during the months of November and March of each year, which land management responsibilities will be assigned to either ORANGE or SAN BERNARDINO,

3)    Acquire permits, as applicable, for tasks in Subparagraphs 1) (a), (b), (c), and (d) above.

4)    Coordinate other tasks as may be required in the future pursuant to future direction by GOVERNMENT.

7

Project: Operation and Maintenance of the Seven Oaks Dam                    Agreement No. D99-199

   5)  Coordinate with the GOVERNMENT, resource agencies, and others as applicable.

   6)  Prepare an Annual Report on management activities for distribution to GOVERNMENT, resource agencies, and others as applicable.

   7)  Prepare and update public information documents (pamphlets, reports, press releases), for the "Woolly Star", and distribute such documents to local schools, museums, libraries, and newspapers as needed.

   8)  Conduct or arrange for public information programs as needed.

   9)  Organize and host an annual "Woolly Star Preserve Tour" as needed. (Area shown in EXHIBIT A.)

   10)  Undertake any other actions as required by Agreement No. D93-035 and Management Plan for the Santa Ana River Woolly Star and Woolly Star Mitigation Budget, Exhibit 'C'.

 j.  Preparing the Annual O&M Budget

   1)  During March and November of each year, determine activities to be accomplished by each of the SPONSORS, and GOVERNMENT if applicable, for the upcoming fiscal year (July 1 through June 30), as well as to estimate requirements for the proposed annual budgets for the subsequent three (3) years (4 years total), as follows:

     (a)  Identify which activities will be accomplished by SPONSORS' personnel (direct costs) or by contractors (indirect costs).

     (b)  Identify costs in the next annual and next three (3) annual projected budgets for land management tasks (including

S:\SARP\Aram Eltekhari\SOD O&M Agreement Final Draft 0802 CC Review.doc         Rev 0802

**Exhibit 3**         **3-361**

Project: Operation and Maintenance of the Seven Oaks Dam                                    Agreement No. D99-199

1                              estimated direct and contract costs), which are to be

2                              included in the O & M budget.

3                (c)     Include applicable costs for labor burden and overhead.

4        2)     Submit to one another in writing, by January 1st (with revisions due

5                   by February 1$^{st)}$ SPONSORS' respective proposed annual O&M

6                   budget for the next fiscal year. These proposed budgets shall

7                   include requirements for tasks specified in Subparagraph 10 (a), (b)

8                   and (c), above.

9        3)     Obtain tentative approval of proposed annual budgets by each

10                 SPONSORS' respective Chief Engineer. SPONSORS' costs shall

11                 be included in each SPONSORS' respective proposed annual

12                 budget, for approval by the SPONSORS' respective Boards of

13                 Supervisors.

14       4)     As applicable, budget separately every fifteen (15) to twenty-five

15                (25) years, for the "major replacement" items shown in Exhibit B

16               ("ESTIMATED ANNUAL OPERATION AND MAINTENANCE

17               BUDGET"), attached hereto as though fully incorporated herein,

18               based on the cost-share formula specified in Paragraph E (COST

19               SHARE), above.

20       5)     Should a disagreement occur among the SPONSORS regarding

21               O&M costs or service delivery for the DAM, ORANGE, because of

22               its responsibility for payment of the majority of O&M costs, shall

23               have the option, at its sole discretion, of accomplishing work task(s)

24               with its own forces or by contracting out for the services and include

25               such expenses in determining the annual costs for each SPONSOR.

26

9

Agreement No. D99-199

6)     Review and/or discuss invoices for actual costs and expenditures for prior years' expenditures, as deemed necessary by ORANGE, in accordance with Subparagraphs k. 5) (a) and l. 2), below.

k.     Invoicing and Payments

    1)     Beginning July 1 of each fiscal year, and no later than ninety (90) days thereafter, SAN BERNARDINO shall invoice SPONSORS as follows:

       (a)     Invoice ORANGE, for an advancement of funds equal to 25% of ORANGE's share (87.7%) of SAN BERNARDINO'S total estimated annual O&M budget (for direct costs, contract costs and land Management costs).

       (b)     Invoice RIVERSIDE, for an advancement of funds equal to 50% of RIVERSIDE'S share (5.27%) of SAN BERNARDINO'S total estimated annual O&M budget (for direct costs, contract costs and land management costs).

    2)     Within ninety (90) days after the end of each fiscal quarter, SAN BERNARDINO shall submit a Quarterly Expense Report, and invoice SPONSORS as follows:

       (a)     Invoice ORANGE for 87.7% of the actual expenses incurred by SAN BERNARDINO for O&M costs for the fiscal quarters ending September, December, and March.

       (b)     For the final fiscal quarter ending June 30th, invoice ORANGE, for 87.7% of the actual expenses incurred by SAN BERNARDINO for O&M costs, subtracting ORANGE's initial 25% pre-payment and adding the next year's estimated 25% pre-payment.

10

Project: Operation and Maintenance of the Seven Oaks Dam                        Agreement No. D99-199

3)    Within 90 days after the end of the fiscal year, invoice RIVERSIDE for 5.27% of the actual expenses incurred by SAN BERNARDINO for O&M costs during the fiscal year, subtracting RIVERSIDE's initial 50% previous pre-payment and adding the next year's estimated 50% pre-payment.

4)    ORANGE and RIVERSIDE shall pay invoice(s) referenced in Sub paragraphs k. 1) and 2) above, within sixty (60) days of receipt.

5)    SAN BERNARDINO shall provide copies of all the SPONSORS' invoices to ORANGE, so that:

(a)    ORANGE has the opportunity to review all previously submitted invoices for "appropriateness of costs", as deemed necessary, and to make adjustments and/or corrections to the amounts billed in accordance with the Annual Expense Reports/Final Accounting procedures described in Subparagraph l, below.

(b)    ORANGE can present any discrepancies to SAN BERNARDINO and/or RIVERSIDE in March or November, for discussion, in accordance with Subparagraph l. 2) (b), below.

l.    Preparing Annual Expense Reports and Final Accounting

1)    SAN BERNARDINO and RIVERSIDE shall each submit their respective "Annual Expense Reports" to ORANGE, itemizing their fiscal year's expenses including labor burden and overhead, by August 31st of each fiscal year.

11

Exhibit 3                                                                         3-364

Project: Operation and Maintenance of the Seven Oaks Dam          Agreement No. D99-199

2)   ORANGE shall reconcile all the SPONSORS' respective expenses, in order to determine the final annual accounting, based on the COST-SHARE, and as follows:

(a)   Amounts already paid by ORANGE and RIVERSIDE will be deducted to determine final amounts owed, or due each SPONSOR for the fiscal year of the final accounting.

(b)   Any changes or adjustments to costs/expenditures previously invoiced or paid by SPONSORS, as deemed necessary by ORANGE, shall be presented by ORANGE for discussion in November or March to determine appropriateness of costs/expenditures.

(c)   ORANGE will invoice SAN BERNARDINO and RIVERSIDE, or provide reimbursement of funds accordingly, for those funds previously paid by SAN BERNARDINO and RIVERSIDE, based upon the results of the final accounting.

(d)   If payment is due ORANGE, SAN BERNARDINO and RIVERSIDE will pay amounts owed, respectively, within sixty (60) days of receipt of ORANGE'S invoice.

2.   ORANGE shall be responsible for:

a.   Operating and maintaining the DAM gates in cooperation with SAN BERNARDINO, and in accordance with Paragraph F, above.

b.   Implementing a Maintenance Management System, or equivalent, in cooperation with SAN BERNARDINO.

c.   Paying 87.7% of the O&M costs for the DAM.

d.   Contracting out and supervising contract(s) for infrequent maintenance activities beyond the resources of the normal public works maintenance equipment and

12

Project: Operation and Maintenance of the Seven Oaks Dam

Agreement No. D99-199

1  personnel.   These activities may include but not be limited to gate removal and

2  repair, outlet works tunnel invert overlay and major intake tower maintenance.

3      e.    Contracting for reading and maintaining the seismometers and accelographs.

4      f.    Performing chemical herbicide weed control for DAM and appurtenances.

5      g.    Performing water quality testing and/or monitoring in accordance with the O&M

6           Manual.

7      h.    Participating in all post-earthquake, pre-flood, periodic routine and non-routine

8           inspections of DAM and appurtenances.

9      i.    Performing all survey work other than that performed by GOVERNMENT.

10     j.    Administering contract items estimated to cost more than twenty five thousand

11          dollars ($25,000), including but not limited to inspections (i.e. annual inspections),

12          instrument monitoring, monitoring survey settlement monumentation and interpreting

13          the data, and if necessary, contracting for "Woolly Star" biological services and

14          security services.

15     k.    Being the lead SPONSOR for preparation of current and future Annual Budgets for

16          DAM O&M operations.

17     l.    Reconciling annual expense reports received form SAN BERNARDINO and

18          RIVERSIDE, and invoicing or providing reimbursements to SAN BERNARDINO and

19          RIVERSIDE, based upon results of final accounting.

20  3.   SAN BERNARDINO shall be responsible for:

21     a.    Operating and maintaining the DAM gates in cooperation with ORANGE, and in

22          accordance with, above.

23     b.    Implementing a Maintenance Management System, or equivalent, in cooperation

24          with ORANGE.

25     c.    Performing O&M on behalf of the SPONSORS, unless otherwise agreed upon by

26          SPONSORS.

13

Project: Operation and Maintenance of the Seven Oaks Dam                    Agreement No. D99-199

       d.    Maintaining "Woolly Star" habitat and other mitigation lands, as applicable or otherwise agreed upon by SPONSORS in accordance with Agreement No. D93-035.

       e.    Maintaining the borrow sites, as applicable in accordance with Agreement No. D93-035.

       f.    Perform rodent control.

       g.    Administering contract(s) for work under twenty-five thousand dollars ($25,000).

       h.    Invoicing ORANGE and RIVERSIDE for their COST-SHARE.

       i.    Paying its COST SHARE per Section E, above.

   4.    RIVERSIDE shall be responsible for:

       a.    Paying its cost share per Section E, above.

**G.   PROPERTY TAXES**

There are currently no property taxes ("Taxes") levied on the former impervious borrow area ("Property"), which SPONSORS own in fee, with each SPONSOR holding an interest in the Property in accordance with their cost share for DAM construction.   However, in the event Taxes are levied, ORANGE shall pay Taxes, and invoice SAN BERNARDINO and RIVERSIDE for their respective cost share as all other O&M costs, pursuant to Section E. and Section F. SAN BERNARDINO shall endeavor to have Taxes reduced or eliminated based on the fact that SPONSORS jointly own the property.

**H.   OTHER TASKS AND SERVICES**

Other tasks and services that are deemed necessary for DAM management and authorized in writing by the Sponsor's respective Chief Engineers, shall be cost shared pursuant to Section 'E' and budgeted for pursuant to Section F.  Such tasks and services may include but are not limited to, tasks associated with property disposition, evaluation of water conservation proposals, or any requests for permits associated with the Woolly Star preserve.

**I.   ESTIMATED ANNUAL BUDGET(S)**

14

Project: Operation and Maintenance of the Seven Oaks Dam                          Agreement No. D99-199

1      1.     The O&M cost for the initial year of DAM operation (excluding O&M for environmental

2            mitigation) is estimated at one million one hundred twenty six thousand six hundred dollars

3            ($1,126,600) and is shown in Exhibit B.

4      2.     Future O&M annual budget(s) shall be established by SPONSORS prior to July 1st of each

5            fiscal year, in accordance with Section F above. ORANGE will be the lead SPONSOR for

6            establishing projected annual budget(s) for DAM's O&M activities.

7      3.     Figures and/or costs from each SPONSOR used to prepare annual budget(s) shall, in

8            addition to direct labor costs, include applicable costs for labor burden and overhead. The

9            established rates used to calculate these costs shall not exceed fifty-five (55%) percent

10            each. Supporting documentation for these rates shall be maintained and available at the

11            request of any SPONSOR.

12  **J.**    **AUDITS**

13      The SPONSORS shall be allowed to audit each other's expenses. SAN BERNARDINO and

14      ORANGE, as applicable, shall maintain all records and supporting source documents for five (5)

15      years after each audit.

16  **K.**    **INSPECTIONS BY THE GOVERNMENT**

17      GOVERNMENT may, at its own prerogative, periodically inspect the DAM to ensure the SPONSORS

18      are operating and maintaining the DAM in accordance with the O&M Manual and to the satisfaction

19      of the Government. Government may prepare list of items for improvement, if any, regarding

20      SPONSORS' O&M.

21  **L.**    **NOTICES**

22      1.     Notices or other communications which may be required or provided under the terms of this

23            AGREEMENT shall be given as follows.

24      **ORANGE**
           **COUNTY:**    Orange County Flood Control District

25                    Public Facilities and Resources Department
                        300 N. Flower

26                        P.O. Box 4048
                        Santa Ana, CA  92702-4048

15

**Exhibit 3**                          **3-368**

Project: Operation and Maintenance of the Seven Oaks Dam                                    Agreement No. D99-199

Attn:  Director


**SAN BERNARDINO**
**COUNTY:**        San Bernardino County Flood Control District
                   825 East Third Street
                   San Bernardino, CA 92415-0835
                   Attn:  Chief Engineer


**RIVERSIDE**
**COUNTY:**        Riverside County Flood Control and Water Conservation District
                   1995 Market Street
                   Riverside, CA 92501
                   Attn:  General Manager-Chief Engineer

2.        All notices shall be in writing and deemed effective when delivered in person or deposited in

          the United States mail, first class, postage prepaid and addressed as above.

          Notwithstanding the above, SPONSORS may also provide notices by facsimile transmittal,

          and any such notice so given shall be deemed to have been given upon receipt during

          normal business hours, or in the event of receipt after business hours, the following business

          day.  Any notices, correspondence, reports and/or statements authorized or required by this

          AGREEMENT, addressed in any other fashion shall be deemed not given.

3.        SPONSORS may change the address to which such communications are to be directed by

          giving written notice to the other SPONSORS in the manner provided in this section.

**M.    WORKERS' COMPENSATION AND LIABILITY INSURANCE**

1.    SPONSORS agree to be responsible for providing workers' compensation insurance for their

      respective staff employed at the DAM.

2.    Sponsors COST SHARE of any liability insurance will be addressed in a separate agreement or

      MOU, or an amendment to this agreement.

**N.    INDEMNIFICATION**

1.        **Indemnification by ORANGE:**

          ORANGE hereby agrees to indemnify, defend (with counsel acceptable to SAN

          BERNARDINO and RIVERSIDE), release and hold harmless SAN BERNARDINO and

16

Project: Operation and Maintenance of the Seven Oaks Dam                    Agreement No. D99-199

RIVERSIDE, their elected and appointed officials, officers, employees, agents (including

their contractors and subcontractors), licensees, and representatives (collectively, the "SAN

BERNARDINO AND RIVERSIDE INDEMNITEES"), and each of them, and their property

from all loss, liability, damages, claims, costs and expenses (including attorneys' fees and

court costs) arising out of, based upon or relating to a breach of this AGREEMENT by

ORANGE or the willful misconduct or negligent acts or omissions of ORANGE, or its elected

and appointed officials, officers, employees, agents (including contractors and

subcontractors), licensees, and representatives (collectively, the "ORANGE

INDEMNITEES") in connection with this AGREEMENT; provided, however, that nothing

contained in this subparagraph shall operate to relieve SAN BERNARDINO and RIVERSIDE

from any loss, liability, damages, claims, costs, or expenses to the extent determined by a

court of competent jurisdiction to have been proximately caused by the willful misconduct or

negligent acts or omissions of SAN BERNARDINO and RIVERSIDE, the SAN

BERNARDINO AND RIVERSIDE INDEMNITEES, or any of them.  Payment shall not be a

condition precedent to recovery under the foregoing indemnity.

2.    **Indemnification by SAN BERNARDINO:**

SAN BERNARDINO hereby agrees to indemnify, defend (with counsel acceptable to

ORANGE and RIVERSIDE), release and hold harmless ORANGE and RIVERSIDE, their

elected and appointed officials, officers, employees, agents (including their contractors and

subcontractors), licensees, and representatives (collectively, the "ORANGE AND

RIVERSIDE INDEMNITEES"), and each of them, and their property from all loss, liability,

damages, claims, costs and expenses (including attorneys' fees and court costs) arising out

of, based upon or relating to a breach of this AGREEMENT by SAN BERNARDINO or the

willful misconduct or negligent acts or omissions of SAN BERNARDINO, or its elected and

appointed officials, officers, employees, agents (including contractors and subcontractors),

licensees, and representatives (collectively, the "SAN BERNARDINO INDEMNITEES") in

17

Project: Operation and Maintenance of the Seven Oaks Dam                    Agreement No. D99-199

1    connection with this AGREEMENT; provided, however, that nothing contained in this

2    subparagraph shall operate to relieve ORANGE and RIVERSIDE from any loss, liability,

3    damages, claims, costs, or expenses to the extent determined by a court of competent

4    jurisdiction to have been proximately caused by the willful misconduct or negligent acts or

5    omissions of ORANGE AND RIVERSIDE, the ORANGE AND RIVERSIDE INDEMNITEES,

6    or any of them.  Payment shall not be a condition precedent to recovery under the foregoing

7    indemnity.

8    3.  **Indemnification by RIVERSIDE:**

9        RIVERSIDE hereby agrees to indemnify, defend (with counsel acceptable to ORANGE and

10    SAN BERNARDINO), release and hold harmless ORANGE and SAN BERNARDINO, their

11    elected and appointed officials, officers, employees, agents (including their contractors and

12    subcontractors), licensees, and representatives (collectively, the "ORANGE AND SAN

13    BERNARDINO INDEMNITEES"), and each of them, and their property from all loss, liability,

14    damages, claims, costs and expenses (including attorneys' fees and court costs) arising out

15    of, based upon or relating to a breach of this AGREEMENT by RIVERSIDE or the willful

16    misconduct or negligent acts or omissions of RIVERSIDE, or its elected and appointed

17    officials, officers, employees, agents (including contractors and subcontractors), licensees,

18    and representatives (collectively, the "RIVERSIDE INDEMNITEES") in connection with this

19    AGREEMENT; provided, however, that nothing contained in this subparagraph shall operate

20    to relieve ORANGE and SAN BERNARDINO from any loss, liability, damages, claims, costs,

21    or expenses to the extent determined by a court of competent jurisdiction to have been

22    proximately caused by the willful misconduct or negligent acts or omissions of ORANGE and

23    SAN BERNARDINO, the ORANGE AND SAN BERNARDINO  INDEMNITEES, or any of

24    them.   Payment shall not be a condition precedent to recovery under the foregoing

25    indemnity.

26

18

## O. DISPUTES

DISPUTES, as defined in Paragraph C (DEFINITIONS), above, between two or more of the SPONSORS in respect to the terms of this AGREEMENT, or to any breach thereof, shall be resolved by the methods hereinafter set forth:

1.   When a dispute exists between two or more SPONSORS, the respective CHIEF ENGINEERS shall meet and confer to resolve the dispute within a period of twenty (20) calendar days of written notice by the disputing SPONSOR or SPONSORS, of the existence of the dispute.  A unanimous decision of the CHIEF ENGINEERS within this twenty (20) day period shall resolve the dispute and shall be binding on every SPONSOR.

2.   Should the CHIEF ENGINEERS fail to reach a unanimous decision within the twenty (20) day period, the CHIEF ENGINEERS shall present the dispute within the next ten (10) days to the SPONSORS' respective Chair of the Boards of Supervisors for each SPONSOR, or to their designees.  The SPONSORS' respective Chair of the Boards of Supervisors, or their designees, shall meet and confer to resolve the dispute within a period of twenty (20) calendar days of presentation of the dispute.  A unanimous decision of the respective Chairs, or their designees within this twenty (20) day period shall resolve the dispute and be binding on every SPONSOR.

3.   If a dispute is not resolved pursuant to Sub paragraphs 1. and 2. above, within the time frames set forth above, the SPONSORS shall refer the dispute within the next five (5) calendar days to an arbitration service mutually agreeable to the SPONSORS.  SPONSORS agree that time is of the essence in resolving disputes relating to this AGREEMENT and that the SPONSORS shall expedite the presentation of the disputes for resolution.  The mutually agreed upon arbitration service shall be requested to decide the dispute within fifteen (15) calendar days after presentation.

4.   The SPONSORS agree that they shall accept any arbitrator assigned by the arbitration service to resolve the dispute.  The SPONSORS further agree that they will be bound by any

19

Project: Operation and Maintenance of the Seven Oaks Dam                          Agreement No. D99-199

1      award made by the arbitration service, and that any award made shall conclusively resolve

2      the dispute.  All costs incurred in presenting a dispute, including the costs of any arbitration

3      service, shall be divided equally among the SPONSORS unless some other division of costs

4      is made as part of the arbitrator's award.

5        5.      SPONSORS shall agree that before any party to this AGREEMENT may bring suit in any

6      court concerning an issue relating to this AGREEMENT, such party must first seek in good

7      faith to resolve the issue through negotiation or other forms of non-binding alternative

8      dispute resolution mutually acceptable to the other SPONSORS.

9  **P.  TERMINATION**

10        1.      Any SPONSOR may propose to terminate this AGREEMENT, subject to and effective upon

11      mutual agreement of all SPONSORS, following delivery of a written notice to the other

12      SPONSORS, one hundred eighty (180) days prior to the date the SPONSOR giving notice

13      desires the termination to be effective, and in accordance with conditions and procedures

14      described in subparagraphs 2, 3,  4, and 5 below.

15        2.      In the event of proposed termination of this AGREEMENT pursuant to Subparagraph 1

16      above, the SPONSORS further agree to take the opportunity to meet, for the purpose of

17      discussing and resolving any outstanding issues, or curing any alleged breach of this

18      AGREEMENT, in accordance with Paragraph O (DISPUTES) above, prior to the effective

19      date of any such termination.

20        3.      Notice of Termination shall be in writing and shall state the cause for termination, if required,

21      and the proposed date upon which such termination is to be effective.  Notice shall be

22      served as provided in Paragraph L (NOTICES), above.

23        4.      If this AGREEMENT is terminated, each  SPONSOR shall be liable for payment of its COST

24      SHARE  of expenses incurred while the AGREEMENT was in effect, in accordance with

25      COST SHARE provisions herein within 45 days of receipt of a final accounting by ORANGE.

26

S:\SARP\Aram Eftekhari\SOD O&M Agreement Final Draft 0802 CC Review.doc                          Rev. 0802

Project: Operation and Maintenance of the Seven Oaks Dam                    Agreement No. D99-199

5.    Termination of this AGREEMENT is subject to agreement among the SPONSORS on an alternative approach to perform and pay for O & M and environmental mitigation tasks in accordance with the LCA and Agreement No. D93-035.

**Q. SUCESSORS AND ASSIGNS**

This AGREEMENT shall be binding upon the successors and assigns of the SPONSORS hereto, and shall not be assigned without the prior written consent and approval of the SPONSORS.  Failure to obtain SPONSORS' written approval of any proposed transfer or assignment will be deemed to be a proposal to terminate this AGREEMENT within the meaning of Paragraph P (TERMINATION) above.

**R. WAIVER AND INTERPRETATION**

Titles or captions contained herein are inserted as a matter of convenience and for reference, and in no way define, limit, extend, or describe the scope of this AGREEMENT or any provisions hereof. No provision in this AGREEMENT is to be interpreted for or against a SPONSOR because that SPONSOR or his legal representative drafted such provision.

**S. WAIVER OF RIGHTS**

The failure of any SPONSOR to insist upon strict performance of any of the terms, covenants or conditions of this AGREEMENT shall not be deemed a waiver of any right or remedy that SPONSOR may have, and shall not be deemed a waiver of the right to require strict performance of all the terms, covenants and conditions of this AGREEMENT thereafter, nor a waiver of any remedy for the subsequent breach or default of any term, covenant or condition of this AGREEMENT.

**T. SEVERABILITY**

If any part of this AGREEMENT is held, determined or adjudicated to be illegal, void or unenforceable by a court of competent jurisdiction, the remainder of this AGREEMENT shall be given effect to the fullest extent reasonably possible.

S:\SARP\Aram Eftekhari\SOD O&M Agreement Final Draft 0802 CC Review.doc                    Rev. 0802

**Exhibit 3**                                                    **3-374**

Project: Operation and Maintenance of the Seven Oaks Dam                    Agreement No. D99-199

**U. ATTORNEY FEES/COSTS**

      Should litigation be necessary to enforce any terms or provisions of this AGREEMENT, then each SPONSOR shall bear its own litigation and collection expenses, witness fees, court costs and attorney's fees, unless as otherwise provided for in this AGREEMENT.

**V. GOVERNING LAW AND VENUE**

      This AGREEMENT has been negotiated and executed in the State of California and shall be governed by and construed under the laws of the State of California. In the event of any legal action to enforce or interpret this AGREEMENT, the sole and exclusive venue shall be a court of competent jurisdiction located in Orange County, California, and the SPONSORS hereto agree to and do hereby submit to the jurisdiction of such court, notwithstanding Code of Civil Procedure section 394.

**W. CONFIDENTIALITY**

      To the extent permitted by the laws governing each of the SPONSORS, the SPONSORS agree to maintain the confidentiality of exchanged information when requested to do so by the providing SPONSOR.

**X. AUTHORITY**

      The SPONSORS to this AGREEMENT represent and warrant that this AGREEMENT has been duly authorized and executed and constitutes the legally binding obligation of their respective organization or entity, enforceable in accordance with its terms.

**Y. AMENDMENTS**

      This AGREEMENT may be changed or modified only upon the written consent of the SPONSORS hereto.

**Z. ENTIRE AGREEMENT**

      This document sets forth the entire AGREEMENT between the SPONSORS and may be modified only by further written amendment between the SPONSORS hereto, in accordance with Paragraph Y (AMENDMENTS), above.

S:\SARP\Aram Eftekhari\SOD O&M Agreement Final Draft 0802 CC Review.doc                    Rev. 0802

**Exhibit 3**                    **3-375**

Project: Operation and Maintenance of the Seven Oaks Dam                                    Agreement No. D99-199

1   ///

2   ////

3       **IN WITNESS WHEREOF,** each SPONSOR hereto has executed this AGREEMENT by a duly authorized

4   representative as of the date set forth above.

5
                                                **ORANGE COUNTY FLOOD CONTROL DISTRICT,**
6                                               **a body corporate and politic**

7

8   DATE:_____          BY: _____
                                                    Chairman of the Board of Supervisors of
9                                                        Orange County, California

10  **SIGNED AND CERTIFIED THAT A**      **APPROVED AS TO FORM:**
    **COPY OF THIS DOCUMENT HAS**       **LAURENCE M. WATSON,**
11  **BEEN DELIVERED TO THE**           **COUNTY COUNSEL**
    **CHAIRMAN OF THE BOARD**

12

13  _____     BY: _____
             Darlene J. Bloom                     Deputy                        Date
14  Clerk of the Board of Supervisors of the
    Orange County Flood Control District of
15  Orange County, California

16

17

18

19

20

21

22

23

24

25

26

                                          23

Project: Operation and Maintenance of the Seven Oaks Dam                      Agreement No. D99-199

1

2

3                                                    **SAN BERNARDINO COUNTY FLOOD CONTROL
                                                     DISTRICT, a body corporate and politic**

4

5        DATE:_____                       BY: _____

6                                                          Chairman of the Board of Supervisors of
                                                           San Bernardino County, California

7

8                                                    **ATTEST:**

9

10       DATE:_____                       BY: _____

11                                                         Deputy Clerk of the Board of Supervisors of
                                                           San Bernardino County, California

12                                                   **APPROVED AS TO LEGAL FORM:**

13

14       DATE:_____                       BY: _____

15                                                         County Counsel, San Bernardino County

16

17

18

19

20

21

22

23

24

25

26

S:\SARP\Aram Eftekhari\SOD O&M Agreement Final Draft 0802 CC Review.doc                      Rev. 0802

**Exhibit 3**                                                                                 3-377

Project: Operation and Maintenance of the Seven Oaks Dam                                        Agreement No. D99-199

1

2
                                                    **RIVERSIDE COUNTY FLOOD CONTROL AND**
3                                                   **WATER CONSERVATION DISTRICT,**
                                                    **a body corporate and politic**
4

5                                                   **RECOMMENDED FOR APPROVAL:**

6
            Date:_____            BY: _____
7                                                       General Manager/Chief Engineer
                                                        Riverside County Flood Control
8                                                       and Water Conservation District

9
            DATE:_____           BY: _____
10                                                      Chairman, Riverside County Flood Control and
                                                        Water Conservation District Board of
11                                                      Supervisors

12

13                                                  **ATTEST:**
                                                        Nancy Romero, Clerk of the Board
14

15          DATE:_____           BY: _____
                                                        Deputy
16

17

18                                                  **SEAL**

19

20                                                  **APPROVED AS TO LEGAL FORM:**

21

22          DATE:_____           BY: _____
                                                        Assistant County Counsel, Riverside County
23

24

25

26

                                    25

**Exhibit 3**                                            3-378



Exhibit 3

3-379



Exhibit 3                    3-380

EXHIBIT D



## COUNTY OF ORANGE

### PUBLIC FACILITIES & RESOURCES DEPARTMENT

*Vicki L. Wilson, Director*
300 N. Flower Street
Santa Ana, CA

P.O. Box 4048
Santa Ana, CA  92702-4048

Telephone:  (714) 567-6300
Fax:  (714) 567-6340

**DATE:**      November 13, 2001

**TO:**          Herb Nakasone, Manager, PFRD/Program Development

**FROM:**     Bill H. Tidwell, Manager, PFRD/Operations and Maintenance

**SUBJECT:**  Proposed Operation and Maintenance Budget for Seven Oaks Dam, Mid-year Adjustment

This is in response to a request that we provide an adjusted estimate for the operation and maintenance budget for the Seven Oaks Dam Project.

