UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| ENDANGERED HABITATS LEAGUE and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. ARMY CORPS OF ENGINEERS,<br><br>Defendant. | Case No. 2:16-CV-09178-MWF-E<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Hon. Michael W. Fitzgerald |
| SAN BERNARDINO VALLEY MUNICIPAL WATER DISTRICT and SAN BERNARDINO VALLEY WATER CONSERVATION DISTRICT<br><br>Plaintiffs/Intervenors | |
| ORANGE COUNTY FLOOD CONTROL DISTRICT, RIVERSIDE COUNTY FLOOD CONTROL AND WATER CONSERVATION DISTRICT, and SAN BERNARDINO COUNTY FLOOD CONTROL DISTRICT<br><br>Defendants/Intervenors | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiffs Endangered Habitats League and Center for Biological Diversity and Plaintiff-Intervenors San Bernardino Valley Municipal Water District and San Bernardino Valley Water Conservation District hereby stipulate to dismiss this action with prejudice, including all the claims contained in Plaintiffs' and Plaintiff-

1

1  Intervenors' complaints (ECF Nos. 1, 31, 32). Defendant United States Army

2  Corps of Engineers and Defendant-Intervenors Orange County Flood Control

3  District, Riverside County Flood Control and Water Conservation District, and San

4  Bernardino County Flood Control District join this stipulation, and the signatures

5  of all parties who have appeared in this action are provided below. Dismissal of

6  this action is warranted because the parties have entered into a settlement

7  agreement to fully resolve this action.

8

9

10

11

12

13

14

15

16

17

18

19

20

| | | |
|---|---|---|
| 1 | DATED: August 30, 2024 | DOWNEY BRAND LLP |
| 2 | | |
| 3 | | By: _/s/Meredith E. Nikkel_ |
| 4 | | MEREDITH E. NIKKEL |
| | | Attorneys for SAN BERNARDINO |
| 5 | | VALLEY MUNICIPAL WATER DISTRICT |
| 6 | | |
| 7 | DATED: August 29, 2024 | UNITED STATES DEPARTMENT OF JUSTICE |
| 8 | | |
| 9 | | By: _/s/Lesley Lawrence-Hammer_ |
| 10 | | LESLEY LAWRENCE-HAMMER |
| | | Attorneys for Defendant |
| 11 | | |
| 12 | DATED: August 29, 2024 | CENTER FOR BIOLOGICAL DIVERSITY |
| 13 | | |
| 14 | | By: _/s/John Buse_ |
| | | JOHN BUSE |
| 15 | | Attorneys for Plaintiff ENDANGERED |
| | | HABITATS LEAGUE AND CENTER |
| 16 | | FOR BIOLOGICAL DIVERSITY |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |

3

| | |
|---|---|
| DATED: August 30, 2024 | DAVID B. COSGROVE, GENERAL COUNSEL |
| | By: ___*/s/David B. Cosgrove*___<br>DAVID B. COSGROVE<br>Attorney for Plaintiff-Intervenor SAN BERNARDINO VALLEY WATER CONSERVATION DISTRICT |
| DATED: August 29, 2024 | LEON PAGE, COUNTY COUNSEL |
| | By: ___*/s/Kayla Watson*___<br>KAYLA WATSON<br>Attorneys for Defendant-Intervenor ORANGE COUNTY FLOOD CONTROL DISTRICT |
| DATED: August 29, 2024 | MEYERS NAVE |
| | By: ___*/s/Shaye Diveley*___<br>SHAYE DIVELEY<br>Attorneys for Defendant-Intervenor RIVERSIDE COUNTY FLOOD CONTROL AND WATER CONSERVATION DISTRICT and SAN BERNARDINO COUNTY FLOOD CONTROL DISTRICT |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20

# ATTESTATION

I hereby attest that all signatories listed above, and on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

DATED: August 30, 2024     DOWNEY BRAND LLP

By: ____*/s/Meredith E. Nikkel*____
MEREDITH E. NIKKEL
Attorneys for SAN BERNARDINO VALLEY MUNICIPAL WATER DISTRICT