As you know, our initial estimate for the O&M budget for Seven Oaks Dam during FY 2000-2001 (Attachment 1), was for approximately $750,000.  That estimate was subsequently increased to $867,000 (Attachment 2), based upon the addition of liability insurance costs estimated at approximately $115,000 per year.  We indicated, that a number of potentially costly items had not yet been thoroughly defined and were therefore excluded from those earlier estimates.

It was recently determined that PFRD engineering staff will assume the responsibility for the oversight of reservoir operations.  This oversight was formerly accomplished by Corps' staff for an estimated cost of approximately $50,0000 per year.  In addition we have received more accurate information relating to the cost of liability insurance for this project.  It now appears that annual insurance costs will be approximately $324,600.  Accordingly, the estimated annual O&M budget for the Seven Oaks Dam facility is currently being adjusted as follows:

| | |
|---|---:|
| Salaries | $348,000 |
| Reservoir Operations | $50,000 |
| Overtime | $24,000 |
| Equipment | $125,000 |
| Materials | $110,000 |
| Security | $65,000 |
| Training | $5,000 |
| Contracts | $75,000 |
| Liability Insurance | $324,600 |
| **Adjusted Estimate:** | **$1,126,600** |

Exhibit 3                                    3-381

Herb Nakasone
Page 2 of 2

EXHIBIT D

It is again noted that this estimate does not include potentially significant costs associated with aspects of Wooly Star and K. Rat management programs still being finalized. Nor does this estimate reflect the cost of undetermined operation and maintenance activities that may be required by the Corps' O&M Manual still being finalized.

Please contact me at (714) 567-6230 or Max Bridges at (714) 567-6286 if you have any questions regarding this matter.

Bill H. Tidwell

MB:as/jd(1317)
S:\O&M Folders\Clerical\O&M Typing\BridgesM\M Nakasone-Proposed O&M Budget for 7 Oaks Dam Mid Yr Adj.doc

cc:   A. Olomi
      A. Eftekhari
      B. Hisey
      R. Benites

Exhibit 3                                              3-382



Vicki L. Wilson, Director
300 N. Flower Street
Santa Ana, CA

P.O. Box 4048
Santa Ana, CA  92702-4048

Telephone: (714) 834-2300
Fax: (714) 834-5188

# COUNTY OF ORANGE

## PUBLIC FACILITIES & RESOURCES DEPARTMENT

**DATE:**  FEB 11 2000

**TO:**  Bill Tidwell, Manager
PFRD/Operations and Maintenance

**FROM:**  H. I. Nakasone, Manager
PFRD/Program Development Division

**SUBJECT:**  Seven Oaks Dam Budget for Woolly Star Mitigation

The Attachment 1 Woolly Star Management Program/Five Year Plan (Plan) and corresponding budget has been approved by the Santa Ana River Mainstream Project Local Sponsors, the U. S. Army Corps of Engineers (Corps), the U. S. Fish and Wildlife Service (USFWS), and the State of California Fish and Game Service (FGS). Assuming that an agreement for Seven Oaks Dam Operations and Maintenance (O&M) is approved by the Local Sponsors by June 30, 2000, estimated FY 2000-2001 budget requirements are:

|  |  | Estimated Cost | OCFCD Cost Share @ 87.7% |
|---|---|---|---|
| Requirement #1 | Biological Services (Consultant contract, currently managed by SBCFCD) | $55,000 | $48,240 |
| Requirement #2 | SBCFCD Staff Services (For Control of Exotic Species and Human Intrusion, Public Education, Administration) | $25,000 | $21,920 |
| Total Requirement |  | $80,000 | $70,160 |
| Note: | SBCFCD/RCF&WCD Cost Share | $9,840 | NA |

Exhibit 3                3-383

EXHIBIT D

| Task | Assigned To | Estimated Cost Over 5 Years |
|---|---|---|
| 4. Human Intrusion Controls | Local Sponsors | |
|   a. Mark Mitigation Lands boundaries—aesthetic treatment barriers and elements off-road vehicle access | | $ 25,000 |
|   b. Patrol and maintenance of site boundaries | | $ 25,000 |
| 5. Public Awareness Program | Corps/Local Sponsors | $ 15,000 |
|   a. Update Management Plan to be provided as a Habitat Protection Plan to city and county agencies | | |
|   b. Press release to media | | |
|   c. Information updates to educational institutions | | |
|   d. Contact with local citizen groups | | |
| Estimated 5-Year Costs | | $360,000 |

Exhibit 3                                            3-384

EXHIBIT D

SBCFCD has a contract with Psomas, on behalf of the Local Sponsors, for biological services (see Budget Requirement #1 above), and invoices OCFCD and RCFC&WCD on a quarterly basis for their respective cost share of Psomas contract expenses. David Lovell of SBCFCD manages the contract. Mr. Lovell has also been responsible for updating the Plan and corresponding budget, and for arranging meetings (at least one per year) among the Local Sponsors, the Corps, USFWS and FGS to discuss Plan progress, updates, etc. Upon approval of the O & M Agreement, we anticipate that you will directly coordinate with Mr. Lovell on responsibilities related to Budget Requirement #1, and authorize SBCFCD field staff to conduct specific Woolly Star lands management tasks per Budget Requirement #2, above.

Please contact Elayne Rail of my staff  (834-6060) if you have questions regarding this memo.

H. I. Nakasone

ER:bs:\\Pfr188\Memo re SOKD Budget Woolly Star Mitigation.doc

Attachment

cc:    Debra Lakin, PFRD/Mgmt. Services
       David Lovell, SBCFCD
       Dick Runge, PFRD/PDD
       Terrie Meideiros, PFRD/PDD
       Ashok Tahilramani, PFRD/Mgmt Services
       Steve Thomas, RCF & WCD
       Mike Wellborn, PSD

Exhibit 3                                                3-385

EXHIBIT D

**SCOPE OF WORK**

**SANTA ANA RIVER WOOLLY STAR MANAGEMENT PROGRAM**

**(Five-Year Plan for Program Years 4-8)**

Tasks to be performed for the five-year program:

| Task | Assigned To | Estimated Cost Over 5 Years |
|------|-------------|------------------------------|
| 1. Population and Habitat Monitoring | Local Sponsors/Consultant | |
|   a. Model life span data of sample unit plants | | $125,000 |
|   b. Aerial photographs following each 10-year magnitude, or on ground survey flood event for comparison to management plan sample photos (1" = 2000') | | $ 5,000 |
| 2. Habitat Renewal and Population Expansion | | |
|   a. Experimental treatment plots for plant seedlings | Local Sponsors/Consultant | $ 90,000 |
|   b. Seed collection viability testing | | $ 50,000 |
| 3. Control of Exotic Species | Local Sponsors | |
|   a. Removal of Eucalyptus, Peruvian Pepper, Tree of Heaven, Salt Cedar, Giant Cane in 1993 and each year thereafter | | $ 25,000 |
|   b. Regular patrol for, and removal of, dumps of alien soils and/or organic materials | | $ 25,000 |

Exhibit 3                    3-386

# EXHIBIT   E.

# PROCEDURES FOR BLEEDING PIEZOMETER LINES

Exhibit 3                                                        3-387

Exhibit E

## PROCEDURES FOR BLEEDING THE PIEZOMETER LINES

Prior to taking piezometer readings, the piezometer lines must be bled of air to prevent any erroneous readings. The following provide step-by-step instructions for bleeding the piezometer lines for the main operational gates and the MDL. These procedures can also be found with the Seven Oaks Dam Operations and Maintenance Manual, dated August 2002.

**1) Gate Chamber Operational Instrumentation Manifold**. The gate chamber operation area at Seven Oaks Dam has been equipped with state-of-the-art instrumentation to assist the dam operator(s) with the task of monitoring water level elevations in the fore bay of the dam, the intake structure, the upper conduit and the cone valves. The instrumentation consists of a series of gage pressure transmitters installed at the operation manifold as shown in Photo 7-1. The operational piezometer manifold is an array of copper pipes, valves and fittings, mounted to the wall of the gate chamber, that route piezometer lines to the proper pressure transmitter. These pressure transmitters, mounted just to the left of the manifold, are calibrated for a specific range of water level elevations that the dam may experience. Each transmitter is connected to the operational piezometer manifold by heavy Tygon tubing and to an electronic display panel, which provides the operator with the water elevation reading in ft.

At Seven Oaks Dam, the existing regulations specify that water retention periods at specific elevations will be short in duration. The fore bay water level will rise above and fall below the piezometer port locations placed throughout the intake structure and the main conduit. As a result, many of the operational piezometer pressure lines will trap air in the line as the water rises above the elevation of the piezometer port. Pockets of air in the piezometer line will cause an error in the pressure reading and must be evacuated from the line. The procedure for evacuating the air from the piezometer lines are as illustrated in the following example:

E-1

**Exhibit 3**                                    **3-388**

## Exhibit E

*Example:*  Water has begun to rise in the reservoir due to significant rain and snowmelt in the higher elevations.  Pressure transmitter O-4 is being used to monitor the lower water level elevation main wet well of the intake structure.  Normally, when the water level is low in the reservoir, below the intake elevation of piezometer line O-4, the manifold valves (V1-O4 and V2-O4) are in the positions shown in Figure 1 to drain the water out of the piezometer lines.  However, because the water level in the reservoir is rising above the O-4 intake port, water is now flowing out of the drainpipe at the bottom of the manifold.

Bleeding procedures for the operational pressure transmitters:

1. Close the valve V2-O4 (see Photo E-1). Do not close valve V1-O4.  This should stop the water flowing from the bottom of the manifold.  If water continues to flow from the manifold, then the water level must be above another piezometer intake elevation.  Determine which piezometer line that it might be and close the lower of the two valves to that pressure transmitter.

2. As the valve is closed the electronic readout corresponding to O-4 should show a change in elevation.

3. At this time, carefully open the bleed port screw on the left side of the pressure transmitter, as shown in Photo E-2.  The screw has been lightly tightened with a box-end wrench to prevent leakage.  Once the screw has been loosened, begin opening the screw in ¼ turn increments, up to 1-1/2 turns of the vent screw.  This should allow sufficient water to escape from the transmitter.  Watch the flowing water for spurts and sputters of water flow, as this is usually an indication of air escaping from the line.  Inspect the tubing for the presence of air bubbles.  If any are present and appear to be adhering to the side of the tubing, tap the tubing with the fingernail or small screwdriver, to move them through the tubing.

## Exhibit 3

**Exhibit E**

4.  After three minutes of letting the water flow from the pressure transmitter, the
    stream of water from the bleed vent should appear to be steady, close the screw to
    finger tight position. Using a box-end wrench, securely tighten the vent screw,
    not tightening more than ¼ turn from the finger tight position.

5.  Repeat steps 1-4 for each pressure transmitter (O1 – O8) on the operational
    manifold as the water level continues to rise in the reservoir and cover the other
    piezometer intakes.

      **2) Cone Valve Operation Room Pressure Transmitters**. Gage pressure
transmitters and digital displays were also installed to monitor pressures for the low flow
cone valve operations. The digital display meters for the cone valve operational
instrumentation (O9 – O10) are located in the large display panel adjacent to the gate
control panel in the entrance to the RCC and also in the cone valve operating room. A
pressure tap with a single valve was installed on each pipe upstream of the cone valves
(See Photo E-3A). Rigid Tygon tubing connects the pressure tap valve with the pressure
transmitter. The pressure transmitters for each cone valve are located at the bottom of the
pit in the cone valve operation room as shown in Photo E-3B.

      The procedures for removing the air from the pressure lines are as follows:

1.  Check that the valve on the pressure tap at the side of the pipe (Photo E-3A) is
    open. If it is not open, open it up.

2.  At this time, carefully open the bleed port screw on the left side of the pressure
    transmitter, as shown in Photo E-2. The screw has been lightly tightened with a
    box-end wrench to prevent leakage. Once the screw has been loosened, begin
    opening the screw in ¼ turn increments, up to 1-1/2 turns of the vent screw. This
    should allow sufficient water to escape from the transmitter. Watch the flowing
    water for spurts and sputters of water flow, as this is usually an indication of air
    escaping from the line. Inspect the tubing for the presence of air bubbles.

**Exhibit E**

        If any air bubbles are present and appear to be adhering to the side of the tubing, tap the tubing to keep them moving through to the vent.

3. After three minutes of letting the water flow from the pressure transmitter, the stream of water from the bleed vent should appear to be steady, close the screw to the finger tight position. Using a box-end wrench, securely tighten the vent screw, not tightening more than ¼ turn from the finger tight position.

4. Repeat steps 1-3 for each pressure transmitter (O9 – O10) in the cone valve area.

**Exhibit 3**

**3-391**

Exhibit E



Photo E-1.  Operational Piezometer Manifold, Pressure Transmitters, and Display.



Photo E-2.  Pressure transmitter bleed vent screw location

E-5

Exhibit 3                                                          3-392

Exhibit E



Photo E-3A.  Pressure Tap on Cone Valve Pipe



Photo E-3B.  Cone Valve Pressure Transmitters O-9 and O-10

E-6

Exhibit 3                                    3-393

# EXHIBIT  F.

# PROTOTYPE TESTING PROGRAM AND INSTRUMENTATION

Exhibit 3                                    3-394

**Exhibit F**

## PROTOTYPE TESTING PROGRAM AND INSTRUMENTATION

Because of the high head and complicated design of the structure, a model study
was conducted at the U.S. Army Engineer Waterways Experiment Station (ERDC-WES)
to evaluate the hydraulic design by measuring dynamic hydrostatic pressures in the outlet
structure. In this study, zones of potential cavitation and air demand at the mid-tunnel
were determined. At the same time, the adequacy of the intake tower, the outlet plunge
pool, and the exit channel design was also evaluated, extent of scour and the need for
protection downstream of the structure, and the discharge characteristics of the regulation
outlet (RO) gates with various operating scenarios were determined from the model.

As a result of this model study, a prototype testing program was developed and is
to be implemented during operations to monitor the actual performance of Seven Oaks
Dam and verify the design parameters derived form the model study. Hydraulic
instrumentation has been installed for testing the entire outlet works. The
instrumentation is listed defined in Table F-1 and shown on Plate 2-24 of this Water
Control Manual. The instrumentation measures piezometric head, pressure fluctuations,
and air demand. Data collected from the testing instrumentations will be used to evaluate
the hydraulic performance of the project, analyze potential operation problems, and
design repairs and/or project modifications, if necessary. The instrumentation for
piezometric head and pressure fluctuations are concentrated at critical areas located in the
vicinity of the offsets, of the jet impact, and along the curves in the roof and walls in the
transition downstream of the intake tower and in the transition upstream of the gate
chamber. The pressure instrumentation will allow early detection upstream of high
positive or negative pressure as well as extreme fluctuations in pressure, conditions
which could damage the concrete surfaces. The air demand instrumentation will
determine the quantity of air supplied to aerate the flow.

During the implementation of the Water Control Plan, an opportunity may arise
allowing the collection of data for the prototype-testing program. This testing program
involves five types of tests which will be carried out in three phases: 1) The installation

**Exhibit 3**

**3-395**

**Exhibit F**

of the operation and prototype test instrumentation, purchased by U.S. Army Engineer
Research and Development Center, Waterways Experiment Station (WES) prior to
impoundment of water; 2) Testing of the performance of the main tunnel during the first
significant flow period; 3) Project design flood testing. Phase 1 has been completed.
Testing Phases 2 and 3 can only be performed when there is a significant impoundment
behind the dam to accommodate larger releases through the LF and the RO gates.

The OCPF&RD water control managers have the responsibility of contacting the
Los Angeles District, Corps of Engineers, Reservoir Regulation Section, so that WES can
be notified when dam have the potential of meeting pre-established testing conditions.
Such conditions could include key or new maximum water surface elevations, and new
maximum releases, etc. Since these conditions will change as new maximum elevations
and releases are achieved, continuous coordination between the water control managers
and WES is necessary. It is advisable that such coordination be made prior to the start of
every flood season in order to establish the test conditions, to update phone numbers,
POC's, and other pertinent information. All new information should be included in the
notifications list that is updated by the water control mangers prior to the start of every
flood season.

A complete documentation of the model study for the prototype testing program
is contained in the technical report (HL-92-14) titled, Outlet Works for Seven Oaks Dam,
Santa Ana River, San Bernardino County, California, dated October 1992. Table F-1
lists and defines the prototype instrumentation facilities (Types A, B, C, CC, D, E, F, G,
and H) at Seven Oaks Dam outlet works. The following discusses the five types of tests
to be performed:

**1) Test Type 1: Head Loss Determinations**. Head losses are determined by
measuring piezometric head throughout the project during steady-state flow conditions.
These tests are to be performed for both low flow and main tunnel discharges. The
primary measurements are with the Type G facilities, however, measurements are also

**Exhibit 3**                                                                      **3-396**

Exhibit F

needed for Type C and F. Test results will provide much needed model-prototype correlation and overall evaluation of project performance.

2) **Test Type 2:  Entrance Geometry Evaluation**. Pressures in the tunnel entrances of both the intake and the mid-tunnel outlet works are measured to evaluate the entrance geometry performance. Any flow separation combined with micro-turbulence at the surface could result in excessive pressure fluctuations and cavitation/erosion problems. This is most critical at the intake tower due to this concrete lined surface, whereas the mid-tunnel section has a steel liner extending from the entrance to the aerator offsets. Measurements are to be obtained from the Type F facilities for the intake tower and Types D and E for the main tunnel and low-flows tunnels, respectively. Results will provide model-prototype correlation and prototype performance evaluation.

3) **Test Type 3 and 4:  Cavitation Monitoring and Air Demand**. Providing aeration along the flow boundaries downstream of the regulating gates is critical to the prevention of cavitation damage. Analysis has shown the cavitation index to be well below incipient just downstream of the gates. Horizontal and vertical offsets have been designed to draw air into the flow to cushion the very low pressures. Air is supplied to the main tunnel aerators through a bifurcated vertical airshaft. Air to the low-flow tunnel is supplied by interconnected shafts tapped into the main shaft just below the bifurcation of the primary airshaft. Airflow measurements are to be obtained at the very top of the airshafts to quantify actual air demand.

Another area of concern is at the tunnel boundary in the vicinity of the jet impact zone. Preliminary analyses indicate that this is to be in the vicinity of Station 22+23 through 22+50 in the main tunnel (see Plate 2-24 of this Water Control Manual). High pressure fluctuations could result, thus affecting the long term stability of the tunnel lining. Pressure along the invert centerline and lower walls are measure so as these conditions can be monitored.

**Exhibit 3**                                    **3-397**

## Exhibit F

Types 3 and 4 tests are to be performed with the Type A, B, C, and CC measurement facilities. As stated above, the main tunnel is the most critical and these tests would have to be performed during flood events. A prototype evaluation of the performance of the aeration system will be used so as model-prototype comparisons can be made. These comparisons will provide valuable information that can be used to for improving present Corps design guidance of aeration systems.

**4) Test Type 5:  MDL Head Loss and Orifice Losses**. Pressure measurements in the MDL tunnel intake and outlet pipe are necessary as the MDL performance can be evaluated. Head losses and orifice losses are best determined by measuring piezometric head throughout the MDL during steady-state flow conditions. These tests are to be performed for both low flow and high flow discharges. Test results will provide much needed model-prototype correlation and overall evaluation of project performance.

**Exhibit 3**                                                                 3-398

| | | | Location [4] | | | Type | | | |
|---|---|---|---|---|---|---|---|---|---|
| Prototype Location No. | Model Location [4] | Instrument Type [2] | | | | | Flush-Mount Pitot- | | Comment |
| | | | Code [3] | Station | Elev. | Piez | Gage | Static | |
| T-1 | | A | AR1 | 22+12 | 2077.5 | | X | | |
| T-2 | | A | AR2 | 22+12 | 2074.4 | | X | | Instrument Type A measures Pressures for the main tunnel Low Flow Tunnel wall and floor offsets. |
| T-3 | | A | AR3 | 22+05 | 2075.9 | | X | | |
| T-4 | | A | AR4 | 22+05 | 2074.1 | | X | | |
| T-5 | | B | AVR | | | | | X | |
| T-6 | | B | AVL | | | | | X | |
| T-7 | | B | AVRC | | | | | X | Instrument Type B measures Air Velocities for the left and right airshafts and the tunnel. |
| T-8 | | B | AVLC | | | | | X | |
| T-9 | | B | AVT | | | | | X | |
| T-10 | | C | TPF1 | 22+27 | Invert | | X | | |
| T-11 | | C | TPW1 | 22+27 | Invert + 2-ft | | X | | |
| T-12 | | C | TPF2 | 22+42 | Invert | | X | | Instrument Type C measures Pressures for the tunnel invert and wall. |
| T-13 | | C | TPW2 | 22+42 | Invert + 2-ft | | X | | |
| T-14 | | C | TPF3 | 22+57 | Invert | | X | | |
| T-15 | | C | TPW3 | 22+57 | Invert + 2-ft | | X | | |
| T-16 | | CC | LPF1 | | Invert | | X | | |
| T-17 | | CC | LPW1 | | Invert + 2-ft | | X | | |
| T-18 | | CC | LPF2 | | Invert | | X | | Instrument Type CC measures Pressures for the Low Flow tunnel invert and wall. |
| T-19 | | CC | LPW3 | | Invert + 2-ft | | X | | |
| T-20 | | CC | LPF3 | | Invert | | X | | |
| T-21 | | CC | LPW3 | | Invert + 2-ft | | X | | |
| T-22 | X | D | PR1 | 21+75.5 | 2082.9 | X | | | |
| T-23 | X | D | PW1 | 21+75.5 | 2078.4 | X | | | |
| T-25 | X | D | PW2 | 21+78.5 | 2078.4 | X | | | Instrument Type D measures Pressures at the roof and wall Entrance |
| T-27 | X | D | PW3 | 21+81.5 | 2078.4 | X | | | |
| T-28 | X | D | PR4 | 22+03.0 | 2082.9 | X | | | |
| T-32 | X | E | PL4 | 22+00.5 | 2077.4 | X | | | Instrument Type E measures the Low flow tunnel roof pressure between emergency and operating gates |
| T-33 | X(5) | F | IP0 | Tower | 2180 | X | | | |
| T-34 | X(7) | F | IP1 | 11+33.01 | 2212.54 | X | | | |
| T-35 | X(8) | F | IP2 | 11+37.41 | 2116.03 | X | | | |
| T-36 | X(9) | F | IP3 | 11+45.91 | 2113.76 | X | | | |
| T-37 | X(10) | F | IP4 | 11+50.41 | 2113.75 | X | | | Instrument Type F measures Pressures at the Intake Tower entrance |
| T-38 | X(11) | F | IP5 | 11+27.01 | 2106.88 | X | | | |
| T-39 | X(12) | F | IP6 | 11+30.26 | 2106.88 | X | | | |
| T-40 | X(13) | F | IP7 | 11+34.01 | 2106.88 | X | | | |
| T-41 | X(16) | F | IP8 | 11+67.91 | Roof | X | | | |
| T-42 | X | G | HGL1 | 14+00 | Roof | X | | | |
| T-43 | X | G | HGL2 | 16+00 | Roof | X | | | |
| T-44 | X | G | HGL3 | 19+00 | Roof | X | | | |
| T-45 | X | G | HGL4 | 21+00 | Roof | X | | | |
| T-46 | X | G | HGL5 | 24+00 | Invert + 2-ft | X | | | Instrument Type G provides the Piezometric head elevations. |
| T-47 | X | G | HGL6 | 25+00 | Invert + 2-ft | X | | | |
| T-48 | X | G | HGL7 | 26+00 | Invert + 2-ft | X | | | |
| T-49 | X | G | HGL8 | 27+00 | Invert + 2-ft | X | | | |
| T-50 | X | G | HGL9 | 28+00 | Invert + 2-ft | X | | | |

Table F-1. Prototype Instrumentation Facilities, Seven Oaks Dam Outlet Works

1. Numbers in parentheses identify model numbers.
2. Denotes measurement type.
3. Transducer code names used in as-built drawings.
4. Refer to Plate 2-24 of this Water Control Manual to show the locations of these piezometers.

# EXHIBIT G.

# GUIDANCE ON PREPARATION OF DEVIATIONS FROM APPROVED WATER CONTROL PLANS (CESPD R 1110-2-8)

Exhibit 3                                    3-400

CESPD R 1110-2-8

DEPARTMENT OF THE ARMY
SOUTH PACIFIC DIVISION CORPS OF ENGINEERS
333 Market Street
San Francisco, California 94105-2195

CESPD-MT-E

REGULATION                                                     12  September 2002
No. 1110-2-8

Engineering and Design
GUIDANCE ON THE PREPARATION OF DEVIATIONS
FROM APPROVED WATER CONTROL PLANS

1. PURPOSE.  This document establishes the protocol for reporting deviations from approved
Water Control Plans for water control projects within the South Pacific Division.  It defines
coordination, review, and approval procedures between the Division and District offices.
Approval from Division must be obtained from all deviations (reference e., paragraph 6.b.) [1]

2. APPLICABILITY. The following is applicable to all South Pacific Division Districts and
field-operating activities having civil works responsibilities.

3. REFERENCES.  Authority and guidance can be found in:

    a. ER 200-2-2 (33 CFR 230), 4 March 1988, subject: Procedures for Implementing NEPA.

    b. ER 1105-2-100, 22 April 2000, subject: Guidance for Conducting Civil Works
Planning Studies.

    c. ER 1110-2-240 (33 CFR 222.5), 8 October 1982, subject:  Water Control Management.

    d. ER 1110-2-241 (33 CFR 208.1), 24 May 1990, subject: Use of Storage Allocated for
Flood Control and Navigation at Non-Corps Projects.

    e. ER 1110-2-1400, 30 September 1993, subject: Reservoir Water Control Centers.

    f. ER 1110-2-8156, 31 August 1995, subject: Preparation of Water Control Manuals.

    g.  ER 1165-2-501, 30 September 1999, subject: Civil Works Ecosystem Restoration
Policy.

_____

[1] This regulation supercedes CESPD-ET-EW Regulation, Subject: Guidance On The Preparation
Of Deviations From Approved Water Control Plans dated 1 August 1999.

Exhibit 3                                                                    3-401

CESPD-R 1110-2-8
September 2002

    h.  EP 1165-2-502, 30 September 1999, subject: Ecosystem Restoration -- Supporting Policy Information.

    i.  EM 1110-2-3600, 30 November 1987, subject: Management of Water Control Systems.

    j.  CESPD R 1110-2-8, August 1999, subject: Guidance on the Preparation of Deviations From Approved Water Control Plans.

4. OVERVIEW.

    a.  Water Control Plans are prepared for all Corps projects and non-Corps projects within Federal flood control space. For Corps projects, the Water Control Plan is all encompassing in that it covers regulation of the project over the entire regime of pool elevations and conditions. The Corps' responsibility regarding non-Corps reservoirs is defined by Section 7 of the Flood Control Act of 1944 (58 Stat 890), which directs the Secretary of the Army to prescribe regulations for the use of storage allocated for flood control or navigation at all reservoirs constructed wholly or in part with Federal funds.

    b.  Water Control Plans define the regulation criteria and guidelines that govern how and when water will be stored and released from a project. The process of formulation and eventual approval of the Water Control Plan is a complex and time-consuming process because the plan must account for diverse goals (flood control, the environment, water quality, recreation, water supply, hydropower, etc.) and situations (e.g. normal, flood, drought, and emergency operations). Formulation of these plans requires a comprehensive knowledge of such diverse items as: project goals, project history, authorizing legislation, Corps policies and regulations, how a project interacts with other reservoirs within a basin, the role of other water interests/agencies, the effects to the general public in relation to environmental and aesthetic considerations, basin meteorology and hydrology, changing conditions (e.g. sedimentation, channel capacity, scour, etc.), and the physical capabilities of project features, such as outlet works, spillways, flood routing characteristics, etc.). Prior to approval and implementation, the proposed Water Control Plan is released for public review and comment. The public review process normally occurs concurrently with the NEPA public review process.

    c.  Deviations from approved Water Control Plans occur because every possible circumstance cannot be accounted for in a Water Control Plan. The competing goals and complex interactions of interested groups/agencies can cause even seemingly inconsequential deviations from an approved plan to lead to unforeseen environmental and legal complications. This regulation serves to assist a District in preparing their deviation requests. It outlines a minimum set of considerations that need to be addressed when making a recommendation to deviate from an approved Water Control Plan.

    d.  Deviations from approved Water Control Plans are intended, therefore, to address unforeseen and unique circumstances. They are not intended as a means for identifying or

CESPD-R 1110-2-8
September 2002

initiating new opportunities to re-operate or reallocate storage in response to new and changing
public needs.

5. DEFINITIONS.

a. *Emergency Deviations.* An emergency deviation from an approved Water Control Plan is
one that is required due to an emergency situation. An emergency situation is defined herein as a
situation in which there is a potential for injury, loss of life, threat to the project, or other serious
hazards; but furthermore, also demanding immediate action, such that time constraints render
impractical notification to the division. Depending upon the need for immediate action, an
emergency situation could include: drowning and other accidents, assistance to local authorities
responding to an emergency (e.g. police and fire departments), failure of operations facilities,
chemical spills, treatment plant failures, and other temporary pollution or water quality
problems. Water control actions necessary to abate the problem are taken immediately unless
such action would create equal or worse conditions.

b. *Planned Deviations.* Planned deviations cover all other deviations not addresses by an
emergency deviation.

6. OFFICE OF RECORD. The originating District's water control management office will be
responsible for maintaining all relevant records documenting the deviation.

7. GENERAL INFORMATION FOR PREPARING ALL DEVIATIONS.

a. *Approval of Deviations.* Approval for all deviations must be obtained from the Division
Commander or delegated representative prior to their implementation. As noted in paragraph
5.a, an emergency deviation situation may warrant an immediate action, delegated to the Leader,
Water Management Team or his designated representative. The Leader of the Water
Management Team shall consult with the Chief of Engineering and Construction and appropriate
SPD staff and subsequently advise the Director, Military and Technical Services Directorate of
the temporary change. Approval may be made by telephone, E-mail, or FAX.

b. *Preparation of Deviations.* Processing of a deviation request originates at the District
water control management office. The District Commander may delegate signature authority for
requesting deviations from approved water control plans to the appropriate functional division
head or designated representative. Consultation with the District staffs, including engineering,
planning, environmental, economics, operations, construction and legal must take place.

c. *Costs and Charges for Preparing Deviations.* Deviations from approved Water Control
Plans require a similar level of scrutiny as applied to permanent changes to a water control plan.
Any District charges incurred for processing a deviation are to be assessed and collected from
the agency/entity requesting the deviation. The District should estimate the cost to process the
deviation and provide that estimate to the requesting agency/entity. The District must collect the
funds (in a revolving fund advance account under Support for Others) prior to processing the
deviation request. Examples of costs for which the requesting entity would be responsible
include costs for any required reviews or studies concerning associated hydrologic, water

G-3
Exhibit 3                                                                    3-403

CESPD-R 1110-2-8
September 2002

control, legal, real estate, and environmental maters. After the deviation work is completed, any amount of funds left over in the account would be paid back to the requesting entity.

d. *Fees for Water Supply Deviations.* Deviations that result in Corps project flood control space being used for water supply purposes must address reimbursement by the sponsor to the Federal government for use of the flood control space. The district's deviation request package must include an economic analysis that determines a value for the reallocated flood control space. Section 7 projects will not require the economic analysis, as water supply charges are under the authority of the project owner.

e. *Time to Prepare Deviations.* District offices should also inform potential agencies/entities that the lead time required to assemble the necessary information required to evaluate a deviation request may be on the order of months (normally due to the required environmental analysis and the public review process). Thus, the request to the District should be made well in advance of the proposed initiation date fro the deviation. The requesting agency/entity should also be made aware that approval of the deviation request would depend upon such things as a review of the impacts (e.g., environmental, hydrologic, legal, etc.).

f. *Coordinating with Division Staff.* Preparation of a deviation package is a time consuming and costly undertaking, and incomplete or inadequate package can delay approval, District personnel are encouraged to coordinate any questions or concerns about potential deviations and to discuss any atypical situations with their Division counterparts early in the process and before the package submittal. All technical review will be conducted at the District level and will provide a review certification. In an emergency situation, a formal quality certification will most likely not be required. Appendix D lists the Division staff with which deviation-related issues are to be coordinated Division will provide updates to Appendix A as needed.

g. *Non-Corps Projects.* Deviation requests fro non-Corps (Section 7) projects must be prepared with the approval of the project owner. This is required because project owners are responsible for assuring that the project is operated as prescribed in the Water Control Plan developed in concert with the Corps' flood control interest. The owner is also ultimately responsible for dam safety at the project and for funding the project.

h. *Environmental Requirements.* Each deviation request shall include a summary of the environmental effects of the proposed deviation and a statement of how the proposal is in compliance with pertinent environmental requirements, including but not limited to the National Environmental Policy Act (NEPA), Endangered Species Act, the Clean Water Act, and the Clean Air Act and Section 176 Conformity Determination. NEPA documentation requirements ordinarily are met by an Environmental Assessment (EA) of the proposed action with a Finding of No Significant Impact (FONSI) signed by the District Commander. If an existing Environmental Impact Statement/Record of Decision or EA/FONSI accurately covers the action, and if there have been no environmental changes since that documentation, this can be cited. Supporting environmental documents shall be included in the deviation request package when it is submitted. Typically these will include an EA, a signed FONSI, a Biological Assessment, and a final Biological Opinion or a letter from Fish & Wildlife or National Marine and Fishery

CESPD R 1110-2-8
September 2002

Service concurring that there is not likely to be adverse effect on listed species. Sometimes other documents, such as 404(b)(1) evaluation are required. In the case of emergency deviation, the emergency provisions and requirements of he various environmental laws should be followed.

*i. Required Information/Analysis.* Table 1 outlines the information and analysis that are required in a deviation request package that is submitted to Division.

TABLE 1
Information and Analysis Required in a Deviation Request Package

a. Copy of sponsor's/project owner's letter requesting a deviation.
b. A description of the deviation.
c. Its effects on the operational objectives or project purposes.
d. A description of the potential flood threat over the period of the deviation.
e. The current and predicted maximum reservoir storage and elevation.
f. Documentation that the proposed deviation is in compliance with all pertinent environmental laws.
g. The effect on other agencies and individual interest.
h. The coordination that has taken place with other agencies.
i. Alternative measures that could be taken.
j. Recommendation/rationale on whether a permanent change to the Water Control Plan for this situation is warranted.
k. A District legal opinion.
l. Any recommended fees or reimbursements to the Federal Government.
m. Any other information that may be pertinent to the deviation request.
n. The District Commander's recommendation.
o. Quality Control Certification

8. PREPARING EMERGENCY DEVIATIONS.

a. Emergency deviations are the only type of deviation that do not require prior approval from Division, and must only be used if events warrant an immediate emergency action, such that time constraints render impractical notification to the Division. However, even in an emergency situation, the District shall notify the Division of the action as soon as possible, and shall comply with all applicable requirements.

b. A record of the emergency deviation shall be developed at the district office and transmitted to the Division office within a day of the action taken.

c. Procedures for emergency deviations:

(1) Take the necessary action.

(2) Contact Division as soon as possible (See Appendix A for telephone numbers) to describe the action taken and the cause (NOTE: The order of (1) and (2) may be reversed depending on the nature of the emergency). Continuation of the deviation will require Division approval.

CESPD-R 1110-2-8
September 2002

(3) The District shall provide written conformation to the Division office within 7 days of the deviation. The correspondence shall include the items outlined in Table 1 (as applicable).

(4) The Division shall respond within 3 days of the district's notification of the emergency deviation.

9. PREPARING PLANNED DEVIATIONS.

a. The District shall inform Division within 2 days of receiving a request for a proposed deviation.

b. At least 7 days prior to the proposed action, the District shall transmit a deviation request package to the Division office. The deviation request package shall include the items in Table 1. This package may be initially transmitted electronically.

c. The Division shall review the proposal and approve or disapprove the District's deviation request within 5 days, assuming a complete package with all required documentation has been received. Early, detailed, coordination and transmittal of documents to Division may reduce the processing time.

d. The District and Division shall follow-up with formal correspondence within 3 days of their electronically transmitted request (District) and approval/disapproval (Division).

10. SPECIAL CIRCUMSTANCES.

Per reference 3.c, Water Control Plans are subject to continuing and progressive study in order to keep them current. Should a new re-operation or reallocation opportunity be identified for a Corps project, then it should be addressed under authority of Section 216 of Public Law 911-611, an Initial Appraisal Report can be conducted with O&M funding to determine whether or not a study, if deemed appropriate, among other things, could initiate the process to incorporate the new opportunity in the project's Water Control Plan. Re-operation or reallocation studies for non-Corps projects would need to be initiated by the project owner.

ROBERT L. DAVIS
BG, USA
Commanding

1 Appendix
APP A – CESPD Phone list for Coordination of Water Control Plan Deviations
APP B - Quality Control Certification

DISTRIBUTION:
Electronic Copy Available

G-6
Exhibit 3                                                           3-406

CESPD R 1110-2-8
September 2002

## APPENDIX A

### CESPD Phone List for
### Coordination of Water Control Plan Deviations

Note: Initial District notification to the Division shall be made to Water Management.

| Water Management | Office |
|---|---|
| Donald Bergner | (415) 977-8101 |
| Boni Bigornia | (415) 977-8102 |
| Terry Mendoza | (415) 977-8106 |
| Tom Wang | (415) 977-8120 |
| Frank Khroun | (415) 977-8111 |
| Ed Sing | (415) 977-8117 |

**Internal SPD Coordination with Respective District Support Team Members**

#### Legal

| (SPN/SPA) | Mary Gillespie | (415) 977-8214 |
| (SPL/SPK) | Dan Dykstra | (415) 977-8211 |

#### Planning & Environmental

| (SPL/SPN) | Les Tong | (415) 977-8170 |
| (SPA) | Jim Conley | (415) 977-8108 |
| (SPK) | Clark Frentzen | (415) 977-8164 |

#### Real Estate

| (SPL/SPN) | Marilyn Rodriguez | (415) 977-8188 |
| (SPK/SPN) | Richard Guthrie | (415) 977-8186 |

#### Operations

| (SPL/SPN) | George Domurat | (415) 977-8050 |
| (SPK) | Phil Turner | (415) 977-8058 |
| (SPA) | Jonathan Yip | (415) 977-8057 |

#### Program Management

| (SPN) | Jeannie Hritz | (415) 977-8228 |
| (SPK) | Marcelo Pascua | (415) 977-8232 |
| (SPA) | Hoa Ly | (415) 977-8229 |

CESPD-R 1110-2-8
September 2002

## APPENDIX B

## DISTRICT ENGINEER'S QUALITY CERTIFICATION

### COMPLETION OF QUALITY CONTROL ACTIVITIES

The District has completed the review/analysis of the water control deviation from the Approved Water Control Plan for *(Project Name and Location).*  Certification is hereby given that all quality control activities appropriate to the level of risk and complexity inherent in this analysis have been completed.

### GENERAL FINDINGS

Compliance with clearly established policy principles and procedures, utilizing clearly justified and valid assumptions, data and the reasonableness of the results. The undersigned recommends certification of the quality control certification for this deviation request.

_____*(Signature)*_____          ___*(Date)*_____
  *Chief, Responsible Functional Element*


### CERTIFICATION OF LEGAL REVIEW*

The request f or a water control deviation from the approved Water Control Plan report for *indicate name of project,* has been fully reviewed by the Office of Counsel, and is approved as legally sufficient.

_____*(Signature)*_____          ___*(Date)*_____
        *District Counsel*


### QUALITY CERTIFICATION

 All issues and concerns resulting from technical review of the water control deviation have been resolved.  This deviation is recommended for approval.

_____*(Signature)*_____          ___*(Date)*_____
       *District Commander*

# EXHIBIT  H.

# NOTIFICATIONS LIST MAINTAINED BY THE LOS ANGELES DISTRICT, CORPS OF ENGINEERS, RESERVOIR REGULATION SECTION PRIOR TO PROJECT TURNOVER

Exhibit 3                                                3-409

EXHIBIT   H

# Seven Oaks Dam

## A. Temporary Restrictions

Refer to Restriction List

## B. Any change in water rights releases

**1. San Bernardino Valley Water Conservation District**          Location: Redlands

**Tom Crowley**

| | |
|---|---|
| Title: | Asst. General Manager |
| Office Phone: | 909-793-2503 |
| Comment: | During business hours. |

**Randy Carlisle**

| | |
|---|---|
| Office Phone: | 909-313-1815 |
| Home Phone: | 909-794-5925 |
| Cellular Phone: | 909-313-1815 |
| Comment: | call outside normal business hours |

**Walter Christiansen**

| | |
|---|---|
| Office Phone: | 909-313-1815 |
| Comment: | During business hours. |

Reason for Notification: Release change may affect ability to meet downstream demand

**2. WES**          Location: Vicksburg

Call WES when a new maximum water surface elevation will be achieved.

**Tim Faperburg**

| | |
|---|---|
| Office Phone: | 601-634-2257 |

**Brad Bird**

| | |
|---|---|
| Office Phone: | 503-808-4878 |
| Comment: | Portland District may also need notification for collecting data. |

Reason for Notification: Need to notify WES when a new maximum water surface elevation will be achieved.  They need to set up for testing.

## C. Each time a new maximum WSE is reached:

**1. LA District Special Dam Inspection Team**          Location: Los Angeles

**James Farley**

| | |
|---|---|
| Office Phone: | 213-452-3600 |
| Home Phone: | 310-257-6834 |
| Comment: | Dam Inspection Team Coordinator |

H-1

**Exhibit 3**                                              **3-410**

EXHIBIT  H

## Seven Oaks Dam

### C. Each time a new maximum WSE is reached:

    **1.  LA District Special Dam Inspection Team**    Location: Los Angeles
        **(Agency continued from previous page)**
            **Chris Sands**
                Office Phone:    213-452-3605
                Home Phone:    626-289-1616
      Reason for Notification: Inspection team may need to be formed and sent to the dam to monitor embankments performance.

### D. Prior to flood control releases (1,000 CFS or greater), notify:

    **1.  County of San Bernardino**    Location: San Bernardino
            **David Lovell**
                Office:           Flood Control District
                Office Phone:    909-387-7964
                Home Phone:    909-794-2397
            **Reza Fatemi**
                Office:           Flood Control District
                Office Phone:    909-387-7964
      Reason for Notification: Preparation for possible emergency evacuation.

    **2.  County of San Bernardino Disaster Preparedness Div**    Location: San Bernardino
            **Mike Tuttle**
                Title:           Sgt
                Office Phone:    909-387-0662
            **Bill Fertig**
                Title:           Corporal
                Office Phone:    909-387-0681
            **24-HR Dispatch**
                Office Phone:    909-356-3854
      Reason for Notification: Preparation for possible emergency evacuation.

    **3.  County of Riverside**    Location: Riverside
        Office of Emergency Services
            **During Office Hours**
                Office Phone:    909-955-4700
            **Fire Department**
                Office Phone:    909-940-6900

EXHIBIT H

# Seven Oaks Dam

## D. Prior to flood control releases (1,000 CFS or greater), notify:

**3. County of Riverside**      Location: Riverside
(Agency continued from previous page)
Office of Emergency Services
    **24-HR Dispatch**
        Office Phone:    800-228-9645
        Alt Office:      800-253-6990
Reason for Notification: Preparation for possible emergency evacuation.

**4. Riverside County Sheriff's Alerting Control Point**    Location: Riverside
    **Allied Agency**
        Office Phone:    909-780-9894
        Comment:       Talk to Alex.  This number has more wide
                          reach for emergency contacts in Riv Co.
    **Radio Dispatcher**
        Office Phone:    909-776-1099      Ext:  5
        Comment:       Press option 9 for office phone.
Reason for Notification: Preparation for possible emergency evacuation.

**5. City of San Bernardino**    Location: San Bernardino
    **Miguel Ascarruz**
        Office:          Emergency Preparedness
        Office Phone:    909-384-5115
        Home Phone:    909-887-1794
Reason for Notification: Preparation for possible emergency evacuation.

**6. City of San Bernardino Fire Department**    Location: San Bernardino
    **Dispatch**
        Office Phone:    909-384-5777
        Fax:           909-388-4815
Reason for Notification: Preparation for possible emergency evacuation.

**7. City of Colton**    Location: Colton
    **General Information**
        Office:          Public Works Department
        Office Phone:    909-370-5066
        Alt Office:      909-370-5194

Exhibit 3                                     3-412

EXHIBIT  H

# Seven Oaks Dam

## D.  Prior to flood control releases (1,000 CFS or greater), notify:

**7.  City of Colton**                                    Location:  Colton

(Agency continued from previous page)

**Mike Musgraves**

Office:          Fire Dept Emer Preparedness
Title:           Battalion Chief
Office Phone:    909-370-5100

Reason for Notification: Preparation for possible emergency evacuation.


**8.  City of Highland**                                  Location:  Highland

**Ernie Wong**

Office:          Dept of Public Works
Title:           Dept Head
Office Phone:    909-864-8732        Ext:  212
Home Phone:      909-864-7169

Reason for Notification: Preparation for possible emergency evacuation.


**9.  City of Loma Linda**                                Location:  Loma Linda

**General Information**

Office Phone:    909-799-2810

**Michael Hatfield**

Office:          Disaster Preparedness
Office Phone:    909-799-2855

**Carl Morgan**

Office Phone:    909-799-2815

**24-HR Line**

Office Phone:    909-799-2868
Comment:         Direct line to Fire Dept dispatch.

Reason for Notification: Preparation for possible emergency evacuation.


**10.  City of Redlands**                                 Location:  Redlands

**General Information**

Office Phone:    909-798-7500

**Mitchell McKee**

Office:          Redlands Fire Department
Office Phone:    909-798-7600
Comment:         Disaster Preparedness

**For Emergencies**

Office Phone:    909-356-3811


H-4

Exhibit 3                                    3-413

EXHIBIT  H

# Seven Oaks Dam

## D.  Prior to flood control releases (1,000 CFS or greater), notify:

**10.  City of Redlands**                                          Location: Redlands
    (Agency continued from previous page)
          **Non-Emergencies**
          Office Phone:    909-356-3805
  Reason for Notification: Preparation for possible emergency evacuation.

## E.  If WSE will reach 2418, notify:

**1.  LA District Special Dam Inspection Team**              Location: Los Angeles
        **James Farley**
          Office Phone:    213-452-3600
          Home Phone:    310-257-6834
          Comment:    Dam Inspection Team Coordinator
        **Chris Sands**
          Office Phone:    213-452-3605
          Home Phone:    626-289-1616
  Reason for Notification: Dam inspection team needs to be formed and sent to the dam.

## F.  If WSE will reach spillway crest elevation (WSE 2580 feet) or if dam break is imminent, notify:

**1.  All agencies listed in Section C**                       Location: _____
        **See Section C**
  Reason for Notification: _____

**2.  US Army Corps of Engineers**                            Location: Los Angeles
        **Ed Andrews**
          Office:    Emergency Management
          Title:    Branch Chief
          Office Phone:    213-452-3441
          Home Phone:    310-459-6961
          Pager:    818-541-3083
          Temp. Phone:    213-452-3623
        **Bijan Nooranbakt**
          Title:    Acting Chief EOC
          Office Phone:    213-452-3441
          Home Phone:    310-230-1902

Exhibit 3                                                      3-414

EXHIBIT  H

# Seven Oaks Dam

**F. If WSE will reach spillway crest elevation (WSE 2580 feet) or if dam
break is imminent, notify:**

    **2. US Army Corps of Engineers**            Location: Los Angeles

        **(Agency continued from previous page)**

        Reason for Notification: Notification for emergency procedures.

    **3. National Weather Service**            Location: Oxnard

                **Lead Forecaster**

                    Office Phone:    805-988-6619

                    Alt Office:      805-988-6620

                    Comment:

                    Phones are 24 hr.

    Reason for Notification: Notification for emergency situation.

H-6

**Exhibit 3**         **3-415**

# EXHIBIT  I.

# SEVEN OAKS DAM
# INITIAL FILLING PLAN
# DATED, JULY 2002

Exhibit 3                          3-416

## EXHIBIT I

# SEVEN OAKS DAM

## SAN BERNARDINO COUNTY, CALIFORNIA

# INITIAL RESERVOIR FILLING PLAN

## U.S. Army Corps of Engineers
## Los Angeles District
## Los Angeles, California



**July 2002**

Exhibit 3                                                3-417

# EXHIBIT I

## SEVEN OAKS DAM
## SAN BERNARDINO COUNTY, CALIFORNIA

### TABLE OF CONTENTS

PURPOSE ........................................................................................................................... 1
PRINCIPLES UNDERLYING THE PLAN ...................................................................... 1
SCOPE ............................................................................................................................... 2
PREFERRED FILLING RATE .......................................................................................... 3
IMPLEMENTATION ........................................................................................................ 3
REFERENCES .................................................................................................................. 4
APPENDIX I SEVEN OAKS DAM PERTINENT DATA SHEET .................................. 5
APPENDIX II PROJECT SURVEILLANCE .................................................................... 7
    1. General ......................................................................................................................... 7
    2. Visual Inspection ........................................................................................................ 7
    3. Warning Signs ............................................................................................................. 8
    4. Instrumentation ........................................................................................................... 9
    5. Emergency Decision Conditions ............................................................................... 10
    6. Reporting ................................................................................................................... 11
    TABLE II-2-4 (From O&M Manual): EMBANKMENT GEOTECHNICAL
        INSTRUMENTATION READING SCHEDULE ........................................... 12
    TABLE II-2-4 (From O&M Manual): OUTLET WORKS GEOTECHNICAL AND
        HYDRAULIC INSTRUMENTATION READING SCHEDULE ...................... 15
APPENDIX III ENVIRONMENTAL AND CULTURAL SITE SURVEILLANCE ............... 20
    1. Environmental Considerations ................................................................................... 20
    2. Cultural Resources Surveillance ............................................................................... 20
APPENDIX IV SAFETY PLAN ...................................................................................... 22
APPENDIX V CHECKLIST OF CONDITIONS AFFECTING DAM SAFETY ...................... 23
    TABLE V-1 ENGINEERING PROBLEMS ................................................................. 24
        OBSERVANCE - SINKHOLES IN CREST OF DAM, SLOPES OF DAM, OR
          DOWN STREAM OF DAM .......................................................................... 24
        OBSERVANCE - CRACKS OR SLIDES IN EMBANKMENT, FOUNDATION,
          OR NATURAL MATERIAL OR RESERVOIR RIM .............................. 25
        OBSERVANCE - LEAKAGE: WATER SEEPAGE ........................................... 27
        OBSERVANCE - UPSTREAM WHIRLPOOL .................................................. 28
        OBSERVANCE - OVERFLOWING PIEZOMETERS ...................................... 29
        OBSERVANCE - CONDUIT FLOWS GREATER THAN NORMAL FOR A
          SET GATE OPENING .................................................................................. 30
    TABLE V-2 EXTREME CONDITION CHANGES ...................................................... 31
        RADICAL CHANGE IN CONDITIONS - EARTHQUAKE ............................. 31
        RADICAL CHANGE IN CONDITIONS - HIGH WIND .................................. 32
        RADICAL CHANGE IN CONDITIONS - FLOOD POOLS ............................. 33

i

Exhibit 3                                                              3-418

# EXHIBIT  I

ATTACHMENT I – WATER CONTROL PLAN (Latest Approved Plan is Titled "Interim Water Control Plan Prior to and During Section 7 Consultation Period", dated January 2000)

ATTACHMENT II - EMERGENCY ACTION PLAN (Under Separate Cover Transmitted Previously)

ATTACHMENT III – CORPS OF ENGINEERS PUBLICATIONS (ER 1110-2-101, Reporting of Evidence of Distress of Civil Works Structures, Dated 15 March 1996; ETL 1110-2-231,  Engineering and Design - Initial Reservoir Filling Plan, Dated 30 March 1979)

ii

Exhibit 3                                                      3-419

# EXHIBIT I

## SEVEN OAKS DAM
## INITIAL RESERVOIR FILLING PLAN

## SAN BERNARDINO COUNTY, CALIFORNIA

## PURPOSE

This plan presents a guide for surveillance of the Seven Oaks Dam project during periods of reservoir filling as required by Corps of Engineers Engineer Technical Letter (ETL 1110-2-231) dated 30 March 1979, Engineering and Design Initial Reservoir Filling Plan. Also, this plan should be followed during the flood season as successively higher pools are attained for flood control that exceed the historical maximum reservoir level. The plan defines the following: inspection procedures to be used, warning signs, actions to be taken in case serious signs of distress are discovered, and data to be collected and analyzed.

## PRINCIPLES UNDERLYING THE PLAN

Flood control is the primary purpose of the Seven Oaks Dam project. The project is located in a region of sporadic but sometimes intense rainfall which produces intermittent flows characterized by their extreme variability. The reservoir has filled to various levels since becoming operational; however, the maximum pool (flood control pool at spillway crest) level has not been reached to date.

This document provides a general plan to be implemented during future flood periods when the historical maximum reservoir level may be exceeded. Since it is impossible to predict the occurrence of flood flows that will result in a reservoir level that exceeds the previous historical maximum, this plan should be implemented in accordance with the visual inspections schedule (presented in Appendix II).

Although the embankments have been constructed to minimize adverse effects due to rapid pool rise, any distress during the period that the reservoir is filling at an uncontrolled rate must be detected at the earliest possible time if mitigative action is to be effective. Early detection will allow for activation of the Emergency Action Plan (EAP) if needed.

Thus, this Reservoir Filling Plan is essentially a reservoir monitoring or surveillance plan. In order to be effective, this plan must be carried out during the entire flood season each year until the maximum pool is reached. If this is not carried out on a regular basis, early warning signs of distress may go undetected. Repeated exposure to reservoir load during subsequent floods may cause the undetected problem to deteriorate with possible catastrophic consequences.

The Water Control Plan, as described in Attachment I, is different from this Reservoir Filling Plan in that the Water Control Plan details the regulation of the project for controlling the downstream discharges to non-damaging flow rates. This type of flood control operation would then induce project storage and the initiation of the Reservoir Filling Plan.

# EXHIBIT  I

## SCOPE

The impoundment of water behind the reservoir, as discussed in the Water Control Plan in Attachment I, sets forth the general plan for the operation of the Seven Oaks Dam reservoir. Safety measures to be taken before and during filling are noted in Appendix IV and in the separate Emergency Action Plan referenced as Attachment II. The public must be informed at regular intervals as the pool is being filled under normal conditions. Various government agencies, including the public, are to be notified by the Operations Manager. This notification process will be part of normal operation of the dam project. The Operations Manager is responsible to maintain a current notification list of agencies, names, and phone numbers similar to the Notification Subplan of the separate Emergency Action Plan. As the pool is filling, project personnel must maintain surveillance in accordance with Appendix II. Should something occur which might in any way be hazardous to the structure or the safety of the public, the Emergency Action Plan must be put into effect. Additional appendices covering such information as cultural site surveillance and environmental considerations are included for referral by the Seven Oaks Dam Operations Manager.

a.  Appendix I - Pertinent Project Data. This appendix contains all pertinent data concerning the project.

b.  Appendix II - Project Surveillance. This appendix discusses instrumentation, visual inspection, and instrument monitoring. Various criteria are listed that would call for an unscheduled inspection.

c.  Appendix III - Environmental and Cultural Site Surveillance. This is a discussion of the observation of historical properties and the procedures to be taken if a site is found or if damage is discovered on an existing site.

d.  Appendix IV - Safety Plan. This appendix discusses safety procedures to be followed when implementing this plan.

e.  Appendix V – Checklist of Conditions Affecting Dam Safety. This appendix contains a checklist to be used in discovering and correcting problems.

f.  Attachment I - Water Control Plan. This attachment provides a detailed plan for the safe and effective operation of Seven Oaks Dam. Due to the listing of the San Bernardino Kangaroo Rat (SBKR) to the endangered species list in January 1998, the Corps is in Section 7 consultation with the U.S. Fish and Wildlife Service to assess operation impacts and mitigation plans. The water control plan that is approved and currently implemented is titled "Interim Water Control Plan Prior to and During Section 7 Consultation Period", dated January 2000. The plan remains in force until the consultation process is complete and a water control plan for normal flood control operation is approved. The final water control plan may

## Exhibit 3                                                    3-421

# EXHIBIT I

differ from the original plan contained in the project documents depending upon the results of the Section 7 consultation.

g.    Attachment II - Emergency Action Plan (under separate cover).  In case of emergency, this attachment sets forth a specific plan of action and designates key personnel to be notified. It also designates the responsibilities of various personnel during an emergency.  The latest plan is dated June 2001 and distributed to the local sponsors in a separate report.  The Emergency Action Plan will be referenced throughout this Initial Reservoir Filling Plan.

h.    Attachment III - Corps of Engineers Publications.  Included is a copy of the publications (ER 1110-2-101, dated 15 March 1996, subject: "Reporting of Evidence of Distress of Civil Works Structures" and ETL 1110-2-231, dated 30 March 1979,  subject:  "Engineering and Design - Initial Reservoir Filling Plan").

## PREFERRED FILLING RATE

Once a reservoir has been safely filled to a certain level and subsequently evacuated, it can be refilled safely to that level at a rapid rate if no signs of distress were noted since the previous filling. The term "safely" is defined as behaving as designed, not simply the fact that failure did not occur. Signs or evidence of distress which could result in problems during subsequent filling if undetected are discussed in Attachment III, ER 1110-2-101, dated 15 March 1996, subject: "Reporting of Evidence of Distress of Civil Works Structures".
(http://www.usace.army.mil/inet/usace-docs/eng-regs/er1110-2-101/entire.pdf)

## IMPLEMENTATION

The responsibility to see that the procedures outlined herein are carried out shall rest with the Operations Manager for the Seven Oaks Dam project, who is responsible for the daily operation and maintenance of the project.  Based on the local sponsors' mutual agreement, San Bernardino County Flood Control District sponsor is designated as the lead operational agency for physical operations and maintenance. Orange County Flood Control District sponsor is responsible for the water control management (Reservoir Regulation) functions.  Therefore, San Bernardino County Flood Control District, in coordination with Orange County Flood Control District, is responsible for the duties of the Operations Manager.  The Operations Manager will keep the Corps of Engineers Los Angeles District Office, Reservoir Regulation Section informed of sponsors' implementation of the program. He will also keep the Los Angeles Corps of Engineers District Office, Emergency Management advised as to progress, problems and actions being undertaken by the sponsors.  The Seven Oaks Dam Operations Manager and his staff will hereinafter be referred to as the project personnel.

The Operations Manager for the Seven Oaks Dam project will be responsible for determining the dates or events by which the reservoir filling monitoring and surveillance plan should be commenced and terminated each year.  The time to implement the plan would most likely overlap the flood season.  He will also ensure adequate technical and material resources are available to implement the plan.

I-3

Exhibit 3                                                3-422

# EXHIBIT I

## REFERENCES

The following Corps of Engineers publications were used in the preparation of this Reservoir Filling Plan. They may be accessed via the Internet: (http://www.usace.army.mil/inet/usace-docs/eng-regs/er1110-2-101/entire.pdf)

a.  ETL 1110-2-231,  30 Mar 79,  Engineering and Design - Initial Reservoir Filling Plan.

b.  ER 1130-2-530,  30 Oct 96,  Flood Control Operations and Maintenance Policies.

c.  ER 1110-2-1150,  31 Aug 99,  Engineering and Design for Civil Works Projects.

d.  ER 1110-2-101, 15 Mar 96, Reporting of Evidence of Distress of Civil Works Structures.

Exhibit 3                                                    3-423

# EXHIBIT  I

## APPENDIX I

## PERTINENT PROJECT DATA

Exhibit 3                    3-424

EXHIBIT I

# Appendix I

## Seven Oaks Dam
## Pertinent Data Sheet

Stream System....................................................................................Santa Ana River

Drainage Area.................................…………………. sq. miles          177

Dam
    Crest Width………………………………………………… feet          40
    Design Freeboard ........................................... feet          5.3

Reservoir
    Elevation
        Original Streambed......................................feet, NGVD          2,060
        Debris Pool (Year 1)................................... feet, NGVD          2,200
        Top of Flood Control................................... feet, NGVD          2,580
        Top of Spillway ........................................... feet, NGVD          2,580
        Top of Dam.................................................. feet, NGVD          2,610
    Area
        Debris Pool (Year 1)................................... acres          79
        Top of Flood Control................................... acres          802
        Top of Spillway ........................................... acres          802
        Top of Surcharge......................................... acres          969
        Top of Dam.................................................. acres          1,067
    Capacity
        Debris Pool (Year 1)................................... acre-feet          3,128
        Top of Flood Control................................... acre-feet          147,970
        Top of Spillway ........................................... acre-feet          147,970
        Top of Dam.................................................. acre-feet          174,609
        Allowance for Sedimentation ....................... acre-feet          32,000

Spillway
Type.............................................. Unlined Trapezoid w/ Concrete Sill
    Crest Invert Length .......................................... feet          1,400
    Crest Width .................................................... feet          500
    Crest Elevation................................................. feet, NGVD          2,580

Outlet Works
    Upstream Tunnel Diameter.............................. feet          18
    Downstream Tunnel Width............................... feet          18
    Length of Tunnel
        (Sta.11+44.25 to Sta.28+00, including gate chamber) feet          1,655.75

5

**Exhibit 3**                    **3-425**

## EXHIBIT I

| | | |
|---|---|---|
| Intake Structure Deck Elevation | feet, NGVD | 2,302 |
| High Level Intake Elevation | feet, NGVD | 2,265 |
| Diversion Intake Elevation | feet, NGVD | 2,100 |
| Gate Type | Vertical Hydraulic | |
| Main Gate Dimensions (Width x Height, dual tandem) | feet | 5 x 8.5 |
| Low-Flow Gate Dimensions | | |
| (Width x Height, single tandem) | feet | 2 x 3.5 |

Reservoir Design Flood (General Storm)

| | | |
|---|---|---|
| Total Volume (4-day) | acre-feet | 115,000 |
| Peak Inflow | ft³/s | 85,000 |
| Peak Outflow | ft³/s | 7,000 |
| Peak Water Surface Elevation | feet, NGVD | 2,580 |

Probable Maximum Flood (General Storm)

| | | |
|---|---|---|
| Total Volume | acre-feet | 326,000 |
| Peak Inflow | ft³/s | 185,000 |
| Peak Outflow | ft³/s | 180,000 |
| Peak Water Surface Elevation | feet, NGVD | 2,604.7 |

6

**Exhibit 3**

EXHIBIT I

# APPENDIX II

## PROJECT SURVEILLANCE

Exhibit 3                                    3-427

EXHIBIT I

# APPENDIX II

# PROJECT SURVEILLANCE

## 1.    General

General surveillance of Seven Oaks Dam will be carried out by project personnel under the direction of the Seven Oaks Dam Operations Manager. Technical Specialists, under the direction of the Seven Oaks Dam Operations Manager will make regular inspections. The Operations Manager will report observed conditions to the Water Control Manager. Report of observed conditions should also be made to the Los Angeles Corps of Engineers District, Engineering Division, Reservoir Regulation Section by voice and in written document.

## 2.    Visual Inspection

During the flood season, when this Reservoir Filling Plan is in effect, visual inspections of the project shall be performed in accordance with the following schedule.

    a.    A thorough visual inspection should be performed on or before September 15 of each year prior to the beginning of the flood season. This should be accomplished sufficiently early to allow remedial actions to be taken prior to the onset of the flood season, if such actions are required.

    b.    When the reservoir level is below the historical maximum level, inspections should be made once per week.

    c.    When the reservoir is being filled at or below the preferred filling rate, inspections should be made once per week.

    d.    When the reservoir is above the historical maximum pool level, inspections should be made daily. The inspectors shall contact the Operations Manager and Water Control Manager if unusual conditions exist at the project so the dam can be operated accordingly.

This schedule of inspections assumes that no unusual conditions exist. If signs of distress are discovered, the schedule should be revised to monitor the potential problem area more often.

In general, the visual inspections include critical areas discussed in ER 1110-2-101, dated 15 March 1996, subject: "Reporting of Evidence of Distress of Civil Works Structures." The inspections will identify the critical areas, as noted in the following paragraph 3.

In addition, the following elevation-based events will initiate a geotechnical specialist response. The purpose of the elevation-based geotechnical response will be to confirm the integrity of the embankment, and the function of the system of seepage monitors and controls.

    1. Elevation 2300 feet, NGVD. The stability of the slopes below the Intake access Road will be assessed by geotechnical specialists.

7

**Exhibit 3**                                                    **3-428**

EXHIBIT I

2. Elevation 2375 feet, NGVD.  The downstream toe of the embankment, adjacent to the right abutment, will be assessed by personnel from the geotechnical specialists for any local seepage effects related to the grouting of the exposed rock nose at the right abutment.

3. Elevation 2418 feet, NGVD.  The downstream instrumentation will be monitored by geotechnical specialists as water is impounded above the abutment drain material.

4. Elevation 2580 feet, NGVD.  The spillway condition will be assessed by geotechnical specialists.

## 3.    Warning Signs

The following tabulation presents conditions, which provide an indication that undesirable behavior is taking place.

a.    Embankment Structures

Crest:

Distortion of alignment
Depressions or sink holes
Cracks

Slopes (upstream and downstream):

Depressions or sink holes
Cracks
Sloughs
Animal burrows
Seepage exiting on the downstream slope or at the toe
Bulges on the slope or at the toe

b.    Concrete Structures

Inlet Structure:

Tilting
Cracking or crushing
Monolith displacement
Offsets at joints
Clogging with debris

Outlet Structure:

Distortion of alignment
Seepage

8

**Exhibit 3**                                                    **3-429**

EXHIBIT I

     Cracking or crushing
     Opening of joints or cracks
     Monolith displacement
     Unusual flow from drains
     Misalignment of handrails
     Misalignment of guardrails

c.  Spillway Crest:

     Distortion of sill contacts
     Surface cracks of sill
     Slope failures in spillway walls

d.  Downstream Area:

     Sand boils
     Depressions or sinkholes
     Seepage
     Bulges

e.  Abutments Adjacent to Structure:

     Animal burrows
     Seeps
     Sloughs
     Cracks

## 4. Instrumentation

Project instrumentation can be valuable in identifying signs of distress, which cannot be visually observed. It is important, therefore, to obtain accurate instrument readings on a regular basis throughout the flood season. Monitoring of instrumentation is not intended to eliminate the need for visual surveillance of the project but is intended to provide supplemental information which is necessary to evaluate the overall performance of the project.

The embankment surface settlement and horizontal movement points should be measured periodically during flood control detention and drawdown. If measurements should produce readings, which differ from historical trends or if the rate of reservoir rise significantly exceeds the preferred filling rate, then the frequency of observation should be increased to suit the circumstances. The embankment geotechnical instrumentation reading schedule is presented in Table II-2-4. The outlet works geotechnical and hydraulic instrumentation reading schedule is presented in Table II-2-10. These tables are excerpted from the project Operation, Maintenance, Repair, Replacement & Rehabilitation (OMRR&R, or O&M) Manual. These schedules should be used in conjunction with the requests of the Los Angeles Corps of Engineers District, Engineering Division, Reservoir Regulation Section regarding frequency of readings under unusual conditions.

Note that the piezometers in the embankment downstream shell are not expected to detect water. If

9

EXHIBIT I

they do, this is a signal for concerns, and the Seven Oaks Dam Operations Manager should immediately notify their Water Control Manager and the Los Angeles Corps of Engineers District, Engineering Division, Reservoir Regulation Section.

Project personnel should be especially diligent in discovering and reporting any seepage. If such discharges increase suddenly or show signs of turbidity, the Seven Oaks Dam Operations Manager should immediately institute continuous monitoring and simultaneously notify their Water Control Manager and the Los Angeles Corps of Engineers District, Engineering Division, Reservoir Regulation Section.

## 5.    Emergency Decision Conditions

a.    Documentation. Visual inspection will be made of the dams and principal appurtenances for any evidence of distress that could lead to unsatisfactory performance or potential failure. Any abnormal occurrence should be closely monitored and thoroughly documented. A detailed record of pertinent information is to be maintained, including, but not limited to, description of occurrence, cause if known, whether or not the problem is worsening with time, severity of problem, location, date, time, weather conditions, pool elevation, and remedial actions, if any. The collection of all factual and technical information is important. Photographs are particularly valuable for documenting an abnormal occurrence and should be used extensively to record such conditions visually.

b.    Abnormal Occurrences  The following summarizes items that may require emergency action and should be considered serious enough to warrant immediate notification of the Water Control Manger and engineering office for assistance and direction:

Reservoir:

*    Development of whirlpools

*    Development of a constant stream of air bubbles for no apparent cause

*    Indication of impending landslides in the reservoir rim

Dam Section and Foundation (Embankment Section):

*    Development of cracks or enlargement of existing cracks in the dam crests or along the dam slopes

*    Slides or sloughs in the dam sections on either face of the dams

*    Development of bulges or depressions on the dam crest or slopes or at the toes of the embankments

*    Development of depression on the dam crests or slopes

10

**Exhibit 3**                                           **3-431**

EXHIBIT I

   *     Misalignment of roadways, guard rail or other appurtenant structures that could be evidence of movement within the dam sections

   *     Development of seeps on the downstream slope of the dams

   *     Undesirable changes in existing seeps such as significant increases in quantity or turbidity of the seepage water

   *     Abnormal readings from project instrumentation

<u>Abutments and Contacts</u>:

   *     Development of cracks or enlargement of existing cracks on the abutment slopes

   *     Development of bulges at the toe of a slope

   *     Development of large slides on the abutments

   *     Distortion of abutment slopes that indicate the potential for large slides

   *     Evidence of serious seepage along or through the abutment

   *     Undesirable changes in seepage conditions such as significant increases in seepage quantity or increase in turbidity of seepage water

<u>Concrete Structures</u>:

   *     Signs of significant cracking or movement of joints and/or cracks

   *     Seepage through joints or cracks

   *     Abnormal increases in flow quantity and/or turbidity of discharges from foundation drains

   *     Abnormal changes in magnitude of readings from foundation drains

## 6.    Reporting

Any abnormal or critical occurrences will be reported immediately by the Seven Oaks Dam Operations Manager to their Water Control Manager for further instructions or advice, and so that any additional specialists can be mobilized. Operations Manager should also report the occurrences to the Los Angeles Corps of Engineers District Office, Engineering Division, Reservoir Regulation Section.

**Exhibit 3**                                                                 **3-432**

EXHIBIT I

TABLE II-2-4 (From O&M Manual): EMBANKMENT GEOTECHNICAL INSTRUMENTATION READING SCHEDULE

| EMBANKMENT GEOTECHNICAL INSTRUMENTATION | LOCATION | NUMBER OF INSTRUMENTS | TRIGGERING EVENT | MINIMUM READING SCHEDULE | | |
|---|---|---|---|---|---|---|
| | | | | NORMAL OPERATION | | |
| | | | | FIRST 2 YEARS | 2 TO 5 YEARS | MORE THAN 5 YEARS |
| STRONG MOTION ACCELEROGRAPHS | Embankment crest, right abutment, free-field (A-1 to A-4, A-7 and A-8) | 6 | Post-earthquake condition -- read as soon as possible if any of the following conditions applies:<br>- Richter 4.0 or greater within 3 miles radius, or<br>- Richter 5.0 or greater within 30 miles radius, or<br>- Richter 6.0 or greater within 50 miles radius, or<br>- Damage reported at project, or<br>- Acceleration of 0.1g. | Semi-annually | Semi-annually | Semi-annually |
| EMBANKMENT PIEZOMETERS (VWP & PNP)[2] | Embankment drain zones interface | 24 | Pool level between El. 2150 & 2200; weekly.<br>Pool level between El. 2200 & 2300; daily.<br>Pool level between El. 2300 & 2400; one reading at every 10 foot increase in pool level.<br>Pool level above 2400; one reading at every 5-10 foot increase in pool level. | Quarterly | Semi-annually | Annually |
| OBERVATION WELLS | Downstream toe of dam (OW-1 and OW-2) | 2 | Same as specified for embankment piezometers. | Quarterly | Semi-annually | Annually |

12

Exhibit 3

3-433

EXHIBIT I

| EMBANKMENT GEOTECHNICAL INSTRUMENTATION | LOCATION | NUMBER OF INSTRUMENTS | TRIGGERING EVENT | MINIMUM READING SCHEDULE | | |
|---|---|---|---|---|---|---|
| | | | | NORMAL OPERATION | | |
| | | | | FIRST 2 YEARS | 2 TO 5 YEARS | MORE THAN 5 YEARS |
| INCLINOMETERS SETTLEMENT & HORIZONTAL MOVEMENT | Embankment (SI-1 to SI-6) | 6 | Pool level between El. 2150 & 2200; one reading when pore pressure is detected. | | | |
| | | | Pool level between El. 2200 & 2300; one reading every 2 weeks on SI-3, SI-4, & SI-5. | | | |
| | | | Pool level between El. 2300 & 2400; one reading at every 50 foot increase in pool level on SI-1 thru SI-6. | Quarterly | Semi-annually | Annually |
| | | | Pool level above 2400; one reading at every 20 foot increase in pool on all inclinometers. | | | |
| | | | Post-earthquake condition (see strong motion accelerographs); read as soon as possible. | | | |
| SETTLEMENT MONUMENTS | Embankment (SM-100 to SM-177) | 78 | Pool level between El. 2150 & 2200; one reading when pore pressure is detected. | | | |
| | | | Pool level between El. 2200 & 2300; one reading every 2 weeks on all monuments except for monuments inundated. | | | |
| | | | Pool level between El. 2300 & 2400; one reading at every 50 foot increase in pool on all monuments except for monuments inundated. | Semi-annually[3] | Semi-annually[3] | Annually |
| | | | Pool level above 2400; one reading at every 20 foot increase in pool on all monuments except for monuments inundated. | | | |
| | | | Post-earthquake condition (see strong motion accelerographs); read as soon as possible. | | | |

13

Exhibit 3                                                                 3-434

EXHIBIT I

| EMBANKMENT GEOTECHNICAL INSTRUMENTATION | LOCATION | NUMBER OF INSTRUMENTS | MINIMUM READING SCHEDULE | | | |
|---|---|---|---|---|---|
| | | | TRIGGERING EVENT | NORMAL OPERATION | | |
| | | | | FIRST 2 YEARS | 2 TO 5 YEARS | MORE THAN 5 YEARS |
| RESERVOIR INDEX RANGE LINES MONUMENTS | Reservoir (7000 to 7054, 8000 to 8024, and 9000 to 9023) | 104 | After major flooding or sediment inflow. | Initial | 5 years | 5 years |
| STAFF GAGES | Along upstream left abutment groin | 102 | As required during reservoir operations | | | |

(1)  See Table II-2-10 for Outlet Works Geotechnical and Hydraulic Instrumentation Reading Schedule.

(2)  VWP is vibrating Wire Piezometers. PNP is Pneumatic Piezometers.

(3)  100% of the embankment settlement monuments and inclinometers should be read for vertical and horizontal displacement at each monitoring session, except as indicated as follows:
A reduced number of settlement monuments may be read for horizontal displacement during the first 5 years at 6th month, 18th month, 30th month, 42nd month, and 54th month periods.  See O&M Manual, Part II, Chapter 2, paragraph 2.2.2.8.

14

Exhibit 3

3-435

EXHIBIT I

TABLE II-2-10 (From O&M Manual):  OUTLET WORKS GEOTECHNICAL AND HYDRAULIC INSTRUMENTATION READING SCHEDULE

| OUTLET WORKS GEOTECHNICAL & HYDRAULIC INSTRUMENTATION | LOCATION | NUMBER OF INSTRUMENTS | MINIMUM READING SCHEDULE | | | |
|---|---|---|---|---|---|---|
| | | | TRIGGERING EVENT | NORMAL OPERATION | | |
| | | | | FIRST 2 YEARS | 2 TO 5 YEARS | MORE THAN 5 YEARS |
| OUTLET WORKS STRONG MOTION ACCELEROGRAPHS | Intake structure and gate chamber (A-5 and A-6) | 2 | Post-earthquake condition -- read as soon as possible if any of the following conditions applies: - Richter 4.0 or greater within 3 miles radius, or - Richter 5.0 or greater within 30 miles radius, or - Richter 6.0 or greater within 50 miles radius, or - Damage reported at project, or - Acceleration of 0.1g. | Semi-annually | Semi-annually | Semi-annually |
| JOINT METERS | Rock/concrete interface of intake structure backslope (JM-1, JM-2, JM-2A, JM-4, JM-4A, JM-5, JM-6, JM-7, and JM-8) | 9 | Initial filling -- daily for a week; weekly for a month; monthly. Subsequent Fill/Empty Cycles -- based on results of initial fill monitoring; same reading as initial filling for subsequent filling exceeding previous maximum reservoir level. Post-earthquake condition (see strong motion accelerographs)-- read as soon as possible. If readings represent a change from previous readings, continue daily for 1 week, or until readings return to pre-earthquake readings, whichever is less.  Return to normal reading schedule. | Monthly to establish baseline values. | Quarterly | Quarterly |

15

Exhibit 3

3-436

EXHIBIT I

| OUTLET WORKS GEOTECHNICAL & HYDRAULIC INSTRUMENTATION | LOCATION | NUMBER OF INSTRUMENTS | TRIGGERING EVENT | MINIMUM READING SCHEDULE NORMAL OPERATION | | |
|---|---|---|---|---|---|---|
| | | | | FIRST 2 YEARS | 2 TO 5 YEARS | MORE THAN 5 YEARS |
| STRAIN METERS | Upstream tunnel and upstream gate chamber transition (SM-1 to SM-3, SM-6, and SM-7) | 8 | Initial pressure flow in tunnel – daily.<br><br>Partial flow in tunnel during reservoir fill/empty – weekly for a month, then monthly.<br><br>Post-earthquake condition (see strong motion accelerographs)– read as soon as possible. If readings represent a change from previous readings, continue daily for 1 week, or until readings return to pre-earthquake readings, whichever is less.  Return to normal reading schedule. | Monthly readings to establish baseline. | Quarterly | Quarterly |
| LOAD CELLS | Intake structure rockslope (LC-1 to LC-12) | 12 | Initial filling – daily for a week; weekly for a month, monthly.<br><br>Subsequent Fill/Empty Cycles – based on results of initial fill monitoring; same reading as initial filling for subsequent filling exceeding previous maximum reservoir level.<br><br>Post-earthquake condition (see strong motion accelerographs)– read as soon as possible. If readings represent a change from previous readings, continue daily for 1 week, or until reings return to pre-earthquake readings, whichever is less.  Return to normal reading schedule. | Monthly readings to establish baseline. | Quarterly | Quarterly |
| VOLUME-TIME FLOW DEVICE | One gate chamber gutter, and two access tunnel gutters | 3 | Pool at 5-year or greater event elevation. | Monthly and for any high pool above normal debris pool elevation. | Twice a year at minimum and maximum pool. | Twice a year at minimum and maximum pool. |

16

Exhibit 3                3-437

EXHIBIT I

| OUTLET WORKS GEOTECHNICAL & HYDRAULIC INSTRUMENTATION | LOCATION | NUMBER OF INSTRUMENTS | TRIGGERING EVENT | MINIMUM READING SCHEDULE | | |
|---|---|---|---|---|---|---|
| | | | | NORMAL OPERATION | | |
| | | | | FIRST 2 YEARS | 2 TO 5 YEARS | MORE THAN 5 YEARS |
| SURVEY MONUMENTS | Intake structure (SO2001-3 and SO2001-4) and access tunnel (SM200 to SM222) | 25 | Post-earthquake condition (see strong motion accelerographs); read as soon as possible. | Semi-annually[2] | Semi-annually[2] | Annually[2] |
| HYDRAULIC OPERATIONAL PIEZOMETERS | Intake structure, outlet tunnel, minimum discharge line (O-1 to O-10) | 10 | As required during reservoir operations | | | |

(1) See Table II-2-4 for Embankment Geotechnical Instrumentation Reading Schedule.
(2) When embankment dam settlement monuments are read, also read 100% of outlet works survey instruments for horizontal and vertical displacement.

17

Exhibit 3                                3-438

EXHIBIT I

# APPENDIX III

## ENVIRONMENTAL AND CULTURAL SITE SURVEILLANCE

Exhibit 3                                                    3-439

EXHIBIT I

# APPENDIX III

## ENVIRONMENTAL AND CULTURAL SITE SURVEILLANCE

### 1.    Environmental Considerations

All environmental commitments made in the 1988 Supplemental Environmental Impact Statement (SEIS) prior to project construction have been complied with during design and construction. Post-construction mitigation monitoring will be performed on remaining required environmental commitments. Project personnel are required to continue to adhere to the environmental commitments and mitigation measures that were developed during preparation of the SEIS, Section 7 (Endangered Species Act) consultations, and subsequent coordination and NEPA/CEQA (National Environmental Policy Act/California Environmental Quality Act) documentation. NEPA compliance will be required if environmental conditions or future operation and maintenance activities change. Monitoring of reservoir water quality is required in accordance with environmental commitments in the SEIS. Refer to project OMRR&R Manual for water quality testing parameters and frequency.

Environmental problems associated with filling Seven Oaks Dam Reservoir to levels in excess of historical maximum floods are minor. The highly variable flow rates characteristic of the Santa Ana River have allowed the development of local plant and animal communities which are adapted to alternating conditions of drought and flood. Area trees and shrubs are tolerant or intermediately tolerant to flooding and should not be adversely affected by short-term flood storage. Following floodwater recession, increased soil moisture should allow rapid germination and re-vegetation of the area by grasses and other herbaceous plants. Colonists from the surrounding area will replace animal resources lost due to flooding. Tumbleweeds have typically been the first and most abundant species to re-establish after any retention of flood waters, often so dense as to be an operational problem in that they plug channel areas and preclude growth of other species.

### 2.    Cultural Resources Surveillance

Cultural resources investigations for the project area were conducted for the SEIS in 1988. It involved an overview study (Altschul, Rose and Lerch 1984), extensive historic archival research, oral historical interviews, and a sample field survey (Brock, et al. 1986). The surveys located 39 cultural resources in the area of potential effect, including the damsite, reservoir area, borrow areas, and haul roads and staging areas. Historic properties subject to impacts of reservoir inundation included the Southern California Edison Santa Ana River Hydroelectric System, the Santa Ana Canyon Road, and multiple historic refuse scatters. The Edison Hydroelectric System was determined eligible for inclusion in the National Register of Historic Places and concurred by the State Historic Preservation Officer. The effected facilities have been relocated or modified for inundation as mitigation measure.

20

Exhibit 3                                                              3-440

EXHIBIT I

Any change noticed in prehistoric or historic archeological sites during routine inspection of the
reservoir, especially those attributed to water erosion, shall be reported by Operations Manager to
the sponsors' District archeologists within two (2) working days of their discovery. The District
archeologists will be responsible for determining the nature and severity of the damage and
coordinate with the State Historic Preservation Officer and Advisory Council on Historic
Preservation.

21

**Exhibit 3**                                                    **3-441**

EXHIBIT I

# APPENDIX IV

## SAFETY PLAN

Exhibit 3                                          3-442

EXHIBIT I

# APPENDIX IV

## SAFETY PLAN

1.    All personnel in the field will wear hard hats for identification and will be fully authorized to act on any matter dealing with safety.

2.    All instances of safety violations, hazardous conditions, or incidents will be documented and logged.

3.    Personnel should be firm, but tactful, in dealing with the public to protect them from hazards.  If cooperation cannot be obtained, the situation should be reported immediately to the operations manager.

4.    If assistance is required to remove the public from the pool rise area, assistance will be available from the operations manager's office and the local authorities will be dispatched.

5.    All personnel are cautioned to be alert during surveillance activities due to the increased dangers of falls due to steep terrain, mud, and banks caving in from wave action.  These dangers should be pointed out to any of the public observed near the reservoir.

6.    The Seven Oaks Dam Operations Manager will take action to inform the public during pool rise of hazards expected.

7.    All access roads into the expected pool area will be closed to the public.  Standard reflectorized signs and barricades will be used.  Cable gates will not be used to close roads.

22

**Exhibit 3**                                                                    **3-443**

EXHIBIT I

# APPENDIX V

# CHECKLIST OF CONDITIONS AFFECTING DAM SAFETY

Exhibit 3                                                        3-444

EXHIBIT I

## APPENDIX V

## CHECKLIST OF CONDITIONS AFFECTING DAM SAFETY

The Seven Oaks Dam Operations Manager and technical staff will make routine inspections of the dam at intervals that will assure safety and operating reliability. This Appendix contains a checklist which is to be used to aid in discovering and correcting problems which could lead to dam failure or uncontrolled release of water.

23

**Exhibit 3**                                                                 **3-445**

EXHIBIT I

## TABLE V-1

## ENGINEERING PROBLEMS

## OBSERVANCE - SINKHOLES IN CREST OF DAM, SLOPES OF DAM, OR DOWNSTREAM OF DAM

| Probable Cause | Contributing Factors | Surveillance Frequency | Action |
|---|---|---|---|
| Piping (internal erosion), either in the embankment or foundation, has eroded a cavity causing the earthen material above to collapse. | Fault in embankment foundation -- fine material migrating due to excessive seepage pressure. | Constant, until condition stabilized and/or cause is established and corrected, if possible. | Outlet works should be opened to full capacity immediately.<br><br>Walkover inspection of entire dam searching for additional sinkholes, muddy discharges downstream, whirlpools upstream.<br><br>Read all piezometers.<br><br>Advise lead Sponsor's Operations Center and Corps of Engineers Reservoir Operations Center (ROC) immediately, regardless of time of day.<br><br>In extreme cases where the sinkhole is very large and/or rapidly enlarging, especially if accompanied by large muddy discharge and/or upstream sinkhole or whirlpool, the dam should be considered in imminent danger and immediate action must be taken. Warn downstream areas and notify lead Sponsor's Operations Center and Corps of Engineers ROC as soon as possible. Implement Emergency Action Plan notifications. |

24

Exhibit 3

3-446

EXHIBIT I

## OBSERVANCE - CRACKS OR SLIDES IN EMBANKMENT, FOUNDATION, OR NATURAL MATERIAL OR RESERVOIR RIM

| Probable Cause | Contributing Factors | Surveillance Frequency | Action |
|---|---|---|---|
| Shrinkage due to drying. | Dry weather, high pool, low pool, pool quickly drawn down, earthquake. | Continuous until cause is established. | Check for enlargement of cracks due to erosion. |
| Movement resulting from shear failure could be due to seepage, surface runoff entering cracks, wet season, or rapid reservoir drawdown. | | | Determine if movement is still occurring. Check for seepage, boils, etc. |
| | | | Walkover inspection of entire dam. Observe alignment of dam crest, bulging of toe of dam, displacement of riprap, or slope protection. |
| | | | If crack is small and not enlarging and not carrying material (clear water), notify lead Sponsor's Operations Center and Corps of Engineers Reservoir Operations Center (ROC) during normal business hours. |
| | | | In all new instances, notify lead Sponsor's Operations Center and Corps of Engineers ROC immediately. |
| | | | Determine if slide is moving and the extent of slide, if possible. |
| | | | If crack is enlarging due to seepage or effluent from the crack is carrying a large amount of material, warn downstream areas and notify lead Sponsor's Operations Center and Corps of Engineers ROC as soon as possible. |
| | | | When the dam is being over-topped or is in danger of being overtopped, the dam is in imminent danger. Warn downstream residents and lead Sponsor's Operations Center and Corps of Engineers ROC as soon as possible. Implement |

25

Exhibit 3

3-447

EXHIBIT I

Emergency Action Plan. Sandbags or other means should be used to increase freeboard where feasible, and the outlet fully opened.

26

Exhibit 3 3-448

EXHIBIT I

## OBSERVANCE - LEAKAGE: WATER SEEPAGE

| Probable Cause | Contributing Factors | Surveillance Frequency | Action |
|---|---|---|---|
| Faulty seepage barrier in foundation, abutments, or embankment | Higher pool levels than previously impounded, rapid filling of the reservoir | Constant until cause is established. | Walkover inspection of entire area downstream of dam. Report all seeps to lead Sponsor's Operations Center and Corps of Engineers ROC. |
| | | | Try to determine source of seepage. Unless the muddy water is due to surface erosion, muddy seepage should be considered serious and lead Sponsor's Operations Center and Corps of Engineers Reservoir Operations Center (ROC) notified immediately. |
| | | | If the discharge is large or increasing rapidly, the dam should be considered in imminent danger of failure. Place gravel or rock materials in the seepage area to stop migrating soil (but not the water). Use filter cloth if available. Warn downstream areas and lead Sponsor's Operations Center and Corps of Engineers ROC as soon as possible. Implement Emergency Action Plan. |
| | | | If upstream entrance point is known, try to plug area in a manner discussed below for "upstream, whirlpool." Outlet should be fully open. |

27

Exhibit 3                                                    3-449

EXHIBIT I

## OBSERVANCE - UPSTREAM WHIRLPOOL

| Probable Cause | Contributing Factors | Surveillance Frequency | Action |
|---|---|---|---|
| Piping (internal erosion) uncontrolled seepage had eroded a substantial cavity through which a large volume of water is escaping either through the embankment or foundation. | Sinkholes, cracks, boils, or seepage through the embankment, foundation, or abutments. | Continuous, or as frequent as practicable. | The dam is in imminent danger of failure. Warn downstream areas and notify lead Sponsor's Operations Center and Corps of Engineers Reservoir Operations Center (ROC) as soon as possible. Implement Emergency Action Plan.

Search abutments, dam and downstream area for seepage, sinkholes, boils, and/or if there is discharge of water somewhere downstream.

Attempt should be made to plug the entrance with large rock or anything that is available. Use riprap off the face of the dam if practicable. Vehicles may also be useful. If the large material appears to reduce the flow, follow with progressively smaller material. |

28

Exhibit 3

3-450

EXHIBIT I

## OBSERVANCE - OVERFLOWING PIEZOMETERS

| Probable Cause | Contributing Factors | Surveillance Frequency | Action |
|---|---|---|---|
| Increase in water pressure in foundation or embankment. | High pool. Increase in ground water elevation due to wet weather.<br><br>Crack or piping through impervious zone. | Frequently until cause is determined. | Look for boils and wet areas. Note change in seepage or relief well flow. Unless severe or accompanied by other problems, notify lead Sponsor's Operations Center and Corps of Engineers Reservoir Operations Center (ROC) during normal business hours. Add pressure gage or increase piezometer elevations, if possible. |

29

Exhibit 3                                    3-451

EXHIBIT I

# OBSERVANCE - CONDUIT FLOWS GREATER THAN NORMAL FOR A SET GATE OPENING

| Probable Cause | Contributing Factors | Surveillance Frequency | Action |
|---|---|---|---|
| Structural or stability failure in the outlet works. | Lake water has percolated through the embankment and is entering the outlet works passageway. | Constant until cause is determined. | Close the conduit gates and observe discharge in stilling basin. If original observance is confirmed, keep gates in closed position and notify lead Sponsor's Operations Center and Corps of Engineers Reservoir Operations Center (ROC). |

30

Exhibit 3

3-452

EXHIBIT I

**TABLE V-2**
**EXTREME CONDITION CHANGES**

RADICAL CHANGE IN CONDITIONS - EARTHQUAKE

| Observe | Check | Frequency | Action |
|---|---|---|---|
| Dams and abutments | All engineering problems. | Constantly. | See appropriate engineering Problem. |
| Outlet works | Determine if gates are operational | | Put gates into operation as soon as possible. |
| | Opening of joints. | | Determine location and extent of opening if possible. |
| Conduit | If electric power is disrupted. | | Provide emergency power by means of portable generator. |

31

Exhibit 3                                                   3-453

EXHIBIT I

## RADICAL CHANGE IN CONDITIONS - HIGH WIND

| Observe | Check | Frequency | Action |
|---|---|---|---|
| Waves overtopping dam. | Downstream slope for erosion. | Continuous, or as frequent as practicable. | Any time dam is likely to be overtopped, notify lead Sponsor's Operations Center and Corps of Engineers ROC. |
| Condition of riprap. | Upstream slope for erosion of waterline. | | If practicable, try to control erosion with sandbags or other means. |

32

Exhibit 3                                    3-454

EXHIBIT I

## RADICAL CHANGE IN CONDITIONS - FLOOD POOLS

| | Observe | Check | Frequency | Action |
|---|---|---|---|---|
| | Abutments and downstream area. | Seepage areas, boils, cracks, slides, bulging at toe. | Frequent. | See appropriate action under Engineering Problems. |
| | Crest. | Cracks, slides, over-topping, alignment of guardrail posts, settlement. | | |
| | Upstream slope. | Condition of riprap, alignment of waterline, upstream whirlpool. | | |
| **Spillway discharge** | Spillway. | Erosion, slides, stability of spillway structure. | Frequent. | Improve stability. Place rock or other material to control erosion and direction of flow where practicable. |
| | Downstream toe. | Erosion, eddy currents, direction of flow. | | Warn downstream areas of flows that will exceed channel capacity. |

33

Exhibit 3

EXHIBIT I

**ATTACHMENT I**

**WATER CONTROL PLAN**

Exhibit 3                                         3-456

EXHIBIT I

# Refer to the latest
# WATER CONTROL PLAN

Exhibit 3                                    3-457

EXHIBIT I

# ATTACHMENT II

# EMERGENCY ACTION PLAN

Exhibit 3                              3-458

EXHIBIT I

# Refer to the latest EMERGENCY ACTION PLAN under separate cover

Exhibit 3                                    3-459

EXHIBIT I

## ATTACHMENT III

## CORPS OF ENGINEERS PUBLICATIONS

**ER 1110-2-101, Reporting of Evidence of Distress of Civil Works Structures, Dated 15 March 1996**

**ETL 1110-2-231,  Engineering and Design - Initial Reservoir Filling Plan, Dated 30 March 1979**

Exhibit 3                                                              3-460

# EXHIBIT   J.

# SEVEN OAKS DAM
# BIOLOGICAL OPINION
# DATED
# DECEMBER 2002

Exhibit 3                                  3-461





# United States Department of the Interior

FISH AND WILDLIFE SERVICE
Ecological Services
Carlsbad Fish and Wildlife Office
6010 Hidden Valley Road
Carlsbad, California 92009



In Reply Refer To:
FWS-SB-1000.10

DEC 1 9 2002

Ruth Villalobos
Chief, Planning Branch
U.S. Army Corps of Engineers
P.O. Box 532711
Los Angeles, California 90053-2325

Attn:  Joy Jaiswal and Hayley Lovan

Re:  Section 7 Consultation for Operations of Seven Oaks Dam, San Bernardino County,
     California (1-6-02-F-1000.10)

Dear Ms. Villalobos:

This document transmits our biological opinion on operations for Seven Oaks Dam, San
Bernardino County, California, and the possible effects on the federally endangered San
Bernardino kangaroo rat (*Dipodomys merriami parvus*, "SBKR") and its designated critical
habitat, slender-horned spineflower (*Dodecahema leptoceras*, "spineflower"), and Santa Ana
River woolly star (*Eriastrum densifolium* ssp. *sanctorum*, "woolly star"), least Bell's vireo (*Vireo
bellii pusillus*, "vireo"), southwestern willow flycatcher (*Empidonax traillii extimus*,
"flycatcher"), and arroyo toad (*Bufo californicus*, "toad") and the federally threatened coastal
California gnatcatcher (*Polioptila californica californica*, "gnatcatcher"), California red-legged
frog (*Rana aurora draytonii*, "frog"), and Santa Ana sucker (*Catostomus santaanae*, "sucker") in
accordance with section 7 of the Endangered Species Act of 1973 (Act), as amended (16 U.S.C.
1531 *et seq.*).  Your request for formal consultation was received on August 14, 2000.  We have
determined that the proposed operation of Seven Oaks Dam is not likely to adversely affect the
vireo, flycatcher, toad, gnatcatcher, frog, or sucker; therefore, these species will not be addressed
further in this biological opinion.

This biological opinion is based on the (1) *Biological Assessment Seven Oaks Dam, Santa Ana
River Mainstem Project* (BA) dated August 2000 (MEC 2000a); (2) the *Qualitative Assessment;
Adequacy of assumptions and first order cost estimates associated with mitigation monitoring
Seven Oaks Dam* dated June 2001 (MEC 2001); (3) the *General Design Memorandum No. 1,
Phase II on the Santa Ana River Mainstem* (GDM) dated August 1988 (U.S. Army Corps of
Engineers 1988a); and (4) other correspondence, notes and information compiled during the
course of our consultation with your staff.  This information and other references cited in this
biological opinion constitute the best available scientific information on the status and biology of
the species considered.  The complete administrative record for this consultation is on file at the
Carlsbad Fish and Wildlife Office.

Exhibit 3

3-462



Ruth Villalobos (FWS-SB-1000.10)                                                                                    2

Consultation History

The operation of Seven Oaks Dam is one component of the greater Santa Ana River Mainstem Project ("Mainstem") undertaken by the U.S. Army Corps of Engineers (COE) to address flood control on the Santa Ana River. The U.S. Fish and Wildlife Service (Service) issued a biological opinion (1-1-80-F-75) to COE on October 1, 1980, which assessed effects to listed species including the California least tern (*Sterna antillarum browni*), the light footed clapper rail (*Rallus longirostris levipes*) and California brown pelican (*Pelecanus occidentalus*) from the construction of downstream sections of Mainstem. On June 22, 1989, we issued another biological opinion (1-6-88-F-6) to address effects to the vireo and woolly star from the raising of Prado Dam and Mill Creek Levee and construction of Seven Oaks Dam.

Construction of Seven Oaks Dam began in March of 1994. The SBKR was emergency listed in January 1998, and dam construction was stopped until our issuance of a biological opinion (1-6-98-F-21) dated February 4, 1998, which addressed effects to SBKR from continued use of the Pervious Borrow Site for dam construction. That biological opinion stressed that the operation of the dam was of "utmost importance due to the reliance of the plant and animal community of the Santa Ana Wash on periodic flood events," and that consultation on operation of the dam would be required in the future. The 2000 BA (pg. 15) provides a summary of informal consultation that took place between our agencies from January 1998 and January 2000.

On October 12, 2000, we sent your agency a letter acknowledging initiation of formal consultation on August 14, 2000. Our agencies held a meeting on Oct 31, 2000, to discuss conservation measures and other outstanding issues. On November 16, 2000, the Service sent your agency a letter requesting an extension of formal consultation to February 26, 2001 (erroneously February 26, 2000, in the letter) to allow receipt and analysis of information that had been asked of COE at the meeting on October 31, 2000.

On December 11, 2000, the Service sent a letter to COE commenting on the Final Biological Assessment. On February 9, 2001, we sent COE a letter again requesting information discussed at the meeting on October 31, 2000, and requesting another 60-day extension to April 27, 2001. In that letter we suggested that COE conference on proposed critical habitat for SBKR.

On March 14, 2001, our agencies and the local sponsors met to discuss Mainstem projects including Seven Oaks Dam. On April 17, 2001, we met with your agency to discuss habitat and species monitoring for Seven Oaks Dam. In a letter dated April 20, 2001, the Service sent your agency a letter again requesting information discussed at the meeting on October 31, 2000. We stated that an opinion would be issued 45 days from receipt of the complete information request. Our agencies met to discuss Mainstem projects on May 22, 2001, where we discussed interdependency of the components of Mainstem and conservation measures for Seven Oaks Dam operations impacts. In your letter dated May 29, 2001, which included the information we previously requested, you also requested formal conference on proposed critical habitat for the SBKR.

On June 8, 2001, we received your *Qualitative Assessment* document. On August 2, 2001, our agencies met to further discuss issues associated with mitigation and monitoring. On August 8,

Exhibit 3                                                                                    3-463

Ruth Villalobos (FWS-SB-1000.10)                                                    3

2001, the Service sent a letter to COE requesting an extension of formal consultation for another
90 days to allow completion of the biological opinion for the Prado Basin and Norco Bluffs
components of Mainstem and to address monitoring and management issues at Seven Oaks Dam.

On September 4, 2001, the Service sent a letter to COE with comments and information requests
based on our review of the *Qualitative Assessment*. On December 5, 2001, the Service issued a
biological opinion on the Prado Basin and Norco Bluffs components of Mainstem.

Our agencies met on May 3, 2002, to discuss funding assurances, monitoring plans, statistical
analyses, and other issues for Seven Oaks Dam. On July 19, 2002, we received a letter from your
agency requesting completion of formal consultation by September 20, 2002. In our meeting on
July 23, 2002, we discussed outstanding issues including the multiple species management plan
development, management action triggers, water appropriations, and sediment transport. In an
electronic mail correspondence to your staff on August 6, 2002, we requested a written response
to our comments and information requests on the *Qualitative Assessment*.

On August 19, 2002, we sent a letter to COE stating that the September 20, 2002, biological
opinion deadline would not be met due to meetings scheduled for September 10-12, 2002, where
it was hoped that resolution on outstanding issues would be achieved. We met on September 10
and 11, 2002, to discuss those outstanding issues. In that meeting, COE committed to
responding to our comments on the *Qualitative Assessment* and providing a draft project
description. The Service committed to providing a draft biological opinion on November 12,
2002. We received COE's response to our comments on the *Qualitative Assessment* on
September 26, 2002, and the draft project description on September 30, 2002. A draft biological
opinion was provided on November 12, 2002. We received your comments on the draft
biological opinion on November 20, 2002, and a further analysis of effects to listed species from
future conservation actions on December 3, 2002. We provided a revised draft biological
opinion on December 12, 2002.

BIOLOGICAL OPINION

DESCRIPTION OF THE PROPOSED ACTION

The Seven Oaks Dam, located on the Santa Ana River near the City of Highland, is a major
feature of the Santa Ana River Mainstem Project. This dam is designed to provide flood
protection along the Santa Ana River. The Seven Oaks Dam watershed drains an area of about
177 square miles. Seven Oaks Dam is a 550-foot high earthen dam with a gross retention
capacity of 145,600 acre-feet at the spillway crest elevation. Specific dam features are described
in detail in the 2000 BA. The dam is intended to be operated for flood control purposes by
temporarily retaining water and attenuating peak flows until the downstream flood threat has
passed. The hydrologic effect of Seven Oaks Dam is to reduce peak flood flows downstream to
Prado Dam, which controls floods downstream to the Pacific Ocean. Construction began in
March 1994, and the dam became operable in December 1999.

Since its completion, the dam has been operated in accordance with an interim operation plan
that was developed in coordination with, and approved by, the Service. The purpose of this

Exhibit 3

Ruth Villalobos (FWS-SB-1000.10)                                                    4

interim plan was to avoid impacts to the SBKR and other species while the long-term operation
plan, including conservation measures, was being developed and undergoing consultation. The
interim plan involved passing as much inflow as physically possible without risk to public safety
and/or the dam itself. The dam was also operated so as not to interfere with downstream water
rights. In general, the dam has been operated so that during non-flood conditions, releases match
inflows as closely as possible. The plan is fully described in the Interim Water Control Plan
(COE 1999a).

The proposed project involves operating the dam fully for flood control, including use of the
gated outlet structure, as described in the GDM. COE and local flood control districts of Orange,
San Bernardino and Riverside counties (local sponsors) propose to initiate long-term operation of
Seven Oaks Dam in a manner consistent with the original flood control objectives described in
the 1988 GDM. The GDM, and its supporting environmental documents, also included
conservation measures to offset impacts to the woolly star and other species. The 1988 GDM
operation plan, however, has been and will continue to be revised to incorporate additional
conservation measures that will further avoid, minimize, or offset impacts to listed species.
These measures will be further defined and overseen by a collaborative multi-agency committee
of environmental experts and agency officials. The plan also may be modified periodically based
on species and habitat monitoring.

Therefore, the long-term operation plan will consist of the 1988 GDM flood control operation
plan, plus additional operations and conservation measures intended to support affected listed
species and their habitats, as directed by the proposed Steering Committee. Presently, additional
conservation measures, including the Multi-Species Habitat Management Plan (MSHMP), the
structure of its managing Steering Committee, and other necessary documents are not fully
refined, completed, or concurred upon by responsible agencies. However, to be able to request
Federal funding necessary for further multi-species plan development and finalization, COE
requested that the Service complete a biological opinion that addressed full flood control
operation of Seven Oaks Dam and the current and proposed additional conservation while those
conservation measures, in particular the MSHMP, are finalized.

Based on information provided by your agency in the August 2000 BA, the 1988 Phase II
GDM/SEIS, and other project documents, the Service, COE and local sponsors have developed
conservation measures for long-term operation and maintenance of Seven Oaks Dam. The
conservation measures described in the BA will be further refined in the MSHMP. The Corps
and local sponsors have agreed to prepare the MSHMP and appropriate environmental
documentation, perform studies, and implement experimental treatments and management
measures to protect the species. The MSHMP preparation will be initiated within six months of
issuing this biological opinion. It is anticipated that completion of the MSHMP and
environmental document may take two years. However, even if the documents are not completed
within that time frame, the measures identified in the biological opinion will remain in effect and
dam operations as defined in the Phase II GDM will continue. Upon completion of the MSHMP,
the Corps may request an amendment to the BO to address any potential effects of the specific
conservation measures that were not addressed fully in this biological opinion.

Exhibit 3                                                            3-465

Ruth Villalobos (FWS-SB-1000.10)                                                                5

Long-Term Operation Plan for Flood Control

The water control plan for Seven Oaks Dam (based on the 1988 GDM) was originally designed
to achieve flood control objectives. When significant flood inflow into the dam reservoir occurs,
floodwaters would be temporarily retained, while a small release (500 cubic feet per second [cfs]
or less) is made until the reservoir pool level at Prado Dam begins to recede. Water retained at
Seven Oaks Dam would then be released at higher rates to evacuate the reservoir pool in a
controlled manner to regain retention capacity for subsequent flood events. Storing water for
longer periods for the purpose of water conservation is not currently authorized or proposed
(Letter from COE to San Bernardino County Flood Control Department dated May 29, 2001).

Long-term flood control operations include the following main elements:

*Sediment Pool* (2,100 to 2,120 feet National Geodetic Vertical Datum [NGVD]) - At the
beginning of each flood season, stop logs will be added to block the lower inlet ports of the
intake structure to about 20 to 30 feet above the current invert. This is to be done to minimize
the amount of sediment entering the minimum discharge line (MDL). The two lowest rows of
ports have already been blocked, so the initial sediment pool will be about 20 feet deep. The stop
logs will form a "dead pool," and no operation will be possible other than leakage. As sediment
deposition occurs in the future, additional stop logs will be added to maintain the 20-30 foot
sediment pool above the sediment deposition level at intake tower.

*Debris Pool* (2,120 to 2,200 feet NGVD) - At the beginning of each flood season, using inflow in
excess of minimum downstream water rights, a debris pool will be formed above the sediment
pool. The debris pool is designed to protect outlet facilities from debris damage. Water will be
retained in the debris pool until the end of the flood season, when it will be released at a rate of
10 to 20 cfs as agreed upon during the preparation of the GDM. The operation plan for filling
and draining the debris pool was negotiated with downstream water users during the preparation
of the 1988 GDM to mitigate for the impacts of the flood season operations upon downstream
water rights. Water stored in the debris pool should not be considered available for conservation
measures.

*Intermediate Pool Elevations* (2,200 to 2,265 feet NGVD) - The intermediate pool elevations
occur between the top of the debris pool and the sill of the main intake. Early in the project life
the elevation range of the intermediate pool is between 2,200 and 2,265 feet NGVD. Within this
range, the pool will be evacuated at a rate consistent with the 1988 Phase II GDM flood control
operation plan, except if water is retained for periodic release in the flood plain for federally
listed species conservation. The maximum combined capacities of the MDL and low-flow gate
may be used, which are about 400 to 500 cfs at this range.

*Main Trash Rack* (2,265 to 2,299 feet NGVD) - The trash racks protecting the main intake are
located between 2,265 and 2,299 feet NGVD. During rising flood stages, no releases will be
made through the main regulation outlet or low-flow gate to avoid drawing floating debris into
the trash racks. Instead, releases will be made through the MDL in this elevation range at the
maximum safe rate (theoretically on the order of 50 cfs). During falling stages, releases will be

Exhibit 3                                                                          3-466

Ruth Villalobos (FWS-SB-1000.10)                                                        6

made up to a maximum of 2,000 cfs depending on the potential blockage of the trash rack by floating debris and potential for additional near-term flood inflow.

*Main Pool* (2,299 to 2,580 feet NGVD) - This is the pool between 2,299 feet and the spillway crest at elevation 2,580 feet NGVD. Between these elevations, water will be released at a rate consistent with the 1988 Phase II GDM flood control operation plan. The maximum flood control release rate is 7,000 cfs.

*Spillway Surcharge* (2,580 to 2,604 feet NGVD) - Above elevation 2,580 feet NGVD, releases are uncontrolled over the spillway. During rising stages, releases from the outlet works will be adjusted so the total project release equals 7,000 cfs. Above 2,585 feet NGVD, no controlled releases will be made. During falling stages, the outlet works gates will be adjusted to maintain the resulting maximum spillway release rate to assure quick evacuation of the remaining surcharge volume in anticipation of another major storm.

1988 GDM Conservation Measures

Conservation measures were identified in the 1988 Final Supplemental Environmental Impact Statement (FSEIS) and subsequent biological opinions to avoid, minimize or offset direct and indirect impacts associated with construction of Seven Oaks Dam. The 1988 FSEIS conservation commitments and status of each are summarized in Table 1.

Table 1. Status of conservation measures for Seven Oaks Dam construction based on commitments made in 1988 FSEIS (COE 1988b).

| Resource Impacted | Action | Status |
|---|---|---|
| Upland habitat (chaparral); deer migration and general wildlife | Acquire and preserve Section 5 (596 acres); acquire Filaree Flats (139 acres, of which 119 is upland habitat) | Complete. Both Filaree Flats and Section 5 have been purchased. |
| Aquatic habitat; brown trout | Acquire Filaree Flats; 1 mile of aquatic habitat preserved and 20 acres of the total 139 are riparian | Complete; see above. |
| Woodland riparian habitat | Acquire and revegetate 60 acres of Santa Ana River Wash | Complete (Note: In lieu of planting 60 acres of riparian habitat, $1.35 million was contributed to an endowment for giant reed (*Arundo donax*) management in the Santa Ana River watershed.) |
| Santa Ana River woolly star | Acquire 700 acres of wash lands below Greenspot Road. Incorporate endangered species management into the LCA as part of the local sponsors' O&M responsibility | Complete. The 764-acre Woolly Star Preserve Area (WSPA) has been purchased in fee or conservation easement and set aside for wildlife in perpetuity. A Management Plan has been prepared, funded, and implemented by the local sponsors. The Steering Committee reviews work and approves budget and actions. |
| Alluvial fan sage scrub | Re-seed disturbed areas (borrow areas, haul roads, access roads) with native seed mix | Complete. |

J-6

Exhibit 3                                                                    3-467

Ruth Villalobos (FWS-SB-1000.10)                                                                 7

Additional Conservation Measures

Operation of Seven Oaks Dam is expected to change the quality of downstream habitat due to a reduction in flood processes of scour and sand deposition that are important to the renewal and succession of the alluvial scrub habitat. The primary objective of both the existing Woolly Star Preserve Area (WSPA) and the additional conservation measures outlined in the BA is to compensate for potential changes in floodplain characteristics and listed species' habitat brought about by construction and operation of Seven Oaks Dam.

It is difficult to predict whether habitat quality associated with succession would proceed to a point beyond suitability for spineflower and SBKR within the 100-year project life of the dam. Estimates of time required for succession to a mature alluvial scrub community differ by an order of magnitude, from a few hundred to thousands of years. Additionally, there are substantial data gaps in knowledge of relationships between habitat characteristics and quality for these species and how that may relate to flood processes. Despite these uncertainties, there is evidence of a relationship between the abundance and distribution of spineflower and SBKR relative to recent and historic flood flows. Operation of the dam will reduce overflows in these areas.

Therefore, in addition to operation for flood control, it is anticipated that water releases will be made to maintain and enhance habitat for listed species under a finalized MSHMP for listed species as outlined in the BA. It is anticipated that the water used for controlled releases, for both experimental treatments and management measures, would come from flood flows stored in the intermediate, main trash rack, and main pools. The objective would be to mimic historic conditions without compromising public safety or dam integrity. If there is no immediate need to release the water for flood control reasons, and if directed by the Steering Committee, releases could be temporarily retained for some period time (up to several weeks) while diversion dikes are constructed. Some or all of the controlled releases could then be diverted onto the WSPA and/or other areas within the historic Santa Ana River floodplain to produce the hydrologic erosion and sediment deposition believed to be necessary to sustain species' habitat. During the period immediately following issuance of the biological opinion, while the MSHMP and appropriate NEPA documentation are being prepared, the dam will be operated for flood control purposes as described in the 1988 Phase II GDM.

Controlled releases are not expected to occur with every storm event or even every year. Flood events that produce sufficient runoff to operate the dam to flood and scour habitat outside of the main channel, but within the historic floodplain, occur with an estimated frequency of every 5-10 years. The actual frequency of controlled releases may depend on a number of factors, including rain events, the results of directed studies and experimental treatments, and direction from the Steering Committee.

The proposed additional conservation measures focus on providing the means to: (1) further evaluate the impacts from dam operation; (2) test and select appropriate management actions; and (3) implement habitat management actions within the WSPA and other historic floodplain areas within the local sponsors' jurisdiction to sustain SBKR, woolly star and spineflower.

J-7

Exhibit 3                                                                 3-468

Ruth Villalobos (FWS-SB-1000.10)                                                                    8

The additional conservation measures are described in the 2000 BA and *Qualitative Assessment*
and are briefly summarized below. These elements may change and be refined subsequent to
discussions between COE, local sponsors, the Service and other resource agencies.

The additional conservation measures have six elements:

> (1) A Memorandum of Understanding (MOU) among appropriate stakeholders. The
> MOU (mistakenly referred to as a "Memorandum of Agreement" in the 2000 BA) will
> establish the responsibilities of the various stakeholders. It will describe the manner in
> which the MSHMP will be developed, how the directed studies will be managed, and
> how the habitat management measures will be funded and directed. It is anticipated that
> participants (agency staff and technical experts) will serve on a Steering Committee that
> will semi-annually review and make decisions regarding the MSHMP. It is envisioned
> that the existing WSPA Steering Committee could serve that management function by
> expanding its membership and responsibilities to include multi-species management.

> (2) Development of a Multi-Species Habitat Management Plan. The MSHMP will detail
> the habitat management measures, as well as the decision-making process, for
> implementing management measures or changes in design. The MSHMP will be
> adaptive and allow flexibility to institute changes in study designs and/or implementation
> of habitat management measures based on experimental studies and monitoring results
> and the decisions of the Steering Committee. The MSHMP will be developed by COE
> and the local sponsors in coordination with resource agencies (including the Service and
> California Department of Fish and Game [CDFG]) and technical experts. The MSHMP
> will be reviewed by the resource agencies for their concurrence prior to implementation.

> (3) Directed studies of population trends and habitat relationships, threats to the species,
> and life requirements. These will include studies of habitat succession, spineflower and
> SBKR population abundance and distribution and will include wash-wide habitat and
> exotic species mapping. The 2000 BA and *Qualitative Assessment* proposed the number,
> duration, and types of studies. The Service and COE have not yet agreed on all aspects of
> the study design; however, the COE has provided information (letter to the Service dated
> September 25, 2002) to respond to Service concerns (letter to the COE dated September
> 4, 2001) that will provide a basis for further discussion with technical experts on topics
> such as detection and significance of percent population change, power, alpha level and
> other statistical considerations, and cost comparisons. Both agencies anticipate coming to
> resolution on these points during preparation of the MSHMP. Therefore, the 2000 BA,
> *Qualitative Assessment*, and subsequent correspondence between our agencies provide a
> good basis for the MSHMP, which will be finalized to incorporate the comments,
> concerns, and agreements of all the agencies.

> (4) Experimental studies of the effectiveness of different habitat management techniques.
> The purpose of the experimental studies will be to test the effectiveness of hydraulic
> renewal and on-ground techniques to slow habitat succession that is due to lack of fluvial
> processes. The various techniques will be applied to degraded habitat areas, with pre-

Ruth Villalobos (FWS-SB-1000.10)                                                    9

and post-monitoring and surveys to document changes in habitat and population dynamics.

a) Operation of Seven Oaks Dam coupled with construction of diversion dikes to provide periodic controlled releases to flood designated areas of the WSPA or other lands within local sponsors' jurisdiction. Temporary dikes will be constructed to confine flooding to an area of approximately 5-10 acres. If necessary, sediment will be placed next to the river to be picked up and conveyed by flood flows. This experiment may include two types of tests:
- Controlled water release only,
- Controlled release with vegetation clearing (to mimic scouring).

b) On-ground habitat renewal experiments using equipment (rather than flood flows from the dam) to clear vegetation and spread sand and/or water. This experiment may include two types of tests:
- Sand spread with light equipment in cleared areas and green waste debris removed;
- Sand placed in a pile and dispersed using water from a water truck.
Temporary training dikes will be used to control flooding.

c) Monitoring of experimental trials, as described in the 2000 BA.

(5) Implementation of habitat management on the WSPA and on a larger-scale over the Santa Ana Wash (covering more area) than the experimental treatments. This element, described in the 2000 BA Section 9.1.2 as "Option 1," also includes replenishment of downstream sediment. Habitat management measures will be selected for implementation once their feasibility is determined, potential benefit is understood, and disturbance judged to be acceptable. Proposed habitat management measures (flooding and active manipulation of the floodplain) will be done on the WSPA and other lands within the local sponsors' jurisdiction but may be expanded to other lands if appropriate rights are provided. The proposed MSHMP includes a fund to augment management actions within the WSPA or on other floodplain lands to include benefits for spineflower and SBKR, as directed by the Steering Committee.

COE has agreed to request a single appropriation which, combined with the local sponsor share, will total $5,690,000 (the estimated cost of habitat management measures included in the 2000 BA) and to seek approval to establish an escrow account through a willing third party (i.e., San Bernardino County Flood Control District or The Nature Conservancy). The escrow account will generate interest that could be used as an added contingency fund, should directed studies or management measures prove more expensive than currently anticipated, or should the Steering Committee recommend additional measures.

It is envisioned that with implementation of the MSHMP approximately 25% of the "flow target area" (the total area subject to target flows from the diversion dikes) will be rejuvenated during each controlled flow release (about 10 acres of area with one temporary dike). Flows will follow topography and occupy existing and historic flow paths. It will take several (about 20) controlled releases over the

Exhibit 3                                                              3-470

Ruth Villalobos (FWS-SB-1000.10)                                              10

life of the project to provide flows to the entire area. Flood events that produce
sufficient runoff to operate the dam to flood and scour habitat outside of the main
channel occur with an estimated frequency of every 5-10 years. More detailed
design will be developed during preparation and implementation of the MSHMP.
Decisions concerning the release schedule, locations, discharge volumes and
sediment volumes will require additional information from the proposed directed
studies. In concept, each release could require:

- A 400 foot long, 50 foot wide, 10 foot high temporary diversion dike in the main
channel (0.5 acre footprint, 2 acres construction footprint);
- Small training dikes, approximately 0.1-acre footprint each;
- Possibly a protective levee, 25,000 feet long, 40-50 feet wide, 10 feet high, to
prevent water from leaving the WSPA, unless hydraulic analysis demonstrates
that this is not necessary;
- Avoidance measures, including:

    a) Prior to construction of any dikes and/or controlled releases, surveys
    will be conducted for target and sensitive species within access routes,
    construction footprints, and target flow areas, and specific avoidance
    measures will be recommended and implemented;
    b) Adverse impacts to high-quality habitat will be avoided;
    c) If necessary, and recommended by the Steering Committee,
    exclusionary fencing will be constructed and individual listed species will
    be relocated.

The operation plan includes sand recharge into the Santa Ana River below the dam to the
confluence of Mill Creek as part of a sediment management plan for the river. The sand
could be conveyed to the river by a conveyor belt system running through the dam,
excavated from behind the dam and trucked to the river on access roads, or provided from
another source. Regardless of the source, the sand that is recharged into the river will
have the same physical characteristics as under pre-dam conditions. Sand will be spread
over about a 10-acre area in the river channel by bulldozer. Sand will be recharged to the
river at a frequency of every 10 to 20 years over the life of the project. During a sediment
management year, sand placement will occur over about a six-month period.

Other potential management measures involve use of equipment, instead of dam
operations, to simulate the processes of scour and sand deposition. These measures will
consist of two different aspects. The first involves scraping away (or "brushing") areas in
channels supporting older growths of vegetation or invasive exotic weeds. The second
phase will be to deposit new sand in the areas brushed. These management techniques
may be considered for applications to maintain suitability of existing habitat and/or to
reclaim currently unoccupied habitat.

(6) Expansion of habitat management measures beyond current boundaries, if approved,
authorized and funded. This element can also include other measures such as non-native
grass control to enhance habitat in the floodplain. COE has agreed to work with the
Service to seek conservation or other easements from the Bureau of Land Management to
permit habitat management measures, including flooding, on areas currently outside of

Ruth Villalobos (FWS-SB-1000.10)                                                          11

the agencies' jurisdiction. This commitment assumes that water appropriations will not be required. This commitment also assumes that funding for such easements or land acquisitions, if required, will be provided by an entity other than COE or local sponsors, and that the local sponsors bear no obligation to implement, fund, acquire lands and easements, obtain water appropriations and/or any other action as may be required for the expansion of habitat management measures beyond current WSPA boundaries. If easements are granted and the assumptions noted above occur, COE has agreed to seek additional approval, authorization, and funding to implement habitat management measures within those areas. This element can also include other measures to enhance listed-species habitat within the WSPA or other areas, potentially improving habitat over existing or pre-dam conditions, as described in Section 10 of the 2000 BA.

## STATUS OF THE SPECIES

### San Bernardino Kangaroo Rat (SBKR) and its designated critical habitat

The SBKR is one of 19 recognized subspecies of Merriam's kangaroo rat (*Dipodomys merriami*), a widespread species distributed throughout the arid regions of the western United States and northwestern Mexico (Hall 1981, Williams *et al.* 1993a). There are three recognized subspecies of Merriam's kangaroo rat within California: *Dipodomys merriami merriami*, *Dipodomys merriami collinus*, and the SBKR. Based on morphological evidence, Lidicker (1960) noted that the SBKR is one of the most highly differentiated subspecies of *Dipodomys merriami*, and stated that "it seems likely that it has achieved nearly species rank." This differentiation may be due to the SBKR's nearly complete isolation from other members of *Dipodomys merriami* (Lidicker 1960). No genetic analyses have been conducted to confirm this apparent differentiation.

The historical range of the SBKR extended from the San Bernardino Valley in San Bernardino County to the Menifee Valley in Riverside County (Lidicker 1960, Hall 1981). Within this range, the SBKR was known from over 25 localities (McKernan 1997). From the early 1880s to the early 1930s, the SBKR was a common resident of the San Bernardino and San Jacinto Valleys (Lidicker 1960). By 1997, however, the SBKR was only known to occupy a total of approximately 3,247 acres (1,299 hectares) in six widely separated sites (McKernan 1997). Three sites (i.e., Etiwanda alluvial fan, Reche Canyon, Jurupa Hills) supported only small, remnant populations, while three sites (Santa Ana River and its tributaries, Lytle and Cajon creeks, San Jacinto River and Bautista Creek) had higher densities of kangaroo rats and were estimated to contain larger blocks of occupied habitat (McKernan 1997). More recent surveys and research indicate that the SBKR may occupy a greater range of soil and vegetation types, and is more widely distributed, than previously thought (Braden and McKernan 2000, MEC 2000b).

The SBKR appears to have a strong preference for well-drained, sandy substrates where they are able to dig simple, shallow burrows (McKernan 1997, MEC 2000b). Historically, the SBKR was distributed across a mosaic of areas with sandy soils, including dry washes, braided river channels, terraces, and alluvial deposits (McKernan 1997). SBKR also occupy gravelly soils (McKernan 1993) and areas where sandy soils were at least partially deposited by winds (e.g., Jurupa Mountains; McKernan 1997). Areas with silt-clay soils appear to be associated with lower abundance of the SBKR (MEC 2000b).

Exhibit 3                                                                          3-472

Ruth Villalobos (FWS-SB-1000.10)                                              12

The SBKR appears to reach its highest densities in areas with low to moderate (30 to 50 percent) perennial vegetative cover and greater than 40 percent bare ground, although this species can occur within areas supporting higher or lower shrub cover. Areas with a dense cover (greater than 60 percent) of nonnative annual plants and/or litter are typically either unoccupied by the SBKR or occupied at low densities. Within otherwise suitable shrub habitat for the SBKR, the percent cover of herbaceous vegetation and sand depth can range from very low to very high (McKernan 1997, MEC 2000b).

Favorable conditions for the SBKR frequently occur in Riversidean alluvial sage scrub. This vegetation type is characterized by low growing shrubs and other perennial species tolerant of a relatively sterile, rapidly draining substrate, and includes elements from chaparral, coastal sage scrub, and desert communities (Holland 1986). Three phases (pioneer, intermediate, and mature) of Riversidean alluvial sage scrub have been described. These phases appear to correlate with factors indicative of fluvial disturbance such as time since last flood with significant overbank flows, elevation and distance from the main river channel, and substrate features such as texture and moisture (Smith 1980, Hanes *et al.* 1989). Under natural conditions, flood waters periodically overtop or "break out" of alluvial river channels in unpredictable spatial and temporal patterns, scouring vegetation and transporting and depositing sands. These geomorphological processes contribute to a braided mosaic of pioneer, intermediate, and mature associations of Riversidean alluvial sage scrub on the flood plain.

High densities of the SBKR have been documented in pioneer and intermediate phases of Riversidean alluvial sage scrub, which generally correlate with areas that have been more-recently disturbed by floods (within the last 40 to 70 years; McKernan 1997; MEC 2000b). The pioneer or earliest phase has sparse vegetation with low diversity and structure. This phase is typically found within and adjacent to active river channels or recently scoured streambeds (Smith 1980, Hanes *et al.* 1989). The intermediate phase, which represents the progressive development of the Riversidean alluvial sage scrub community in terms of density and diversity, is typically found between the active river channel and mature flood plain terraces at higher elevations. Areas with intermediate Riversidean alluvial sage scrub are subject to periodic flooding at longer intervals than the pioneer phase. The mature or latest phase occurs in areas infrequently affected by flooding (e.g., upper alluvial terraces) and, as a result, has the highest structure and densest cover (Smith 1980, MEC 2000b). These areas with mature, dense vegetation are generally occupied at low densities by the SBKR, with animals found in scattered microsites (pockets or patches) with more-open shrub cover and loose, sandy soils (Braden and McKernan 2000). Such areas may be critical to the long-term survival of the species, providing a source of animals for recolonization following catastrophic floods that may drown kangaroo rats inhabiting lower areas of the flood plain.

Due to their shallow burrow systems, the SBKR generally does not persist in highly degraded habitats, such as areas that are frequently disced, graded, or inundated. However, the SBKR can recolonize some degraded areas once disturbance activities cease and the vegetation begins to recover. Also, some SBKR successfully survived translocation to a revegetated reclamation site in the Cajon Creek wash that was restored following sand mining activities and contained a complement of native rodents (O'Farrell 1999).

Exhibit 3                                                                    3-473

Ruth Villalobos (FWS-SB-1000.10)                                                                 13

Few specifics are known about the life history and ecology of the SBKR because few species-specific studies have been conducted. SBKR are primarily nocturnal and active throughout the year. They reside in burrow systems, each of which appears to be occupied by a single adult. The burrow systems of many adults are often clustered in a given area. SBKR typically emerge from their burrows after sunset and may be active at any time during the night.

Though few specifics are known about the diet of the SBKR, they are granivorous and feed primarily on the seeds of grasses and forbs that they harvest from the soil. They often cache seeds in small surface pits for later consumption. This behavior may enable them to endure temporary shortages of food, as has been documented for other species of *Dipodomys* (Williams *et al.* 1993b as cited in Goldingay *et al.* 1997). Green vegetation and insects may be important seasonal food sources. The closely related Merriam's kangaroo rat is known for its ability to live indefinitely without water on a diet consisting entirely of dry seeds (Reichman and Price 1993).

Virtually nothing is known about the spatial requirements of the SBKR. In other species of *Dipodomys*, the sizes of home ranges vary owing to habitat features, season, food availability, population density, and sex. Behrends *et al.* (1986) reported that home ranges for the Merriam's kangaroo rat in Riverside County, California, averaged 0.8 acre (0.33 hectare) for males and 0.8 acre (0.31 hectares) for females. However, the sizes of home ranges for Merriam's kangaroo rats in New Mexico were much larger, averaging 4.1 acres (1.7 hectares) for males and 3.9 acres (1.6 hectares) for females (Blair 1943). Outlying areas of the home ranges of neighboring kangaroo rats may overlap, but adults actively defend small core areas near their burrows (Jones 1993). Overlap between the home ranges of neighboring male kangaroo rats, or between neighboring male and female kangaroo rats, is often extensive. In contrast, overlap between the home ranges of neighboring female kangaroo rats is usually slight (Jones 1993).

Little is known about the mating system of the SBKR. Females are capable of having more than one litter per year, and litter sizes probably average between two and three young (M. O'Farrell, Las Vegas, Nevada, as cited in MEC 2000b). Reproductive activities peak in June and July, although the SBKR appears to have a prolonged breeding season. Pregnant or lactating females have been captured between January and November, while males in scrotal condition have been captured between January and August (McKernan 1997).

No estimates of age-specific survival rates, age structures, sex ratios, or dispersal rates are available from populations of the SBKR. Definitive information on their life span is lacking. Maximum longevity in free-ranging short-nosed kangaroo rats (*Dipodomys nitratoides brevinasus*) is probably 3 to 5 years (Williams *et al.* 1993b cited in Goldingay *et al.* 1997). Free-ranging Stephens' kangaroo rats (*Dipodomys stephensi*) only lived as long as 18 months, however, and the average life span observed at various sites was only 3.7 to 7.5 months (McClenaghan and Taylor 1991). Likewise, most juvenile Fresno kangaroo rats (*Dipodomys nitratoides exilis*) do not survive to breed the following spring (Williams *et al.* 1993b cited in Goldingay *et al.* 1997).

Long-range dispersal and population expansion by the SBKR is likely hampered by the presence of other rodents owing to its small body size relative to other species. Also, it is unlikely that SBKR faced with a catastrophic disturbance such as a large-scale flood or discing activities could

Exhibit 3                                                                                          3-474

Ruth Villalobos (FWS-SB-1000.10)                                                        14

successfully relocate to upland or offsite refugia. Rather, the persistence of the species in such
locations is likely dependent upon recolonization by dispersing animals (or their offspring) from
adjacent areas that survived the disturbance.

Little is known about factors that cause mortality or adversely affect birth rates in the SBKR.
The availability of suitable sites for burrows, free from winter flooding, may limit densities of
kangaroo rats in some areas, especially near active river channels. Prolonged droughts of more
than 1 year are known to induce rapid population decreases in kangaroo rats once their seed
caches are depleted (Williams *et al.* 1993b as cited in Goldingay *et al.* 1997). A number of
pathogens and parasites are associated with the genus *Dipodomys,* and these factors could be
major threats under the current conditions of small, isolated and, possibly, inbred populations.

Competition and predation could pose major threats to remnant populations of kangaroo rats
because they directly affect population growth rates and indirectly affect the structure of the
community. Competition occurs when individuals of the same or different species utilize
common resources (food, space, burrows) that are in short supply; or, if the resources are not in
short supply, competition occurs when organisms seeking the resources nevertheless harm one or
other in the process. Many territorial interactions ensued after Tipton kangaroo rats (*Dipodomys
nitratoides nitratoides*) were translocated into habitat that was already occupied by this species;
to the detriment of the relocated animals (Goldingay *et al.* 1997).

The range of the SBKR is partially overlapped by the distribution of Stephens' kangaroo rats, and
is entirely overlapped by the range of the Pacific kangaroo rat (*Dipodomys simulans*). Where
these species occur in proximity, competition could occur if one or more resources became
limiting. However, differences in habitat selection among these species may minimize the
likelihood of competition. The SBKR primarily occurs in sage scrub habitats with open, low
shrub cover and sandy soils (McKernan 1997). In contrast, the Stephens' kangaroo rat typically
is associated with open, arid, grassland associations (O'Farrell *et al.* 1986, O'Farrell and Uptain
1987, O'Farrell 1990), and occurs on a variety of soil types. The Pacific kangaroo rat typically
inhabits denser shrub cover on a variety of soil types.

Specific information on the types and abundances of predators that feed on the SBKR is lacking.
However, natural predators of the nearby Stephens' kangaroo rats include the common barn owl
(*Tyto alba*), great horned owl (*Bubo virginianus*), long-eared owl (*Asio otus*), San Diego gopher
snake (*Pituophis melanoleucus annectens*), California king snake (*Lampropeltis getulus
californiae*), red diamond rattlesnake (*Crotalus ruber*), southern Pacific rattlesnake (*Crotalus
viridis helleri*), gray fox (*Urocyon cinereoargenteus*), coyote (*Canis latrans*), badger (*Taxidea
taxus*), long-tailed weasel (*Mustela frenata*), and bobcat (*Felis rufus*). Also, continued urban
development and fragmentation of habitat is likely to promote higher levels of predation by
urban-associated animals, as the interface between natural habitat and urban areas is increased
(Church and Lawton 1987). Domestic or feral cats are known to be predators of native rodents,
and predation by cats has been documented for the SBKR (R. McKernan, San Bernardino
Natural History Museum, Redlands, California, unpublished data).

Populations of kangaroo rats (*Dipodomys*) are characterized by marked instability in population
size, with density often varying 5-fold or more from year to year (McClenaghan and Taylor 1993,

Exhibit 3                                                                    3-475

Ruth Villalobos (FWS-SB-1000.10)                                                                    15

Price and Kelly 1994, Goldingay *et al.* 1997, White and Garrott 1999). A population of *Dipodomys nitratoides* in central California declined 99 percent (from 87 rats per hectare to less than one rat per hectare) in 2½ years (Goldingay *et al.* 1997). High frequency fluctuations in abundance appear to be intrinsic to many populations of kangaroo rats owing to the unpredictable weather of the desert systems they inhabit. Arid regions of California are subject to considerable environmental variation; particularly in year-to-year precipitation that occurs primarily as winter rains (White and Garrott 1999). During droughts, plant production is poor and rodents that subsist on seeds and vegetation often reproduce poorly or not at all once their seed caches are exhausted. Hence, their numbers may decrease substantially (White and Ralls 1993, Cypher and Spencer 1998). Unusually high precipitation may also contribute to catastrophic decreases in rodent populations, although the causal mechanism(s) have not been identified (U.S. Fish and Wildlife Service 1998). These rapid decreases in abundance render small populations even more susceptible to chance extinctions.

McKernan (1997) used mark-recapture sampling on 1-hectare grids to estimate the densities of the SBKR at six locations in the San Bernardino Valley over a 5 year period (1988-1993). Mean density estimates ranged from 2.6 to 31.6 animals per hectare for the six sites, and differences among sites appeared to reflect variations in environmental conditions and the amount, quality, and structure of the habitat. Sites with larger proportions of the pioneer and intermediate phases of Riversidean alluvial sage scrub had higher densities of the SBKR than sites in which fluvial actions were disrupted, Riversidean alluvial sage scrub was mature, or nonnative annual plants comprised a higher proportion of the vegetation cover (McKernan 1997). Similar results were obtained by MEC Analytical Systems (2000b) during sampling along the Santa Ana River.

The SBKR was emergency listed as endangered on January 27, 1998 (62 FR 49401) because its historic range had been reduced by approximately 95 percent. All remaining populations were threatened by habitat loss, degradation, and fragmentation from urban development, sand and gravel mining, flood control projects, groundwater recharge activities, and vandalism. Upon expiration of the emergency rule, we listed the species as endangered on September 24, 1998 (63 FR 51005).

We proposed critical habitat for the SBKR on December 8, 2000 (65 FR 77178). Primary constituent elements for the SBKR consist of those habitat components that are essential for their primary biological needs: foraging, reproducing, rearing of young, intraspecific communication, dispersal, genetic exchange, and/or sheltering. The primary constituent elements occur in areas influenced by historic and/or current geomorphological processes and areas of wind-blown sand that support Riversidean sage scrub or a mosaic of this and other associated vegetation types (coastal sage scrub, chaparral) in San Bernardino and Riverside counties. Primary constituent elements are also found in areas that provide connectivity or linkage between or within larger core areas, including open space and disturbed areas containing introduced plant species.

Loss and fragmentation of habitat for the SBKR continues as the human population increases and urbanization expands in southern California. In the 1950s, the population of Riverside and San Bernardino counties totaled approximately 400,000 people. The current population estimate for this region is approximately 1.8 million, an increase of approximately 60 percent. Forecasts by the Southern California Association of Governments indicate that the population in San

Exhibit 3                                                                                   3-476

Ruth Villalobos (FWS-SB-1000.10)                                                    16

Bernardino County may reach 2.8 million by the year 2020. Approximately 339,900 houses will
be built to support this population growth. Further habitat losses resulting from development or
alteration of the landscape will likely have a significant adverse effect on the viability of
remaining populations of the SBKR.

Sand and aggregate mining continue to destroy or degrade hundreds of acres of habitat occupied
by the SBKR along the Santa Ana and San Jacinto rivers, and City, Cajon, and Lytle creeks.
Also, flood control and water spreading structures have significantly altered the natural
hydrology of all alluvial areas occupied by the SBKR by decreasing the magnitude and
distribution of flooding, scouring, and sand transport and deposition. In the absence of flood
scouring, sediments and organic matter accumulate over time and contribute to the maturation of
Riversidean alluvial sage scrub, increased vegetation cover, and increased density of nonnative
grasses. These conditions do not provide the open habitat favored by the SBKR and,
therefore, reduce the suitability of the habitat for this species. Within channelized areas,
confined flood events often scour too frequently to maintain suitable habitat for the SBKR. In
addition, many areas that would normally revegetate following flood events and, thereby, provide
suitable habitat for the SBKR have been denuded of vegetation by ongoing flood control and
maintenance activities within spreading basins and channels. Channelization also predisposes
local populations of the SBKR to extirpation during large floods by drowning animals within
channelized areas that confine flood waters, and eliminating or isolating upland terraces essential
for recolonization. In general, groundwater recharge areas are unsuitable for the SBKR because
of the periodic presence of standing water and the degradation of alluvial scrub communities.
Hundreds of acres along the Santa Ana and San Jacinto rivers, and San Antonio, Etiwanda, and
Lytle creeks are potentially affected by ongoing water percolation and associated activities.

The open structure of Riversidean sage scrub encourages recreational activities within these areas
that threaten the survival and recovery of the SBKR. Examples of these activities include off-
highway vehicle use, dumping, scavenging, and commercial collection of yucca stalks. Off-
highway vehicle use directly damages plant communities, the soil crust, and the burrow systems
of kangaroo rats. Trespass by off-highway vehicles continues to destroy and degrade hundreds of
acres of Riversidean sage scrub communities occupied by the SBKR in and near the Santa Ana
and San Jacinto rivers, and City, Plunge, Lytle, and Cajon creeks.

All remaining populations of the SBKR are at risk due to their small size. Small populations
have a higher probability of extinction than larger populations because their low abundance
renders them susceptible to stochastic (random, naturally occurring) events such as inbreeding,
the loss of genetic variation, demographic problems like skewed variability in age and sex ratios,
and catastrophes such as floods, droughts, or disease epidemics (Lande 1988, Frankham and
Ralls 1998, Saccheri *et al.* 1998). These chance events can affect small populations with
devastating results. Extirpation can even occur when the members of a small population are
healthy because whether the population increases or decreases in size is less dependent on the
age-specific probabilities of survival and reproduction than on raw chance (sampling
probabilities). Due to the probabilistic nature of extinction, some small populations will survive
when faced with these demographic, environmental, and genetic stochastic risks; however, many
will eventually go extinct (Caughley and Gunn 1996).

Ruth Villalobos (FWS-SB-1000.10)                                                                          17

Another factor that renders populations of SBKR vulnerable to stochastic events is isolation, which often acts in concert with small population size to increase the probability of extinction for endangered populations. Altered fluvial processes, urbanization, and land conversion have fragmented the historic range of the SBKR such that remaining blocks of occupied habitat now function independently of each other. Isolated populations are more susceptible to extirpation by accidental or natural catastrophes because their recolonization has been precluded. Hence, the extirpation of remnant populations during local catastrophes will continue to become more probable as land development further constricts remaining populations.

Because the status of the SBKR is precarious and declining, remaining occurrences should be secured and managed to increase the distribution and abundance of the species. Populations should be independently viable with stable or increasing numbers (exhibiting demonstrable long-term reproductive success). The natural ecosystem processes necessary to maintain viable, dynamic mosaics of habitat for the SBKR must be maintained in each conservation area. This includes a natural fluvial regime or a managed alternative that periodically results in scouring, sand transport and deposition, and plant community responses similar to those expected under a natural fluvial regime.

*Santa Ana River Woolly Star*

Woolly star is a short-lived, woody perennial, subshrub of the phlox family (Polemoniaceae). It has a basally branched, generally erect or spreading form, reaching 75 centimeters (30 inches) in height. The entire plant, including the inflorescence, is covered with woolly pubescence, giving it a silvery-white appearance. The inflorescence is dense and spiny bracted with about 20 flowers. The flowers have blue to violet-blue, elongate, funnel shaped corollas that are usually longer than 25 millimeters (1.0 inch), although occasionally as short as 20 millimeters (0.8 inch). The light gray-green leaves generally curve upward. The leavers are irregularly divided to the midrib into two to six narrow lobes, and are up to 50 millimeters (2.0 inches) long.

Woolly star is a pioneer species that colonizes washed sand deposits created by sporadic stream flow action. Between major flood events, these deposits typically exist as terraces above the high water mark of the river and associated braided streams (Zembal 1985). Woolly star grows primarily in Riversidean alluvial fan sage scrub habitat in sandy soils from 378 to 579 meters (1,240 to 1,900 feet) in elevation (Chambers Group 1993, Skinner and Pavlik 1994). It thrives in the nutrient poor sands of early seral stage habitat that have more than 97 percent sand (i.e., 0.5 to 2 millimeters; 0.02 to 0.08 inches) particles. The dominant species on young substrates include California buckwheat (*Erigonum fasciculatum*), scalebroom (*Lepidospartum squamatum*), fastigiate golden aster (*Heterotheca fastigiata*), and California croton (*Croton californica*). Woolly star also remains competitive on intermediate-aged substrates that have between 90 and 97 percent sand particles. The dominant species on intermediate substrates include California buckwheat, scalebroom, California juniper (*Juniperus californica*), valley cholla (*Opuntia californica* var. *parkeri* - formerly *Opuntia parryi*), and coastal prickly pear (*Opuntia littoralis*). In the few locations where woolly star occurs in mature seral stages, stands are relatively small and appear to be declining; probably because competition from shrubs and annual herbs limits the establishment of the subspecies. The dominant species on older substrates include sugar bush, holly-leaved cherry (*Prunus ilicifolia*) and chamise. Total

Exhibit 3                                                                                         3-478

Ruth Villalobos (FWS-SB-1000.10)                                               18

vegetative cover at sites supporting woolly star ranges from 42 to 48 percent at younger sites and 66 to 88 percent at older sites (Wheeler 1991).

Woolly star is a short-lived perennial species. The average life span of this perennial is 5 years, with a maximum life expectancy of 10 years (Burk *et al.* 1988). Woolly star begins reproduction in the second season of growth. The blooming period is from late May through mid-August; with heaviest blooms occurring in June (Muñoz 1991, Erickson 1993), Stone 1995). Total seasonal rainfall and time of rainfall may have an effect on the time of flowering (Erickson 1993).

Woolly star is primarily an outcrosser, and depends on pollinators for dispersal because seeds typically fall within 10 centimeters (4 inches) of the parent plant (Muñoz 1991, Wheeler 1991, Jones and Burk 1996). The flowers of woolly star mature and release pollen prior to the maturation and receptivity of the stigma. Jones and Burk (1996) documented a "drastic reduction" in fruit an seed set in 1995, corresponding to a reduction in observed pollinator populations that year. Identified pollinators of woolly star are the solitary digger bee (*Micranthophora flavocinta*), giant flower-lover fly (*Rhaphiomidas acton acton*), California bumblebee (*Bombus californicus*), white-lined sphinx moth (*Hyles lineata*), the black-chinned hummingbird (*Arhilochus alexandri*), and Anna's hummingbird (*Calipte anna*) (Muñoz 1992, Erickson 1993, Stone 1995). The digger bee is an important pollinator at early seral stage sites whereas hummingbirds and the giant flower-loving fly are important pollinators at intermediate stage sites (Muñoz 1991, Erickson 1993). Also, Stone (1995) reported that the California bumblebee and giant flower-loving fly were primary pollinators in both the Santa Ana River and Cajon Creek washes; although overall pollinator assemblages differed among sites.

Burk *et al.* (1989) reported that when seeds of woolly star are wetted, the outer seed coat forms a mucilaginous mass that readily attaches the seed to the surrounding soil particles. Hence it is unlikely that woolly star efficiently disperses into new habitats unless floods carry the seeds greater distances (Burk *et al.* 1989) the optimum temperature for germination is about sixty degrees Fahrenheit and no scarification or other treatment of any kind was necessary to stimulate germination (Burk *et al.* 1989). During demographic studies in the late 1980s, seedlings germinated simultaneously with the first major autumn storms (Burk *et al.* 1989). The median survival time of woolly star seedlings was determined to be significantly longer in early seral phase sites than in older sites. Mortality oat early seral sites was not negatively correlated with seedling density, whereas at older sites mortality was density-dependent (Wheeler 1991).

Historically, habitat for woolly star likely occurred in a mosaic pattern shifting in time and space across alluvial floodplains. Woolly star habitat still exists in a mosaic pattern within remaining patches of alluvial fan scrub along the Santa Ana River and Lytle and Cajon Creeks. The pattern of distribution of subpopulations, combined with current knowledge of the genetic diversity and pollinator ecology, suggest that the subspecies functions as a metapopulation.

Wheeler (1991) determined that woolly star has a standing seed bank. Those seeds not immediately shed from the fruits are stored within the capsules. In times of flooding, long distance movement of encapsulated seeds down the floodplain is possible' thereby facilitating some gene flow between subpopulations (Wheeler 1991).

Exhibit 3                                                                      3-479

Ruth Villalobos (FWS-SB-1000.10)                                                          19

Brunell (1991) used enzyme electrophoresis to investigate genetic diversity and partition of
genetic information among woolly star stands across the Santa Ana Wash. Results of this
investigation indicated the population is not threatened by inbreeding, and that there was a high
rate of pollen migration among subpopulations. Brunell (1991) speculated that pollinators
occasionally migrate among subpopulations; thereby dispersing genes and limiting the genetic
substructuring of the population . Another possible explanation for the low genetic partitioning
exhibited by woolly star subpopulations in the Santa Ana wash could relate to population
characteristics. Massive floods, in the past, may have caused widespread seed migration. Over
time, woolly star habitat would then recede as a function of succession. Pollen exchange across
the range of patches may have been extremely rare. However the genetic variation expected from
isolated patches might not exist because the last major flood (population- mixing event) occurred
recently on an evolutionary scale (Brunell 1991)

Woolly star was listed as endangered on September 28, 1987 (Service 1987), after we determined
the remaining 10 percent of its range was threatened by encroaching developments within the
floodplain, sand and gravel, grazing by domestic animals, competition from exotic plants and
other factors. We determined that destination of critical habitat was warranted because such an
action was unlikely to provide a net benefit to the conservation of the subspecies.

Historically, woolly star occupied about 110 kilometers (60 miles) of habitat along the Santa Ana
River from an elevation of about 600 meters (2,000 feet) at the base of the San Bernardino
Mountains, through Riverside County to about 150 meters (500 feet) in the vicinity of Santa Ana
Canyon in Orange County. Woolly star may have occupied alluvial habitats in Orange County as
far downstream as Santiago Canyon (Craig 1934, Mason 1945, Zembal and Kramer 1984).
Today, the subspecies is known from one extended, fragmented population in San Bernardino
County on alluvial terraces along the Santa Ana River and its tributaries (Chambers Group 1993,
Skinner and Pavlik 1994). No individuals have been located Riverside or Orange Counties
during recent decades (Zembal 1985).

Since its listing, the status for woolly star "has been one of continuing decline" (CDFG 1990),
with land development responsible for a significant portion of the loss of habitat. Current threats
include urban development, off-road vehicles, flood control activities, sand and gravel mining
operations, and competition from non-native plants.

*Slender-horned Spineflower*

Spineflower is a diminutive annual herb of the buckwheat (Polygonaceace) family. From its
basal rosette of glabrous oblanceolate leaves, spineflower has prostrate to decumbent (reclining,
but rising at the growing tips) stems ascending out of a basal rosette. Initial flower stems are
erect, out of which the branching stems spread openly (Reveal and Hardham 1989a,b). During
its flowering period, the ruddy coloration of the stems and involucres (whorl of leaf-like
structures originating below and, in this case, encompassing the flowers) is similar to other
seasonal colors in the surrounding landscape. This camouflages the plant from view. During this
period, the plant is most readily detected by its distinctive basal rosette, whose leaves exhibit a
characteristic shade of green often tinged with red. The leaves frequently become completely

Exhibit 3                                                                                 3-480

Ruth Villalobos (FWS-SB-1000.10)                                      20

reddish at maturity. Despite the striking appearance, the basal rosette is quite small, ranging form 6 to 25 millimeters (0.3 to 1.0 inch) in diameter (Ferguson *et al.* 1994). Plants are more distinguishable in the field outside the growing period when dried into a dark skeletal form.

Spineflower has broad, flat flower clusters borne on branching stems that are composed of numerous, closely congested, but solitary involucres. These cylindrical involucres are composed of six free or weakly fused lobes, each bearing a terminal and basal awn (Reveal and Hardham 1989a). It is the six hooked basal awns that distinguish spineflower and are used as a key character. Within the characteristic involucres, the minute flowers are composed of six petal-like parts, that are generally pinkish but may grade to white. The nine exerted stamens (male flower parts) bear oblong anthers (pollen-bearing tips), colored deep red to maroon, on glabrous filaments (Reveal and Hardham 1989a). The stigma (female flower part) is a rectangular box-shaped structure with four filamentous projections extending from the corners (N. Ferguson, pers. comm. 1995).

Spineflower is generally restricted to sandy terraces of floodplains and washes within the Riversidean alluvial fan sage scrub natural community. Spineflower is typically associated with the intermediate seral stage, and occurs on relatively flat (0 to 2 percent slopes) silty benches and terraces 100 to 5,000 years old (Barbour and Wirka 1997, Woods and Wells 1997). Spineflower gros primarily in sandy to gravelly soils that are slightly acidic and have low salinities, low nitrogen and phosphorus contents, low percentages of organic matter, low electrical conductivities, and low cation exchange capacities (Allen 1996, Ferguson *et al.* 1996). In the Santa Ana River wash, areas occupied by spineflower have low shrub cover and total forb and grass cover of 15 to 30 percent (Metropolitan Water District 1998). Microhabitats for spineflower are typically basins filled with silty soil and surrounded by rounded cobbles. Associated species include California juniper, California buckwheat, scalebroom, and laurel sumac (*Malosma laurina*); although there is no consistent indicator species for spineflower. However a t least one population in Riverside County occupies an upland redshank chaparral association (S. Boyd, pers. comm., 1991). This non-typical population exists within close proximity to alluvial fan scrub (V. Jigour, pers. obs., 1994).

Recent surveys have also located spineflower in slight depressions adjacent to braided stream channels in the Santa Ana Wash (Jigour and McKernan 1992). Some of these depressions were created by scouring during the floods of 1938 and 1969. The 1938 storm was a 50-year event (a probability of happening once every 50 years) that had a peak flow approximately 1481 cubic meters per second (52,300 cubic feet per second) at the Santa Ana River near Mentone (COE 1988a). The 1969 storm was a 20-year event that had a peak discharge of 793 cubic meters per second (28,000 cubic feet per second) on the Santa Ana River at E Street near San Bernardino (downstream of Mentone) (COE 1988a). Movement of fine sediment into these depressions, upon which spineflower plants grow, may occur primar8ily by local overland flow during rain events (Wood and Wells 1997). Also, most populations of spineflower occur on microsites where the movement of fine-grained, aeolian (windblown) sediment may contribute to deposition (Woods and Wells 1997).

In some areas, spineflower occurs on or between patches of cryptogamic soils (Jigour and McKernan 1992). Cryptogamic crusts bind surface soil particles together, and are composed of

Exhibit 3

3-481

associations of algae, bryophytes (mosses), lichens, xerophytic liverworts, and cyanobacteria. These crusts are slow to recover from disturbance, and estimates for time to unaided recovery may be as high as 100 years (Belnap 1993). The reliability of this apparent association appears weak, however, because ground cover of cryptogamic crusts in areas supporting spineflower ranged from zero to 90 percent at sites throughout the distribution of this species (Allen 1996). Also Metropolitan Water District (1998) found only 3 to 17 percent cryptogamic cover in areas occupied by spineflower along the Santa Ana River alignment of the Inland Feeder Project.

Because spineflower is generally associated with undisturbed habitats on older, stabilized alluvium, this species is not resilient when faced with disturbance (Woods and Wells 1997; S. Eliason, pers. comm. 1999). Recovery occasionally occurs, however, as evidenced by a population on the Santa Wash that was destroyed during land clearing by a sand and gravel mining company in 1983. This population persisted in small colonies consisting of as few as two individuals that were dispersed across portions of the graded area (V. Jigour, pers. obs. 1990).

Spineflower is an annual species with a distinctive basal rosette that appears in March. Germination may begin in late February and continues throughout the growing season (Ferguson *et al.* 1996). Although germination does not appear to be influenced by the environment, survivorship to reproduction and subsequent seed rain appear to be strongly influenced by available moisture (Ferguson *et al.* 1996). During rainfall early in the season vegetal growth is favored; later as moisture lessons, plants produce flowering stalks without a rosette (Ferguson *et al.* 1996).

Spineflower appears to be mostly self-incompatible and an outcrosser (Ferguson *et al.* 1996). The level of genetic diversity in this species is higher than that typical for either annuals or endemics. Most of this genetic variation occurs within populations, as opposed to being partitioned among populations (Ferguson *et al.* 1996).

Little is known about the pollinators of this plant. During a late May survey of a Riverside County population, three flying insect species were observed visiting the flowers. The most abundant of these was identified as a wasp (*Plenoculus davisii*) (Ferguson *et al.* 1994). It is not known whether this or any of the other insect species observed functions as a pollinator. Seeds are tightly retained in the involucres, and up to five seeds were found in each involucre. There appears to be a moisture related mechanism for seed release (Ferguson *et al.* 1994). The longevity of spineflower seeds in the soil is unknown, but there is some evidence that it is a t least seven years (V. Jigour, pers. obs., 1990). Dormancy and germination-triggering mechanisms in the greenhouse (Ferguson *et al.* 1996).

Evidence suggest alluvial fan scrub seed banks are characteristic of desert scrub associations. In desert seed banks, "from 80 to 90 percent of soil seeds are in the upper 2 cm of soil... and of these, most are in the litter or top few millimeters of soil" (Kemp 1989). The near-surface desert seed banks commonly exhibit a clumped distribution. The seed banks are dependent on parent plant distribution and are correlated with small topographic variations. Natural depressions and wind shadows have been shown to be major locations of the soil seed bank in the Sonoran Desert near Ajo, Arizona (Kemp 1989). This pattern is similar to the distribution of spineflower populations and individual plants (V. Jigour, pers. obs., 1995).

Exhibit 3                                                                3-482

Ruth Villalobos (FWS-SB-1000.10)                                                22

Spineflower typically forms spatially distinct populations in small isolated areas lacking any evidence of surface disturbance on a stabilized alluvium (Wood and Wells 1997). Some patches appear to be stable in abundance over several years, varying in their density with annual precipitation, while others virtually disappear in dry years. The survivorship and fecundity of spineflower can vary substantially among years, and appear to be significantly and positively correlated with the occurrence of wet conditions (Ferguson *et al.* 1996, Wood and Wells 1997). In other words, the population dynamics of spineflower are most strongly influenced by stochastic factors such as precipitation, rather than seed rain from the previous year, the type of co-occurring species, or percent ground cover (Ferguson *et al.* 1996).

Predation of spineflower leaves has rarely been observed, but predation of floral stems was observed at all 21 sites studied by Ferguson *et al.* (1996). This type of predation occurred early in the season while the stems were still green, and the stems were bitten off close to the ground. The number of stems predated varied widely among sites and years, but generally accounted for a low percentage of the total plants (Ferguson *et al.* 1996). Grasshoppers appeared to be responsible for high stem predation during 1994 at Dripping Springs in the Cleveland National Forest near Vail Lake (Ferguson *et al.* 1996). If predation occurred early in the reproductive cycle, plants grew new floral stems; although the reproductive output was undoubtably reduced as stems produced later had fewer involucres (Ferguson *et al.* 1996).

Seed dispersal mechanisms for spineflower are unknown. Patterns of flooding and plant locations observed on the Santa Ana Wash suggest that floods facilitate long range dispersal (Jigour and McKernan, 1992; Woods and Wells 1997). Given that the locations of spineflower populations remain fairly constant from year to year, seed dispersal during climatic periods without major floods is likely within occupied microsites. Wind probably functions to help disperse seeds within the vicinity of the originating population since strong Santa Ana winds generally occur during autumn and winter in this region (Woods and Wells 1997).

Spineflower was listed as endangered on September 28, 1987 (Service 1987), after we determined that the remaining 25 percent of its range was threatened by habitat loss and degradation owing to encroaching developments within the floodplain, sand and gravel mining, grazing by domestic animals, competition from exotic plants, and other factors. We determined that designation of critical habitat was not warranted because such an action was unlikely to provide a net benefit to the conservation of the species.

Spineflower is found from 700 to 2,500 feet in elevation in central and eastern southern California, adjacent to foothills of the Transverse (San Gabriel) and Peninsular (San Bernardino and San Jacinto) Ranges (Allen 1996; Wood and Wells 1997). Historic records indicate that spineflower formerly occupied the following locations:

Los Angeles County: Along the foothills of the San Gabriel Mountains, including Mint Canyon, Newhall, San Fernando Wash, Pacoima Canyon Wash, Limekiln Canyon (San Fernando), Big Tujunga Wash, Rubio Wash (Altadena), Santa Anita Wash, and the West Fork of the San Gabriel River.

Exhibit 3

3-483

Riverside County: Temescal Canyon, Elsinore, Vicinity of Vail Lake, Vicinity of San Jacinto (north of Hemet), vicinity of Sage (South of Hemet), along the San Jacinto River floodplain, and Bautista Canyon in the foothills of the San Jacinto Mountains.

San Bernardino County: Along the foothills of the San Bernardino Mountains, including Cajon Canyon, Arrowhead Springs, Colton, San Bernardino, City Creek, San Bernardino Valley/Santa Ana Wash, and Yucaipa Valley (Reveal and Hardham 1989a, CNDDB 1993; R. McKernan, pers. comm., 1998).

Today, spineflower is restricted eight sites in Los Angeles, Riverside and San Bernardino Counties, including the Bee Canyon tributary to the Santa Clara River, Big Tujunga Wash, the vicinity of Vail Lake, Temescal Canyon, Bautista Canyon, the San Jacinto River floodplain, the Santa Ana Wash, the Lytle Creek wash and Cajon Creek near Devore. The latter population has not been located in the past decade (Rey-Vizgirdas 1994).

Although several previously undocumented populations have been discovered since spineflower was listed as endangered, its extant distribution tin the northern part of its range (Los Angeles County) has declined substantially. Approximately 75 percent of the historical extent of spineflower populations has been extirpated by drainage modification and sand and gravel mining that caused habitat loss and fragmentation (Ferguson *et al.* 1996). Continued threats to spineflower include urban development, off-road vehicles, flood control activities, and sand and gravel mining operations (Allen 1996; Wood and Wells 1997). Another serious concern is the increasing prevalence of Mediterranean annual grasses (e.g., *Bromus* spp.) in alluvial fan scrub communities. Although spineflower can withstand some low level of exotic grass competition, a high percentage cover of non-native grass species appears to limit its presence (Allen 1996).

ENVIRONMENTAL BASELINE

The environmental baseline includes the past and present effects of all Federal, State, or private actions and other human activities in the action area, the anticipated effects of all proposed Federal projects in the action area that have already undergone formal or early section 7 consultation, and the effects of State or private actions that are contemporaneous with the consultation in progress (50 CFR § 402.02). According to 50 CFR § 402.02, the "action area" means all areas that will be affected directly or indirectly by the Federal action and not merely the immediate area involved in the action. Subsequent analyses of the environmental baseline, effects of the action, and levels of incidental take are based upon the action area as determined by our agency.

We have described the action area in this consultation to encompass the area of impoundment behind Seven Oaks Dam and areas of historic flow downstream of the dam. The Seven Oaks Dam action area includes three subareas. Subarea 1 includes the area behind the dam and the reservoir pool/inundation area encompassing the 100-year floodplain to an elevation of about 2,580 feet. Subarea 2 extends from the upper Santa Ana River to San Bernardino International Airport (the former Norton Air Force Base). Greenspot Road and the lower reaches of Plunge and City Creeks occur along the northern border of Subarea 2; the creeks are tributaries to the Santa Ana River. Redlands Municipal Airport, the lower reach of Mill Creek, and lands

Exhibit 3                                                              3-484

immediately south of the Santa Ana River occur along the subarea's southern boundary. Subarea 3 extends downstream from San Bernardino International Airport to the eastern or upstream limit of Prado Basin at the 566-foot elevation.

The historical distribution of the three species covered in this biological opinion apparently did not occur in Subarea 1; few occurrences, mostly for SBKR, have been found in Subarea 3. Subarea 2 is the primary area of effects from Seven Oaks Dam operations on SBKR, woolly star and spineflower. The Santa Ana River Wash (Subarea 2) is an alluvial fan formed by gravity-driven transport of sand, gravel, and rocks from the mountain slopes to the valley floors during floods and debris flows that periodically emanated from the principal drainage mouths within the action area (e.g., Santa Ana River and Mill, Plunge, and City creeks). Water percolation structures and sand mining operations have significantly altered the natural hydrology of this area by altering the magnitude and distribution of flooding, scouring, and sand transport and deposition. In the absence of flood scouring, sediments and organic matter accumulate over time and contribute to the maturation of Riversidean alluvial fan sage scrub.

### San Bernardino Kangaroo Rat and its designated critical habitat

We estimated the current range of SBKR to include about 6,500 acres on the Santa Ana River alluvial fan, lower fan of Mill Creek, and lower reach of City Creek (Service, unpublished February 1998 GIS map). This range was based on records from the San Bernardino County Museum as communicated by Robert McKernan. Not all habitat within the current range is considered suitable for SBKR. The final rule to list the SBKR as endangered estimated that the Santa Ana River Wash contains about 5,224 acres, of which about 1,363 acres was considered unsuitable for SBKR due to excessive cover or disturbance. Just prior to the emergency listing for the species, the Service estimated that 3,679 acres was suitable (Service, unpublished December 1997 GIS map). Lands considered unsuitable included the active channel of the Santa Ana River, agricultural and residential land, some of the chamise chaparral, and heavily disturbed areas associated with sand and gravel mining, percolation basins, and the pervious borrow site. The areas of unsuitable habitat relative to those land and habitat types were determined by overlaying the unpublished GIS map onto the vegetation habitat base map.

SBKR are expected to occur throughout Subarea 2 west of Greenspot Road in all but the most severely disturbed habitats, including ephemeral use of the active channel (BA 2000). Relative abundance appears to be higher in pioneer and pioneer-intermediate Riversidean alluvial fan sage scrub based on available reports. That habitat generally dates from 1969 to more recent floods. Abundance in areas with intermediate through juniper-dominated Riversidean alluvial fan sage scrub exhibits considerable variability in SBKR abundance. Those habitats date from the 1860s to 1938 floods and, therefore, range from about 60 to 140 years old. Several authors, as well as the 1999 field survey, strongly suggest that non-native grasses may contribute to a lowering of the quality of habitat for SBKR within intermediate and mature Riversidean alluvial fan sage scrub successional phases. The possibility that higher elevation terraces with mature vegetation act as important refugia for the species also should be considered and is under current investigation by R. McKernan and G. Braden of the San Bernardino County Museum. SBKR abundance in chamise chaparral appears to be low based on existing reports. That habitat

Ruth Villalobos (FWS-SB-1000.10)                                                          25

typically has dense grass cover (COE 1996, MEC 2000a). Narrow unvegetated channels and dirt paths that cross the chamise chaparral in some areas may contribute to some of the records of occurrence within that habitat. That habitat is thought to pre-date the major floods of the 1860s (MEI 1999).

Potential habitat for SBKR is limited downstream of Subarea 2. The transition from alluvial scrub in the Santa Ana River Wash area to a more defined channel with riparian vegetation is not abrupt, and some potentially suitable habitat extends into the upper portion of Subarea 3. SBKR have been noted at the Tippecanoe Avenue crossing with the Santa Ana River (S. Montgomery, 2000 pers. comm.). Habitat south of Waterman Avenue to 8th Street is unsuitable because of the high levels of disturbance. A small patch of potential low-quality habitat occurs directly surrounding 8th Street, but remaining downstream reaches are unsuitable because of the wet substrate.

*Santa Ana River Woolly Star and Slender-horned Spineflower*

Current distribution of woolly star is limited to the sand deposits of the Santa Ana River between approximately Tippecanoe Avenue at the west end of San Bernardino International Airport and the base of the San Bernardino Mountains. There also is a population between the southwest limits of the main population and where the Santa Ana River becomes channelized. Management of the WSPA includes population monitoring and experimental treatments of late-successional habitat to determine the best mechanical means of rejuvenating the habitat in the absence of a natural flood regime. A 1999 spring season survey recorded 17 spineflower sub-populations consisting of 2,622 individuals within the action area. The recent survey noted that each spineflower sub-population occupied a relatively small area (COE 1999b). Four data sets from the 1999 survey can be grouped into three general areas: Group 1 that potentially lies within the 1938 floodplain originating from Plunge Creek; Group 2 in the disturbed area within the sand and gravel mining limits; and Group 3 within the area referred to as Section 12 of the U.S. Geological Survey quad map for Redlands, California (T1S, R.3.W.).

The listed species in the action area continue to be threatened by habitat loss, degradation, and fragmentation due to sand and gravel mining operations, water conservation activities, and the alteration of ecosystem processes, particularly scouring, transport, and deposition of sediment materials caused by the dam and interim operations. Suitable habitat conditions were created over thousands of years by water transporting coarse sediments out of the mountains, depositing sediments on the fan, and scouring vegetation to create a patchwork of pioneer, intermediate, and mature conditions. Flood control and water spreading structures have significantly altered the natural hydrology of this area by decreasing the magnitude and distribution of flooding, scouring, sand transport and deposition. In the absence of flood scouring, sediments and organic matter accumulate over time and pioneer phases of Riversidean alluvial fan sage scrub are not often restored. Eventually, these communities tend to mature and become more dense, thereby eliminating the early and intermediate seral stages favored by SBKR and woolly star, while allowing establishment of non-native grasses, which may have a negative effect on spineflower. In addition, many areas that would normally revegetate following flood events, and thereby

provide suitable habitat, have been denuded of vegetation by ongoing activities within spreading
basins and channels.

Existing land uses in the Santa Ana River Wash in Subarea 2 include mining, water conservation
and supply, flood control, and open space and habitat preserves. In 1993, representatives of
numerous agencies, including water, mining, flood control, wildlife and municipal interests,
formed a committee to address local mining issues. Subsequently, the role of the committee was
expanded to address all the land functions within the wash. The committee began meeting in
1997 to determine how to use the land to accommodate all of these important functions.

The Service has been involved in discussions with the committee to develop a cooperative
agreement among these stakeholders for land use compatible with environmental resource needs.
The plan based on this cooperative agreement is known as the "Upper Santa Ana River Land
Management and Habitat Conservation Plan" or "Plan B," and has not yet undergone review
under either the California Environmental Quality Act or the National Environmental Policy Act.
Conceptual land use "Plan B" addresses areas owned by private interests, sand and gravel mining
operators, water conservation districts, as well as public owned lands, and land set-aside for
environmental purposes. Section 12 (U.S. Geological Survey quad map, Redlands, T1S, R.3.W.)
contains the primary land available for the plan to create, maintain, or enhance habitat for listed
species. The land area addressed in "Plan B" covers approximately 5,200 acres in the Santa Ana
River Wash. It is anticipated that, if it is finalized, "Plan B" or some alternate plan will
coordinate and accommodate the existing ongoing activities, anticipated future planned activities,
and establish habitat preserve areas. These existing and future activities include:

- Water conservation of both native and (when necessary) imported water resources for
  groundwater basin replenishment to augment public water supplies;
- Flood control;
- Aggregate extraction and processing;
- Protection of sensitive and listed species and habitat;
- Recreation planning of the Santa Ana River trail system.

The "Plan B" process, although it will likely be compatible with Seven Oaks Dam conservation
measures, will not be used to establish or implement any of the additional conservation measures
or any other measures to offset impacts to federally listed species and their habitats that may be
required in this biological opinion, including any measures that might arise out of the MSHMP
process.

EFFECTS OF THE ACTION

Effects of the action refer to the direct and indirect effects of an action on the species or critical
habitat, together with the effects of other activities that are interrelated and interdependent with
that action, that will be added to the environmental baseline. Interrelated actions are those that
are part of a larger action and depend on the proposed action for their justification.
Interdependent actions are those that have no independent utility apart from the action under

Exhibit 3                                                                            3-487

consideration. Indirect effects are those that are caused by the proposed action and are later in time but are still reasonably certain to occur.

The action area is defined as all those areas subject to direct and indirect effects of the project. Areas subject to direct effects include all those areas within the project footprint, for example, construction vehicle access routes, staging areas, and grading areas. Indirect effects include, for example, degradation of occupied habitat through edge effects, habitat isolation, and fragmentation.

## Direct Effects

On-going management actions on the WSPA and future conservation measures over the 200-acre area, as directed by the Steering Committee to enhance habitat for the woolly star could have an immediate direct adverse effect if individual plants or the seed bank are disturbed and/or destroyed during the process. However, effects will likely be of a similar magnitude on the WSPA as that of current management activities which have been covered under previous section 7 consultation; minimal impacts on the 200-acre habitat manipulation area are anticipated since those future conservation activities will be directed to areas of low woolly star density. We anticipate a net beneficial effect for woolly star from such activities in the long term, with habitat renewed to conditions more suitable for the species' persistence. Due to their low incidence of occurrence in the WSPA, and presuming the WSPA Steering Committee will not direct management activities to areas potentially occupied by SBKR and spineflower, direct effects to SBKR and spineflower are not anticipated from on-going WSPA management activities.

Additional conservation measures for spineflower and SBKR include surveys to determine population status and distribution, experimental trials to assess habitat rejuvenation techniques, and larger scale habitat manipulations to be implemented based on the results of the surveys and experimental trials. Surveys and experimental trials are not anticipated to have a significant direct effect on spineflower. While individual plants could be crushed or damaged during surveys, it is anticipated that survey personnel will be experienced with the species and will take the appropriate care during their work to avoid and minimize such damage. Habitat rejuvenation experiments and larger scale habitat manipulations may remove spineflower plants through flooding and/or spreading of sand; however, these activities will generally be undertaken in areas with no or low density of plants so few individuals would be affected.

SBKR will be affected by the additional conservation measures through trapping studies to understand population factors across the wash, during trapping to remove animals from an area where experimental or larger scale habitat manipulations will be conducted, and by dike construction, sediment spreading and/or flooding during the experimental and larger scale habitat manipulations. While animals trapped during the demographic study or for relocation outside of an area to be flooded are to be released after data on the individuals is collected, some injury or mortality may occur with trapping (e.g., exposure, attack by ants while in the trap, injury from the trap mechanism). However, the incidence of injury or mortality from trapping is anticipated to be very low, because only SBKR experienced biologists approved by the Service will be conducting the studies using Service trapping protocols. It cannot be assured that all

Exhibit 3

Ruth Villalobos (FWS-SB-1000.10)                                                    28

SBKR will be captured for relocation prior to habitat manipulation; those not trapped may be crushed by equipment spreading sediment or building dikes or drowned while in their burrows during flooding. The number of individuals affected by those activities cannot be quantified, but the loss is anticipated to be minimal since these activities will be undertaken in areas of low density of SBKR (anticipated to be 0-5 animals per hectare) and trapping and relocation of animals to an area outside of the flood area will be implemented prior to the manipulation. Thus, only animals remaining within the areas to be manipulated after relocation trapping will be impacted.

The entire 200-acre area of additional conservation measures falls within and will affect designated SBKR critical habitat. Sediment spreading and dike building by heavy equipment may bury or remove alluvial fan sage scrub and compact soils thereby removing shrub cover for SBKR and making soil unsuitable for burrows. Therefore, some constituent elements of SBKR critical habitat will be impacted by habitat manipulations. However, we anticipate that the experimental and larger scale manipulations that require sediment and dikes will replace the natural processes that would have taken place, absent the dam, to periodically rejuvenate habitat to maintain its suitability for SBKR.

Indirect Effects

If the dam was operated in the long term for flood control in the absence of the additional conservation measures, we would anticipate a decline in the quality and quantity of suitable habitat for SBKR, woolly star and spineflower. Such a decline would result from a reduction in the frequency, magnitude, and extent of flood events due to the operation of the dam. These flood events would normally serve to rejuvenate intermediate and late succession alluvial sage scrub; however, the presence of the dam and its operations will prevent flood flows from reaching at least approximately 15 percent of alluvial scrub habitats on the Santa Ana Wash area. The dam will trap sediment and release water that is relatively free of sand and gravel, thus reducing the amount and quality of sediment that is also necessary for fluvial processes. Therefore, in the absence of additional conservation measures over the life of the dam, we would anticipate that succession of habitat would have an adverse effect on SBKR and spineflower by precluding flood and scour processes necessary for rejuvenation of their habitats. In addition, flood control operation may contribute to further downcutting of the main channel of the Santa Ana River, which may limit SBKR from crossing the channel and thus hamper species dispersal.

However, the flood control operations, in the absence of the additional conservation measure of larger-scale habitat manipulations for SBKR and spineflower, will only occur for a short interim period during experimental trials and finalization of the MSHMP. Therefore, we do not anticipate loss of individuals or other significant impacts to these species this interim period.

CUMULATIVE EFFECTS

Cumulative effects include the effects of future State, Tribal, local or private actions that are reasonably certain to occur in the action area considered in this biological opinion. Future

Ruth Villalobos (FWS-SB-1000.10)                                                    29

Federal actions that are unrelated to the proposed action are not considered in this section because they require separate consultation pursuant to section 7 of the Act.

The 2000 BA identified 17 cumulative projects in the Santa Ana River Wash, some of which have been completed in the interim. Two bridge projects would span the river at Alabama and Orange streets in the City of Redlands and may affect habitat for woolly star and SBKR. Sand and gravel mining and water conservation operations will continue in the future; these operations may adversely affect habitat for all three species. However, we anticipate that these mining and water conservation operations will be addressed through finalization and implementation of "Plan B" discussed above and, therefore, are not considered in this analysis. The City of Redlands is pursuing the necessary environmental mitigation for the bridge projects separately from the "Plan B" effort.

CONCLUSION

After reviewing the status of the species, the environmental baseline, the effects of the proposed action, and the cumulative effects, it is our biological opinion that implementation of the proposed project is not likely to jeopardize the continued existence of woolly star, spineflower, or SBKR or adversely modify SBKR critical habitat.

We reached these conclusions by considering the following:

Direct effects to woolly star from the proposed flood control operations and additional conservation measures are anticipated to be of similar magnitude as that already occurring from management activities authorized by the WSPA Steering Committee and covered under prior section 7 consultation. Direct effects to woolly star and spineflower are anticipated to be minimal from experimental and larger scale habitat manipulation, as are direct effects to SBKR from trapping for demographic study and relocation and from experimental and larger scale habitat manipulation. The loss of SBKR that are not relocated out of the habitat manipulation areas is anticipated to be low. The indirect effects due to a lack of fluvial processes to rejuvenate intermediate and mature alluvial sage scrub will be for a short period while experimental trials are conducted and MSHMP finalized. Habitat succession is not anticipated to progress in that short a timeframe so as to make areas unsuitable for SBKR or spineflower. Over the long-term, conservation measures will replace habitat impacted and contribute to recovery of these species.

INCIDENTAL TAKE STATEMENT

Section 9 of the Act, and Federal regulations issued pursuant to section 4(d) of the Act, prohibit take of endangered and threatened species without a special exemption. Take is defined as harass, harm, pursue, hunt, shoot, wound, kill, trap, capture or collect, or attempt to engage in any such conduct. Harm is further defined by the Service to include significant habitat modification or degradation that actually kills or injures a listed species by significantly impairing essential behavioral patterns, including breeding, feeding, or sheltering. Harass is defined by the Service as an action that creates the likelihood of injury to a listed species by annoying it to such an extent as to significantly disrupt normal behavioral patterns which include,

Ruth Villalobos (FWS-SB-1000.10)                                                                30

but are not limited to, breeding, feeding, or sheltering. Incidental take is defined as take that is
incidental to, and not the purpose of, the carrying out of an otherwise lawful activity. Under the
terms of section 7(b)(4) and section 7(o)(2), such incidental taking is not considered to be a
prohibited taking under the Act provided that such taking is in compliance with this Incidental
Take Statement.

Sections 7(b)(4) and 7(o)(2) of the Act generally do not apply to listed plant species. However,
limited protection of listed plants from take is provided to the extent that the Act prohibits the
removal and reduction to possession of Federally listed endangered plants or the malicious
damage of such plants on areas under Federal jurisdiction, or the destruction of endangered
plants on non-Federal areas in violation of State law or regulation or in the course of any
violation of a State criminal trespass law.

The measures described below are non-discretionary and must be implemented by COE in order
for the exemption in section 7(o)(2) to apply. COE has a continuing duty to regulate the activity
that is covered by this incidental take statement. If COE (1) fails to adhere to the terms and
conditions of the incidental take statement through enforceable terms that are added to the permit
or grant document, and/or (2) fails to retain oversight to ensure compliance with these terms and
conditions, the protective coverage of section 7(o)(2) may lapse.

AMOUNT OR EXTENT OF TAKE

Over the 100-year life of the project, 200 acres of SBKR habitat will be manipulated (10-20 acres
every 5-10 years). This includes 169 acres of existing habitat that will lose the natural fluvial
processes due to presence of the dam and an additional 31 acres that COE has agreed to include
in its management area.

During population research and habitat manipulation activities it is anticipated that SBKR will be
trapped or captured and released or relocated within the action area. Take of SBKR during these
population studies and habitat manipulation is authorized as follows:

Service-approved biologists conducting SBKR population studies and relocation activities are
authorized to capture, handle, and release individuals within the Santa Ana Wash.

We also anticipate that SBKR within the area subject to experimental and larger scale habitat
manipulations that are not captured and relocated will be killed or injured during each
manipulation over the 100-year life of the project. We are unable to quantify this incidental take
of SBKR because not all animals will be captured and finding a dead or impaired animal is
unlikely. Therefore, take of SBKR is authorized during each habitat manipulation event within
the 200-acre management area for those animals remaining after relocation trapping.

EFFECT OF TAKE

In the accompanying biological opinion, we determined that this level of anticipated take is not
likely to result in jeopardy to SBKR or adversely modify its critical habitat.

Ruth Villalobos (FWS-SB-1000.10)                                        31

REASONABLE AND PRUDENT MEASURE

COE and/or local sponsors and their project contractors shall implement the following reasonable and prudent measure.

> 1. During population studies, relocation trapping and habitat manipulations, impacts to SBKR will be minimized.

TERMS AND CONDITIONS

To be exempt from the prohibitions of section 9 of the Act, COE is responsible for compliance with the following terms and conditions, which implement the reasonable and prudent measure described above.

1.1    During trapping, individual SBKR may be held for up to 1 hour after removal from the trap, and then shall be released at the capture site provided that:

a.    At each survey site, traps must be located in areas that typify SBKR habitat, and placed in sufficient numbers to provide adequate coverage of suitable habitat. Trapping shall continue for a minimum of 5 consecutive trapping nights at each trap station, line, or grid, unless animals are captured, or unless an alternate trapping regime is agreed to during preparation of the MSHMP.

b.    Only 12-inch Sherman or wire-mesh live traps shall be used to trap in habitats that are known or suspected to accommodate SBKR. Models 9 inches in length may be used only if they were purchased before March 13, 1990. All trap models shall be modified to eliminate or substantially reduce the risk of injury (e.g., tail lacerations or excisions) to the animals.

c.    No batting shall be used in the traps, and traps must be checked at least twice per night, once near midnight and again at sunrise. Trapping shall not be conducted if the nightly low temperature is forecast to be below 50 degrees Fahrenheit or if extended wind, rain, fog, or other inclement weather make (or have made) conditions unsuitable for trapping or would unduly jeopardize the lives of the animals.

d.    No mutilation marking scheme (e.g., toe-clipping, ear-clipping) is authorized. No invasive technique (e.g., PIT-tagging) is permitted, unless specifically authorized by the Portland Regional Fish and Wildlife Office. Other marking schemes (e.g., hair clipping, ear-tagging) are permitted with prior approval by the Service.

e.    Traps used for trapping small mammals outside of San Bernardino County shall be sterilized before use in San Bernardino County.

Ruth Villalobos (FWS-SB-1000.10)                                                    32

     f.    Plastic bags shall be used only for removing SBKR from the traps (for extraction and processing). Trapped individuals shall be processed as quickly as possible to reduce stress to the animals. Under no circumstances shall the individual be kept in plastic bags beyond 5 minutes. Trapped SBKR that must be kept for longer periods of time shall be transferred into a clean, structurally sound, breathable container with adequate ventilation. At no time shall the individual be allowed to become stressed due to temperature extremes (either hot or cold).

     g.    Each time the traps are placed, set, and baited, the traps shall be adjusted and set by hand at a sensitivity level appropriate for capturing SBKR. When closing traps, each trap shall be visually inspected and closed by hand.

     h.    Translocation activities are not authorized, i.e., animals may not be translocated outside of the Santa Ana River Wash.

     i.    Measures to prevent inadvertently missing traps shall, at a minimum, include:

          i.    All trap locations shall be identified with a unique identification code.

          ii.    While checking traps, a log sheet shall be used. Each time the trap is checked, the surveyor shall note the action on the log sheet. Periodically, the surveyor shall review the log sheet to ensure that no traps were inadvertently missed.

          iii.    The log sheet shall be in addition to (or incorporated into) other field notes or data sheets that are used for noting trap contents. The log sheet and field notes/data sheets (collectively, the "field documentation") shall be formatted to ensure the surveyor, trap (as identified by the unique identification code), and date/time checked are documented. Field documentation shall be available to Service personnel upon request (including during compliance inspections in the field).

          iv.    In the field, all trap locations shall be marked with flagging, reflective tape, or other technique that allows the surveyor to readily locate the traps under daytime and nighttime conditions. To the maximum extent possible, the markings shall be visible at a distance of at least 5 meters (16.3 feet).

   1.2    The number of individuals, of any life stage, allowed to be incidentally injured or killed during performance of SBKR population research and/or relocation trapping activities is zero SBKR in any calendar year. In the event that an individual SBKR is injured or killed, the biologist must:

Exhibit 3                                                                           3-493

Ruth Villalobos (FWS-SB-1000.10)                                                    33

a.    Immediately cease the activity until re-approved by the Carlsbad Fish and Wildlife Office, which may, after analysis of the circumstances of injury or mortality, revoke or amend this approval.

b.    Immediately notify the Carlsbad Fish and Wildlife Office. Within 3 working days, the biologist shall follow up such verbal notification in writing. With the written notification, the biologist shall include a report of the circumstances that led to the injury or mortality. A description of the changes in activity protocols that will be implemented to reduce the likelihood of such injury or mortality from happening again shall be included, if appropriate. The incident shall also be discussed in the annual report that is subsequently submitted.

c.    Preserve any dead specimens in accordance with standard museum practices. Before expiration of the permit, all preserved specimens shall be properly labeled and deposited with one of the designated depositories. The biologist shall supply the depository with a copy of this biological opinion to validate that the specimens supplied to the museum were taken pursuant to that biological opinion.

d.    The biologist is authorized to salvage all SBKR carcasses.

e.    Annual reports of activities shall be submitted to the Carlsbad Fish and Wildlife Office by January 31 following each year this approval is in effect. The report shall be in the following format: (a) an introduction section addressing reasons and objectives for taking the species; (b) a methodology section addressing data collection and analysis procedures; c) a results section that summarizes the data collected, including information on any other federally listed species detected while conducting activities authorized under this permit; and (d) a conclusion section that specifically provides recommendations for recovery of the species. If no activities occurred over the course of a year, indication of such shall be submitted as an annual report. The annual report shall include, but not be limited to:

   i.    Summary presentations and brief discussions of significant research results;

   ii.    Maps and/or descriptions of locations sampled (1:24000, 1:2000 scale);

   iii.    The results of all sampling efforts, including estimates of population sizes;

   iv.    Numbers of individuals incidentally killed, including dates, locations, circumstances, and depository receiving the preserved specimen(s);

   v.    Other pertinent observations made during sampling efforts regarding the status or ecology of the species; and

   vi.    Planned future activities if authorized under this permit.

Exhibit 3                                                                          3-494

Ruth Villalobos (FWS-SB-1000.10)                                          34

The reasonable and prudent measure, with its implementing terms and conditions, is designed to minimize the impact of incidental take that might otherwise result from the proposed action. If, during the course of the action, the level of incidental take is exceeded, such incidental take represents new information requiring reinitiation of consultation and review of the reasonable and prudent measures provided. The COE must immediately provide an explanation of the causes of the taking and review with the Service the need for possible modification of the reasonable and prudent measure.

*Disposition of Sick, Injured, or Dead Specimens*: Upon locating dead, injured, or sick SBKR, initial notification must be made to Jill Terp at (760) 431-9440 within one working day of discovery. Written notification must be made within five calender days and include the date, time, and location of the animal and any other pertinent information. The location where the animal was found should be marked in an appropriate manner and photographed. Care must be taken in handling sick or injured animals to ensure effective treatment and care. Injured animals should be transported to a qualified veterinarian. Should any treated animals survive, we should be contacted regarding the final disposition of the animals. Dead specimens should be sealed in an appropriately sized container and refrigerated to preserve biological material in the best possible state.

## CONSERVATION RECOMMENDATIONS

Section 7(a)(1) of the Act directs Federal agencies to utilize their authorities to further the purposes of the Act by carrying out conservation programs for the benefit of endangered and threatened species. Conservation recommendations are discretionary agency activities to minimize or avoid adverse effects of a proposed action on listed species or critical habitat, to help implement recovery plans, or to develop information. The recommendations provided here relate only to the proposed action and do not necessarily represent complete fulfillment of the agency's responsibility for this species, pursuant to section 7(a)(1) of the Act.

1.    We recommend that COE work with resource agencies, local sponsors, and land owners to obtain permission to manage habitat for listed species on additional lands adjacent to those that will be actively managed in the future under the MSHMP.

2.    We recommend that COE work with local landowners to identify habitats that have been degraded by past COE actions or other activities and may have supported listed species and initiate 1135 and/or 206 programs to remediate such habitat.

## REINITIATION NOTICE

This concludes formal consultation on the proposed action. As provided in 50 CFR § 402.16, reinitiation of formal consultation is required where discretionary Federal agency involvement or control over the action has been retained (or is authorized by law) and if: (1) the amount or extent of incidental take is reached; (2) new information reveals effects of the agency action that may adversely affect listed species or critical habitat in a manner or to an extent not considered in this opinion; (3) the agency action is subsequently modified in a manner that causes an effect to the listed species or critical habitat not considered in this opinion; or (4) a new species is listed or

Ruth Villalobos (FWS-SB-1000.10)                                                    35

critical habitat designated that may be affected by the action. In instances where the amount or extent of incidental take is reached, any operations causing such take must cease pending reinitiation.

We look forward to continuing our cooperation on the development of additional conservation measures. If you have any questions regarding this letter, please contact Supervisory Fish and Wildlife Biologist Jill Terp of this office at (760) 431-9440.

Sincerely,

Karen A. Evans
Assistant Field Supervisor

cc:
Lance Natsuhara and Matthew Blinstrub, Orange County Flood Control District
David Lovell and Jim Borcuk, San Bernardino County Flood Control District
Steve Thomas, Riverside County Flood Control District

J-35

Exhibit 3                                                            3-496

Ruth Villalobos (FWS-SB-1000.10)                                                      36

## LITERATURE CITED

Allen, E. B 1996. Characterizing the habitat of slender-horned spineflower (*Dodecahema leptoceras*). Department of Botany and Plant Sciences, University of California, Riverside. Unpublished final report prepared for California Department of Fish and Game, Region 5 North, Contract #FG 4632 R5.

Barbour, M., and J. Wirka. 1997. Classification of alluvial scrub in Los Angeles, Riverside and San Bernardino Counties. Unpublished report prepared for the California Department of Fish and Game, Long Beach.

Behrends, P., M. Daly, and M. I. Wilson. 1986. Range use patterns and spatial relationships of Merriam's kangaroo rats (*Dipodomys merriami*). *Behavior* 96:187-209.

Belnap, J. 1993. Recovery rates of cryptobiotic soil crusts: assessment of artificial inoculants and methods of evaluation. Great Basin Naturalist 53: 89-95.

Blair, W. F. 1943. Populations of the deer mouse and associated small mammals in the mesquite association of southern New Mexico. Contributions to the Laboratory of Vertebrate Biology, University of Michigan 21:1-40.

Boyd, S. 1991. Rancho Santa Ana Botanic Garden, California. Personal communication to V. Jigour, Conservation Ecology Services, Santa Clara, California.

Braden, G. T. and R. L. McKernan. 2000. A data based survey protocol and quantitative description of suitable habitat for the endangered San Bernardino kangaroo rat (*Dipodomys merriami parvus*). Unpublished report prepared by the San Bernardino County Museum, Redlands, California. June 2000.

Brunell, M. 1991. Management recommendations based on genetic diversity in the Santa Ana River woolly star. Unpublished Master of Science in Biology thesis, Department of Biological Science, California state University, Fullerton.

Burk, J. H., C. E. Jones, J. Wheeler, and S. DeSimone. 1988. The ecology of *Eriastrum densifolium ssp. sanctorum* (Milliken) Mason: A preliminary report. Environmental Audit Inc., Placentia, California. Unpublished report prepared for U.S. Army Corps of Engineers, Los Angeles District. Appendix 8-A-7 of : U.S. Army Corps of Engineers. 1988. Design Memorandum No. 1; Phase II GDM on the Santa Ana River mainstem including Santiago Creek. Vol. 8: Environmental.

Burk, J. H., C. E. Jones, and J. Wheeler. 1989. New information on the rare Santa Ana River woolly-star. Fremontia 17: 20-21.

California Department of Fish and Game. March 1990. 1989 Annual Status Report on the Status of California's Listed, Threatened and Endangered Species, Sacramento.

Exhibit 3                                                                             3-497

Ruth Villalobos (FWS-SB-1000.10)                                                                  37

California Natural Diversity Data Base. 1993. July 23 Rare Find Report. California Department of Fish and Game, Natural Heritage Division, Sacramento.

Caughley, G., and A. Gunn. 1996. Conservation biology in theory and practice. Blackwell Science, Inc., Cambridge, Massachusetts.

Chambers Group. 1993. Management plan for the Santa Ana River woolly star, *Eriastrum densifolium ssp. sanctorum*: Final. Chambers Group, Inc., Irvine. Unpublished report prepared for U.S. Army Corps of Engineers, Los Angeles District.

Church, P. B., and J. H. Lawton. 1987. Predation by domestic cats in an English village. Journal *Zoological Society of London* 212:439-455.

Craig, T. 1934. A revision of the subgenus *Huegelia* of the genus *Gilia* (Polemoniaceae). Bulletin of the Torrey Botanical Club 61: 385-397.

Cypher, B. L., and K. A. Spencer. 1998. Competitive interactions between coyotes and San Joaquin kit foxes. *Journal of Mammalogy* 79:204-214.

Eliason, S. 1999. U. S. Fish and Wildlife Service. Personal communication to P. White, U. S. Fish and Wildlife Service, Carlsbad, California, January 1999.

Erickson, M. 1993. Optimal outcrossing and pollinator foraging distance in the Santa Ana River woolly star, *Eriastrum densifolium ssp. sanctorum* (Milliken) Mason. Unpublished Master of Arts in Biology thesis, Department of Biological Science, California State University, Fullerton.

Ferguson, N. 1995. University of California, Riverside. Personal communication to V. Jigour, Conservation Ecology Services, Santa Clara, California.

Ferguson, N., R. Whitkus, and N. Ellstrand. 1994. First field season status report on *Dodecahema leptoceras*. University of California, Riverside. Unpublished report prepared for California Department of Fish and Game Contract # FG 3643 R5.

Ferguson, N., R. Whitkus, and N. Ellstrand. 1996. Investigation into the population biology of *Dodecahema leptoceras* (slender-horned spineflower). Department of Botany and Plant Sciences, University of California, Riverside. Unpublished final report prepared for California Department of Fish and Game, Region 5 North, Contract# FG 3643 R5-2.

Frankham, R., and K. Ralls. 1998. Inbreeding leads to extinction. *Nature* 241:441-442.

Goldingay, R. L., P. A. Kelly, and D. F. Williams. 1997. The kangaroo rats of California: endemism and conservation of keystone species. *Pacific Conservation Biology* 3:47-60.

Hall, E. R. 1981. The Mammals of North America. Second Edition. Volumes I and II. John Wiley & Sons, New York.

Exhibit 3                                                                                         3-498

Ruth Villalobos (FWS-SB-1000.10)                                                    38

Hanes, T. L., R. D. Friesen, and K. Keane. 1989. Alluvial scrub vegetation in coastal southern California. *In*: D.L. Abell (tech. coord.). Proceedings of the California Riparian Systems Conference: Protection, management, and restoration for the 1990s. September 22-24, 1988. Davis, CA. Gen. Tech. Rep. PSW-110. Berkeley, California: Pacific Southwest Forest and Range Experiment Station, Forest Service, USDA.

Holland, R. F. 1986. Preliminary descriptions of the terrestrial natural communities of California. Unpublished report by the Nongame Heritage Program of the California Department of Fish and Game, Sacramento, California. October 1986.

Jigour, V. 1990. Conservation Ecology Services, Santa Clara, California. Personal observation.

Jigour, V. 1994. Conservation Ecology Services, Santa Clara, California. Personal observation.

Jigour, V. 1995. Conservation Ecology Services, Santa Clara, California. Personal observation.

Jigour, V., and R. McKernan. 1992. Biological Assessment of the San Bernardino Valley Water Conservation District, Redlands, California.

Jones, C. E., and J. H. Burk. 1996. *Eriastrum densifolium ssp. sanctorum*: Report on 1995 Field Studies. California State University, Fullerton. Prepared for Psomas and Associates.

Jones, W. T. 1993. The social systems of heteromyid rodents. Pp 575-595 *in*: Biology of the Heteromyidae. H. H. Genoways and J. H. Brown (eds.). Special Publication No. 10, The American Society of Mammalogists; August 20, 1993.

Kemp, P. R. 1989. Seed bands and vegetation processes in deserts. Pp. 257-281 *in* Ecology of Soil Seed Banks (M. A. Leck, V. T. Parker, and R. L. Simpson, eds.) Academic Press, Inc., New York.

Lande, R. 1988. Genetics and demography in biological conservation. *Science* 241:1455-1460.

Lidicker, W. Z., Jr. 1960. An analysis of intraspecific variation in the kangaroo rat *Dipodomys merriami*. University of California Publications in Zoology 67:125-218.

Mason, H. L. 1945. The genus *Eriastrum* and the influence of Benthum and Gray upon the problem of generic confusion in Polemoniaceae. Madrono 8: 65-91.

McClenaghan, L. R., Jr., and E. Taylor. 1991. Temporal and spatial patterns of demography of *Dipodomys stephensi* from Riverside County, California. Submitted to Regional Environmental Consultants.

McClenaghan, L. R., Jr., and E. Taylor. 1993. Temporal and spatial demographic patterns in *Dipodomys stephensi* from Riverside County, California. *Journal of Mammalogy* 74:636-645.

Exhibit 3                                                                            3-499

Ruth Villalobos (FWS-SB-1000.10)                                                    39

McKernan, R. L. 1993. San Bernardino kangaroo rat *(Dipodomys merriami parvus)*. *In*:
    Biology and Management of Rodents in Southern California. San Bernardino County
    Museum, Redlands, California.

McKernan, R. L. 1997. The status and known distribution of the San Bernardino kangaroo rat
    *(Dipodomys merriami parvus)*: field surveys conducted between 1987 and 1996.
    Unpublished report prepared for the Carlsbad Fish and Wildlife Office, Carlsbad,
    California.

McKernan, R. L. 1998. San Bernardino County Museum. Personal communication to S.
    Eliason, U.S. Fish and Wildlife Service, Carlsbad, California.

MEC Analytical Systems. 2000a. Final Biological Assessment, Seven Oaks Dam, Santa Ana
    River Mainstem Project, San Bernardino County, California. Prepared for the U.S. Army
    Corps of Engineers, Los Angeles District, Los Angeles, California.

MEC Analytical Systems. 2000b. Draft report of findings for the San Bernardino kangaroo rat
    and habitat relationships 1999 filed survey for the Santa Ana River alluvial fan, San
    Bernardino County, California. Prepared for U.S. Army Corps of Engineers, Los Angeles
    District.

MEI (Mussetter Engineering, Inc). 1999. Geomorphic evaluation of Santa Ana River alluvial fan
    and San Bernardino Kangaroo Rat habitat. Prepared for U.S. Army Corps of Engineers,
    Waterways Experiment Station and Los Angeles District.

Metropolitan Water District of Southern California. 1998. Draft Biological Assessment, Inland
    Feeder Project. Prepared for the U.S. Army Corps of Engineers, Los Angeles, California.
    November 1998.

Munoz, A. A. 1991. Reproductive biology of the endangered Santa Ana River woolly star,
    *Eriastrum densifolium ssp. sanctorum* (Milliken) Mason (Polemoniaceae). Unpublished
    Master of Arts in Biology thesis, Department of Biological Science, California State
    University, Fullerton.

O'Farrell, M. J. 1990. Stephens' kangaroo rat: Natural history, distribution, and current status.
    Memoirs of the Natural History Foundation of Orange County 3:78-84

O'Farrell, M. J. 1999. Translocation of the endangered San Bernardino kangaroo rat. Abstract
    from the Western Section of The Wildlife Society's annual meeting, January 21-23, 1999,
    Monterey, California.

O'Farrell, M. J., S. M. Juarez, and C. E. Uptain. 1986. An addition to the known range of
    Stephens' kangaroo rat, *Dipodomys stephensi*, in San Diego County, California.
    *California Fish and Game* 72:187-189.

J-39

Exhibit 3                                                           3-500

Ruth Villalobos (FWS-SB-1000.10)                                                            40

O'Farrell, M. J., and C. E. Uptain. 1987. Distribution and aspects of the natural history of Stephens' kangaroo rat (*Dipodomys stephensi*) on the Warner Ranch, San Diego Co., California. *Wasmann Journal of Biology* 45:34-48.

Price, M. V., and P. Kelly. 1994. An age-structured demographic model for the endangered Stephens' Kangaroo Rat. *Conservation Biology* 8:810-821.

Reichman O. J., and M. V. Price. 1993. Ecological aspects of heteromyid foraging. Pp. 539-574, in Biology of the Heteromyidae (H.H. Genoways and J.H. Brown, eds.). Special Publication No. 10, The American Society of Mammalogists.

Reveal, J. L., and C. Hardham. 1989a. Three new monospecific genera of Polygonaceae subfamily Eriogonideae from California. Phytologia 66: 83-88.

Reveal, J. L., and C. Hardham. 1989b. A revision of the annual species of *Chorizanthe* (Polygonaceae: Eriogonoideae). Phytologia 66: 98-198.

Rey-Vizgridas, E. 1994. Status and conservation of the endangered slender-horned spineflower (*Dodecahema leptoceras* (Gary) Reveal & Hardham) and alluvial scrub habitat in southern California. Unpublished Master of Science in Environmental Studies thesis, Department of Biological Science, California State University, Fullerton.

Saccheri, I., M. Kuussaari, M. Kankare, P. Vikman, W. Fortelius, and I. Hanski. 1998. Inbreeding and extinction in a butterfly population. *Nature* 392:491-494.

Skinner, M., and B. Pavilk. 1994. Inventory of Rare and Endangered Plants of California. California Native Plant Society Special Publication No. 1, 5th edition, Sacramento.

Smith, R. L. 1980. Alluvial scrub vegetation of the San Gabriel River floodplain, California. *Madroño* 27(3):126-138.

Stone, D. R. 1995. Pollinator effectiveness and assemblages in three populations of *Eriastrum densifolium* (Bentham) Mason (Polemoniaceae). Unpublished Master of Arts in Biology thesis, department of Biological Science, California State University, Fullerton.

U.S. Army Corps of Engineers. 1988a. Santa Ana River. Design Memorandum No.1. Phase II General Design Memorandum on the Santa Ana River Mainstem including Santiago Creek.

U.S. Army Corps of Engineers. 1988b. Final Supplemental Environmental Impact Statement

U.S. Army Corps of Engineers. 1998. Draft Biological Assessment Seven Oaks Dam, Santa Ana River Mainstem Project, San Bernardino County, California.

U.S. Army Corps of Engineers. 1996. Biological Assessment for Seven Oaks Dam and San Timoteo Creek Flood Control.

Exhibit 3                                                                                   3-501

Ruth Villalobos (FWS-SB-1000.10)                                                    41

U.S. Army Corps of Engineers. 1999a. Seven Oaks Dam Interim Water Control Plan Prior to and During Section 7 Consultation Period. November 1999.

U.S. Army Corps of Engineers. 1999b. Final report findings for the slender-horned spineflower (*Dodecahema leptoceras*) 1999 Field Survey for the Santa Ana River Wash, San Bernardino County, California. Los Angeles District. November 1999.

U.S. Fish and Wildlife Service. 1987. Endangered and threatened wildlife and plants: endangered status for *Eriastrum denifolium ssp. sanctorum* (Santa Ana River woolly-star) and *Centrostegia leptoceras* (slender-horned spineflower). Final rule. 52 Federal Register 36265-36270. Washington, D.C., September 28, 1987.

U.S. Fish and Wildlife Service. 1998. Recovery Plan for Upland Species of the San Joaquin Valley, California. Region 1, Portland, Oregon. 319 pp.

Wheeler, J. A. 1991. Seed and seedling ecology of *Eriastrum densifolium ssp. sanctorum*, an endangered floodplain endemic. Unpublished Master of Arts in Biology thesis, Department of Giological Science California State University, Fullerton.

White, P. J., and R.A. Garrott. 1999. Population dynamics of kit foxes. *Canadian Journal of Zoology* 77: 486-493.

White, P. J., and K. Ralls. 1993. Reproduction and spacing patterns of kit foxes relative to changing prey availability. *Journal of Wildlife Management* 57:861-867.

Williams, W. F., H. H. Genoways, and J. K. Braun. 1993a. Taxonomy. Pp 38-196 *in*: Biology of the Heteromyidae. H.H. Genoways and J.H. Brown (eds.). Special Publication No. 10, the American Society of Mammalogists; August 20, 1993.

Williams, W. F., D. J. Germano, and W. Tordoff. 1993b. Population studies of endangered kangaroo rats and the blunt-nosed leopard lizards in the Carrizo Plain Natural Area, California. State of California, the Resources Agency, Department of Fish and Game, Wildlife Management Division, Nongame Bird and Mammal Section, Report 93-01.

Wood, Y., and S. G. Wells. 1997. Characterizing the habitat of slender-horned spineflower (*Dodecahema leptoceras*): geomorphic analysis. Department of Soils and Environmental Sciences, University of California, Riverside. Unpublished final report prepared of California Department of Fish and Game Region 5 North, Contract# FG 4632 R5.

Zembal, R. 1985. The status of the Santa Ana River woolly star. Fremontia. October 1985.

Zembal, R., and K. Kramer. 1984. The status of the Santa Ana River woolly star. Fremontia 13: 19-20.

Exhibit 3                                                                        3-502



# State Water Resources Control Board

**Division of Water Rights**
1001 I Street, 14th Floor • Sacramento, California 95814 • (916) 341-5300
Mailing Address: P.O. Box 2000 • Sacramento, California • 95812-2000
FAX (916) 341-5400 • Web Site Address: http://www.waterrights.ca.gov

**Winston H. Hickox**
*Secretary for
Environmental
Protection*

**Gray Davis**
*Governor*

In Reply Refer
to:332:KDL:266.0

AUG 1 6 2001

Ms. Anne J. Schneider
Ellison, Schneider & Harris, LLP
2015 H Street
Sacramento, CA 95814-3109

Dear Ms. Schneider:

SEVEN OAKS DAM FLOOD CONTROL PROJECT - SANTA ANA RIVER

Thank you for your letter dated July 27, 2001, which provided us with additional information to
determine whether a water right is needed for the Seven Oaks Dam Flood Control Project. The
project you described is for the attenuation of peak flood flows only, and does not involve
diversion of water to storage for later beneficial use or diversion to areas outside the
Santa Ana River channel. Based on the information provided, it appears that a water right permit
is not needed. However, if the project is modified to facilitate water storage for diversion after
the flood season, a water right permit may be required.

If you have any questions please contact Mitchell Moody at (916) 341-5383.

Sincerely,

*David R. Buinger*

for Edward C. Anton, Chief
Division of Water Rights

*"The energy challenge facing California is real. Every Californian needs to take immediate action to reduce energy consumption.
For a list of simple ways you can reduce demand and cut your energy costs, see our Web-site at http://www.swrcb.ca.gov"*

J-42

**Exhibit 3**

3-503

# EXHIBIT  K.

# DISTRICT CERTIFICATION
# FOR APPROVAL OF THE
# WATER CONTROL MANUAL

Exhibit 3                                        3-504